CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:  (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

|  |  |  |
|---|---|---|
| | ) | |
| **In re Subpoena to** | ) | **Case No.:  1:24-mc-** 101 |
| | ) | |
| **CenturyLink Communications,** | ) | |
| **LLC** | ) | |

## DECLARATION PURSUANT TO 17 U.S.C. §512(h)

KERRY S. CULPEPPER, hereby declares under penalty of law that the following is true and correct:

1.      I am an attorney licensed to practice law in Hawai'i, District of Columbia and Virginia and represent the owner of the copyright in the motion pictures shown in the attached Exhibit "1".

2.      This declaration is made in support of the accompanying subpoena, pursuant to 17 U.S.C. §512(h)(2)(C).

3.      The purpose of the accompanying Subpoena is to obtain the identities of the alleged copyright infringers, namely the individuals who are distributing copies of the motion picture.  The information obtained will be used only for the

1

20-023F8

purpose of protecting the rights granted to the copyright owner.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, September 20, 2024.

CULPEPPER IP, LLLC


/s/ Kerry S. Culpepper
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:   (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail: kculpepper@culpepperip.com
Attorney for Owners/Requestors

2

20-023F8