# EXHIBIT "1"

| Number | IP | Port | Title | Filehash |
|---|---|---|---|---|
| 1 | 174.125.20.209 | 46103 | After We Fell | 0F88DEE8369B0FC82EC92E3899C9B557F8C2F108 |
| 2 | 174.125.21.134 | 41019 | Olympus Has Fallen | 0035E92158E5C72B379BBD725B76BC23EC0BB64B |
| 3 | 174.125.23.31 | 41823 | After | D91FE21E204B4D06C6879F9158B571EF5E37ED73 |
| 4 | 174.125.23.31 | 39793 | After We Collided | 6158F2A40719856B463BEEF13588B26878E27CB7 |
| 5 | 174.125.23.31 | 47947 | After We Fell | 0F88DEE8369B0FC82EC92E3899C9B557F8C2F108 |
| 6 | 174.125.25.20 | 6899 | Olympus Has Fallen | 930B9163908EB31583587DF7415C4ABC9CC890F3 |
| 7 | 174.125.27.39 | 40205 | After | D91FE21E204B4D06C6879F9158B571EF5E37ED73 |
| 8 | 174.125.27.39 | 37953 | After We Collided | 6158F2A40719856B463BEEF13588B26878E27CB7 |
| 9 | 174.16.138.104 | 57154 | Wind River | F28F254E61F2D98D40AD1578C6B5318931647304 |
| 10 | 174.16.153.43 | 6881 | Dallas Buyers Club | 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD |
| 11 | 174.16.181.210 | 58945 | Olympus Has Fallen | D764F64C3A1E360D8F1E3E1383209995231AD88F |
| 12 | 174.17.188.119 | 6881 | Security | EDF55D474F85AB2BFDE01D2473B8C080C1E44ECD |
| 13 | 174.17.21.61 | 43854 | Angel Has Fallen | 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 |
| 14 | 174.17.45.83 | 45682 | Mechanic: Resurrection | 2278A514F228F000E8351F976DF82F080489307C |
| 15 | 174.17.5.207 | 51765 | Dallas Buyers Club | 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD |
| 16 | 174.18.61.183 | 61276 | Boy Kills World | D59078FE26E35BF40D4FDE7191B599E56D78ADCF |
| 17 | 174.20.123.149 | 57079 | The Cobbler | 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 18 | 174.20.179.48 | 52393 | The Hitmans Bodyguard | 35F6A0B9269F709315CC70AFFB7186DE7EADCD04 |
| 19 | 174.20.179.48 | 52555 | The Hitmans Wifes Bodyguard | EEAD43E6FBCFFC02FAC5FDBB724586882FA18C3B |
| 20 | 174.20.35.193 | 51990 | Acts of Vengeance | 7E9D50ECFAAE1435B05BCB545F7592079FD39F1F |
| 21 | 174.21.103.203 | 50690 | Hunter Killer | D58952BDBBBFBA9DA444F8FE99DCF2C7F2E4AB77 |
| 22 | 174.21.157.65 | 60655 | Hunter Killer | 57537D93A76F574369DC2E573E99C3840A9FD89D |
| 23 | 174.21.164.218 | 39337 | The Hitmans Wifes Bodyguard | 361E64FD8050910967E544D03F34ED02CFAF3554 |
| 24 | 174.21.189.200 | 24874 | Olympus Has Fallen | 930B9163908EB31583587DF7415C4ABC9CC890F3 |
| 25 | 174.22.229.71 | 17315 | Hunter Killer | 57537D93A76F574369DC2E573E99C3840A9FD89D |
| 26 | 174.22.239.174 | 17315 | The Expendables 3 | FB02FF747539595BDEC8357AA9077AF3CFE0E76B |
| 27 | 174.23.7.148 | 23164 | The Cobbler | 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 28 | 174.24.78.76 | 6881 | Olympus Has Fallen | 930B9163908EB31583587DF7415C4ABC9CC890F3 |
| 29 | 174.24.90.124 | 15905 | Angel Has Fallen | 60258814AE865C6CFD8678D853578B68611C1FE3 |
| 30 | 174.24.90.124 | 15905 | Olympus Has Fallen | 930B9163908EB31583587DF7415C4ABC9CC890F3 |

| 31 | 174.24.93.39 | 60665 | Boy Kills World | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 32 | 174.24.95.49 | 35833 | Boy Kills World | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 33 | 174.24.95.68 | 57088 | Lansky | 63A594115AC71CC9D3660B448F8619D3357EC27A |
| 34 | 174.25.178.37 | 40416 | Hellboy | 16CE26D6CDDCA3ED073D1EB410E5F32151E23137 |
| 35 | 174.26.202.6 | 43987 | Boy Kills World | 8ACA9F2AADA735E05AFEF82D51C99FB84E56896A |
| 36 | 174.26.214.18 | 42013 | Boy Kills World | 8ACA9F2AADA735E05AFEF82D51C99FB84E56896A |
| 37 | 174.27.179.68 | 56899 | Hellboy | D410D9616EFDC169887C994EC8BC5A1F800B8A1E |
| 38 | 174.27.21.96 | 58772 | The Hitmans Bodyguard | 902CFE1ED997FEBC2F6B4F399C637EAF331B6EAA |
| 39 | 174.27.23.229 | 51763 | Boy Kills World | 2228569952F848105F2F544BCC75631B7C78B1FB |
| 40 | 174.27.65.185 | 49703 | Olympus Has Fallen | D764F64C3A1E360D8F1E3E1383209995231AD88F |
| 41 | 174.27.76.18 | 30616 | Extremely Wicked, Shockingly Evil and Vile | 3068D89C0A5756C0D1FF791A7E3A9EA1C16DF7BE |
| 42 | 174.28.186.11 | 51847 | Boy Kills World | ACD2BCA1D9382BF55ED06E82EA023CA8C8E1E9F3 |
| 43 | 174.28.189.230 | 6881 | Boy Kills World | 4B2A2E3E438A3E1FB5E6775D932DE49A53D58529 |
| 44 | 174.28.29.243 | 6881 | Boy Kills World | 4B2A2E3E438A3E1FB5E6775D932DE49A53D58529 |
| 45 | 174.28.54.181 | 6881 | Boy Kills World | 4B2A2E3E438A3E1FB5E6775D932DE49A53D58529 |
| 46 | 174.28.77.173 | 60930 | Boy Kills World | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 47 | 174.29.141.81 | 52274 | Olympus Has Fallen | 0B8A179B330989562A50FB515A2E0A3504C7CE07 |
| 48 | 174.30.20.44 | 6881 | Leatherface | 005203D95DF16B56CF9CF3CB5BA40E4EA35BC8A2 |
| 49 | 174.30.20.44 | 6881 | Rambo: Last Blood | 0C841F34B2B01562CD33FC54739B79A84134AF21 |
| 50 | 174.30.23.32 | 50071 | Hellboy | E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 |
| 51 | 174.31.125.227 | 54210 | Silent Night | 38571F3B40C00BD05F134FD8301F0F787059C8F3 |
| 52 | 174.31.81.236 | 51413 | Rambo: Last Blood | 9435DC073B34022D1C4325721DC21DA5DA3741FB |
| 53 | 174.31.85.246 | 48601 | The Hitmans Bodyguard | FF29CB75986B6711CB47E75865F5BD758D080B3E |
| 54 | 184.100.14.120 | 48598 | London Has Fallen | 6B30D9F4FB05238053EA9201DDC079FF27923D59 |
| 55 | 184.101.13.162 | 52098 | Boy Kills World | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 56 | 184.101.16.184 | 51103 | Boy Kills World | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 57 | 184.101.85.88 | 59181 | Manodrome | 1BB148290A68436DA81B3DE994D8B5DBF437FCFF |
| 58 | 184.101.87.129 | 58284 | Lansky | B093566F47EC38C2D39FB3E8DA55B650BE8F6321 |
| 59 | 184.96.242.227 | 5502 | Olympus Has Fallen | 930B9163908EB31583587DF7415C4ABC9CC890F3 |
| 60 | 184.97.114.32 | 40788 | Angel Has Fallen | 1C366AD3D02EF18082E1C605F88BEF033755CFE0 |
| 61 | 184.97.154.201 | 53985 | Dallas Buyers Club | 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD |

| 62 | 184.97.231.65 | 6881 | The Expendables 3 | FB02FF747539595BDEC8357AA9077AF3CFE0E76B |
|----|---------------|------|-------------------|-----------------------------------------|
| 63 | 184.97.244.6 | 63943 | Boy Kills World | E430A266A6D22A5921EC54BE8431559F715F9753 |
| 64 | 184.97.4.237 | 46698 | Angel Has Fallen | 294727237E09BE24C1FBA92C3F20118397B9B7BA |
| 65 | 184.98.8.90 | 53423 | The Hitmans Bodyguard | FF29CB75986B6711CB47E75865F5BD758D080B3E |
| 66 | 184.98.88.244 | 62388 | The Seventh Day | 36AAA4EA3EB7899E1CDA235D6B5F88655A7F2367 |
| 67 | 184.99.150.225 | 46576 | Silent Night | B0ED4DDDC8E2133846D1AC02114AF91DFEE708AE |
| 68 | 184.99.25.0 | 11701 | Lansky | 63A594115AC71CC9D3660B448F8619D3357EC27A |
| 69 | 184.99.31.83 | 51499 | Boy Kills World | 13BDA5BC4ECE6B5C704B67474A1AEA0A63CB3F27 |
| 70 | 184.99.32.140 | 56997 | The Hitmans Wifes Bodyguard | 22834CDC0FA1172359FF0B1C5321CF1247FB8006 |
| 71 | 206.81.134.82 | 49719 | Hunter Killer | 57537D93A76F574369DC2E573E99C3840A9FD89D |
| 72 | 63.145.189.98 | 40437 | Fall | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 73 | 63.147.136.194 | 30289 | Manodrome | 89A72B44880A1BF5148C49A27CD54C6C657405B5 |
| 74 | 63.147.144.10 | 9407 | Hellboy | E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 |
| 75 | 63.149.104.187 | 4479 | Boy Kills World | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 76 | 63.151.164.222 | 57081 | All Eyez on Me | 6E7927325AD6D0F9E0DD08C0D17860B2F81942AD |
| 77 | 63.153.131.181 | 37379 | The Hitmans Wifes Bodyguard | 361E64FD8050910967E544D03F34ED02CFAF3554 |
| 78 | 63.153.151.109 | 55105 | The Expendables 3 | 38970F3FAA789F4942D33E94C29CEC49D500A255 |
| 79 | 63.155.40.33 | 36939 | The Hitmans Bodyguard | DC36B97FF456623D2B218A41F3416F284CF5821B |
| 80 | 63.155.75.207 | 62536 | The Expendables 3 | 63DD5F284697CA9B5D4E644DD89793A1E0DA3560 |
| 81 | 63.155.80.157 | 53580 | The Expendables 3 | 63DD5F284697CA9B5D4E644DD89793A1E0DA3560 |
| 82 | 63.157.249.106 | 53093 | Sympathy for the Devil | 891B183556A22634C3DB54BA3D094DDED36673AA |
| 83 | 63.159.179.123 | 37220 | London Has Fallen | C8F67DFC41A416B42CA6DBB74A22E0673101450A |
| 84 | 63.227.19.187 | 33765 | Boy Kills World | E430A266A6D22A5921EC54BE8431559F715F9753 |
| 85 | 63.227.244.122 | 14082 | Olympus Has Fallen | 0B8A179B330989562A50FB515A2E0A3504C7CE07 |
| 86 | 63.227.246.71 | 47045 | Hellboy | D410D9616EFDC169887C994EC8BC5A1F800B8A1E |
| 87 | 63.230.76.62 | 61920 | Boy Kills World | 70E22DD4FF1872A69690CC283F009BEB9B45096B |
| 88 | 63.232.194.200 | 58715 | Boy Kills World | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 89 | 63.235.186.105 | 61679 | The Expendables 3 | 63DD5F284697CA9B5D4E644DD89793A1E0DA3560 |
| 90 | 65.101.125.104 | 6881 | Criminal | A921EF0F3148C570CF63C243960CE82F69C10D21 |
| 91 | 65.102.176.1 | 60072 | Boy Kills World | E430A266A6D22A5921EC54BE8431559F715F9753 |
| 92 | 65.102.177.96 | 6881 | Boy Kills World | CD425A53A66A6DB238E16EED54641563D2EBD452 |

| 93 | 65.102.189.54 | 6881 | Boy Kills World | CD425A53A66A6DB238E16EED54641563D2EBD452 |
|---|---|---|---|---|
| 94 | 65.116.62.150 | 50499 | The Hitmans Wifes Bodyguard | 96644FE74E4237507EB6793181A0BF2BE21EF2C5 |
| 95 | 65.120.255.106 | 24254 | Breathe | B6D12BDD484F71080051DBC77E533601672C1137 |
| 96 | 65.125.28.134 | 37055 | Angel Has Fallen | 6B15AE6D31D1C71821140DBE6D146F5B35B0123F |
| 97 | 65.126.174.150 | 59150 | All Eyez on Me | 6E7927325AD6D0F9E0DD08C0D17860B2F81942AD |
| 98 | 65.127.132.98 | 35963 | Boy Kills World | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 99 | 65.128.211.98 | 65283 | Boy Kills World | 8894782495FA837E5DDEF9B4A0D685C9F86C8875 |
| 100 | 65.128.212.109 | 65283 | Boy Kills World | 8894782495FA837E5DDEF9B4A0D685C9F86C8875 |
| 101 | 65.129.133.66 | 41889 | Hellboy | 7896D9692179AEA8739979DC8EE51F2D2D65CAE3 |
| 102 | 65.129.153.46 | 6881 | Breathe | 4826A475B20A772A3C88E6A4F4436728C590C648 |
| 103 | 65.129.74.186 | 5646 | Boy Kills World | 70E22DD4FF1872A69690CC283F009BEB9B45096B |
| 104 | 65.129.77.116 | 5646 | Boy Kills World | 70E22DD4FF1872A69690CC283F009BEB9B45096B |
| 105 | 65.130.207.182 | 55099 | After We Collided | E6C5FFAC448EC9D1331F8F3CD3B76EFA1434192A |
| 106 | 65.131.84.225 | 4711 | Dallas Buyers Club | 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD |
| 107 | 65.132.73.138 | 39355 | The Hitmans Bodyguard | EE05B0F9EFD52991D81840803A08C14D5F9C82EC |
| 108 | 65.133.39.18 | 51876 | The Company You Keep | 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD |
| 109 | 65.140.210.90 | 53564 | Hellboy | E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 |
| 110 | 65.141.117.130 | 53695 | Manodrome | 89A72B44880A1BF5148C49A27CD54C6C657405B5 |
| 111 | 65.141.196.198 | 32937 | Boy Kills World | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 112 | 65.141.240.182 | 51960 | Silent Night | E0E118094CDFA1A80E0C544A77F634362A9036CB |
| 113 | 65.144.243.210 | 15948 | Rambo: Last Blood | 9435DC073B34022D1C4325721DC21DA5DA3741FB |
| 114 | 65.153.164.19 | 49871 | Boy Kills World | E430A266A6D22A5921EC54BE8431559F715F9753 |
| 115 | 65.158.198.5 | 23643 | Boy Kills World | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 116 | 65.158.198.5 | 7117 | Time Is Up | A40AE2769DDF9D551891351702EDC9A1625E5D59 |
| 117 | 67.0.92.159 | 37838 | The Hitmans Wifes Bodyguard | 0D0397188AA1EF4401D1F6CA0C0402BB97A4E623 |
| 118 | 67.1.147.106 | 6891 | Boy Kills World | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 119 | 67.2.173.213 | 38842 | Boy Kills World | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 120 | 67.233.31.219 | 51413 | Kandahar | 575E17151771A28A779E990DE50B1343EB1E81B8 |
| 121 | 67.234.0.184 | 11290 | Boy Kills World | E430A266A6D22A5921EC54BE8431559F715F9753 |
| 122 | 67.235.147.34 | 33031 | Breathe | E9B04ACFE91DCBEA5B32DA8ED2E59CCCEA33AFCD |
| 123 | 67.235.166.157 | 6891 | Silent Night | 462051DF705BEE087E5861028CBFA521E6E94371 |

| 124 | 67.235.189.241 | 44124 | Black Lotus | 8238F613F122D93AAC31E887A7D978D67438AB56 |
|-----|----------------|-------|-------------|------------------------------------------|
| 125 | 67.235.200.84 | 41887 | Olympus Has Fallen | 0B8A179B330989562A50FB515A2E0A3504C7CE07 |
| 126 | 67.238.158.162 | 57817 | Sympathy for the Devil | 73C7E456991EED486FA98670BF0B40E1C180C15E |
| 127 | 67.3.134.196 | 52121 | The Expendables 3 | 8216820615E64BD6D5A336FD5D8B41EAC60FED89 |
| 128 | 67.4.128.84 | 51413 | London Has Fallen | 6B30D9F4FB05238053EA9201DDC079FF27923D59 |
| 129 | 67.4.136.221 | 56822 | Black Lotus | 5BF89E277790971BE413D8F42452A24AC4443997 |
| 130 | 67.4.18.212 | 52077 | Fall | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 131 | 67.4.73.161 | 53412 | Boy Kills World | 010197B7765F603D48CE4524CB92DFE02B9DC806 |
| 132 | 67.40.13.103 | 64952 | Cell | 76BB881539402F9007C0B20E3E1D84D22F68425A |
| 133 | 67.40.197.158 | 58763 | Boy Kills World | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 134 | 67.40.252.166 | 50013 | Wind River | 366E7197F042D2383E6951AFDB52D5DC6DCE663F |
| 135 | 67.40.27.174 | 47076 | Wind River | 366E7197F042D2383E6951AFDB52D5DC6DCE663F |
| 136 | 67.42.79.182 | 8349 | Fall | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 137 | 67.42.80.232 | 60072 | Boy Kills World | E430A266A6D22A5921EC54BE8431559F715F9753 |
| 138 | 67.42.83.139 | 6881 | Boy Kills World | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 139 | 67.5.100.226 | 37368 | Mechanic: Resurrection | 7D01041D9BD47BC802F0AEC6B8DD3ACED4B9A0F3 |
| 140 | 67.5.111.138 | 60007 | Kandahar | B55D112A53273092B5827C64858C868373428ADA |
| 141 | 67.5.119.237 | 54844 | Kandahar | B55D112A53273092B5827C64858C868373428ADA |
| 142 | 67.5.15.139 | 43493 | American Boogeyman - Ted Bundy | 030A383516E83E9182D801464CF76AD114B9CC7A |
| 143 | 67.6.135.3 | 58253 | Breathe | C204608A7CF13CDB39790E072202CAD8691E54BE |
| 144 | 67.7.23.127 | 59197 | The Hitmans Bodyguard | 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C |
| 145 | 67.7.56.178 | 51861 | Mechanic: Resurrection | F767308A8F049CC4FDA72FF94B351D2E70DAF730 |
| 146 | 68.177.89.18 | 52982 | Mechanic: Resurrection | 7D01041D9BD47BC802F0AEC6B8DD3ACED4B9A0F3 |
| 147 | 69.68.247.76 | 62194 | I Am Wrath | 8B6C23830E5B2E041B9688975932F0A15D2C616B |
| 148 | 70.59.115.125 | 50160 | Boy Kills World | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 149 | 70.59.144.19 | 38322 | Silent Night | 91F3B3CEC498EEA03412A82B1EC60C9ECB187F7A |
| 150 | 70.59.184.168 | 58057 | The Cobbler | 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 151 | 71.1.245.19 | 25682 | Boy Kills World | 394EF4F955081B9CFBAE893B33D8F17993ED3ED1 |
| 152 | 71.1.250.215 | 37338 | Security | A58FAEE80D413DBE68EB0BEDEFF949DDCECA8638 |
| 153 | 71.2.82.124 | 38412 | The Professor and the Madman | 697ACED4F09DFE543A8799BF42D03240BD70A599 |
| 154 | 71.2.85.151 | 38412 | The Professor and the Madman | B75E65F249970A9127BE21F376E1D0DBA97D5AC9 |

| | | | |
|---|---|---|---|
| 155 | 71.208.242.154 | 6896 | Silent Night | B0ED4DDDC8E2133846D1AC02114AF91DFEE708AE |
| 156 | 71.208.96.182 | 52864 | Survivor | D5A47C696DC1EC32CF1547D7641CA7D91F8030F1 |

| Number | IP | Filename |
|---|---|---|
| 1 | 174.125.20.209 | After We Fell (2021) [1080p] [BluRay] [5.1] [YTS.MX] |
| 2 | 174.125.21.134 | Olympus.Has.Fallen.2013.1080p.BluRay.DDP.5.1.x265-EDGE2020.mkv |
| 3 | 174.125.23.31 | After (2019) [WEBRip] [720p] [YTS.LT] |
| 4 | 174.125.23.31 | After We Collided (2020) [1080p] [BluRay] [5.1] [YTS.MX] |
| 5 | 174.125.23.31 | After We Fell (2021) [1080p] [BluRay] [5.1] [YTS.MX] |
| 6 | 174.125.25.20 | Olympus Has Fallen (2013) [1080p] |
| 7 | 174.125.27.39 | After (2019) [WEBRip] [720p] [YTS.LT] |
| 8 | 174.125.27.39 | After We Collided (2020) [1080p] [BluRay] [5.1] [YTS.MX] |
| 9 | 174.16.138.104 | Wind River (2017) [1080p] [YTS.AG] |
| 10 | 174.16.153.43 | Dallas Buyers Club (2013) [1080p] |
| 11 | 174.16.181.210 | Olympus Has Fallen (2013) [2160p] [4K] [BluRay] [5.1] [YTS.MX] |
| 12 | 174.17.188.119 | Security (2017) [YTS.AG] |
| 13 | 174.17.21.61 | Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| 14 | 174.17.45.83 | The.Mechanic.2.Resurrection.2016.1080p.BluRay.x265.10bit-z97 |
| 15 | 174.17.5.207 | Dallas Buyers Club (2013) [1080p] |
| 16 | 174.18.61.183 | Boy Kills World (2023) [1080p] [BluRay] [5.1] [YTS.MX] |
| 17 | 174.20.123.149 | The Cobbler (2014) |
| 18 | 174.20.179.48 | The Hitman's Bodyguard (2017) + Extras (1080p BluRay x265 HEVC 10bit AC3 5.1 SAMPA) |
| 19 | 174.20.179.48 | The Hitmans Wifes Bodyguard (2021) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 20 | 174.20.35.193 | Acts Of Vengeance (2017) [WEBRip] [1080p] [YTS.LT] |
| 21 | 174.21.103.203 | Hunter Killer (2018) [WEBRip] [720p] [YTS.AM] |
| 22 | 174.21.157.65 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] |
| 23 | 174.21.164.218 | The.Hitmans.Wifes.Bodyguard.2021.HDRip.XviD-EVO |
| 24 | 174.21.189.200 | Olympus Has Fallen (2013) [1080p] |
| 25 | 174.22.229.71 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] |
| 26 | 174.22.239.174 | The Expendables 3 (2014) |
| 27 | 174.23.7.148 | The Cobbler (2014) |
| 28 | 174.24.78.76 | Olympus Has Fallen (2013) [1080p] |
| 29 | 174.24.90.124 | Angel.Has.Fallen.2019.1080p.BluRay.1600MB.DD5.1.x264-GalaxyRG[TGx] |
| 30 | 174.24.90.124 | Olympus Has Fallen (2013) [1080p] |

| 31 | 174.24.93.39 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 32 | 174.24.95.49 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 33 | 174.24.95.68 | Lansky.2021.HDRip.XviD.AC3-EVO[TGx] |
| 34 | 174.25.178.37 | Hellboy (2019) [BluRay] [1080p] [YTS.LT] |
| 35 | 174.26.202.6 | Boy Kills World (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX] |
| 36 | 174.26.214.18 | Boy Kills World (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX] |
| 37 | 174.27.179.68 | Hellboy.2019.Bluray.1080p.AV1.OPUS.7.1-UH.mkv |
| 38 | 174.27.21.96 | The.Hitmans.BodyGuard.2017.BRRip.1080p.x264.AAC.5.1.-.Hon3y |
| 39 | 174.27.23.229 | [ Torrent911.rs ] Boy.Kills.World.2023.FRENCH.BRRip.x264-DDLPZ.mkv |
| 40 | 174.27.65.185 | Olympus Has Fallen (2013) [2160p] [4K] [BluRay] [5.1] [YTS.MX] |
| 41 | 174.27.76.18 | Extremely Wicked, Shockingly Evil And Vile (2019) [BluRay] [1080p] [YTS.LT] |
| 42 | 174.28.186.11 | Boy Kills World (2023) [2160p] [4K] [WEB] [5.1] [YTS.MX] |
| 43 | 174.28.189.230 | Boy.Kills.World.2023.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 44 | 174.28.29.243 | Boy.Kills.World.2023.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 45 | 174.28.54.181 | Boy.Kills.World.2023.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 46 | 174.28.77.173 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 47 | 174.29.141.81 | Olympus Has Fallen (2013) |
| 48 | 174.30.20.44 | Leatherface (2017) [1080p] [YTS.AG] |
| 49 | 174.30.20.44 | Rambo - Last Blood 2019 1080p |
| 50 | 174.30.23.32 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] |
| 51 | 174.31.125.227 | Silent Night (2023) [1080p] [BluRay] [5.1] [YTS.MX] |
| 52 | 174.31.81.236 | Rambo.Last.Blood.2019.1080p.Bluray.x264-AAC-ETRG |
| 53 | 174.31.85.246 | The.Hitmans.Bodyguard.2017.HDRip.XviD.AC3-EVO |
| 54 | 184.100.14.120 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK |
| 55 | 184.101.13.162 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 56 | 184.101.16.184 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 57 | 184.101.85.88 | Manodrome (2023) [720p] [WEBRip] [YTS.MX] |
| 58 | 184.101.87.129 | Lansky (2021).avi |
| 59 | 184.96.242.227 | Olympus Has Fallen (2013) [1080p] |
| 60 | 184.97.114.32 | Angel.Has.Fallen.2019.1080p.WEB-DL.H264.AC3-EVO[EtHD] |
| 61 | 184.97.154.201 | Dallas Buyers Club (2013) [1080p] |

| 62 | 184.97.231.65 | The Expendables 3 (2014) |
|---|---|---|
| 63 | 184.97.244.6 | Boy Kills World (2023) [720p] [BluRay] [YTS.MX] |
| 64 | 184.97.4.237 | Angel.Has.Fallen.2019.HDRip.XviD.AC3-EVO |
| 65 | 184.98.8.90 | The.Hitmans.Bodyguard.2017.HDRip.XviD.AC3-EVO |
| 66 | 184.98.88.244 | www.Torrenting.com   -   The Seventh Day 2021 720p BluRay DD5 1 x264-playHD |
| 67 | 184.99.150.225 | Silent Night (2023) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 68 | 184.99.25.0 | Lansky.2021.HDRip.XviD.AC3-EVO[TGx] |
| 69 | 184.99.31.83 | Boy Kills World (2023).mkv |
| 70 | 184.99.32.140 | Hitman's Wife's Bodyguard (2021) (2160p BluRay x265 HEVC 10bit HDR AAC 7.1 Tigole) |
| 71 | 206.81.134.82 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] |
| 72 | 63.145.189.98 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 73 | 63.147.136.194 | Manodrome (2023) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 74 | 63.147.144.10 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] |
| 75 | 63.149.104.187 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 76 | 63.151.164.222 | All Eyez On Me (2017) [1080p] [YTS.AG] |
| 77 | 63.153.131.181 | The.Hitmans.Wifes.Bodyguard.2021.HDRip.XviD-EVO |
| 78 | 63.153.151.109 | The Expendables 3 (2014) [1080p] |
| 79 | 63.155.40.33 | www.Torrenting.com   -   The Hitmans Bodyguard 2017 720p BluRay x264 DD5 1-FuzerHD |
| 80 | 63.155.75.207 | The Expendables 1, 2, 3 - Sylvester Stallone Action 2010-2014 Eng Sub 720p [H264-mp4] |
| 81 | 63.155.80.157 | The Expendables 1, 2, 3 - Sylvester Stallone Action 2010-2014 Eng Sub 720p [H264-mp4] |
| 82 | 63.157.249.106 | Sympathy.for.the.Devil.2023.1080p.AMZN.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 83 | 63.159.179.123 | London.Has.Fallen.2016.1080p.BluRay.DDP.7.1.x265-EDGE2020.mkv |
| 84 | 63.227.19.187 | Boy Kills World (2023) [720p] [BluRay] [YTS.MX] |
| 85 | 63.227.244.122 | Olympus Has Fallen (2013) |
| 86 | 63.227.246.71 | Hellboy.2019.Bluray.1080p.AV1.OPUS.7.1-UH.mkv |
| 87 | 63.230.76.62 | Boy Kills World (2024) (1080p BluRay x265 HEVC 10bit EAC3 7.1 Silence) |
| 88 | 63.232.194.200 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 89 | 63.235.186.105 | The Expendables 1, 2, 3 - Sylvester Stallone Action 2010-2014 Eng Sub 720p [H264-mp4] |
| 90 | 65.101.125.104 | Criminal 2016 1080p BluRay x264 DTS-JYK |
| 91 | 65.102.176.1 | Boy Kills World (2023) [720p] [BluRay] [YTS.MX] |
| 92 | 65.102.177.96 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |

| 93 | 65.102.189.54 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 94 | 65.116.62.150 | The.Hitmans.Wifes.Bodyguard.2021.EXTENDED.WEBRip.x264-ION10 |
| 95 | 65.120.255.106 | Breathe (2024) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 96 | 65.125.28.134 | Angel Has Fallen (2019) [WEBRip] [720p] [YTS.LT] |
| 97 | 65.126.174.150 | All Eyez On Me (2017) [1080p] [YTS.AG] |
| 98 | 65.127.132.98 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 99 | 65.128.211.98 | Boy.Kills.World.2023.PROPER.BluRay.2160p.UHD.TrueHD.Atmos.7.1.10Bit.x265-Z@X |
| 100 | 65.128.212.109 | Boy.Kills.World.2023.PROPER.BluRay.2160p.UHD.TrueHD.Atmos.7.1.10Bit.x265-Z@X |
| 101 | 65.129.133.66 | Hellboy.2019.Bluray.1080p.AV1.OPUS.5.1-UH.mkv |
| 102 | 65.129.153.46 | Breathe 2024  1080p Web-DL HECV x265 10Bit DDP5.1 Subs KINGDOM RG |
| 103 | 65.129.74.186 | Boy Kills World (2024) (1080p BluRay x265 HEVC 10bit EAC3 7.1 Silence) |
| 104 | 65.129.77.116 | Boy Kills World (2024) (1080p BluRay x265 HEVC 10bit EAC3 7.1 Silence) |
| 105 | 65.130.207.182 | After.We.Collided.2020.1080p.WEB-DL.DD5.1.H264-FGT |
| 106 | 65.131.84.225 | Dallas Buyers Club (2013) [1080p] |
| 107 | 65.132.73.138 | The.Hitmans.Bodyguard.2017.720p.HDRip.X264.AC3 (mkvtv.net).mkv |
| 108 | 65.133.39.18 | The Company You Keep (2012) [1080p] |
| 109 | 65.140.210.90 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] |
| 110 | 65.141.117.130 | Manodrome (2023) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 111 | 65.141.196.198 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 112 | 65.141.240.182 | Silent Night (2023) [2160p] [4K] [WEB] [5.1] [YTS.MX] |
| 113 | 65.144.243.210 | Rambo.Last.Blood.2019.1080p.Bluray.x264.AAC-ETRG |
| 114 | 65.153.164.19 | Boy Kills World (2023) [720p] [BluRay] [YTS.MX] |
| 115 | 65.158.198.5 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 116 | 65.158.198.5 | Time Is Up (2021) [720p] [WEBRip] [YTS.MX] |
| 117 | 67.0.92.159 | The Hitmans Wifes Bodyguard 2021 EXTENDED BluRay 1080p.H264 Ita Eng AC3 5.1 Sub Ita Eng realDMDJ iDN_CreW.mkv |
| 118 | 67.1.147.106 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 119 | 67.2.173.213 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 120 | 67.233.31.219 | Kandahar.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 121 | 67.234.0.184 | Boy Kills World (2023) [720p] [BluRay] [YTS.MX] |
| 122 | 67.235.147.34 | Breathe.2024.1080p.AMZN.WEBRip.DDP5.1.x265.10bit-GalaxyRG265[TGx] |
| 123 | 67.235.166.157 | Silent.Night.2023.1080p.AMZN.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |

| 124 | 67.235.189.241 | Black Lotus (2023) [1080p] [BluRay] [5.1] [YTS.MX] |
|-----|----------------|----------------------------------------------------|
| 125 | 67.235.200.84 | Olympus Has Fallen (2013) |
| 126 | 67.238.158.162 | Sympathy For The Devil (2023) [BLURAY] [720p] [BluRay] [YTS.MX] |
| 127 | 67.3.134.196 | The Expendables 3 2014 Extended Cut 1080p BluRay DDP 7.1 x264-WiNHD |
| 128 | 67.4.128.84 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK |
| 129 | 67.4.136.221 | Black Lotus (2023) cast.mp4 |
| 130 | 67.4.18.212 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 131 | 67.4.73.161 | Boy.Kills.World.2023.1080p.10bit.BluRay.8CH.x265.HEVC-PSA |
| 132 | 67.40.13.103 | Cell.2016.1080p.BluRay.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 133 | 67.40.197.158 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 134 | 67.40.252.166 | Wind.River.2017.1080p.WEBRip.x264.AAC-Ozlem[ETRG] |
| 135 | 67.40.27.174 | Wind.River.2017.1080p.WEBRip.x264.AAC-Ozlem[ETRG] |
| 136 | 67.42.79.182 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 137 | 67.42.80.232 | Boy Kills World (2023) [720p] [BluRay] [YTS.MX] |
| 138 | 67.42.83.139 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 139 | 67.5.100.226 | Mechanic Resurrection 2016 1080p BluRay x264 DTS-JYK |
| 140 | 67.5.111.138 | Kandahar (2023) [2160p] [4K] [WEB] [5.1] [YTS.MX] |
| 141 | 67.5.119.237 | Kandahar (2023) [2160p] [4K] [WEB] [5.1] [YTS.MX] |
| 142 | 67.5.15.139 | Ted Bundy American Boogeyman (2021) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 143 | 67.6.135.3 | Breathe (2024) [720p] [WEBRip] [YTS.MX] |
| 144 | 67.7.23.127 | The Hitman's Bodyguard (2017) [YTS.AG] |
| 145 | 67.7.56.178 | Mechanic Resurrection (2016) [1080p] [YTS.AG] |
| 146 | 68.177.89.18 | Mechanic Resurrection 2016 1080p BluRay x264 DTS-JYK |
| 147 | 69.68.247.76 | I.Am.Wrath.2016.1080p.BRRip.x264.AAC-ETRG |
| 148 | 70.59.115.125 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 149 | 70.59.144.19 | Silent Night (2023) [720p] [WEBRip] [YTS.MX] |
| 150 | 70.59.184.168 | The Cobbler (2014) |
| 151 | 71.1.245.19 | Boy Kills World 2023 1080p Blu-Ray HEVC x265 10Bit DDP5.1 Subs KINGDOM_RG |
| 152 | 71.1.250.215 | Security (2017) [1080p] [YTS.AG] |
| 153 | 71.2.82.124 | The.Professor.and.the.Madman.2019.1080p.BluRay.AV1.OPUS.5.1-DECK.mkv |
| 154 | 71.2.85.151 | The Professor And The Madman (2019) [BluRay] [1080p] [YTS.LT] |

| 155 | 71.208.242.154 | Silent Night (2023) [1080p] [WEBRip] [5.1] [YTS.MX] |
|-----|----------------|-----------------------------------------------------|
| 156 | 71.208.96.182  | Survivor (2015)                                     |

| Number | IP | PeerID | HitDate | noticesid |
|---|---|---|---|---|
| 1 | 174.125.20.209 | 2D5554383232302D5F3165707544534547495121 | 2024-04-07 15:49:05 | 58590501998 |
| 2 | 174.125.21.134 | 2D4754303030312D6E4B6235566B67444A737534 | 2024-09-07 01:28:46 | 59612467716 |
| 3 | 174.125.23.31 | 2D5554383236302D6B3379356F723047634E4F31 | 2024-06-25 07:27:16 | 59138662636 |
| 4 | 174.125.23.31 | 2D5554383236302D494A5F4D4F4E3765744D2842 | 2024-06-25 07:26:57 | 59138662428 |
| 5 | 174.125.23.31 | 2D5554383236302D6F326D4D51434632793945754 | 2024-06-25 08:09:10 | 59138804672 |
| 6 | 174.125.25.20 | 2D4754303030312D6F732D744A694C3237694B71 | 2024-09-02 02:26:49 | 59575542910 |
| 7 | 174.125.27.39 | 2D5554383232302D45455F2A644F322A4C21392D | 2024-03-28 01:06:24 | 58529437340 |
| 8 | 174.125.27.39 | 2D5554383232302D6B7965535655686539712D46 | 2024-03-28 01:00:10 | 58529436802 |
| 9 | 174.16.138.104 | 2D415A353737302D6F626B755837684972583546 | 2024-04-28 13:19:48 | 58728939140 |
| 10 | 174.16.153.43 | 2D5557313430502D50614B7730525052646B2961 | 2024-09-13 21:47:28 | 59668396292 |
| 11 | 174.16.181.210 | 2D5554383236302D3633537469513466495F345F | 2024-07-15 16:53:47 | 59272018050 |
| 12 | 174.17.188.119 | 2D55573134304A2D7A43773267445733212D6B75 | 2024-04-12 17:07:33 | 58622373660 |
| 13 | 174.17.21.61 | 2D415A353737302D57546373676F327944623673 | 2024-08-03 23:12:44 | 59363967158 |
| 14 | 174.17.45.83 | 2D5554323030302D0046BFD33DA55B7DC827C49F | 2024-03-24 02:51:49 | 58504746808 |
| 15 | 174.17.5.207 | 2D4445323131732D4E3744356F592A4179656B32 | 2024-08-17 09:10:39 | 59456158982 |
| 16 | 174.18.61.183 | 2D4445323131732D38566C6F45417E59546E6346 | 2024-08-02 16:37:50 | 59355160398 |
| 17 | 174.20.123.149 | 2D5554383232302D75322A34665F5352496B7652 | 2024-04-12 00:15:51 | 58617479670 |
| 18 | 174.20.179.48 | 2D5554323231302DD662C351CA796512ECD47965 | 2024-06-03 09:08:15 | 58983841612 |
| 19 | 174.20.179.48 | 2D5554323231302DD662C351CA796512ECD47965 | 2024-06-03 09:08:52 | 58983816144 |
| 20 | 174.20.35.193 | 2D5554333630572DECB7464505E9661AF85F7CCE | 2024-05-23 06:18:04 | 58880252520 |
| 21 | 174.21.103.203 | 2D5452323033302D37393765353833334343323164 | 2024-05-17 06:19:32 | 58844022290 |
| 22 | 174.21.157.65 | 2D5554383243302D5878456F6A77326B64696770 | 2024-08-14 16:49:40 | 59436488002 |
| 23 | 174.21.164.218 | 2D5554383245302D48495256626637467062656D | 2024-08-21 01:04:25 | 59483150596 |
| 24 | 174.21.189.200 | 2D554D313837302DECB1261D98EA5F2A26EFFADD | 2024-06-30 00:46:06 | 59170281332 |
| 25 | 174.22.229.71 | 2D5554333630572D0CB8C03CCBADD4D584891FA1 | 2024-06-21 04:54:03 | 59111021872 |
| 26 | 174.22.239.174 | 2D5554333630572D0CB868BDB5F6AF2F1B81BEE7 | 2024-06-20 21:13:23 | 59108708638 |
| 27 | 174.23.7.148 | 2D5554333535572DBAB3F8516EEA6064D1839025 | 2024-07-06 02:05:54 | 59207858222 |
| 28 | 174.24.78.76 | 2D5557313430512D456A33756456696E6F755A54 | 2024-09-01 02:25:35 | 59567091430 |
| 29 | 174.24.90.124 | 2D7142343635302D3964746D33582E4E216C2961 | 2024-07-24 00:37:19 | 59323907012 |
| 30 | 174.24.90.124 | 2D7142343635302D304D524962312D327E49336D | 2024-07-23 21:01:39 | 59323040626 |

| | | | | |
|---|---|---|---|---|
| 31 | 174.24.93.39 | 2D5554383236302D58543732504F4F765A5F5876 | 2024-07-18 22:29:49 | 59293024606 |
| 32 | 174.24.95.49 | 2D5554383236302D76426C436355524C575A7E55 | 2024-07-18 14:15:28 | 59290848438 |
| 33 | 174.24.95.68 | 2D415A353737302D6B555467645134514B633356 | 2024-05-28 14:19:32 | 58928240310 |
| 34 | 174.25.178.37 | 2D5554333630572DD6B7527E42A0415EB460A07F | 2024-04-28 04:05:24 | 58726574772 |
| 35 | 174.26.202.6 | 2D5554383242302D6F2D5467474C70635572214A | 2024-08-05 02:37:43 | 59371686410 |
| 36 | 174.26.214.18 | 2D5554383238302D6A422D7531363421366D3050 | 2024-07-10 15:58:16 | 59238324100 |
| 37 | 174.27.179.68 | 2D5554383236302D2937794A7955314A51546652 | 2024-05-27 17:44:24 | 58918736426 |
| 38 | 174.27.21.96 | 2D7142343635302D2930646545454A2966317964 | 2024-07-08 10:05:54 | 59223033114 |
| 39 | 174.27.23.229 | 2D4254376230572D15B8D5B01DD5D0130471A97C | 2024-09-06 06:29:20 | 59606579990 |
| 40 | 174.27.65.185 | 2D415A353737302D425557353550464C356B3177 | 2024-07-29 22:47:51 | 59342996088 |
| 41 | 174.27.76.18 | 2D4C54313248302D7A47714B6978592852286B28 | 2024-06-30 01:40:20 | 59170315798 |
| 42 | 174.28.186.11 | 2D5554383236302D6A624F307A44326A43584371 | 2024-07-09 00:39:28 | 59227004848 |
| 43 | 174.28.189.230 | 2D5557313430332D2E776C61707A2D43714B87530 | 2024-08-23 00:24:09 | 59497895826 |
| 44 | 174.28.29.243 | 2D5557313430332D6F6C53724F4846664844686A | 2024-09-06 01:30:30 | 59605020170 |
| 45 | 174.28.54.181 | 2D5557313430332D69696F553274332E6E724376 | 2024-09-05 03:40:37 | 59598444106 |
| 46 | 174.28.77.173 | 2D4254376230572D15B8E59D7677487DC4378BDA | 2024-08-12 02:40:34 | 59418224802 |
| 47 | 174.29.141.81 | 2D5554433630572D50B6DBC0F2F0B142D95FA7F9 | 2024-05-23 02:44:04 | 58879295334 |
| 48 | 174.30.20.44 | 2D5557313430462D29536479414C6E41757863 | 2024-09-01 00:16:39 | 59566316738 |
| 49 | 174.30.20.44 | 2D5557313430462D776B6441334D68626A56646D6D | 2024-09-13 03:05:30 | 59661603836 |
| 50 | 174.30.23.32 | 2D4254376230572D0DB85BB6E5970734EAB7A919 | 2024-06-30 13:22:42 | 59173505336 |
| 51 | 174.31.125.227 | 2D7142343331302D36434F584128723529565469 | 2024-09-08 03:03:42 | 59620319326 |
| 52 | 174.31.81.236 | 2D5452343035302D61697A616D30343368657865 | 2024-05-13 22:01:44 | 58824759070 |
| 53 | 174.31.85.246 | 2D5554383245302D5A6538216D6B7A6528584572 | 2024-08-22 21:43:10 | 59497001732 |
| 54 | 184.100.14.120 | 7493A4CC780DA802C3396AACA543413553A12EEB | 2024-09-17 03:21:34 | 59697713158 |
| 55 | 184.101.13.162 | 2D4C54323035302D6E6E30774D6A31534444724D | 2024-07-13 01:35:54 | 59254640068 |
| 56 | 184.101.16.184 | 2D4C72483030302D4429786E4D416637554C702E | 2024-05-31 02:03:01 | 58954473710 |
| 57 | 184.101.85.88 | 2D5554333535572D10B44C252364BABABFC268CA | 2024-07-19 09:11:18 | 59295809980 |
| 58 | 184.101.87.129 | 2D4657364432312D6A4169454A285A6F63726250 | 2024-06-22 02:42:38 | 59116777244 |
| 59 | 184.96.242.227 | 2D7142343633302D6246787135616C55775F546C | 2024-03-21 00:34:32 | 58485930510 |
| 60 | 184.97.114.32 | 2D4657364431302D71354C34327775546F566D68 | 2024-09-15 03:10:00 | 59679125802 |
| 61 | 184.97.154.201 | 2D7142343636302D575256634B61535A646A4A4F4E | 2024-09-05 22:07:18 | 59604014204 |

| | | | | |
|---|---|---|---|---|
| 62 | 184.97.231.65 | 2D5557313330522D704D424F2967632A2E5F4B43 | 2024-03-21 21:00:08 | 58491167562 |
| 63 | 184.97.244.6 | 2D5554333630572D14B8B4C9150949BEC2133EBF | 2024-07-11 05:08:03 | 59242951730 |
| 64 | 184.97.4.237 | 2D4C54313145302D646E7536667265216E57387E | 2024-07-04 20:49:57 | 59200051330 |
| 65 | 184.98.8.90 | 2D7142343634302D7E382A346764336D21786677 | 2024-05-07 03:55:32 | 58786317544 |
| 66 | 184.98.88.244 | 2D7142343633302D39546B352D347374657E7771 | 2024-03-25 00:03:26 | 58511768966 |
| 67 | 184.99.150.225 | 2D4B54323338342D000034564E7730366D505049 | 2024-08-05 16:19:03 | 59375427508 |
| 68 | 184.99.25.0 | 2D415A353737302D33656F654539436846623561 | 2024-05-28 03:38:22 | 58923226446 |
| 69 | 184.99.31.83 | 2D5557313430462D4E524C316458442E4B2A664B | 2024-08-01 11:30:24 | 59349885728 |
| 70 | 184.99.32.140 | 2D7142343634302D6E4B3956364B336970213942 | 2024-06-08 22:42:42 | 59026637750 |
| 71 | 206.81.134.82 | 2D7142343635302D55754A4A51647A2D55663841 | 2024-08-17 09:34:35 | 59456282148 |
| 72 | 63.145.189.98 | 2D5554383239302D5129516A344B4241342A2121 | 2024-07-06 16:10:38 | 59211565128 |
| 73 | 63.147.136.194 | 2D55573134304A2D3532446D7A734C475A7E6169 | 2024-03-28 02:28:28 | 58529757706 |
| 74 | 63.147.144.10 | 4D372D342D332D2DEDB1065317AB44B91FA75681 | 2024-07-18 08:07:52 | 59289352252 |
| 75 | 63.149.104.187 | 2D7142343635302D4B357E4C45584F4D7A387729 | 2024-08-29 19:20:27 | 59546725134 |
| 76 | 63.151.164.222 | 2D7142343635302D6651285F3777657747312A72 | 2024-08-17 02:44:13 | 59454280512 |
| 77 | 63.153.131.181 | 2D5554383236302D2177356E41456F2854453055 | 2024-06-26 09:06:08 | 59145908070 |
| 78 | 63.153.151.109 | 2D4657364432312D4E584D504F5A7956474C4972 | 2024-08-04 04:31:49 | 59365471612 |
| 79 | 63.155.40.33 | 2D5554383236302D7851672A4862614C356A786D | 2024-06-27 02:58:03 | 59151246852 |
| 80 | 63.155.75.207 | 2D7142343634302D392A4877385029447446444F | 2024-05-12 00:38:35 | 58814458012 |
| 81 | 63.155.80.157 | 2D7142343634302D5543316B7642317E5337394A | 2024-05-08 04:50:51 | 58793122264 |
| 82 | 63.157.249.106 | 2D5554383249302D30495F6531552167422A4921 | 2024-09-11 12:07:22 | 59647354036 |
| 83 | 63.159.179.123 | 2D5554383235302D774332557221744C78775876 | 2024-06-24 20:59:49 | 59136248472 |
| 84 | 63.227.19.187 | 2D5557313430492D4E4F432E5F735F5844574242 | 2024-08-09 00:40:52 | 59397625552 |
| 85 | 63.227.244.122 | 2D4C54313042302D764E6442664B443528516773 | 2024-08-22 19:16:25 | 59496215538 |
| 86 | 63.227.246.71 | 2D5554383236302D6A514B6C286E6A295A565869 | 2024-05-28 18:45:43 | 58930740988 |
| 87 | 63.230.76.62 | 2D7142343433302D3544515239576D3237524C55 | 2024-07-07 18:15:55 | 59221777708 |
| 88 | 63.232.194.200 | 2D415A353736302D32474B64656A4A6548313871 | 2024-05-22 13:44:59 | 58875238952 |
| 89 | 63.235.186.105 | 2D7142343635302D323974345578662E5343514C | 2024-08-11 15:43:58 | 59415113980 |
| 90 | 65.101.125.104 | 2D4257313330522D512875395363766E6C457755 | 2024-07-03 05:53:21 | 59190180542 |
| 91 | 65.102.176.1 | 2D5554333630572D1EB847E67A50D3BEAD670C66 | 2024-08-27 20:02:39 | 59531976572 |
| 92 | 65.102.177.96 | 2D4257313430462D5433364E2958676A37457A4A | 2024-08-05 22:04:39 | 59376918150 |

| | | | | |
|---|---|---|---|---|
| 93 | 65.102.189.54 | 2D4257313430462D78665638304372626D333232 | 2024-09-17 22:11:06 | 59705076230 |
| 94 | 65.116.62.150 | 2D4657363934372D6137727366296E545A66516C | 2024-03-24 14:53:32 | 58507928266 |
| 95 | 65.120.255.106 | 2D5557313430462D552D50596D486543776B5951 | 2024-09-12 12:17:06 | 59656211746 |
| 96 | 65.125.28.134 | 2D4C72353630302D42466576327065432D685668 | 2024-06-29 14:49:37 | 59167522322 |
| 97 | 65.126.174.150 | 2D5554363230302D4521546B4432594245617A6B | 2024-06-25 20:45:16 | 59142923420 |
| 98 | 65.127.132.98 | 2D4C72353630302D6575547451344656377E7434 | 2024-07-10 23:07:47 | 59240542212 |
| 99 | 65.128.211.98 | 2D4445323131732D4C5A6D2D512848215F677243 | 2024-07-29 04:11:48 | 59341488230 |
| 100 | 65.128.212.109 | 2D4445323131732D4852726253136436765766641 | 2024-07-29 20:44:57 | 59342819558 |
| 101 | 65.129.133.66 | 2D4C5431324A302D63776A484967636D66652135 | 2024-08-21 03:58:18 | 59484189848 |
| 102 | 65.129.153.46 | 2D5557313430462D552E3241212E2E694D70704A | 2024-09-11 16:50:48 | 59649181782 |
| 103 | 65.129.74.186 | 2D7142343635302D744574315F6A2E504E41306B | 2024-07-08 18:43:57 | 59225408326 |
| 104 | 65.129.77.116 | 2D7142343635302D4769535F32496F6129697E47 | 2024-07-08 22:23:08 | 59226427148 |
| 105 | 65.130.207.182 | 2D5554383237302D787554706A A376D7567524579 | 2024-07-08 01:47:23 | 59220702304 |
| 106 | 65.131.84.225 | 2D7142344345302D675145494A514B7E5A792D34 | 2024-06-24 14:27:15 | 59133783866 |
| 107 | 65.132.73.138 | 2D4C72313130302D485F326F31326A297655446D D | 2024-06-30 05:54:20 | 59171710818 |
| 108 | 65.133.39.18 | 2D4257313430462D4C346E6A6F A6F7E57357738395F | 2024-07-26 23:13:27 | 59331406988 |
| 109 | 65.140.210.90 | 2D5554333535572D78B4983E2A5B13DA2E55D751 | 2024-08-20 11:08:15 | 59478804106 |
| 110 | 65.141.117.130 | 2D5557313434304A2D413838452A294C5F4B324D74 | 2024-03-25 02:55:36 | 58511043332 |
| 111 | 65.141.196.198 | 2D5554383243302D794C397A777E452D434F5A5F | 2024-08-11 23:10:40 | 59417264226 |
| 112 | 65.141.240.182 | 2D415A353737302D3341616A A7252313876686569 | 2024-03-26 20:22:07 | 58521888990 |
| 113 | 65.144.243.210 | 2D4254376230572DEBB783A3803CEE7FF5AFC07E | 2024-06-23 04:30:15 | 59124058570 |
| 114 | 65.153.164.19 | 2D5554333630572D1EB87F806A465E40DD29CAA6 | 2024-08-29 03:44:33 | 59541414200 |
| 115 | 65.158.198.5 | 2D5554333535572D5CB2A881072B9DB74703D24C | 2024-06-06 02:22:53 | 59004571916 |
| 116 | 65.158.198.5 | 2D4C72363030302D6336442A6D54484D337A3265 | 2024-05-19 14:31:28 | 58857407064 |
| 117 | 67.0.92.159 | 2D7142343635302D6A6159494844473032397361 | 2024-08-10 20:39:36 | 59409922382 |
| 118 | 67.1.147.106 | 2D4754303030312D3352433144776E E3069704A56 | 2024-08-20 00:47:25 | 59475654486 |
| 119 | 67.2.173.213 | 2D4657364432312D5F7921583768534E E39365251 | 2024-07-10 02:19:44 | 59234476962 |
| 120 | 67.233.31.219 | 2D5452343035302D6F66307833636377356C6263 | 2024-05-25 20:47:46 | 58902464058 |
| 121 | 67.234.0.184 | 2D5554333630572D1CB86F6B6DD9B57677B59FDF | 2024-07-17 01:04:38 | 59280842772 |
| 122 | 67.235.147.34 | 2D4754303030312D5354547041514C C2972727756 | 2024-08-09 02:40:40 | 59398173180 |
| 123 | 67.235.166.157 | 2D4754303030312D376E E36726B744D576134467A | 2024-03-31 03:06:08 | 58547847780 |

| 124 | 67.235.189.241 | 2D7142343634302D553950774F5379772A4B2D38 | 2024-07-30 05:36:46 | 59343645390 |
|---|---|---|---|---|
| 125 | 67.235.200.84 | 2D4657364431302D33387143664A78754A702A57 | 2024-03-29 00:39:28 | 58535537054 |
| 126 | 67.238.158.162 | 2D4254376230572D15B8EED9E7B6CBDBDFC7BC33 | 2024-08-09 05:29:25 | 59398869208 |
| 127 | 67.3.134.196 | 2D4445323131732D716B6962325F4E2D76696746 | 2024-04-28 15:40:31 | 58729571236 |
| 128 | 67.4.128.84 | 2D5452343036302D7639373965316A3161616E61 | 2024-07-05 22:59:49 | 59207158338 |
| 129 | 67.4.136.221 | 2D5554333630572D14B85F91E287C75638E518B3 | 2024-07-08 02:05:53 | 59220808656 |
| 130 | 67.4.18.212 | 2D4254376230572D15B8C46DDF3C97721375AD74 | 2024-07-16 03:47:47 | 59275193388 |
| 131 | 67.4.73.161 | 2D5554333630572D1CB896C560509FEB3235B6C3 | 2024-07-20 00:11:07 | 59299706578 |
| 132 | 67.40.13.103 | 2D415A353737302D76623739573162696566424C | 2024-07-01 04:29:20 | 59177628886 |
| 133 | 67.40.197.158 | 2D4257313430462D62414B56634D366C7E446144 | 2024-09-04 07:18:41 | 59592209096 |
| 134 | 67.40.252.166 | 2D5554333630572D16B83D0B839B7603F8F663B2 | 2024-06-29 20:06:29 | 59168773560 |
| 135 | 67.40.27.174 | 2D4657364230372D533074596354476A4E7A472E | 2024-06-25 10:14:30 | 59139438324 |
| 136 | 67.42.79.182 | 2D7142343636302D697A616737336B4270614332 | 2024-09-15 22:10:38 | 59686303560 |
| 137 | 67.42.80.232 | 2D5554333630572D1EB81BD2BB0F69E22DAF575B | 2024-08-28 02:48:53 | 59534035052 |
| 138 | 67.42.83.139 | 2D4257313430462D54626E3321772E6A51633237 | 2024-09-17 19:16:11 | 59703953152 |
| 139 | 67.5.100.226 | 2D7142343633302D4F62325251557635484E6E68 | 2024-08-17 12:11:58 | 59457147504 |
| 140 | 67.5.111.138 | 2D5557313430462D39547665286F73525754545A | 2024-08-08 18:50:28 | 59395992960 |
| 141 | 67.5.119.237 | 2D55573134304A2D515455645A6B2A4F69713376 | 2024-07-19 02:53:54 | 59294224540 |
| 142 | 67.5.15.139 | 2D5452343033302D6C373073337A746371336433 | 2024-09-07 04:39:59 | 59613448176 |
| 143 | 67.6.135.3 | 2D4254376230572D15B8BBF8987F33165674D2C3 | 2024-07-16 16:42:28 | 59278660746 |
| 144 | 67.7.23.127 | 2D7142343631302D625A4C752131316941685559 | 2024-05-12 20:10:19 | 58818667146 |
| 145 | 67.7.56.178 | 2D4C724B3030302D655A355A5738377674516770 | 2024-08-02 00:10:16 | 59352194078 |
| 146 | 68.177.89.18 | 2D55573134304A2D35666E386371595F7855324B | 2024-04-29 16:32:59 | 58736302456 |
| 147 | 69.68.247.76 | 2D5554333630572DC4B706C05457E39FF2D4E2B7 | 2024-06-04 12:13:44 | 58992853554 |
| 148 | 70.59.115.125 | 2D4445323131732D616351797374396575731752E | 2024-07-05 00:52:59 | 59201057338 |
| 149 | 70.59.144.19 | 2D5554333630572DA8B79D94ECE92E438543A939 | 2024-03-20 19:45:17 | 58485346630 |
| 150 | 70.59.184.168 | 2D7142343633302D2D6D714B5F436A4C49447534 | 2024-05-24 02:07:29 | 58886600560 |
| 151 | 71.1.245.19 | 2D7142343630302D562855347E5F66214F6E4B61 | 2024-08-02 03:21:08 | 59353344832 |
| 152 | 71.1.250.215 | 2D414445304D302D666D4E6545505761472E5A67 | 2024-07-05 04:00:22 | 59201851170 |
| 153 | 71.2.82.124 | 2D4657364432312D6F73724E384C766C634E684A | 2024-08-08 00:09:46 | 59390536988 |
| 154 | 71.2.85.151 | 2D4657364432312D50656331416A30293258465A | 2024-08-09 00:22:52 | 59397567966 |

| | | | | |
|---|---|---|---|---|
| 155 | 71.208.242.154 | 2D4754303030312D464530573358756C72726735 | 2024-08-01 11:25:33 | 59349763362 |
| 156 | 71.208.96.182 | 2D5554333435302DF2A0BB5F272A115CC163494E | 2024-07-21 10:47:27 | 59308416604 |

| Number | IP | Notice Date |
|---:|---|---|
| 1 | 174.125.20.209 | 2024-04-07 20:06:31 |
| 2 | 174.125.21.134 | 2024-09-07 04:40:12 |
| 3 | 174.125.23.31 | 2024-06-25 10:42:28 |
| 4 | 174.125.23.31 | 2024-06-25 10:43:42 |
| 5 | 174.125.23.31 | 2024-06-25 11:16:11 |
| 6 | 174.125.25.20 | 2024-09-02 05:49:04 |
| 7 | 174.125.27.39 | 2024-03-28 04:15:44 |
| 8 | 174.125.27.39 | 2024-03-28 04:17:39 |
| 9 | 174.16.138.104 | 2024-04-28 16:40:52 |
| 10 | 174.16.153.43 | 2024-09-14 01:12:21 |
| 11 | 174.16.181.210 | 2024-07-15 20:26:07 |
| 12 | 174.17.188.119 | 2024-04-12 20:38:39 |
| 13 | 174.17.21.61 | 2024-08-04 02:39:45 |
| 14 | 174.17.45.83 | 2024-03-24 06:22:46 |
| 15 | 174.17.5.207 | 2024-08-17 12:26:53 |
| 16 | 174.18.61.183 | 2024-08-02 19:45:57 |
| 17 | 174.20.123.149 | 2024-04-12 03:39:12 |
| 18 | 174.20.179.48 | 2024-06-03 12:44:38 |
| 19 | 174.20.179.48 | 2024-06-03 12:37:44 |
| 20 | 174.20.35.193 | 2024-05-23 09:33:02 |
| 21 | 174.21.103.203 | 2024-05-17 09:34:36 |
| 22 | 174.21.157.65 | 2024-08-14 20:04:39 |
| 23 | 174.21.164.218 | 2024-08-21 04:15:28 |
| 24 | 174.21.189.200 | 2024-06-30 04:51:01 |
| 25 | 174.22.229.71 | 2024-06-21 08:31:09 |
| 26 | 174.22.239.174 | 2024-06-21 00:27:47 |
| 27 | 174.23.7.148 | 2024-07-06 05:29:07 |
| 28 | 174.24.78.76 | 2024-09-01 05:39:59 |
| 29 | 174.24.90.124 | 2024-07-24 03:59:17 |
| 30 | 174.24.90.124 | 2024-07-24 00:36:57 |

| | | |
|---|---|---|
| 31 | 174.24.93.39 | 2024-07-19 01:38:32 |
| 32 | 174.24.95.49 | 2024-07-18 17:21:09 |
| 33 | 174.24.95.68 | 2024-05-28 17:35:01 |
| 34 | 174.25.178.37 | 2024-04-28 07:42:55 |
| 35 | 174.26.202.6 | 2024-08-05 05:56:24 |
| 36 | 174.26.214.18 | 2024-07-10 19:06:41 |
| 37 | 174.27.179.68 | 2024-05-27 21:12:22 |
| 38 | 174.27.21.96 | 2024-07-08 13:17:39 |
| 39 | 174.27.23.229 | 2024-09-06 09:55:49 |
| 40 | 174.27.65.185 | 2024-07-30 02:03:55 |
| 41 | 174.27.76.18 | 2024-06-30 04:51:36 |
| 42 | 174.28.186.11 | 2024-07-09 03:49:57 |
| 43 | 174.28.189.230 | 2024-08-23 03:49:05 |
| 44 | 174.28.29.243 | 2024-09-06 04:54:08 |
| 45 | 174.28.54.181 | 2024-09-05 06:55:50 |
| 46 | 174.28.77.173 | 2024-08-12 05:55:43 |
| 47 | 174.29.141.81 | 2024-05-23 06:33:46 |
| 48 | 174.30.20.44 | 2024-09-01 03:33:23 |
| 49 | 174.30.20.44 | 2024-09-13 06:25:15 |
| 50 | 174.30.23.32 | 2024-06-30 16:25:10 |
| 51 | 174.31.125.227 | 2024-09-08 06:31:52 |
| 52 | 174.31.81.236 | 2024-05-14 01:27:14 |
| 53 | 174.31.85.246 | 2024-08-23 00:54:40 |
| 54 | 184.100.14.120 | 2024-09-17 06:38:38 |
| 55 | 184.101.13.162 | 2024-07-13 05:06:24 |
| 56 | 184.101.16.184 | 2024-05-31 05:21:18 |
| 57 | 184.101.85.88 | 2024-07-19 12:30:31 |
| 58 | 184.101.87.129 | 2024-06-22 06:37:40 |
| 59 | 184.96.242.227 | 2024-03-21 03:50:41 |
| 60 | 184.97.114.32 | 2024-09-15 06:21:04 |
| 61 | 184.97.154.201 | 2024-09-06 01:19:13 |

| 62 | 184.97.231.65 | 2024-03-22 00:15:29 |
|----|---------------|---------------------|
| 63 | 184.97.244.6 | 2024-07-11 11:01:17 |
| 64 | 184.97.4.237 | 2024-07-05 00:17:42 |
| 65 | 184.98.8.90 | 2024-05-07 07:37:50 |
| 66 | 184.98.88.244 | 2024-03-25 09:44:40 |
| 67 | 184.99.150.225 | 2024-08-05 19:21:50 |
| 68 | 184.99.25.0 | 2024-05-28 07:05:16 |
| 69 | 184.99.31.83 | 2024-08-01 15:11:11 |
| 70 | 184.99.32.140 | 2024-06-09 02:57:04 |
| 71 | 206.81.134.82 | 2024-08-17 12:49:09 |
| 72 | 63.145.189.98 | 2024-07-06 19:27:26 |
| 73 | 63.147.136.194 | 2024-03-28 05:43:32 |
| 74 | 63.147.144.10 | 2024-07-18 11:37:00 |
| 75 | 63.149.104.187 | 2024-08-29 22:29:41 |
| 76 | 63.151.164.222 | 2024-08-17 06:06:25 |
| 77 | 63.153.131.181 | 2024-06-26 12:27:40 |
| 78 | 63.153.151.109 | 2024-08-04 08:01:30 |
| 79 | 63.155.40.33 | 2024-06-27 07:03:52 |
| 80 | 63.155.75.207 | 2024-05-12 03:54:50 |
| 81 | 63.155.80.157 | 2024-05-08 08:54:48 |
| 82 | 63.157.249.106 | 2024-09-11 15:18:28 |
| 83 | 63.159.179.123 | 2024-06-25 02:22:17 |
| 84 | 63.227.19.187 | 2024-08-09 04:08:27 |
| 85 | 63.227.244.122 | 2024-08-22 22:26:52 |
| 86 | 63.227.246.71 | 2024-05-28 22:44:59 |
| 87 | 63.230.76.62 | 2024-07-08 09:08:27 |
| 88 | 63.232.194.200 | 2024-05-22 17:13:28 |
| 89 | 63.235.186.105 | 2024-08-11 19:17:10 |
| 90 | 65.101.125.104 | 2024-07-03 08:59:13 |
| 91 | 65.102.176.1 | 2024-08-27 23:13:26 |
| 92 | 65.102.177.96 | 2024-08-06 01:30:10 |

| | | |
|---|---|---|
| 93 | 65.102.189.54 | 2024-09-18 01:18:30 |
| 94 | 65.116.62.150 | 2024-03-24 18:57:57 |
| 95 | 65.120.255.106 | 2024-09-12 15:21:37 |
| 96 | 65.125.28.134 | 2024-06-29 18:57:06 |
| 97 | 65.126.174.150 | 2024-06-26 01:44:34 |
| 98 | 65.127.132.98 | 2024-07-11 02:37:25 |
| 99 | 65.128.211.98 | 2024-07-29 07:30:47 |
| 100 | 65.128.212.109 | 2024-07-30 00:06:34 |
| 101 | 65.129.133.66 | 2024-08-21 07:30:59 |
| 102 | 65.129.153.46 | 2024-09-11 20:11:38 |
| 103 | 65.129.74.186 | 2024-07-08 21:58:54 |
| 104 | 65.129.77.116 | 2024-07-09 01:44:48 |
| 105 | 65.130.207.182 | 2024-07-08 05:18:04 |
| 106 | 65.131.84.225 | 2024-06-24 17:41:53 |
| 107 | 65.132.73.138 | 2024-06-30 09:57:23 |
| 108 | 65.133.39.18 | 2024-07-27 02:56:27 |
| 109 | 65.140.210.90 | 2024-08-20 14:17:07 |
| 110 | 65.141.117.130 | 2024-03-25 07:03:59 |
| 111 | 65.141.196.198 | 2024-08-12 02:42:16 |
| 112 | 65.141.240.182 | 2024-03-26 23:30:39 |
| 113 | 65.144.243.210 | 2024-06-23 07:45:33 |
| 114 | 65.153.164.19 | 2024-08-29 07:00:30 |
| 115 | 65.158.198.5 | 2024-06-06 05:26:38 |
| 116 | 65.158.198.5 | 2024-05-19 17:45:23 |
| 117 | 67.0.92.159 | 2024-08-10 23:53:52 |
| 118 | 67.1.147.106 | 2024-08-20 04:14:06 |
| 119 | 67.2.173.213 | 2024-07-10 05:44:18 |
| 120 | 67.233.31.219 | 2024-05-26 01:09:57 |
| 121 | 67.234.0.184 | 2024-07-17 04:27:51 |
| 122 | 67.235.147.34 | 2024-08-09 06:05:21 |
| 123 | 67.235.166.157 | 2024-03-31 06:38:30 |

| | | |
|---|---|---|
| 124 | 67.235.189.241 | 2024-07-30 08:57:48 |
| 125 | 67.235.200.84 | 2024-03-29 04:00:32 |
| 126 | 67.238.158.162 | 2024-08-09 08:31:56 |
| 127 | 67.3.134.196 | 2024-04-28 19:02:00 |
| 128 | 67.4.128.84 | 2024-07-06 02:39:29 |
| 129 | 67.4.136.221 | 2024-07-08 05:43:52 |
| 130 | 67.4.18.212 | 2024-07-16 07:37:17 |
| 131 | 67.4.73.161 | 2024-07-20 03:38:35 |
| 132 | 67.40.13.103 | 2024-07-01 07:44:16 |
| 133 | 67.40.197.158 | 2024-09-04 10:26:06 |
| 134 | 67.40.252.166 | 2024-06-29 23:33:20 |
| 135 | 67.40.27.174 | 2024-06-25 13:21:16 |
| 136 | 67.42.79.182 | 2024-09-16 01:35:48 |
| 137 | 67.42.80.232 | 2024-08-28 06:16:15 |
| 138 | 67.42.83.139 | 2024-09-17 22:31:18 |
| 139 | 67.5.100.226 | 2024-08-17 15:43:49 |
| 140 | 67.5.111.138 | 2024-08-08 22:18:03 |
| 141 | 67.5.119.237 | 2024-07-19 06:27:30 |
| 142 | 67.5.15.139 | 2024-09-07 07:53:56 |
| 143 | 67.6.135.3 | 2024-07-16 20:15:19 |
| 144 | 67.7.23.127 | 2024-05-12 23:26:55 |
| 145 | 67.7.56.178 | 2024-08-02 03:56:54 |
| 146 | 68.177.89.18 | 2024-04-29 20:02:30 |
| 147 | 69.68.247.76 | 2024-06-04 15:42:16 |
| 148 | 70.59.115.125 | 2024-07-05 04:20:03 |
| 149 | 70.59.144.19 | 2024-03-21 01:32:32 |
| 150 | 70.59.184.168 | 2024-05-24 05:14:57 |
| 151 | 71.1.245.19 | 2024-08-02 09:47:01 |
| 152 | 71.1.250.215 | 2024-07-05 07:09:59 |
| 153 | 71.2.82.124 | 2024-08-08 03:28:44 |
| 154 | 71.2.85.151 | 2024-08-09 03:50:52 |

| | | |
|---|---|---|
| 155 | 71.208.242.154 | 2024-08-01 14:34:28 |
| 156 | 71.208.96.182 | 2024-07-21 14:08:36 |