# EXHIBIT "2"

Subject: Notice of Claimed Infringement [Case No. 58485346630]
From: <notice@dmcagateway.com>
Date: 21.03.2024, 02:30
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58485346630
Notice Date: 2024-03-21 01:32:25


Dear Sir or Madam:

This message is sent on behalf of Silent Night Productions Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Silent Night Productions Inc. owns the copyrights to the movie Silent Night. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Silent Night
Infringing FileName: Silent Night (2023) [720p] [WEBRip] [YTS.MX]
Infringing FileSize: 1003720721
Infringer's IP Address: 70.59.144.19
Infringer's Port: 38322
Initial Infringement Timestamp: 2024-03-20 19:45:17

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Silent Night Productions Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Silent Night Productions Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Silent Night Productions Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58485346630</ID>
        </Case>
        <Complainant>
                <Entity>Silent Night Productions Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-03-20T19:45:17Z</TimeStamp>
                <IP_Address>70.59.144.19</IP_Address>
                <Port>38322</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Silent Night</Title>
                        <FileName>Silent Night (2023) [720p] [WEBRip] [YTS.MX]</FileName>
                        <FileSize>1003720721</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">91F3D3CEC498EEA03412A82B1EC60C9ECB187F7A</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58485930510]
From: <notice@dmcagateway.com>
Date: 21.03.2024, 04:50
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 584853015T1
Notice Date: 2124-10-2T 10:51:05


Dear Sir or Madam:

bhis message is sent on uehalf of .lUmpys Prodyctionsj Inc,,

Lnder penaltU of perzyrUj I assert that PMw Process Management wtd, is aythorixed to act on
uehalf of the ovner of the eOclysiRe copUrights that are alleged to ue infringed herein,

.lUmpys Prodyctionsj Inc, ovns the copUrights to the moRie .lUmpys Has Wallen, bhe
ynaythorixed dovnload and distriuytion of this file uU Uoyr IP address constitytes
copUright infringement,

Please see uelov details for the infringements:

Protocol: BIbb.kkENb
Infringed For(: .lUmpys Has Wallen
Infringing WileName: .lUmpys Has Wallen )21TO[ 7T181p]
Infringing WileSixe: T3Y3214T65
InfringerXs IP Address: T84,36,242,22Y
InfringerXs Port: 5512
Initial Infringement bimestamp: 2124-10-2T 11:04:02

Andj Uoy're also creating a secyritU ris( on Uoyr compytersj deRices and netvor(s vhen Uoy
dovnload ynaythorixed moRies or allov others to do so from Uoyr Internet connection,

Fe respectfyllU as( that Uoy stop infringing and redistriuyting .lUmpys Prodyctionsj Inc,
copUright protected contentj and ta(e the proper steps to secyre Uoyr Internet so that
others do not infringe and redistriuyte oyr content as vell,

Fe haRe a good faith uelief that yse of the copUrighted material detailed auoRe is not
aythorixed uU the copUright ovnerj its agentj or the lav,  In additionj ve haRe a good
faith syuzectiRe uelief that the yse does not constityte fair yse, bhe information in this
notice is accyrate and ve statej ynder penaltU of perzyrUj that ve are aythorixed to act on
uehalf of the ovner of the copUright that is allegedlU infringed, bhis letter is not a
complete statement of .lUmpys Prodyctionsj Inc,'s rights in connection vith this matterj
and nothing contained herein constitytes an eOpress or implied vaRier of anU rights or
remedies of .lUmpys Prodyctionsj Inc, in connection vith this matterj all of vhich are
eOpresslU reserRed,

Fe appreciate Uoyr assistance and than( Uoy for Uoyr cooperation in this matter,

kespectfyllUj

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58485930510</ID>
        </Case>
        <Complainant>
                <Entity>Olympus Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-03-21T00:34:32Z</TimeStamp>
                <IP_Address>184.96.242.227</IP_Address>
                <Port>5502</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Olympus Has Fallen</Title>
                        <FileName>Olympus Has Fallen (2013) [1080p]</FileName>
                        <FileSize>1979204165</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">930B9163908EB31583587DF7415C4ABC9CC890F3</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58491167562]
From: <notice@dmcagateway.com>
Date: 22.03.2024, 01:14
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58491167562
Notice Date: 2024-03-22 00:15:20


Dear Sir or Madam:

This message is sent on behalf of EX3 Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

EX3 Productions, Inc. owns the copyrights to the movie The Expendables 3. The unauthorized
download and distribution of this file by your IP address constitutes copyright
infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Expendables 3
Infringing FileName: The Expendables 3 (2014)
Infringing FileSize: 915785291
Infringer's IP Address: 184.97.231.65
Infringer's Port: 6881
Initial Infringement Timestamp: 2024-03-21 21:00:08

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing EX3 Productions, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of EX3 Productions, Inc.'s rights in connection with this matter, and
nothing contained herein constitutes an express or implied wavier of any rights or remedies
of EX3 Productions, Inc. in connection with this matter, all of which are expressly
reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58491167562</ID>
        </Case>
        <Complainant>
                <Entity>EX3 Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-03-21T21:00:08Z</TimeStamp>
                <IP_Address>184.97.231.65</IP_Address>
                <Port>6881</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Expendables 3</Title>
                        <FileName>The Expendables 3 (2014)</FileName>
                        <FileSize>915785291</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">FB02FF747539595BDEC8357AA9077AF3CFE0E76B</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58504746808]
From: <notice@dmcagateway.com>
Date: 24.03.2024, 07:22
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58504746808
Notice Date: 2024-03-24 06:22:38


Dear Sir or Madam:

This message is sent on behalf of Millennium Funding, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium Funding, Inc. owns the copyrights to the movie Mechanic: Resurrection. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Mechanic: Resurrection
Infringing FileName: The.Mechanic.2.Resurrection.2016.1080p.BluRay.x265.10bit-z97
Infringing FileSize: 1273691399
Infringer's IP Address: 174.17.45.83
Infringer's Port: 45682
Initial Infringement Timestamp: 2024-03-24 02:51:49

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium Funding, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Millennium Funding, Inc.'s rights in connection with this matter, and
nothing contained herein constitutes an express or implied wavier of any rights or remedies
of Millennium Funding, Inc. in connection with this matter, all of which are expressly
reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58504746808</ID>
        </Case>
        <Complainant>
                <Entity>Millennium Funding, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-03-24T02:51:49Z</TimeStamp>
                <IP_Address>174.17.45.83</IP_Address>
                <Port>45682</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Mechanic: Resurrection</Title>
                        <FileName>The.Mechanic.2.Resurrection.2016.1080p.BluRay.x265.10bit-
z97</FileName>
                        <FileSize>1273691399</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">2278A514F228F000E8351F976DF82F080489307C</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 585491686772
From: ] notice< dmcagate@awcomy
Date: 6>.40.646>3, 1:57
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58504728266
Notice Date: 2023-OT-23 b8:54:36

Dear Sir or Madam:

uhis message is sent on Fehalf of Hitman u,o Prod.ctionsU Incpp

ynder jenaltL of jerz.rLU I assert that PMw Process Management wtdp is a.thorixed to act on Fehalf of the o,ner of the evcl.siRe cojLrights that are alleged to Fe infringed hereinp

Hitman u,o Prod.ctionsU Incp o,ns the cojLrights to the moRie uhe Hitmans Oifes BodLg.ardp uhe .na.thorixed do,nload and distriF.tion of this file FL Lo.r IP address constit.tes cojLright infringementp

Please see Felo, details for the infringements:

Protocol: BIuuWkkENu
Infringed Oor1: uhe Hitmans Oifes BodLg.ard
Infringing 9ileName: uhepHitmanspOifespBodLg.ardp202bpE'uENDEDpOEBkijpv263-IWNbO
Infringing 9ileSixe: bb70462088
Infringer's IP Address: 65pbb6p62pb50
Infringer's Port: 50377
Initial Infringement uimestamj: 2023-OT-23 b3:5T:T2

AndU Lo.'re also creating a sec.ritL ris1 on Lo.r comj.tersU deRices and net,or1s ,hen Lo. do,nload .na.thorixed moRies or allo, others to do so from Lo.r Internet connectionp

Oe resjectf.IIL as1 that Lo. stoj infringing and redistriF.ting Hitman u,o Prod.ctionsU Incp cojLright jrotected contentU and ta1e the jrojer stejs to sec.re Lo.r Internet so that others do not infringe and redistriF.te o.r content as ,ellp

Oe haRe a good faith Felief that .se of the cojLrighted material detailed aFoRe is not a.thorixed FL the cojLright o,nerU its agentU or the la,p  In additionU ,e haRe a good faith s.FzectiRe Felief that the .se does not constit.te fair .sep uhe information in this notice is acc.rate and ,e stateU .nder jenaltL of jerz.rLU that ,e are a.thorixed to act on Fehalf of the o,ner of the cojLright that is allegedIL infringedp uhis letter is not a comjlete statement of Hitman u,o Prod.ctionsU Incp's rights in connection ,ith this matterU and nothing contained herein constit.tes an evjress or imjlied ,aRier of anL rights or remedies of Hitman u,o Prod.ctionsU Incp in connection ,ith this matterU all of ,hich are evjressIL reserRedp

Oe ajjreciate Lo.r assistance and than1 Lo. for Lo.r coojeration in this matterp

kesjectf.IILU

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
<u>notice@dmcagateway.com</u>
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58507928266</ID>
        </Case>
        <Complainant>
                <Entity>Hitman Two Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-03-24T14:53:32Z</TimeStamp>
                <IP_Address>65.116.62.150</IP_Address>
                <Port>50499</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Hitmans Wifes Bodyguard</Title>
                        <FileName>The.Hitmans.Wifes.Bodyguard.2021.EXTENDED.WEBRip.x264-
ION10</FileName>
                        <FileSize>1190762088</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">96644FE74E4237507EB6793181A0BF2BE21EF2C5</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58511043332]
From: <notice@dmcagateway.com>
Date: 25.03.2024, 08:02
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58544301112
Notice Date: 2320-31-25 3T:31:0b


Dear Sir or Madam:

uhis message is sent on .ehalf of Ualphieys Gjm Mem.ership, LLCz

wnder penaltj of perxvrj, I assert that PML Process Management Ltdz is avthoriOed to act on
.ehalf of the oRner of the eWclvsike copjrights that are alleged to .e infringed hereinz

Ualphieys Gjm Mem.ership, LLC oRns the copjrights to the mokie Manodromez uhe vnavthoriOed
doRnload and distri.vtion of this file .j jovr IP address constitvtes copjright
infringementz

Please see .eloR details for the infringements:

Protocol: BIuuFUUENu
Infringed (or): Manodrome
Infringing [ileName: Manodrome 72321] Y4383pX Y(EBUipX Y5z4X Y'uSzM9X
Infringing [ileSiOe: 48bbb5013b
Infringer's IP Address: 65z404z44Tz413
Infringer's Port: 516b5
Initial Infringement uimestamp: 2320-31-25 32:55:16

And, jovyre also creating a secvritj ris) on jovr compvters, dekices and netRor)s Rhen jov
doRnload vnavthoriOed mokies or alloR others to do so from jovr Internet connectionz

(e respectfvllj as) that jov stop infringing and redistri.vting Ualphieys Gjm Mem.ership,
LLC copjright protected content, and ta)e the proper steps to secvre jovr Internet so that
others do not infringe and redistri.vte ovr content as Rellz

(e hake a good faith .elief that vse of the copjrighted material detailed a.oke is not
avthoriOed .j the copjright oRner, its agent, or the laRz  In addition, Re hake a good
faith sv.xectike .elief that the vse does not constitvte fair vsez uhe information in this
notice is accvrate and Re state, vnder penaltj of perxvrj, that Re are avthoriOed to act on
.ehalf of the oRner of the copjright that is allegedlj infringedz uhis letter is not a
complete statement of Ualphieys Gjm Mem.ership, LLCys rights in connection Rith this
matter, and nothing contained herein constitvtes an eWpress or implied Rakier of anj rights
or remedies of Ualphieys Gjm Mem.ership, LLC in connection Rith this matter, all of Rhich
are eWpresslj reserkedz

(e appreciate jovr assistance and than) jov for jovr cooperation in this matterz

Uespectfvllj,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58511043332</ID>
        </Case>
        <Complainant>
                <Entity>Ralphie's Gym Membership, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-03-25T02:55:36Z</TimeStamp>
                <IP_Address>65.141.117.130</IP_Address>
                <Port>53695</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Manodrome</Title>
                        <FileName>Manodrome (2023) [1080p] [WEBRip] [5.1] [YTS.MX]</
FileName>
                        <FileSize>1899954309</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">89A72B44880A1BF5148C49A27CD54C6C657405B5</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 585449186117
From: 2notice]  dmcagate< a@comw
Date: y5.>0.y>y3, 4>:3y
To: 2DMCA]  centur@ink.comw
BCC: 2bcc-us]  dmcagate< a@comw


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58500468766
Notice Date: 232T-3b-25 37:TT:b0


Dear Sir or Madam:

uhis message is sent on Fehalf of Cinestate Se,enth Da.U ppCy

jnder Lenalt. of Lerzwr.U I assert that PMp Process Management ptdy is awthorixed to act on
Fehalf of the ovner of the eRclwsi,e coL.rights that are alleged to Fe infringed hereiny

Cinestate Se,enth Da.U ppC ovns the coL.rights to the mo,ie uhe Se,enth Da.y uhe
wnawthorixed dovnload and distriFwtion of this file F. .owr IP address constitwtes
coL.right infringementy

Please see Felov details for the infringements:

Protocol: BIuuOWWENu
Infringed kor1: uhe Se,enth Da.
Infringing 9ileName: vvvyuorrentingycom   -   uhe Se,enth Da. 2320 423L BIwWa. DD5 O R26T-
LIa.HD
Infringing 9ileSixe: TT224b4604
Infringer's IP Address: O8Ty78y88y2TT
Infringer's Port: 62b88
Initial Infringement uimestamL: 232T-3b-25 33:3b:26

AndU .ow're also creating a secwrit. ris1 on .owr comLwtersU de,ices and netvor1s vhen .ow
dovnload wnawthorixed mo,ies or allov others to do so from .owr Internet connectiony

ke resLectfwll. as1 that .ow stoL infringing and redistriFwting Cinestate Se,enth Da.U ppC
coL.right Lrotected contentU and ta1e the LroLer steLs to secwre .owr Internet so that
others do not infringe and redistriFwte owr content as velly

ke ha,e a good faith Felief that wse of the coL.righted material detailed aFo,e is not
awthorixed F. the coL.right ovnerU its agentU or the lavy  In additionU ve ha,e a good
faith swFzecti,e Felief that the wse does not constitwte fair wsey uhe information in this
notice is accwrate and ve stateU wnder Lenalt. of Lerzwr.U that ve are awthorixed to act on
Fehalf of the ovner of the coL.right that is allegedl. infringedy uhis letter is not a
comLlete statement of Cinestate Se,enth Da.U ppC's rights in connection vith this matterU
and nothing contained herein constitwtes an eRLress or imLlied va,ier of an. rights or
remedies of Cinestate Se,enth Da.U ppC in connection vith this matterU all of vhich are
eRLressl. reser,edy

ke aLLreciate .owr assistance and than1 .ow for .owr cooLeration in this mattery

Respectfully,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58511768966</ID>
        </Case>
        <Complainant>
                <Entity>Cinestate Seventh Day, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-03-25T00:03:26Z</TimeStamp>
                <IP_Address>184.98.88.244</IP_Address>
                <Port>62388</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Seventh Day</Title>
                        <FileName>www.Torrenting.com   -   The Seventh Day 2021 720p
BluRay DD5 1 x264-playHD</FileName>
                        <FileSize>4422737617</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">36AAA4EA3EB7899E1CDA235D6B5F88655A7F2367</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

20.09.2024, 13:54

Subject: Notice of Claimed Infringement [Case No. 58521888990]
From: <notice@dmcagateway.com>
Date: 27.03.2024, 00:29
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58524888330
Notice Date: 2021-OT-26 2T:TO:T2

Dear Sir or Madam:

bhis message is sent on uehalf of Silent Night Prod.ctions IncUU

pnder yenaltj of yer,.rjL I assert that PMz Process Management ztdU is a.thoriwed to act on uehalf of the oxner of the evcl.si0e coyjrights that are alleged to ue infringed hereinU

Silent Night Prod.ctions IncU oxns the coyjrights to the mo0ie Silent NightU bhe .na.thoriwed doxnload and distriu.tion of this file uj jo.r IP address constit.tes coyjright infringementU

Please see uelox details for the infringements:

Protocol: BIbbRWWENb
Infringed korF: Silent Night
Infringing (ileName: Silent Night )202T[ 72460y] 71Y] 7kEB] 75U4] 7XbSUM']
Infringing (ileSiwe: 133T040506
Infringer9s IP Address: 65U414U210U482
Infringer9s Port: 54360
Initial Infringement bimestamy: 2021-OT-26 20:22:0'

AndL jo.'re also creating a sec.ritj risF on jo.r comy.tersL de0ices and netxorFs xhen jo. doxnload .na.thoriwed mo0ies or allox others to do so from jo.r Internet connectionU

ke resyectf.llj asF that jo. stoy infringing and redistriu.ting Silent Night Prod.ctions IncU coyjright yrotected contentL and taFe the yroyer steys to sec.re jo.r Internet so that others do not infringe and redistriu.te o.r content as xellU

ke ha0e a good faith uelief that .se of the coyjrighted material detailed auo0e is not a.thoriwed uj the coyjright oxnerL its agentL or the laxU  In additionL xe ha0e a good faith s.u,ecti0e uelief that the .se does not constit.te fair .seU bhe information in this notice is acc.rate and xe stateL .nder yenaltj of yer,.rjL that xe are a.thoriwed to act on uehalf of the oxner of the coyjright that is allegedlj infringedU bhis letter is not a comylete statement of Silent Night Prod.ctions IncU's rights in connection xith this matterL and nothing contained herein constit.tes an evyress or imylied xa0ier of anj rights or remedies of Silent Night Prod.ctions IncU in connection xith this matterL all of xhich are evyresslj reser0edU

ke ayyreciate jo.r assistance and thanF jo. for jo.r cooyeration in this matterU

Wesyectf.lljL

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58521888990</ID>
        </Case>
        <Complainant>
                <Entity>Silent Night Productions Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-03-26T20:22:07Z</TimeStamp>
                <IP_Address>65.141.240.182</IP_Address>
                <Port>51960</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Silent Night</Title>
                        <FileName>Silent Night (2023) [2160p] [4K] [WEB] [5.1] [YTS.MX]</
FileName>
                        <FileSize>4993010506</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">E0E118094CDFA1A80E0C544A77F634362A9036CB</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58529436802]
From: <notice@dmcagateway.com>
Date: 28.03.2024, 05:15
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58524306812
Notice Date: 2123-10-28 13:Tb:00


Dear Sir or Madam:

uhis message is sent on .ehalf of After II MoUiep yyCj

,nder Lenaltz of Lerwxrzp I assert that PMy Process Management ytdj is axthorived to act on
.ehalf of the oOner of the eRclxsiUe coLzrights that are alleged to .e infringed hereinj

After II MoUiep yyC oOns the coLzrights to the moUie After We Collidedj uhe xnaxthorived
doOnload and distri.xtion of this file .z zoxr IP address constitxtes coLzright
infringementj

Please see .eloO details for the infringements:

Protocol: BIuukFFENu
Infringed Wor(: After We Collided
Infringing )ileName: After We Collided [21217 ]T181LY ]BIxFazY ]5jTY ]XuSjM'Y
Infringing )ileSiVe: 214366T63T
Infringer9s IP Address: Tb3jT25j2bjO4
Infringer9s Port: Ob450
Initial Infringement uimestamL: 2123-10-28 1T:11:T1

Andp zox're also creating a secxritz ris( on zoxr comLxtersp deUices and netOor(s Ohen zox
doOnload xnaxthorived moUies or alloO others to do so from zoxr Internet connectionj

We resLectfxllz as( that zox stoL infringing and redistri.xting After II MoUiep yyC
coLzright Lrotected contentp and ta(e the LroLer steLs to secxre zoxr Internet so that
others do not infringe and redistri.xte oxr content as OelIj

We haUe a good faith .elief that xse of the coLzrighted material detailed a.oUe is not
axthorived .z the coLzright oOnerp its agentp or the laOj In additionp Oe haUe a good
faith sx.wectiUe .elief that the xse does not constitxte fair xsej uhe information in this
notice is accxrate and Oe statep xnder Lenaltz of Lerwxrzp that Oe are axthorived to act on
.ehalf of the oOner of the coLzright that is allegedlz infringedj uhis letter is not a
comLlete statement of After II MoUiep yyC's rights in connection Oith this matterp and
nothing contained herein constitxtes an eRLress or imLlied OaUier of anz rights or remedies
of After II MoUiep yyC in connection Oith this matterp all of Ohich are eRLresslz reserUedj

We aLLreciate zoxr assistance and than( zox for zoxr cooLeration in this matterj

FesLectfxllzp

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58529436802</ID>
        </Case>
        <Complainant>
                <Entity>After II Movie, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-03-28T01:00:10Z</TimeStamp>
                <IP_Address>174.125.27.39</IP_Address>
                <Port>37953</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>After We Collided</Title>
                        <FileName>After We Collided (2020) [1080p] [BluRay] [5.1]
[YTS.MX]</FileName>
                        <FileSize>2094661641</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">6158F2A40719856B463BEEF13588B26878E27CB7</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 5852190] 09<@
From: wnoticey dmcagate> a7.com3
Date: 28.<0.2<294<5,: 5
To: wDMCAy centur7link.com3
BCC: wbcc-usy dmcagate> a7.com3

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 5852430103T
Notice Date: 2T23-TO-28 T3:b5:O4


Dear Sir or Madam:

uhis message is sent on .ehalf of After ProdUctionsp yyCj

,nder Lenaltz of LerwUrzp I assert that PMy Process Management ytdj is aUthorixed to act on
.ehalf of the ovner of the eOclUsiRe coLzrights that are alleged to .e infringed hereinj

After ProdUctionsp yyC ovns the coLzrights to the moRie Afterj uhe UnaUthorixed dovnload
and distri.Ution of this file .z zoUr IP address constitUtes coLzright infringementj

Please see .elov details for the infringements:

Protocol: BIuuWkkENu
Infringed For(: After
Infringing )ileName: After [2Tb47 ]FEBkiLY ]12TLY ]XuSjyuY
Infringing )ileSixe: 4528bT3T4
Infringer's IP Address: b13jb25j21jO4
Infringer's Port: 3T2T5
Initial Infringement uimestamL: 2T23-TO-28 Tb:T6:23

Andp zoU9re also creating a secUritz ris( on zoUr comLUtersp deRices and netvor(s vhen zoU
dovnload UnaUthorixed moRies or allov others to do so from zoUr Internet connectionj

Fe resLectfUllz as( that zoU stoL infringing and redistri.Uting After ProdUctionsp yyC
coLzright Lrotected contentp and ta(e the LroLer steLs to secUre zoUr Internet so that
others do not infringe and redistri.Ute oUr content as vellj

Fe haRe a good faith .elief that Use of the coLzrighted material detailed a.oRe is not
aUthorixed .z the coLzright ovnerp its agentp or the lavj  In additionp ve haRe a good
faith sU.wectiRe .elief that the Use does not constitUte fair Usej uhe information in this
notice is accUrate and ve statep Under Lenaltz of LerwUrzp that ve are aUthorixed to act on
.ehalf of the ovner of the coLzright that is allegedIz infringedj uhis letter is not a
comLlete statement of After ProdUctionsp yyC9s rights in connection vith this matterp and
nothing contained herein constitUtes an eOLress or imLlied vaRier of anz rights or remedies
of After ProdUctionsp yyC in connection vith this matterp all of vhich are eOLresslz
reserRedj

Fe aLLreciate zoUr assistance and than( zoU for zoUr cooLeration in this matterj

kesLectfUllzp

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus


```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58529437340</ID>
        </Case>
        <Complainant>
                <Entity>After Productions, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-03-28T01:06:24Z</TimeStamp>
                <IP_Address>174.125.27.39</IP_Address>
                <Port>40205</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>After</Title>
                        <FileName>After (2019) [WEBRip] [720p] [YTS.LT]</FileName>
                        <FileSize>952810409</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">D91FE21E204B4D06C6879F9158B571EF5E37ED73</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58529757706]
From: <notice@dmcagateway.com>
Date: 28.03.2024, 06:40
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58524353306
Notice Date: 2021-OT-28 05:1T:23


Dear Sir or Madam:

bhis message is sent on uehalf of .alUhieps Gym MemuershiUj ,,CL

znder Uenalty of Uerwxryj I assert that PM, Process Management ,tdL is axthorived to act on uehalf of the oOner of the eRclxsiWe coUyrights that are alleged to ue infringed hereinL

.alUhieps Gym MemuershiUj ,,C oOns the coUyrights to the moWie ManodromeL bhe xnaxthorived doOnload and distriuxtion of this file uy yoxr IP address constitxtes coUyright infringementL

Please see ueloO details for the infringements:

Protocol: BIbbk..ENb
Infringed For(: Manodrome
Infringing )ileName: Manodrome [2O2T7 ]YO8OUX ]FEB.iUX ]5LYX ]'bSLM9X
Infringing )ileSive: Y844451TO4
Infringer's IP Address: 6TLY13LYT6LY41
Infringer's Port: TO284
Initial Infringement bimestamU: 2021-OT-28 02:28:28

Andj yoxpre also creating a secxrity ris( on yoxr comUxtersj deWices and netOor(s Ohen yox doOnload xnaxthorived moWies or alloO others to do so from yoxr Internet connectionL

Fe resUectfxlly as( that yox stoU infringing and redistriuxting .alUhieps Gym MemuershiUj ,,C coUyright Urotected contentj and ta(e the UroUer steUs to secxre yoxr Internet so that others do not infringe and redistriuxte oxr content as OeIIL

Fe haWe a good faith uelief that xse of the coUyrighted material detailed auoWe is not axthorived uy the coUyright oOnerj its agentj or the laOL In additionj Oe haWe a good faith sxuwectiWe uelief that the xse does not constitxte fair xseL bhe information in this notice is accxrate and Oe statej xnder Uenalty of Uerwxryj that Oe are axthorived to act on uehalf of the oOner of the coUyright that is allegedly infringedL bhis letter is not a comUlete statement of .alUhieps Gym MemuershiUj ,,Cps rights in connection Oith this matterj and nothing contained herein constitxtes an eRUress or imUlied OaWier of any rights or remedies of .alUhieps Gym MemuershiUj ,,C in connection Oith this matterj all of Ohich are eRUressly reserWedL

Fe aUUreciate yoxr assistance and than( yox for yoxr cooUeration in this matterL

.esUectfxllyj

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58529757706</ID>
        </Case>
        <Complainant>
                <Entity>Ralphie's Gym Membership, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-03-28T02:28:28Z</TimeStamp>
                <IP_Address>63.147.136.194</IP_Address>
                <Port>30289</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Manodrome</Title>
                        <FileName>Manodrome (2023) [1080p] [WEBRip] [5.1] [YTS.MX]</
FileName>
                        <FileSize>1899954309</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">89A72B44880A1BF5148C49A27CD54C6C657405B5</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58535537054]
From: <notice@dmcagateway.com>
Date: 29.03.2024, 05:00
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58545549157
Notice Date: 2127-14-20 17:11:24


Dear Sir or Madam:

3his message is sent on Tehalf of blXmu,s Prod,ctions. IncUU

pnder uenaltX of uery,rX. I assert that PMj Process Management jtdU is a,thoriLed to act on
Tehalf of the ozner of the ewcl,sixe couXrights that are alleged to Te infringed hereinU

blXmu,s Prod,ctions. IncU ozns the couXrights to the moxie blXmu,s Has vallenU 3he
,na,thoriLed doznload and distriT,tion of this file TX Xo,r IP address constit,tes
couXright infringementU

Please see Teloz details for the infringements:

Protocol: BI33bOOEN3
Infringed RorW: blXmu,s Has vallen
Infringing vileName: blXmu,s Has vallen k21F4(
Infringing vileSiLe: OF1191648
Infringer)s IP Address: 69U245U211U87
Infringer)s Port: 7F889
Initial Infringement 3imestamu: 2127-14-20 11:40:28

And. Xo,'re also creating a sec,ritX risW on Xo,r comu,ters. dexices and netzorWs zhen Xo,
doznload ,na,thoriLed moxies or alloz others to do so from Xo,r Internet connectionU

Re resuectf,llX asW that Xo, stou infringing and redistriT,ting blXmu,s Prod,ctions. IncU
couXright urotected content. and taWe the urouer steus to sec,re Xo,r Internet so that
others do not infringe and redistriT,te o,r content as zellU

Re haxe a good faith Telief that ,se of the couXrighted material detailed aToxe is not
a,thoriLed TX the couXright ozner. its agent. or the lazU In addition. ze haxe a good
faith s,Tyectixe Telief that the ,se does not constit,te fair ,seU 3he information in this
notice is acc,rate and cte state. ,nder uenaltX of uery,rX. that ze are a,thoriLed to act on
Tehalf of the ozner of the couXright that is allegedlX infringedU 3his letter is not a
comulete statement of blXmu,s Prod,ctions. IncU's rights in connection zith this matter.
and nothing contained herein constit,tes an ewuress or imulied zaxier of anX rights or
remedies of blXmu,s Prod,ctions. IncU in connection zith this matter. all of zhich are
ewuresslX reserxedU

Re auureciate Xo,r assistance and thanW Xo, for Xo,r cooueration in this matterU

Oesuectf,llX.

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58535537054</ID>
        </Case>
        <Complainant>
                <Entity>Olympus Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-03-29T00:39:28Z</TimeStamp>
                <IP_Address>67.235.200.84</IP_Address>
                <Port>41887</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Olympus Has Fallen</Title>
                        <FileName>Olympus Has Fallen (2013)</FileName>
                        <FileSize>910070638</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">0B8A179B330989562A50FB515A2E0A3504C7CE07</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58547847780]
From: <notice@dmcagateway.com>
Date: 31.03.2024, 08:36
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58547847780
Notice Date: 2024-03-31 06:38:22


Dear Sir or Madam:

This message is sent on behalf of Silent Night Productions Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Silent Night Productions Inc. owns the copyrights to the movie Silent Night. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Silent Night
Infringing FileName: Silent.Night.2023.1080p.AMZN.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx]
Infringing FileSize: 1505846130
Infringer's IP Address: 67.235.166.157
Infringer's Port: 6891
Initial Infringement Timestamp: 2024-03-31 03:06:08

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Silent Night Productions
Inc. copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Silent Night Productions Inc.'s rights in connection with this
matter, and nothing contained herein constitutes an express or implied wavier of any rights
or remedies of Silent Night Productions Inc. in connection with this matter, all of which
are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,
```

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58547847780</ID>
        </Case>
        <Complainant>
                <Entity>Silent Night Productions Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-03-31T03:06:08Z</TimeStamp>
                <IP_Address>67.235.166.157</IP_Address>
                <Port>6891</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Silent Night</Title>
                        <FileName>Silent.Night.2023.1080p.AMZN.WEBRip.1400MB.DD5.1.x264-
GalaxyRG[TGx]</FileName>
                        <FileSize>1505846130</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">462051DF705BEE087E5861028CBFA521E6E94371</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58590501998]
From: <notice@dmcagateway.com>
Date: 07.04.2024, 22:05
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58543530448
Notice Date: 2321-31-3T 23:36:25


Dear Sir or Madam:

bhis message is sent on uehalf of After .e Uell Prodpctionsy jtd,,

Lnder zenaltw of zerxprwy I assert that PMj Process Management jtd, is apthorived to act on
uehalf of the oOner of the eRclpsiWe cozwrights that are alleged to ue infringed herein,

After .e Uell Prodpctionsy jtd, oOns the cozwrights to the moWie After .e Uell, bhe
pnapthorived doOnload and distriuption of this file uw wopr IP address constitptes
cozwright infringement,

Please see ueloO details for the infringements:

Protocol: BIbbkFFENb
Infringed .or(: After .e Uell
Infringing UileName: After .e Uell )2320[ 70383z] 7BlpFaw] 75,O] 7YbS,MX]
Infringing UileSive: 0460205200
Infringer's IP Address: OT1,025,23,234
Infringer's Port: 16039
Initial Infringement bimestamz: 2321-31-3T 05:14:35

Andy wop're also creating a secpritw ris( on wopr comzptersy deWices and netOor(s Ohen wop
doOnload pnapthorived moWies or alloO others to do so from wopr Internet connection,

.e reszectfpllw as( that wop stoz infringing and redistriupting After .e Uell Prodpctionsy
jtd, cozwright zrotected contenty and ta(e the zrozer stezs to secpre wopr Internet so that
others do not infringe and redistriupte opr content as Oell,

.e haWe a good faith uelief that pse of the cozwrighted material detailed auoWe is not
apthorived uw the cozwright oOnery its agenty or the laO,  In additiony Oe haWe a good
faith spuxectiWe uelief that the pse does not constitpte fair pse, bhe information in this
notice is accprate and Oe statey pnder zenaltw of zerxprwy that Oe are apthorived to act on
uehalf of the oOner of the cozwright that is allegedlw infringed, bhis letter is not a
comzlete statement of After .e Uell Prodpctionsy jtd,'s rights in connection Oith this
mattery and nothing contained herein constitptes an eRzress or imzlied OaWier of anw rights
or remedies of After .e Uell Prodpctionsy jtd, in connection Oith this mattery all of Ohich
are eRzresslw reserWed,

.e azzreciate wopr assistance and than( wop for wopr coozeration in this matter,

Feszectfpllwy

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58590501998</ID>
        </Case>
        <Complainant>
                <Entity>After We Fell Productions, Ltd.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-04-07T15:49:05Z</TimeStamp>
                <IP_Address>174.125.20.209</IP_Address>
                <Port>46103</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>After We Fell</Title>
                        <FileName>After We Fell (2021) [1080p] [BluRay] [5.1] [YTS.MX]</
FileName>
                        <FileSize>1961215211</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">0F88DEE8369B0FC82EC92E3899C9B557F8C2F108</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58491617412]
From: <notice@dmcagateway.com>
Date: 90.26.0206325,: 8
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58649197690
Notice Date: 2021-01-42 03:37:09


Dear Sir or Madam:

This message is sent on behalf of Xoltage Holdingsu ,,C.

Under penalty of perjLryu I assert that PM, Process Management ,td. is aLthorized to act on
behalf of the owner of the exclLsive copyrights that are alleged to be infringed herein.

Xoltage Holdingsu ,,C owns the copyrights to the movie The Cobbler. The LnaLthorized
download and distribLtion of this file by yoLr IP address constitLtes copyright
infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Cobbler
Infringing FileName: The Cobbler (2041)
Infringing FileSize: 987450577
Infringer's IP Address: 491.20.423.417
Infringer's Port: 59097
Initial Infringement Timestamp: 2021-01-42 00:45:54

Andu yoL're also creating a secLrity risk on yoLr compLtersu devices and networks when yoL
download LnaLthorized movies or allow others to do so from yoLr Internet connection.

We respectfLlly ask that yoL stop infringing and redistribLting Xoltage Holdingsu ,,C
copyright protected contentu and take the proper steps to secLre yoLr Internet so that
others do not infringe and redistribLte oLr content as well.

We have a good faith belief that Lse of the copyrighted material detailed above is not
aLthorized by the copyright owneru its agentu or the law.  In additionu we have a good
faith sLbjective belief that the Lse does not constitLte fair Lse. The information in this
notice is accLrate and we stateu Lnder penalty of perjLryu that we are aLthorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Xoltage Holdingsu ,,C's rights in connection with this matteru and
nothing contained herein constitLtes an express or implied wavier of any rights or remedies
of Xoltage Holdingsu ,,C in connection with this matteru all of which are expressly
reserved.

We appreciate yoLr assistance and thank yoL for yoLr cooperation in this matter.

RespectfLllyu

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58617479670</ID>
        </Case>
        <Complainant>
                <Entity>Voltage Holdings, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-04-12T00:15:51Z</TimeStamp>
                <IP_Address>174.20.123.149</IP_Address>
                <Port>57079</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Cobbler</Title>
                        <FileName>The Cobbler (2014)</FileName>
                        <FileSize>789150599</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584770] 044<@
From: wnoticey dmcagate> a3.com1
Date: 27.<, .7<7, : 7760]
To: wDMCAy centur3link.com1
BCC: wbcc-usy dmcagate> a3.com1

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58622434660
Notice Date: 2021-01-T2 20:48:41


Dear Sir or Madam:

bhis message is sent on uehalf of Sec.ritU Prod.ctionsp Incyy

jnder ,enaltU of ,erL.rUp I assert that PMz Process Management ztdy is a.thoriwed to act on
uehalf of the oxner of the evcl.siOe co,Urights that are alleged to ue infringed hereiny

Sec.ritU Prod.ctionsp Incy oxns the co,Urights to the moOie Sec.ritUy bhe .na.thoriwed
doxnload and distriu.tion of this file uU Uo.r IP address constit.tes co,Uright
infringementy

Please see uelox details for the infringements:

Protocol: BIbbRWWENb
Infringed korF: Sec.ritU
Infringing (ileName: Sec.ritU )2OT3[ 7]bSyAGY
Infringing (ileSiwe: 3T4TT324X
Infringer's IP Address: T31yT3yT88yTTX
Infringer's Port: 688T
Initial Infringement bimestam,: 2021-01-T2 T3:03:44

Andp Uo.9re also creating a sec.ritU risF on Uo.r com,.tersp deOices and netxorFs xhen Uo.
doxnload .na.thoriwed moOies or allox others to do so from Uo.r Internet connectiony

ke res,ectf.llU asF that Uo. sto, infringing and redistriu.ting Sec.ritU Prod.ctionsp Incy
co,Uright ,rotected contentp and taFe the ,ro,er ste,s to sec.re Uo.r Internet so that
others do not infringe and redistriu.te o.r content as xelly

ke haOe a good faith uelief that .se of the co,Urighted material detailed auoOe is not
a.thoriwed uU the co,Uright oxnerp its agentp or the laxy In additionp xe haOe a good
faith s.uLectiOe uelief that the .se does not constit.te fair .sey bhe information in this
notice is acc.rate and xe statep .nder ,enaltU of ,erL.rUp that xe are a.thoriwed to act on
uehalf of the oxner of the co,Uright that is allegedlU infringedy bhis letter is not a
com,lete statement of Sec.ritU Prod.ctionsp Incy9s rights in connection xith this matterp
and nothing contained herein constit.tes an ev,ress or im,lied xaOier of anU rights or
remedies of Sec.ritU Prod.ctionsp Incy in connection xith this matterp all of xhich are
ev,resslU reser0edy

ke a,,reciate Uo.r assistance and thanF Uo. for Uo.r coo,eration in this mattery

Wes,ectf.llUp

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus


```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58622373660</ID>
        </Case>
        <Complainant>
                <Entity>Security Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-04-12T17:07:33Z</TimeStamp>
                <IP_Address>174.17.188.119</IP_Address>
                <Port>6881</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Security</Title>
                        <FileName>Security (2017) [YTS.AG]</FileName>
                        <FileSize>713117239</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">EDF55D474F85AB2BFDE01D2473B8C080C1E44ECD</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582975202296
From: ] notice< dmcagate@awcomy
Date: 98.>0.9>903>4,: 4
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58426543442
Notice Date: 2023-03-28 04:32:38

Dear Sir or Madam:

1his message is sent on Tehalf of Millennibm ubnding. IncU U

pnder yenaltj of yer,brj. I assert that PML Process Management LtdU is abthorized to act on Tehalf of the owner of the exclbsive coyjrights that are alleged to Te infringed hereinU

Millennibm ubnding. IncU  owns the coyjrights to the movie HellTojU 1he bnabthorized download and distriTbtion of this file Tj jobr IP address constitbtes coyjright infringementU

Please see Telow details for the infringements:

Protocol: BI11ORREN1
Infringed Work: HellToj
Infringing uileName: HellToj F20()[ 7BIbRaj] 7(O8Oy] 7Y1SUL1]
Infringing uileSize: 2088((4256
InfringerXs IP Address: (43U25U(48U'4
InfringerXs Port: 303(6
Initial Infringement 1imestamy: 2023-03-28 03:05:23

And. job9re also creating a secbritj risk on jobr comybters. devices and networks when job download bnabthorized movies or allow others to do so from jobr Internet connectionU

We resyectfbllj ask that job stoy infringing and redistriTbting Millennibm ubnding. IncU coyjright yrotected content. and take the yroyer steys to secbre jobr Internet so that others do not infringe and redistriTbte obr content as wellU

We have a good faith Telief that bse of the coyjrighted material detailed aTove is not abthorized Tj the coyjright owner. its agent. or the lawU  In addition. we have a good faith sbT,ective Telief that the bse does not constitbte fair bseU 1he information in this notice is accbrate and we state. bnder yenaltj of yer,brj. that we are abthorized to act on Tehalf of the owner of the coyjright that is allegedlj infringedU 1his letter is not a comylete statement of Millennibm ubnding. IncU 9s rights in connection with this matter. and nothing contained herein constitbtes an exyress or imylied wavier of anj rights or remedies of Millennibm ubnding. IncU  in connection with this matter. all of which are exyresslj reservedU

We ayyreciate jobr assistance and thank job for jobr cooyeration in this matterU

Resyectfbllj.

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58726574772</ID>
        </Case>
        <Complainant>
                <Entity>Millennium Funding, Inc. </Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-04-28T04:05:24Z</TimeStamp>
                <IP_Address>174.25.178.37</IP_Address>
                <Port>40416</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Hellboy</Title>
                        <FileName>Hellboy (2019) [BluRay] [1080p] [YTS.LT]</FileName>
                        <FileSize>2088117256</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">16CE26D6CDDCA3ED073D1EB410E5F32151E23137</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58218909] <@v
From: ynotice> dmcagate7 a3.com4
Date: 18.@.1@l<, ] 8:09
To: yDMCA> centur3link.com4
BCC: ybcc-us> dmcagate7 a3.com4


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 584283031Tb
Notice Date: 2b2T-bT-28 16: Tb: T5


Dear Sir or Madam:

uhis message is sent on .ehalf of Uind piyer Prodjctions, LLCz

wnder xenaltv of xerOjrv, I assert that PML Process Management Ltdz is ajthoriRed to act on
.ehalf of the oWner of the ekcljsiye coxvrights that are alleged to .e infringed hereinz

Uind piyer Prodjctions, LLC oWns the coxvrights to the moyie Uind piyerz uhe jnajthoriRed
doWnload and distri.jtion of this file .v vojr IP address constitjtes coxvright
infringementz

Please see .eloW details for the infringements:

Protocol: BIuuFppENu
Infringed Uor(: Uind piyer
Infringing )ileName: Uind piyer [2b147 ]1b8bxY ]XuSzAGY
Infringing )ileSiRe: 14T2254T23
Infringer's IP Address: 14Tz16z108z1bT
Infringer's Port: 5415T
Initial Infringement uimestamx: 2b2T-bT-28 10: 13: T8

And, voj9re also creating a secjritv ris( on vojr comxjters, deyices and netWor(s When voj
doWnload jnajthoriRed moyies or alloW others to do so from vojr Internet connectionz

Ue resxectfjllv as( that voj stox infringing and redistri.jting Uind piyer Prodjctions, LLC
coxvright xrotected content, and ta(e the xroxer stexs to secjre vojr Internet so that
others do not infringe and redistri.jte ojr content as Wellz

Ue haye a good faith .elief that jse of the coxvrighted material detailed a.oye is not
ajthoriRed .v the coxvright oWner, its agent, or the laWz  In addition, We haye a good
faith sj.Oectiye .elief that the jse does not constitjte fair jsez uhe information in this
notice is accjrate and We state, jnder xenaltv of xerOjrv, that We are ajthoriRed to act on
.ehalf of the oWner of the coxvright that is allegedlv infringedz uhis letter is not a
comxlete statement of Uind piyer Prodjctions, LLC9s rights in connection With this matter,
and nothing contained herein constitjtes an ekxress or imxlied Wayier of anv rights or
remedies of Uind piyer Prodjctions, LLC in connection With this matter, all of Which are
ekxresslv reseryedz

Ue axxreciate vojr assistance and than( voj for vojr cooxeration in this matterz

pesxectfjllv,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58728939140</ID>
        </Case>
        <Complainant>
                <Entity>Wind River Productions, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-04-28T13:19:48Z</TimeStamp>
                <IP_Address>174.16.138.104</IP_Address>
                <Port>57154</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Wind River</Title>
                        <FileName>Wind River (2017) [1080p] [YTS.AG]</FileName>
                        <FileSize>1742257429</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">F28F254E61F2D98D40AD1578C6B5318931647304</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58491546972]
From: <notice@dmcagateway.com>
Date: 98.03.9093, 96:06
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58024507236
Notice Date: 2T2b-Tb-28 74:T7:52

Dear Sir or Madam:

uhis message is sent on Fehalf of E,3 Prod.ctionsU Incpp

ynder jenaltL of jerz.rLU I assert that PMw Process Management wtdp is a.thorixed to act on
Fehalf of the ovner of the eRcl.si0e cojLrights that are alleged to Fe infringed hereinp

E,3 Prod.ctionsU Incp ovns the cojLrights to the mo0ie uhe ERjendaFles 3p uhe .na.thorixed
dovnload and distriF.tion of this file FL Lo.r IP address consit.tes cojLright
infringementp

Please see Felov details for the infringements:

Protocol: BIuuWkkENu
Infringed 1or9: uhe ERjendaFles 3
Infringing 'ileName: uhe ERjendaFles 3 2T7b ERtended C.t 7T8Tj BI.kaL DDP 0p7 R26b-1iNHD
Infringing 'ileSixe: 6662b70T3T
Infringer's IP Address: 60p3p73bp746
Infringer's Port: 52727
Initial Infringement uimestamj: 2T2b-Tb-28 75:bT:37

AndU Lo.'re also creating a sec.ritL ris9 on Lo.r comj.tersU de0ices and netvor9s vhen Lo.
dovnload .na.thorixed mo0ies or allov others to do so from Lo.r Internet connectionp

1e resjectf.IIL as9 that Lo. stoj infringing and redistriF.ting E,3 Prod.ctionsU Incp
cojLright jrotected contentU and ta9e the jrojer stejs to sec.re Lo.r Internet so that
others do not infringe and redistriF.te o.r content as vellp

1e ha0e a good faith Felief that .se of the cojLrighted material detailed aFo0e is not
a.thorixed FL the cojLright ovnerU its agentU or the lavp  In additionU ve ha0e a good
faith s.Fzecti0e Felief that the .se does not constit.te fair .sep uhe information in this
notice is acc.rate and ve stateU .nder jenaltL of jerz.rLU that ve are a.thorixed to act on
Fehalf of the ovner of the cojLright that is allegedIL infringedp uhis letter is not a
comjlete statement of E,3 Prod.ctionsU Incp's rights in connection vith this matterU and
nothing contained herein constit.tes an eRjress or imjlied va0ier of anL rights or remedies
of E,3 Prod.ctionsU Incp in connection vith this matterU all of vhich are eRjresslL
reser0edp

1e ajjreciate Lo.r assistance and than9 Lo. for Lo.r coojeration in this matterp

kesjectf.IILU

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58729571236</ID>
        </Case>
        <Complainant>
                <Entity>EX3 Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-04-28T15:40:31Z</TimeStamp>
                <IP_Address>67.3.134.196</IP_Address>
                <Port>52121</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Expendables 3</Title>
                        <FileName>The Expendables 3 2014 Extended Cut 1080p BluRay DDP 7.1
x264-WiNHD</FileName>
                        <FileSize>6662417030</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">8216820615E64BD6D5A336FD5D8B41EAC60FED89</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58297906] 57<
From: @noticew dmcagatey a>.com3
Date: 64.0] .606] , 66:06
To: @DMCAw centur>link.com3
BCC: @bcc-usw dmcagatey a>.com3


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58046472356
Notice Date: 2723-73-2T 27:72:24


Dear Sir or Madam:

bhis message is sent on uehalf of MillenniFm ,Fnding. IncUU

pnder yenaltj of yerLFrj. I assert that PMz Process Management ztdU is aFthoriwed to act on
uehalf of the oxner of the evclFsiRe coyjrights that are alleged to ue infringed hereinU

MillenniFm ,Fnding. IncU oxns the coyjrights to the moRie Mechanic: OesFrrectionU bhe
FnaFthoriwed doxnload and distriuFtion of this file uj joFr IP address constitFtes
coyjright infringementU

Please see uelox details for the infringements:

Protocol: BIbbWOOENb
Infringed kor1: Mechanic: OesFrrection
Infringing ,ileName: Mechanic OesFrrection 2796 9787y BIFOaj v263 DbS-'''
Infringing ,ileSiwe: 2668080977
Infringer's IP Address: 68U900U8TU98
Infringer's Port: 52T82
Initial Infringement bimestamy: 2723-73-2T 96:42:5T

And. joF're also creating a secFritj ris1 on joFr comyFters. deRices and netxor1s xhen joF
doxnload FnaFthoriwed moRies or allox others to do so from joFr Internet connectionU

ke resyectfFllj as1 that joF stoy infringing and redistriuFting MillenniFm ,Fnding. IncU
coyjright yrotected content. and ta1e the yroyer steys to secFre joFr Internet so that
others do not infringe and redistriuFte oFr content as xellU

ke haRe a good faith uelief that Fse of the coyjrighted material detailed auoRe is not
aFthoriwed uj the coyjright oxner. its agent. or the laxU  In addition. xe haRe a good
faith sFuLectiRe uelief that the Fse does not constitFte fair FseU bhe information in this
notice is accFrate and xe state. Fnder yenaltj of yerLFrj. that xe are aFthoriwed to act on
uehalf of the oxner of the coyjright that is allegedlj infringedU bhis letter is not a
comylete statement of MillenniFm ,Fnding. IncU's rights in connection xith this matter. and
nothing contained herein constitFtes an evyress or imylied xaRier of anj rights or remedies
of MillenniFm ,Fnding. IncU in connection xith this matter. all of xhich are evyresslj
reserRedU

ke ayyreciate joFr assistance and than1 joF for joFr cooyeration in this matterU

OesyectfFllj.

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58736302456</ID>
        </Case>
        <Complainant>
                <Entity>Millennium Funding, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-04-29T16:32:59Z</TimeStamp>
                <IP_Address>68.177.89.18</IP_Address>
                <Port>52982</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Mechanic: Resurrection</Title>
                        <FileName>Mechanic Resurrection 2016 1080p BluRay x264 DTS-JYK</
FileName>
                        <FileSize>2668787100</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">7D01041D9BD47BC802F0AEC6B8DD3ACED4B9A0F3</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584891645772
From: ] notice< dmcagate@awcomy
Date: >4.>5.0>073>, :15
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58086470533
Notice Date: 2T23-T5-TO TO:40:33


Dear Sir or Madam:

bhis message is sent on uehalf of BodFg,ard Prod,ctions. IncUU

pnder yenaltF of yerj,rF. I assert that PML Process Management LtdU is a,thorized to act on
uehalf of the owner of the excl,sive coyFrights that are alleged to ue infringed hereinU

BodFg,ard Prod,ctions. IncU owns the coyFrights to the movie bhe Hitmans BodFg,ardU bhe
,na,thorized download and distriu,tion of this file uF Fo,r IP address constit,tes
coyFright infringementU

Please see uelow details for the infringements:

Protocol: BIbbROOENb
Infringed Work: bhe Hitmans BodFg,ard
Infringing 1ileName: bheUHitmansUBodFg,ardU2T7OUHDOiyU9viDUAC4-E'R
Infringing 1ileSize: 757074'076
Infringer's IP Address: 783U'8U8U'T
Infringer's Port: 54324
Initial Infringement bimestamy: 2T23-T5-TO T4:55:42

And. Fo,'re also creating a sec,ritF risk on Fo,r comy,ters. devices and networks when Fo,
download ,na,thorized movies or allow others to do so from Fo,r Internet connectionU

We resyectf,llF ask that Fo, stoy infringing and redistriu,ting BodFg,ard Prod,ctions. IncU
coyFright yrotected content. and take the yroyer steys to sec,re Fo,r Internet so that
others do not infringe and redistriu,te o,r content as wellU

We have a good faith uelief that ,se of the coyFrighted material detailed auove is not
a,thorized uF the coyFright owner. its agent. or the lawU  In addition. we have a good
faith s,ujective uelief that the ,se does not constit,te fair ,seU bhe information in this
notice is acc,rate and we state. ,nder yenaltF of yerj,rF. that we are a,thorized to act on
uehalf of the owner of the coyFright that is allegedlF infringedU bhis letter is not a
comylete statement of BodFg,ard Prod,ctions. IncU's rights in connection with this matter.
and nothing contained herein constit,tes an exyress or imylied wavier of anF rights or
remedies of BodFg,ard Prod,ctions. IncU in connection with this matter. all of which are
exyresslF reservedU

We ayyreciate Fo,r assistance and thank Fo, for Fo,r cooyeration in this matterU

Oesyectf,llF.

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58786317544</ID>
        </Case>
        <Complainant>
                <Entity>Bodyguard Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-05-07T03:55:32Z</TimeStamp>
                <IP_Address>184.98.8.90</IP_Address>
                <Port>53423</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Hitmans Bodyguard</Title>
                        <FileName>The.Hitmans.Bodyguard.2017.HDRip.XviD.AC3-EVO</FileName>
                        <FileSize>1517139716</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">FF29CB75986B6711CB47E75865F5BD758D080B3E</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 5849167772] <
From: @noticew dmcagatey a>.com0
Date: 38.35.737] , 63:5]
To: @DMCAw centur>link.com0
BCC: @bcc-usw dmcagatey a>.com0

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58470322261
Notice Date: 2T21-T5-T8 T8:51:13

Dear Sir or Madam:

bhis message is sent on uehalf of E.0 ProdUctionsp Incyy

jnder ,enaltL of ,erzUrLp I assert that PMw Process Management wtdy is aUthorixed to act on uehalf of the ovner of the e0clUsiRe co,Lrights that are alleged to ue infringed hereiny

E.0 ProdUctionsp Incy ovns the co,Lrights to the moRie bhe E0,endaules Oy bhe UnaUthorixed dovnload and distriuUtion of this file uL LoUr IP address constitUtes co,Lright infringementy

Please see uelov details for the infringements:

Protocol: BIbbWkkENb
Infringed ForZ: bhe E0,endaules 0
Infringing [ileName: bhe E0,endaules 3p 2p 0 - SLIRester Stallone Action 2T3T-2T31 Eng SUu 42T, ]H261-m,1'
Infringing [ileSixe: 170577231T
Infringer9s IP Address: 60y355y8Ty354
Infringer9s Port: 5058T
Initial Infringement bimestam,: 2T21-T5-T8 T1:5T:53

Andp LoU're also creating a secUritL risZ on LoUr com,Utersp deRices and netvorZs vhen LoU dovnload UnaUthorixed moRies or allov others to do so from LoUr Internet connectiony

Fe res,ectfUlIL asZ that LoU sto, infringing and redistriuUting E.0 ProdUctionsp Incy co,Lright ,rotected contentp and taZe the ,ro,er ste,s to secUre LoUr Internet so that others do not infringe and redistriuUte oUr content as velly

Fe haRe a good faith uelief that Use of the co,Lrighted material detailed auoRe is not aUthorixed uL the co,Lright ovnerp its agentp or the lavy  In additionp ve haRe a good faith sUuzectiRe uelief that the Use does not constitUte fair Usey bhe information in this notice is accUrate and ve statep Under ,enaltL of ,erzUrLp that ve are aUthorixed to act on uehalf of the ovner of the co,Lright that is allegedIL infringedy bhis letter is not a com,lete statement of E.0 ProdUctionsp Incy's rights in connection vith this matterp and nothing contained herein constitUtes an e0,ress or im,lied vaRier of anL rights or remedies of E.0 ProdUctionsp Incy in connection vith this matterp all of vhich are e0,ressIL reserRedy

Fe a,,reciate LoUr assistance and thanZ LoU for LoUr coo,eration in this mattery

Respectfully,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58793122264</ID>
        </Case>
        <Complainant>
                <Entity>EX3 Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-05-08T04:50:51Z</TimeStamp>
                <IP_Address>63.155.80.157</IP_Address>
                <Port>53580</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Expendables 3</Title>
                        <FileName>The Expendables 1, 2, 3 - Sylvester Stallone Action
2010-2014 Eng Sub 720p [H264-mp4]</FileName>
                        <FileSize>4935992140</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">63DD5F284697CA9B5D4E644DD89793A1E0DA3560</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58814458012]
From: <notice@dmcagateway.com>
Date: 12.05.2024, 05:54
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58847758042
Notice Date: 2027-05-42 03:57:77


Dear Sir or Madam:

1his message is sent on Tehalf of Eb3 Productions. IncUU

pnder yenaltj of yer,urj. I assert that PML Process Management LtdU is authorized to act on Tehalf of the owner of the exclusive coyjrights that are alleged to Te infringed hereinU

Eb3 Productions. IncU owns the coyjrights to the movie 1he ExyendaTles 3U 1he unauthorized download and distriTution of this file Tj jour IP address constitutes coyjright infringementU

Please see Telow details for the infringements:

Protocol: BI110RREN1
Infringed Work: 1he ExyendaTles 3
Infringing FileName: 1he ExyendaTles 4. 2. 3 - Sjlvester Stallone Action 2040-2047 Eng SuT Z20y [H267-my7]
Infringing FileSize: 7'35''2470
Infringer9s IP Address: 63U455UZ5U20Z
Infringer9s Port: 62536
Initial Infringement 1imestamy: 2027-05-42 00:38:35

And. jou're also creating a securitj risk on jour comyuters. devices and networks when jou download unauthorized movies or allow others to do so from jour Internet connectionU

We resyectfullj ask that jou stoy infringing and redistriTuting Eb3 Productions. IncU coyjright yrotected content. and take the yroyer steys to secure jour Internet so that others do not infringe and redistriTute our content as wellU

We have a good faith Telief that use of the coyjrighted material detailed aTove is not authorized Tj the coyjright owner. its agent. or the lawU In addition. we have a good faith suT,ective Telief that the use does not constitute fair useU 1he information in this notice is accurate and we state. under yenaltj of yer,urj. that we are authorized to act on Tehalf of the owner of the coyjright that is allegedlj infringedU 1his letter is not a comylete statement of Eb3 Productions. IncU's rights in connection with this matter. and nothing contained herein constitutes an exyress or imylied wavier of anj rights or remedies of Eb3 Productions. IncU in connection with this matter. all of which are exyresslj reservedU

We ayyreciate jour assistance and thank jou for jour cooyeration in this matterU

Respectfully,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58814458012</ID>
        </Case>
        <Complainant>
                <Entity>EX3 Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-05-12T00:38:35Z</TimeStamp>
                <IP_Address>63.155.75.207</IP_Address>
                <Port>62536</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Expendables 3</Title>
                        <FileName>The Expendables 1, 2, 3 - Sylvester Stallone Action
2010-2014 Eng Sub 720p [H264-mp4]</FileName>
                        <FileSize>4935992140</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">63DD5F284697CA9B5D4E644DD89793A1E0DA3560</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 588487704] 7<
From: @noticew dmcagatey a>.com3
Date: 41.25., 2, ] : 246 7
To: @DMCAw centur>link.com3
BCC: @bcc-usw dmcagatey a>.com3


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58848663406
Notice Date: 2120-15-42 2T:26:03


Dear Sir or Madam:

bhis message is sent on uehalf of Bod.gUard ProdUctionsp Incyy

jnder ,enalt. of ,erLUr.p I assert that PMz Process Management ztdy is aUthoriwed to act on
uehalf of the oxner of the evclUsiOe co,.rights that are alleged to ue infringed hereiny

Bod.gUard ProdUctionsp Incy oxns the co,.rights to the moOie bhe Hitmans Bod.gUardy bhe
UnaUthoriwed doxnload and distriuUtion of this file u. .oUr IP address constitUtes
co,.right infringementy

Please see uelox details for the infringements:

Protocol: BIbbRWWENb
Infringed korF: bhe Hitmans Bod.gUard
Infringing (ileName: bhe Hitman)s Bod.gUard [21437 ]YbSyAGX
Infringing (ileSiwe: '10T64468
Infringer)s IP Address: 63y3y2Ty423
Infringer)s Port: 5'4'3
Initial Infringement bimestam,: 2120-15-42 21:41:4'

Andp .oU9re also creating a secUrit. risF on .oUr com,Utersp deOices and netxorFs xhen .oU
doxnload UnaUthoriwed moOies or allox others to do so from .oUr Internet connectiony

ke res,ectfUll. asF that .oU sto, infringing and redistriuUting Bod.gUard ProdUctionsp Incy
co,.right ,rotected contentp and taFe the ,ro,er ste,s to secUre .oUr Internet so that
others do not infringe and redistriuUte oUr content as xelly

ke haOe a good faith uelief that Use of the co,.righted material detailed auoOe is not
aUthoriwed u. the co,.right oxnerp its agentp or the laxy In additionp xe haOe a good
faith sUuLectiOe uelief that the Use does not constitUte fair Usey bhe information in this
notice is accUrate and xe statep Under ,enalt. of ,erLUr.p that xe are aUthoriwed to act on
uehalf of the oxner of the co,.right that is allegedl. infringedy infringedy bhis letter is not a
com,lete statement of Bod.gUard ProdUctionsp Incy9s rights in connection xith this matterp
and nothing contained herein constitUtes an ev,ress or im,lied xaOier of an. rights or
remedies of Bod.gUard ProdUctionsp Incy in connection xith this matterp all of xhich are
ev,ressl. reserOedy

ke a,,reciate .oUr assistance and thanF .oU for .oUr coo,eration in this mattery

Wes,ectfUll.p

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58818667146</ID>
        </Case>
        <Complainant>
                <Entity>Bodyguard Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-05-12T20:10:19Z</TimeStamp>
                <IP_Address>67.7.23.127</IP_Address>
                <Port>59197</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Hitmans Bodyguard</Title>
                        <FileName>The Hitman's Bodyguard (2017) [YTS.AG]</FileName>
                        <FileSize>904361168</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58821950] 9] <
From: @noticew dmcagatey a>.com7
Date: 31.] 5.2] 214] , :29
To: @DMCAw centur>link.com7
BCC: @bcc-usw dmcagatey a>.com7

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58820457343
Notice Date: 2320-35-TO 3T:24:34


Dear Sir or Madam:

bhis message is sent on uehalf of Famuo , Prod.ctionsU Incpp

ynder jenaltL of jerz.rLU I assert that PMw Process Management wtdp is a.thorixed to act on
uehalf of the ovner of the eRcl.si0e cojLrights that are alleged to ue infringed hereinp

Famuo , Prod.ctionsU Incp ovns the cojLrights to the mo0ie Famuo: wast Bloodp bhe
.na.thorixed dovnload and distriu.tion of this file uL Lo.r IP address constit.tes
cojLright infringementp

Please see uelov details for the infringements:

Protocol: BIbbWFFENb
Infringed kor1: Famuo: wast Blood
Infringing 9ileName: FamuopwastpBloodp23T7pT383jpBl.raLpR260pAAC-EbFG
Infringing 9ileSixe: T'38T2677T
Infringer's IP Address: T40p'Tp8Tp2'6
Infringer's Port: 5TOT'
Initial Infringement bimestamj: 2320-35-T' 22:3T:00

AndU Lo.'re also creating a sec.ritL ris1 on Lo.r comj.tersU de0ices and netvor1s vhen Lo.
dovnload .na.thorixed mo0ies or allov others to do so from Lo.r Internet connectionp

ke resjectf.IIL as1 that Lo. stoj infringing and redistriu.ting Famuo , Prod.ctionsU Incp
cojLright jrotected contentU and ta1e the jrojer stejs to sec.re Lo.r Internet so that
others do not infringe and redistriu.te o.r content as vellp

ke ha0e a good faith uelief that .se of the cojLrighted material detailed auo0e is not
a.thorixed uL the cojLright ovnerU its agentU or the lavp In additionU ve ha0e a good
faith s.uzecti0e uelief that the .se does not constit.te fair .sep bhe information in this
notice is acc.rate and ve stateU .nder jenaltL of jerz.rLU that ve are a.thorixed to act on
uehalf of the ovner of the cojLright that is allegedlL infringedp bhis letter is not a
comjlete statement of Famuo , Prod.ctionsU Incp's rights in connection vith this matterU
and nothing contained herein constit.tes an eRjress or imjlied va0ier of anL rights or
remedies of Famuo , Prod.ctionsU Incp in connection vith this matterU all of vhich are
eRjresslL reser0edp

ke ajjreciate Lo.r assistance and than1 Lo. for Lo.r coojeration in this matterp

Fesjectf.IILU

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58824759070</ID>
        </Case>
        <Complainant>
                <Entity>Rambo V Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-05-13T22:01:44Z</TimeStamp>
                <IP_Address>174.31.81.236</IP_Address>
                <Port>51413</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Rambo: Last Blood</Title>
                        <FileName>Rambo.Last.Blood.2019.1080p.Bluray.x264.AAC-ETRG</
FileName>
                        <FileSize>1308126991</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">9435DC073B34022D1C4325721DC21DA5DA3741FB</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58822199901]
From: <notice@dmcagateway.com>
Date: 73.15.9192477,: :
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58844322203
Notice Date: 2324-35-1T 30:b4:2T

Dear Sir or Madam:

uhis message is sent on .ehalf of HUnter piller ProdUctionsy Incjj

,nder Lenaltz of LerwUrzy I assert that PMx Process Management xtdj is aUthorived to act on .ehalf of the oOner of the eRclUsiWe coLzrights that are alleged to .e infringed hereinj

HUnter piller ProdUctionsy Incj oOns the coLzrights to the moWie HUnter pillerj uhe UnaUthorived doOnload and distri.Ution of this file .z zoUr IP address constitUtes coLzright infringementj

Please see .eloO details for the infringements:

Protocol: BluukFFENu
Infringed (or): HUnter piller
Infringing [ileName: HUnter piller 72318] Y(EBFiLX YT23LX Y'uSjAMX
Infringing [ileSive: 13024181T6
Infringer9s IP Address: 1T4j21j13bj23b
Infringer9s Port: 53603
Initial Infringement uimestamL: 2324-35-1T 36:10:b2

Andy zoU're also creating a secUritz ris) on zoUr comLUtersy deWices and netOor)s Ohen zoU doOnload UnaUthorived moWies or alloO others to do so from zoUr Internet connectionj

(e resLectfUllz as) that zoU stoL infringing and redistri.Uting HUnter piller ProdUctionsy Incj coLzright Lrotected contenty and ta)e the LroLer steLs to secUre zoUr Internet so that others do not infringe and redistri.Ute oUr content as Oellj

(e haWe a good faith .elief that Use of the coLzrighted material detailed a.oWe is not aUthorived .z the coLzright oOnery its agenty or the laOj  In additiony Oe haWe a good faith sU.wectiWe .elief that the Use does not constitUte fair Usej uhe information in this notice is accUrate and Oe statey Under Lenaltz of LerwUrzy that Oe are aUthorived to act on .ehalf of the oOner of the coLzright that is allegedlz infringedj uhis letter is not a comLlete statement of HUnter piller ProdUctionsy Incj's rights in connection Oith this mattery and nothing contained herein constitUtes an eRLress or imLlied OaWier of anz rights or remedies of HUnter piller ProdUctionsy Incj in connection Oith this mattery all of Ohich are eRLresslz reserWedj

(e aLLreciate zoUr assistance and than) zoU for zoUr cooLeration in this matterj

FesLectfUllzy

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58844022290</ID>
        </Case>
        <Complainant>
                <Entity>Hunter Killer Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-05-17T06:19:32Z</TimeStamp>
                <IP_Address>174.21.103.203</IP_Address>
                <Port>50690</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Hunter Killer</Title>
                        <FileName>Hunter Killer (2018) [WEBRip] [720p] [YTS.AM]</FileName>
                        <FileSize>1092418176</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">D58952BDBBBFBA9DA444F8FE99DCF2C7F2E4AB77</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58857407064]
From: <notice@dmcagateway.com>
Date: 19.05.2024, 19:44
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58854304063
Notice Date: 2023-05-1T 14:35:15


Dear Sir or Madam:

bhis message is sent on uehalf of .otUs ProdUction Sprp.pp

ynder jenalt, of jerLUr,z I assert that PM. Process Management .tdp is aUthoriwed to act on
uehalf of the oxner of the evclUsiOe coj,rights that are alleged to ue infringed hereinp

.otUs ProdUction Sprp.p oxns the coj,rights to the moOie bime Is yjp bhe UnaUthoriwed
doxnload and distriuUtion of this file u, ,oUr IP address constitUtes coj,right
infringementp

Please see uelox details for the infringements:

Protocol: BIbbRWWENb
Infringed korF: bime Is yj
Infringing (ileName: bime Is yj )2021[ 7420j] 7kEBWij] 7YbSpMX]
Infringing (ileSiwe: 1032T64125
Infringer's IP Address: 65p158p1T8p5
Infringer's Port: 4114
Initial Infringement bimestamj: 2023-05-1T 13:91:28

Andz ,oU're also creating a secUrit, risF on ,oUr comjUtersz deOices and netxorFs xhen ,oU
doxnload UnaUthoriwed moOies or allox others to do so from ,oUr Internet connectionp

ke resjectfUll, asF that ,oU stoj infringing and redistriuUting .otUs ProdUction Sprp.p
coj,right jrotected contentz and taFe the jrojer stejs to secUre ,oUr Internet so that
others do not infringe and redistriuUte oUr content as xellp

ke haOe a good faith uelief that Use of the coj,righted material detailed auoOe is not
aUthoriwed u, the coj,right oxnerz its agentz or the laxp  In additionz xe haOe a good
faith sUuLectiOe uelief that the Use does not constitUte fair Usep bhe information in this
notice is accUrate and xe statez Under jenalt, of jerLUr,z that xe are aUthoriwed to act on
uehalf of the oxner of the coj,right that is allegedl, infringedp bhis letter is not a
comjlete statement of .otUs ProdUction Sprp.p's rights in connection xith this matterz and
nothing contained herein constitUtes an evjress or imjlied xaOier of an, rights or remedies
of .otUs ProdUction Sprp.p in connection xith this matterz all of xhich are evjressl,
reserOedp

ke ajjreciate ,oUr assistance and thanF ,oU for ,oUr coojeration in this matterp

WesjectfUll,z

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58857407064</ID>
        </Case>
        <Complainant>
                <Entity>Lotus Production S.r.L.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-05-19T14:31:28Z</TimeStamp>
                <IP_Address>65.158.198.5</IP_Address>
                <Port>7117</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Time Is Up</Title>
                        <FileName>Time Is Up (2021) [720p] [WEBRip] [YTS.MX]</FileName>
                        <FileSize>1042967125</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">A40AE2769DDF9D551891351702EDC9A1625E5D59</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58825198051]
From: <notice@dmcagateway.com>
Date: 11.75.17134, O:, 7
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58845278052
Notice Date: 2321-35-22 T4:T7:TO


Dear Sir or Madam:

bhis message is sent on uehalf of Bo. Uills porld yightsj ,,CL

znder wenalt. of werxvr.j I assert that PM, Process Management ,tdL is avthoriOed to act on uehalf of the oRner of the eWclvsike cow.rights that are alleged to ue infringed hereinL

Bo. Uills porld yightsj ,,C oRns the cow.rights to the mokie Bo. Uills porldL bhe vnavthoriOed doRnload and distriuvtion of this file u. .ovr IP address constitvtes cow.right infringementL

Please see ueloR details for the infringements:

Protocol: BIbbFyyENb
Infringed porZ: Bo. Uills porld
Infringing [ileName: Bo.LUiIIsLporldL2327LT383wLpEByiwLT133MBLDD5LTLW261-GaIaW.yG]bGW'
Infringing [ileSiOe: T534T40263
Infringer9s IP Address: 67L272LT01L233
Infringer9s Port: 584T5
Initial Infringement bimestamw: 2321-35-22 T7:11:50

Andj .ov're also creating a secvrit. risZ on .ovr comwvtersj dekices and netRorZs Rhen .ov doRnload vnavthoriOed mokies or alloR others to do so from .ovr Internet connectionL

pe reswectfvll. asZ that .ov stow infringing and redistriuvting Bo. Uills porld yightsj ,,C cow.right wrotected contentj and taZe the wrower stews to secvre .ovr Internet so that others do not infringe and redistriuvte ovr content as RellL

pe hake a good faith uelief that vse of the cow.righted material detailed auoke is not avthoriOed u. the cow.right oRnerj its agentj or the laRL  In additionj Re hake a good faith svuxectike uelief that the vse does not constitvte fair vseL bhe information in this notice is accvrate and Re statej vnder wenalt. of werxvr.j that Re are avthoriOed to act on uehalf of the oRner of the cow.right that is allegedL infringedL bhis letter is not a comwlete statement of Bo. Uills porld yightsj ,,C's rights in connection Rith this matterj and nothing contained herein constitvtes an eWwress or imwlied Rakier of an. rights or remedies of Bo. Uills porld yightsj ,,C in connection Rith this matterj all of Rhich are eWwressl. reserkedL

pe awwreciate .ovr assistance and thanZ .ov for .ovr cooweration in this matterL

yeswectfvll.j

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58875238952</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-05-22T13:44:59Z</TimeStamp>
                <IP_Address>63.232.194.200</IP_Address>
                <Port>58715</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-
GalaxyRG[TGx]</FileName>
                        <FileSize>1507179260</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">CD425A53A66A6DB238E16EED54641563D2EBD452</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 5883707544] <
From: @noticew dmcagatey a>.com2
Date: 04.95.090] , 98:44
To: @DMCAw centur>link.com2
BCC: @bcc-usw dmcagatey a>.com2


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58849295117
Notice Date: 2027-05-21 06:11:18


Dear Sir or Madam:

3his message is sent on Tehalf of blXmu,s Prod,ctions. IncUU

pnder uenaltX of uery,rX. I assert that PMj Process Management jtdU is a,thoriLed to act on
Tehalf of the ozner of the ewcl,sixe couXrights that are alleged to Te infringed hereinU

blXmu,s Prod,ctions. IncU ozns the couXrights to the moxie blXmu,s Has vallenU 3he
,na,thoriLed doznload and distriT,tion of this file TX Xo,r IP address constit,tes
couXright infringementU

Please see Teloz details for the infringements:

Protocol: BI33bOOEN3
Infringed RorW: blXmu,s Has vallen
Infringing vileName: blXmu,s Has vallen k20F1(
Infringing vileSiLe: 9FO040618
Infringer)s IP Address: F47U29UF7FU8F
Infringer)s Port: 52247
Initial Infringement 3imestamu: 2027-05-21 02:77:07

And. Xo,'re also creating a sec,ritX risW on Xo,r comu,ters. dexices and netzorWs zhen Xo,
doznload ,na,thoriLed moxies or alloz others to do so from Xo,r Internet connectionU

Re resuectf,llX asW that Xo, stou infringing and redistriT,ting blXmu,s Prod,ctions. IncU
couXright urotected content. and taWe the urouer steus to sec,re Xo,r Internet so that
others do not infringe and redistriT,te o,r content as zellU

Re haxe a good faith Telief that ,se of the couXrighted material detailed aToxe is not
a,thoriLed TX the couXright ozner. its agent. or the lazU  In addition. ze haxe a good
faith s,Tyectixe Telief that the ,se does not constit,te fair ,seU 3he information in this
notice is acc,rate and ze state. ,nder uenaltX of uery,rX. that ze are a,thoriLed to act on
Tehalf of the ozner of the couXright that is allegedlX infringedU 3his letter is not a
comulete statement of blXmu,s Prod,ctions. IncU's rights in connection zith this matter.
and nothing contained herein constit,tes an ewuress or imulied zaxier of anX rights or
remedies of blXmu,s Prod,ctions. IncU in connection zith this matter. all of zhich are
ewuresslX reserxedU

Re auureciate Xo,r assistance and thanW Xo, for Xo,r cooueration in this matterU

Oesuectf,llX.

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58879295334</ID>
        </Case>
        <Complainant>
                <Entity>Olympus Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-05-23T02:44:04Z</TimeStamp>
                <IP_Address>174.29.141.81</IP_Address>
                <Port>52274</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Olympus Has Fallen</Title>
                        <FileName>Olympus Has Fallen (2013)</FileName>
                        <FileSize>910070638</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">0B8A179B330989562A50FB515A2E0A3504C7CE07</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 588810505014
From: 3notice2 dmcagate] a<.com@
Date: 0w.15.010y>,, :w
To: 3DMCA2 centur<link.com@
BCC: 3bcc-us2 dmcagate] a<.com@


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58884252524
Notice Date: 2423-45-20 41:02:53


Dear Sir or Madam:

This message is sent on behalf of Millennium IP. IncUU

pnder yenaltj of yer,urj. I assert that PML Process Management LtdU is authorized to act on
behalf of the owner of the exclusive coyjrights that are alleged to be infringed hereinU

Millennium IP. IncU owns the coyjrights to the movie Acts of OengeanceU The unauthorized
download and distribution of this file bj jour IP address constitutes coyjright
infringementU

Please see below details for the infringements:

Protocol: BITTRWWENT
Infringed korF: Acts of Oengeance
Infringing (ileName: Acts Rf Oengeance )24[7] YkEBWiyX Y[484yX Y'TSULTX
Infringing (ileSize: [5[[535251
Infringer9s IP Address: [73U24U05U[10
Infringer9s Port: 5[114
Initial Infringement Timestamy: 2423-45-20 46:[8:43

And. jou're also creating a securitj risF on jour comyuters. devices and networFs when jou
download unauthorized movies or allow others to do so from jour Internet connectionU

ke resyectfullj asF that jou stoy infringing and redistributing Millennium IP. IncU
coyjright yrotected content. and taFe the yroyer steys to secure jour Internet so that
others do not infringe and redistribute our content as wellU

ke have a good faith belief that use of the coyjrighted material detailed above is not
authorized bj the coyjright owner. its agent. or the lawU  In addition. we have a good
faith sub,ective belief that the use does not constitute fair useU The information in this
notice is accurate and we state. under yenaltj of yer,urj. that we are authorized to act on
behalf of the owner of the coyjright that is allegedlj infringedU This letter is not a
comylete statement of Millennium IP. IncU's rights in connection with this matter. and
nothing contained herein constitutes an exyress or imylied wavier of anj rights or remedies
of Millennium IP. IncU in connection with this matter. all of which are exyresslj reservedU

ke ayyreciate jour assistance and thanF jou for jour cooyeration in this matterU

Wesyectfullj.

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58880252520</ID>
        </Case>
        <Complainant>
                <Entity>Millennium IP, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-05-23T06:18:04Z</TimeStamp>
                <IP_Address>174.20.35.193</IP_Address>
                <Port>51990</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Acts of Vengeance</Title>
                        <FileName>Acts Of Vengeance (2017) [WEBRip] [1080p] [YTS.LT]</
FileName>
                        <FileSize>1511545259</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">7E9D50ECFAAE1435B05BCB545F7592079FD39F1F</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58886600560]
From: <notice@dmcagateway.com>
Date: 24.05.2024, 07:14
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58886644564
Notice Date: 2429-45-29 45:19:54


Dear Sir or Madam:

7his message is sent on Oehalf of 3oltage HoldingsT bbCX

under ,enalt. of ,erUpr.T I assert that PMb Process Management btdX is apthoriyed to act on
Oehalf of the ojner of the eLclpsize co,.rights that are alleged to Oe infringed hereinX

3oltage HoldingsT bbC ojns the co,.rights to the mozie 7he CoOOlerX 7he pnapthoriyed
dojnload and distriOption of this file O. .opr IP address constitptes co,.right
infringementX

Please see Oeloj details for the infringements:

Protocol: BI77wxxEN7
Infringed vorO: 7he CoOOler
Infringing RileName: 7he CoOOler W2419k
Infringing RileSiye: F8(1545((
Infringer)s IP Address: F4X5(X189X168
Infringer)s Port: 5845F
Initial Infringement 7imestam,: 2429-45-29 42:4F:2(

AndT .op're also creating a secprit. risO on .opr com,ptersT dezices and netjorOs jhen .op
dojnload pnapthoriyed mozies or alloj others to do so from .opr Internet connectionX

ve res,ectfpll. asO that .op sto, infringing and redistriOpting 3oltage HoldingsT bbC
co,.right ,rotected contentT and taOe the ,ro,er ste,s to secpre .opr Internet so that
others do not infringe and redistriOpte opr content as jellX

ve haze a good faith Oelief that pse of the co,.righted material detailed aOoze is not
apthoriyed O. the co,.right ojnerT its agentT or the lajX  In additionT je haze a good
faith spOUectize Oelief that the pse does not constitpte fair pseX 7he information in this
notice is accprate and je stateT pnder ,enalt. of ,erUpr.T that je are apthoriyed to act on
Oehalf of the ojner of the co,.right that is allegedl. infringedX 7his letter is not a
com,lete statement of 3oltage HoldingsT bbC's rights in connection jith this matterT and
nothing contained herein constitptes an eL,ress or im,lied jazier of an. rights or remedies
of 3oltage HoldingsT bbC in connection jith this matterT all of jhich are eL,ressl.
reserzedX

ve a,,reciate .opr assistance and thanO .op for .opr coo,eration in this matterX

xes,ectfpll.T

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58886600560</ID>
        </Case>
        <Complainant>
                <Entity>Voltage Holdings, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-05-24T02:07:29Z</TimeStamp>
                <IP_Address>70.59.184.168</IP_Address>
                <Port>58057</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Cobbler</Title>
                        <FileName>The Cobbler (2014)</FileName>
                        <FileSize>789150599</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58902464058]
From: <notice@dmcagateway.com>
Date: 26.05.2024, 03:08
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58472060758
Notice Date: 2720-75-26 73:74:04


Dear Sir or Madam:

1his message is sent on Tehalf of Colleah Prodbctions uimited.

Under penalty of perjbry, I assert that PMu Process Management utd. is abthoriLed to act on Tehalf of the ozner of the ewclbsixe copyrights that are alleged to Te infringed herein.

Colleah Prodbctions uimited ozns the copyrights to the moxie vandahar. 1he bnabthoriLed doznload and distriTbtion of this file Ty yobr IP address constitbtes copyright infringement.

Please see Teloz details for the infringements:

Protocol: BI11ORREN1
Infringed Work: vandahar
Infringing FileName: vandahar.272Z.3787p.WEBRip.3077MB.DD5.3.w260-GalawyRG[1Gw]
Infringing FileSiLe: 3575553432
Infringer's IP Address: 69.2ZZ.Z3.234
Infringer's Port: 5303Z
Initial Infringement 1imestamp: 2720-75-25 27:09:06

And, yob're also creating a secbrity risk on yobr compbters, dexices and netzorks zhen yob doznload bnabthoriLed moxies or alloz others to do so from yobr Internet connection.

We respectfblly ask that yob stop infringing and redistriTbting Colleah Prodbctions uimited copyright protected content, and take the proper steps to secbre yobr Internet so that others do not infringe and redistriTbte obr content as zell.

We haxe a good faith Telief that bse of the copyrighted material detailed aToxe is not abthoriLed Ty the copyright ozner, its agent, or the laz.  In addition, ze haxe a good faith sbTjectixe Telief that the bse does not constitbte fair bse. 1he information in this notice is accbrate and ze state, bnder penalty of perjbry, that ze are abthoriLed to act on Tehalf of the ozner of the copyright that is allegedly infringed. 1his letter is not a complete statement of Colleah Prodbctions uimited's rights in connection zith this matter, and nothing contained herein constitbtes an ewpress or implied zaxier of any rights or remedies of Colleah Prodbctions uimited in connection zith this matter, all of zhich are ewpressly reserxed.

We appreciate yobr assistance and thank yob for yobr cooperation in this matter.

Respectfblly,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58902464058</ID>
        </Case>
        <Complainant>
                <Entity>Colleah Productions Limited</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-05-25T20:47:46Z</TimeStamp>
                <IP_Address>67.233.31.219</IP_Address>
                <Port>51413</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Kandahar</Title>
                        <FileName>Kandahar.2023.1080p.WEBRip.1400MB.DD5.1.x264-
GalaxyRG[TGx]</FileName>
                        <FileSize>1505551912</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">575E17151771A28A779E990DE50B1343EB1E81B8</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584981672] 7<
From: @noticew dmcagatey a>.com0
Date: ] 1.35.] 3] 2, ] 6:93
To: @DMCAw centur>link.com0
BCC: @bcc-usw dmcagatey a>.com0


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58048736T26
Notice Date: 2b2T-b5-27 24:42:43


Dear Sir or Madam:

uhis message is sent on Fehalf of Millenni,m .,ndingU Incp p

ynder jenaltL of jerz,rLU I assert that PMw Process Management wtdp is a,thorixed to act on
Fehalf of the ovner of the eRcl,siOe cojLrights that are alleged to Fe infringed hereinp

Millenni,m .,ndingU Incp ovns the cojLrights to the moOie HellFoLp uhe ,na,thorixed
dovnload and distriF,tion of this file FL Lo,r IP address constit,tes cojLright
infringementp

Please see Felov details for the infringements:

Protocol: BIuuWkkENu
Infringed 1or9: HellFoL
Infringing .ileName: HellFoLp2b40pBI,raLp4b8bjpA'4pWPySp7p4-yHpm90
Infringing .ileSixe: 58b060b666
Infringer's IP Address: 47Tp27p470p68
Infringer's Port: 56800
Initial Infringement uimestamj: 2b2T-b5-27 47:TT:2T

AndU Lo,'re also creating a sec,ritL ris9 on Lo,r comj,tersU deOices and netvor9s vhen Lo,
dovnload ,na,thorixed moOies or allov others to do so from Lo,r Internet connectionp

1e resjectf,IIL as9 that Lo, stoj infringing and redistriF,ting Millenni,m .,ndingU Incp
cojLright jrotected contentU and ta9e the jrojer stejs to sec,re Lo,r Internet so that
others do not infringe and redistriF,te o,r content as vellp

1e haOe a good faith Felief that ,se of the cojLrighted material detailed aFoOe is not
a,thorixed FL the cojLright ovnerU its agentU or the lavp In additionU ve haOe a good
faith s,FzectiOe Felief that the ,se does not constit,te fair ,sep uhe information in this
notice is acc,rate and ve stateU ,nder jenaltL of jerz,rLU that ve are a,thorixed to act on
Fehalf of the ovner of the cojLright that is allegedIL infringedp uhis letter is not a
comjlete statement of Millenni,m .,ndingU Incp 's rights in connection vith this matterU
and nothing contained herein constit,tes an eRjress or imjlied vaOier of anL rights or
remedies of Millenni,m .,ndingU Incp in connection vith this matterU all of vhich are
eRjressIL reser0edp

1e ajjreciate Lo,r assistance and than9 Lo, for Lo,r coojeration in this matterp

kesjectf,IILU

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
<u>notice@dmcagateway.com</u>
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58918736426</ID>
        </Case>
        <Complainant>
                <Entity>Millennium Funding, Inc. </Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-05-27T17:44:24Z</TimeStamp>
                <IP_Address>174.27.179.68</IP_Address>
                <Port>56899</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Hellboy</Title>
                        <FileName>Hellboy.2019.Bluray.1080p.AV1.OPUS.7.1-UH.mkv</FileName>
                        <FileSize>5809690666</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">D410D9616EFDC169887C994EC8BC5A1F800B8A1E</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58902004664]
From: <notice@dmcagateway.com>
Date: 08., 5.0, 063, 9:, 2
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58427226006
Notice Date: 2320-35-28 31:35:38


Dear Sir or Madam:

This message is sent on behalf of MuI Holdings. uuCU

pnder yenaltj of yer,Lrj. I assert that PMu Process Management utdU is aLthorized to act on
behalf of the owner of the exclLsive coyjrights that are alleged to be infringed hereinU

MuI Holdings. uuC owns the coyjrights to the movie uansOjU The LnaLthorized download and
distribLtion of this file bj joLr IP address constitLtes coyjright infringementU

Please see below details for the infringements:

Protocol: BITTRWWENT
Infringed korO: uansOj
Infringing FileName: uansOjU232ZUHDWiyU[viDUAC7-E]R'TGx9
Infringing FileSize: ZO78468828
Infringer's IP Address: Z80U44U25U3
Infringer's Port: ZZ13Z
Initial Infringement Timestamy: 2320-35-28 37:78:22

And. joL're also creating a secLritj risO on joLr comyLters. devices and networOs when joL
download LnaLthorized movies or allow others to do so from joLr Internet connectionU

ke resyectfLllj asO that joL stoy infringing and redistribLting MuI Holdings. uuC coyjright
yrotected content. and taOe the yroyer steys to secLre joLr Internet so that others do not
infringe and redistribLte oLr content as wellU

ke have a good faith belief that Lse of the coyjrighted material detailed above is not
aLthorized bj the coyjright owner. its agent. or the lawU In addition. we have a good
faith sLb,ective belief that the Lse does not constitLte fair LseU The information in this
notice is accLrate and we state. Lnder yenaltj of yer,Lrj. that we are aLthorized to act on
behalf of the owner of the coyjright that is allegedlj infringedU This letter is not a
comylete statement of MuI Holdings. uuC's rights in connection with this matter. and
nothing contained herein constitLtes an exyress or imylied wavier of anj rights or remedies
of MuI Holdings. uuC in connection with this matter. all of which are exyresslj reservedU

ke ayyreciate joLr assistance and thanO joL for joLr cooyeration in this matterU

WesyectfLllj.

/Thomas Nowak/

Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58923226446</ID>
        </Case>
        <Complainant>
                <Entity>MLI Holdings, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-05-28T03:38:22Z</TimeStamp>
                <IP_Address>184.99.25.0</IP_Address>
                <Port>11701</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Lansky</Title>
                        <FileName>Lansky.2021.HDRip.XviD.AC3-EVO[TGx]</FileName>
                        <FileSize>1438968828</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">63A594115AC71CC9D3660B448F8619D3357EC27A</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



```
=ryJ/
-----END PGP SIGNATpWE-----
```

Subject: Notice of Claimed Infringement [Case No. 584989301] 0<
From: @noticew dmcagatey a>.com2
Date: 98.05.9093, ] 4:11
To: @DMCAw centur>link.com2
BCC: @bcc-usw dmcagatey a>.com2

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58428270310
Notice Date: 2027-05-28 1T:37:52

Dear Sir or Madam:

bhis message is sent on uehalf of M.I HoldingsU ..Cp

ynder jenalt, of jerLzr,U I assert that PM. Process Management .tdp is azthoriwed to act on
uehalf of the oxner of the evcIzsiOe coj,rights that are alleged to ue infringed hereinp

M.I HoldingsU ..C oxns the coj,rights to the moOie .ansR,p bhe znazthoriwed doxnload and
distriuztion of this file u, ,ozr IP address constitztes coj,right infringementp

Please see uelox details for the infringements:

Protocol: BIbbWkkENb
Infringed ForR: .ansR,
Infringing ZileName: .ansR,p2021pHDkijp[OiDpAC3-E]W'bGv9
Infringing ZileSiwe: 1738468828
Infringer's IP Address: 1T7p27p45p68
Infringer's Port: 5T088
Initial Infringement bimestamj: 2027-05-28 17:14:32

AndU ,oz're also creating a seczrit, risR on ,ozr comjztersU deOices and netxorRs xhen ,oz
doxnload znazthoriwed moOies or allox others to do so from ,ozr Internet connectionp

Fe resjectfzll, asR that ,oz stoj infringing and redistriuzting M.I HoldingsU ..C coj,right
jrotected contentU and taRe the jrojer stejs to seczre ,ozr Internet so that others do not
infringe and redistriuzte ozr content as xellp

Fe haOe a good faith uelief that zse of the coj,righted material detailed auoOe is not
azthoriwed u, the coj,right oxnerU its agentU or the Iaxp In additionU xe haOe a good
faith szuLectiOe uelief that the zse does not constitzte fair zsep bhe information in this
notice is acczrate and xe stateU znder jenalt, of jerLzr,U that xe are azthoriwed to act on
uehalf of the oxner of the coj,right that is allegedI, infringedp bhis letter is not a
comjlete statement of M.I HoldingsU ..C's rights in connection xith this matterU and
nothing contained herein constitztes an evjress or imjlied xaOier of an, rights or remedies
of M.I HoldingsU ..C in connection xith this matterU all of xhich are evjressl, reserOedp

Fe ajjreciate ,ozr assistance and thanR ,oz for ,ozr coojeration in this matterp

kesjectfzll,U

/Thomas Nowak/

Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58928240310</ID>
        </Case>
        <Complainant>
                <Entity>MLI Holdings, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-05-28T14:19:32Z</TimeStamp>
                <IP_Address>174.24.95.68</IP_Address>
                <Port>57088</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Lansky</Title>
                        <FileName>Lansky.2021.HDRip.XviD.AC3-EVO[TGx]</FileName>
                        <FileSize>1438968828</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">63A594115AC71CC9D3660B448F8619D3357EC27A</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



=F4m,
-----END PGP SIGNAbykE-----

Subject: Notice of Claimed Infringement [Case No. 583704] 0388<
From: @noticew dmcagatey a>.com2
Date: 93.05.909] , 00:] ]
To: @DMCAw centur>link.com2
BCC: @bcc-usw dmcagatey a>.com2


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 580473T7088
Notice Date: 272T-75-28 22:TT:5b


Dear Sir or Madam:

uhis message is sent on Fehalf of Millenni,m .,ndingU Incp p

ynder jenaltL of jerz,rLU I assert that PMw Process Management wtdp is a,thorixed to act on
Fehalf of the ovner of the eRcl,siOe cojLrights that are alleged to Fe infringed hereinp

Millenni,m .,ndingU Incp  ovns the cojLrights to the moOie HellFoLp uhe ,na,thorixed
dovnload and distriF,tion of this file FL Lo,r IP address constit,tes cojLright
infringementp

Please see Felov details for the infringements:

Protocol: BIuuWkkENu
Infringed 1or9: HellFoL
Infringing .ileName: HellFoLp27b0pBI,raLpb787jpA'bpWPySp3pb-yHpm90
Infringing .ileSixe: 5870607666
Infringer's IP Address: 64p223p2T6p3b
Infringer's Port: T37T5
Initial Infringement uimestamj: 272T-75-28 b8:T5:T4

AndU Lo,'re also creating a sec,ritL ris9 on Lo,r comj,tersU deOices and netvor9s vhen Lo,
dovnload ,na,thorixed moOies or allov others to do so from Lo,r Internet connectionp

1e resjectf,IIL as9 that Lo, stoj infringing and redistriF,ting Millenni,m .,ndingU Incp
cojLright jrotected contentU and ta9e the jrojer stejs to sec,re Lo,r Internet so that
others do not infringe and redistriF,te o,r content as vellp

1e haOe a good faith Felief that ,se of the cojLrighted material detailed aFoOe is not
a,thorixed FL the cojLright ovnerU its agentU or the lavp  In additionU ve haOe a good
faith s,FzectiOe Felief that the ,se does not constit,te fair ,sep uhe information in this
notice is acc,rate and ve stateU ,nder jenaltL of jerz,rLU that ve are a,thorixed to act on
Fehalf of the ovner of the cojLright that is allegedlL infringedp uhis letter is not a
comjlete statement of Millenni,m .,ndingU Incp 's rights in connection vith this matterU
and nothing contained herein constit,tes an eRjress or imjlied vaOier of anL rights or
remedies of Millenni,m .,ndingU Incp  in connection vith this matterU all of vhich are
eRjresslL reserOedp

1e ajjreciate Lo,r assistance and than9 Lo, for Lo,r coojeration in this matterp

kesjectf,IILU

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58930740988</ID>
        </Case>
        <Complainant>
                <Entity>Millennium Funding, Inc. </Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-05-28T18:45:43Z</TimeStamp>
                <IP_Address>63.227.246.71</IP_Address>
                <Port>47045</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Hellboy</Title>
                        <FileName>Hellboy.2019.Bluray.1080p.AV1.OPUS.7.1-UH.mkv</FileName>
                        <FileSize>5809690666</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">D410D9616EFDC169887C994EC8BC5A1F800B8A1E</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582511909] <@
From: wnoticey dmcagate> a7.com3
Date: 0] .<5.4<41, <9:]8
To: wDMCAy centur7link.com3
BCC: wbcc-usy dmcagate> a7.com3


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 584533010Tb
Notice Date: 2b23-b5-1T b5:2T:Tb


Dear Sir or Madam:

uhis message is sent on .ehalf of BoU pills yorld jights, LLCz

wnder xenaltU of xervOrU, I assert that PML Process Management Ltdz is aOthoriRed to act on
.ehalf of the oWner of the ekclOsiFe coxUrights that are alleged to .e infringed hereinz

BoU pills yorld jights, LLC oWns the coxUrights to the moFie BoU pills yorldz uhe
OnaOthoriRed doWnload and distri.Otion of this file .U UoOr IP address constitOtes
coxUright infringementz

Please see .eloW details for the infringements:

Protocol: BIuu(jjENu
Infringed yor): BoU pills yorld
Infringing [ileName: BoU pills yorld 72b21] YO2bxX YyEBjixX Y'uSzM9X
Infringing [ileSiRe: Tb6030TT35
Infringer's IP Address: T83zTbTzT6zT83
Infringer's Port: 5TTb1
Initial Infringement uimestamx: 2b23-b5-1T b2:b1:bT

And, UoO're also creating a secOritU ris) on UoOr comxOters, deFices and netWor)s When UoO
doWnload OnaOthoriRed moFies or alloW others to do so from UoOr Internet connectionz

ye resxectfOlIU as) that UoO stox infringing and redistri.Oting BoU pills yorld jights, LLC
coxUright xrotected content, and ta)e the xroxer stexs to secOre UoOr Internet so that
others do not infringe and redistri.Ote oOr content as Wellz

ye haFe a good faith .elief that Ose of the coxUrighted material detailed a.oFe is not
aOthoriRed .U the coxUright oWner, its agent, or the laWz  In addition, We haFe a good
faith sO.vectiFe .elief that the Ose does not constitOte fair Osez uhe information in this
notice is accOrate and We state, Onder xenaltU of xervOrU, that We are aOthoriRed to act on
.ehalf of the oWner of the coxUright that is allegedlU infringedz uhis letter is not a
comxlete statement of BoU pills yorld jights, LLC's rights in connection With this matter,
and nothing contained herein constitOtes an ekxress or imxlied WaFier of anU rights or
remedies of BoU pills yorld jights, LLC in connection With this matter, all of Which are
ekxresslU reserFedz

ye axxreciate UoOr assistance and than) UoO for UoOr cooxeration in this matterz

jesxectfOlIU,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58954473710</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-05-31T02:03:01Z</TimeStamp>
                <IP_Address>184.101.16.184</IP_Address>
                <Port>51103</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World (2023) [720p] [WEBRip] [YTS.MX]</FileName>
                        <FileSize>1067471145</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">86C960CCA35D54C458922C6F3171B25EFF1D46EC</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582898434660
From: ] notice< dmcagate@awcomy
Date: >9.>3., >, 6: 46193
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58483806011
Notice Date: 2T21-T6-T3 O2: 3b: 35


Dear Sir or Madam:

uhis message is sent on .ehalf of Hitman uUo Prodpctionsy Incjj

,nder Lenaltz of Lerwprzy I assert that PMx Process Management xtdj is apthorived to act on
.ehalf of the oUner of the eOclpsiRe coLzrights that are alleged to .e infringed hereinj

Hitman uUo Prodpctionsy Incj oUns the coLzrights to the moRie uhe Hitmans Wifes Bodzgpardj
uhe pnapthorived doUnload and distri.ption of this file .z zopr IP address constitptes
coLzright infringementj

Please see .eloU details for the infringements:

Protocol: BIuukFFENu
Infringed Wor(: uhe Hitmans Wifes Bodzgpard
Infringing )ileName: uhe Hitmans Wifes Bodzgpard [2T207 ]OT8TLY ]WEBFiLY ]5jOY ]XuSjM'Y
Infringing )ileSive: 23T835T4b6
Infringer9s IP Address: Ob1j2TjOb4j18
Infringer9s Port: 52555
Initial Infringement uimestamL: 2T21-T6-T3 T4:T8:52

Andy zop're also creating a secpritz ris( on zopr comLptersy deRices and netUor(s Uhen zop
doUnload pnapthorived moRies or alloU others to do so from zopr Internet connectionj

We resLectfpllz as( that zop stoL infringing and redistri.pting Hitman uUo Prodpctionsy
Incj coLzright Lrotected contenty and ta(e the LroLer steLs to secpre zopr Internet so that
others do not infringe and redistri.pte opr content as Uellj

We haRe a good faith .elief that pse of the coLzrighted material detailed a.oRe is not
apthorived .z the coLzright oUnery its agenty or the laUj  In additiony Ue haRe a good
faith sp.wectiRe .elief that the pse does not constitpte fair psej uhe information in this
notice is accprate and Ue statey pnder Lenaltz of Lerwprzy that Ue are apthorived to act on
.ehalf of the oUner of the coLzright that is allegedlz infringedj uhis letter is not a
comLlete statement of Hitman uUo Prodpctionsy Incj's rights in connection Uith this mattery
and nothing contained herein constitptes an eOLress or imLlied UaRier of anz rights or
remedies of Hitman uUo Prodpctionsy Incj in connection Uith this mattery all of Uhich are
eOLresslz reserRedj

We aLLreciate zopr assistance and than( zop for zopr cooLeration in this matterj

FesLectfpllzy

FesLectfpllzy

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58983816144</ID>
        </Case>
        <Complainant>
                <Entity>Hitman Two Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-03T09:08:52Z</TimeStamp>
                <IP_Address>174.20.179.48</IP_Address>
                <Port>52555</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Hitmans Wifes Bodyguard</Title>
                        <FileName>The Hitmans Wifes Bodyguard (2021) [1080p] [WEBRip] [5.1]
[YTS.MX]</FileName>
                        <FileSize>2308350976</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">EEAD43E6FBCFFC02FAC5FDBB724586882FA18C3B</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58289843630]
From: <notice@dmcagateway.com>
Date: , 9., 6.0, 04: 34 14
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58489817672
Notice Date: 2021-06-09 72:11:24


Dear Sir or Madam:

3his message is sent on Tehalf of BodbgXard ProdXctionsu Inc,,

.nder Uenaltb of UerpXrbu I assert that PMy Process Management ytd, is aXthorijed to act on Tehalf of the oLner of the ezclXsiwe coUbrights that are alleged to Te infringed herein,

BodbgXard ProdXctionsu Inc, oLns the coUbrights to the mowie 3he Hitmans BodbgXard, 3he XnaXthorijed doLnload and distriTXtion of this file Tb boXr IP address constitXtes coUbright infringement,

Please see TeloL details for the infringements:

Protocol: BI33xvvEN3
Infringed OorR: 3he Hitmans BodbgXard
Infringing WileName: 3he Hitmanks BodbgXard F207() ' Eztras F7080U BIXvab z265 HE'C 7OTit AC9 5,7 SAMPA)
Infringing WileSije: 5486486065
Infringerks IP Address: 7(1,20,7(4,18
Infringerks Port: 52949
Initial Infringement 3imestamU: 2021-06-09 04:08:75

Andu boX're also creating a secXritb risR on boXr comUXtersu dewices and netLorRs Lhen boX doLnload XnaXthorijed mowies or alloL others to do so from boXr Internet connection,

Oe resUectfXIlb asR that boX stoU infringing and redistriTXting BodbgXard ProdXctionsu Inc, coUbright Urotected contentu and taRe the UroUer steUs to secXre boXr Internet so that others do not infringe and redistriTXte oXr content as LeIl,

Oe hawe a good faith Telief that Xse of the coUbrighted material detailed aTowe is not aXthorijed Tb the coUbright oLneru its agentu or the IaL,  In additionu Le hawe a good faith sXTpectiwe Telief that the Xse does not constitXte fair Xse, 3he information in this notice is accXrate and Le stateu Xnder Uenaltb of UerpXrbu that Le are aXthorijed to act on Tehalf of the oLner of the coUbright that is allegedIb infringed, 3his letter is not a comUlete statement of BodbgXard ProdXctionsu Inc,'s rights in connection Lith this matteru and nothing contained herein constitXtes an ezUress or imUlied Lawier of anb rights or remedies of BodbgXard ProdXctionsu Inc, in connection Lith this matteru all of Lhich are ezUressIb reserwed,

Oe aUUreciate boXr assistance and thanR boX for boXr cooUeration in this matter,

Respectfully,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58983841612</ID>
        </Case>
        <Complainant>
                <Entity>Bodyguard Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-03T09:08:15Z</TimeStamp>
                <IP_Address>174.20.179.48</IP_Address>
                <Port>52393</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Hitmans Bodyguard</Title>
                        <FileName>The Hitman's Bodyguard (2017) + Extras (1080p BluRay x265
HEVC 10bit AC3 5.1 SAMPA)</FileName>
                        <FileSize>5986986065</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">35F6A0B9269F709315CC70AFFB7186DE7EADCD04</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584498515567
From: 2notice]  dmcagate< a@comw
Date: y6.y>.9y9603, :63
To: 2DMCA]  centur@lnk.comw
BCC: 2bcc-us]  dmcagate< a@comw


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58002854557
Notice Date: 2327-36-37 T5:72:38


Dear Sir or Madam:

bhis message is sent on uehalf of I Am Frath Prod,ction. IncUU

pnder yenaltj of yerL,rj. I assert that PMz Process Management ztdU is a,thoriwed to act on uehalf of the oxner of the evcl,siRe coyjrights that are alleged to ue infringed hereinU

I Am Frath Prod,ction. IncU oxns the coyjrights to the moRie I Am FrathU bhe ,na,thoriwed doxnload and distriu,tion of this file uj jo,r IP address constit,tes coyjright infringementU

Please see uelox details for the infringements:

Protocol: BIbbOWWENb
Infringed Fork: I Am Frath
Infringing 1ileName: IUAmUFrathU23T6UT383yUBWWiyUv267UAAC-EbWG
Infringing 1ileSiwe: T724423245
Infringer9s IP Address: 6OU68U27'U'6
Infringer9s Port: 62T07
Initial Infringement bimestamy: 2327-36-37 T2:T4:77

And. jo,'re also creating a sec,ritj risk on jo,r comy,ters. deRices and netxorks xhen jo, doxnload ,na,thoriwed moRies or allox others to do so from jo,r Internet connectionU

Fe resyectf,llj ask that jo, stoy infringing and redistriu,ting I Am Frath Prod,ction. IncU coyjright yrotected content. and take the yroyer steys to sec,re jo,r Internet so that others do not infringe and redistriu,te o,r content as xellU

Fe haRe a good faith uelief that ,se of the coyjrighted material detailed auoRe is not a,thoriwed uj the coyjright oxner. its agent. or the laxU  In addition. xe haRe a good faith s,uLectiRe uelief that the ,se does not constit,te fair ,seU bhe information in this notice is acc,rate and xe state. ,nder yenaltj of yerL,rj. that xe are a,thoriwed to act on uehalf of the oxner of the coyjright that is allegedlj infringedU bhis letter is not a comylete statement of I Am Frath Prod,ction. IncU's rights in connection xith this matter. and nothing contained herein constit,tes an evyress or imylied xaRier of anj rights or remedies of I Am Frath Prod,ction. IncU in connection xith this matter. all of xhich are evyresslj reserRedU

Fe ayyreciate jo,r assistance and thank jo, for jo,r cooyeration in this matterU

Wesyectf,llj.

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58992853554</ID>
        </Case>
        <Complainant>
                <Entity>I Am Wrath Production, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-04T12:13:44Z</TimeStamp>
                <IP_Address>69.68.247.76</IP_Address>
                <Port>62194</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>I Am Wrath</Title>
                        <FileName>I.Am.Wrath.2016.1080p.BRRip.x264.AAC-ETRG</FileName>
                        <FileSize>1423320235</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">8B6C23830E5B2E041B9688975932F0A15D2C616B</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 59004571916]
From: <notice@dmcagateway.com>
Date: 06.06.2024, 07:24
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58443501816
Notice Date: 2423-46-46 45:26:28


Dear Sir or Madam:

This message is sent on behalf of Bou .ills Uorld pightsy jjC,

Lnder zenaltu of zerwxruy I assert that PMj Process Management jtd, is axthorived to act on
behalf of the oOner of the eRclxsiWe cozurights that are alleged to be infringed herein,

Bou .ills Uorld pightsy jjC oOns the cozurights to the moWie Bou .ills Uorld, The
xnaxthorived doOnload and distribxtion of this file bu uoxr IP address constitxtes
cozuright infringement,

Please see beloO details for the infringements:

Protocol: BITTkppENT
Infringed UorF: Bou .ills Uorld
Infringing (ileName: Bou .ills Uorld )242[7 ]O24zY ]UEBpizY ]XTS,M'Y
Infringing (ileSive: 1460301135
Infringer9s IP Address: 65,15',18',5
Infringer9s Port: 2[63[
Initial Infringement Timestamz: 2423-46-46 42:22:5[

Andy uox're also creating a secxritu risF on uoxr comzxtersy deWices and netOorFs Ohen uox
doOnload xnaxthorived moWies or alloO others to do so from uoxr Internet connection,

Ue reszectfxllu asF that uox stoz infringing and redistribxting Bou .ills Uorld pightsy jjC
cozuright zrotected contenty and taFe the zrozer stezs to secxre uoxr Internet so that
others do not infringe and redistribxte oxr content as Oell,

Ue haWe a good faith belief that xse of the cozurighted material detailed aboWe is not
axthorived bu the cozuright oOnery its agenty or the laO,  In additiony Oe haWe a good
faith sxbwectiWe belief that the xse does not constitxte fair xse, The information in this
notice is accxrate and Oe statey xnder zenaltu of zerwxruy that Oe are axthorived to act on
behalf of the oOner of the cozuright that is allegedlu infringed, This letter is not a
comzlete statement of Bou .ills Uorld pightsy jjC's rights in connection Oith this mattery
and nothing contained herein constitxtes an eRzress or imzlied OaWier of anu rights or
remedies of Bou .ills Uorld pightsy jjC in connection Oith this mattery all of Ohich are
eRzresslu reserWed,

Ue azzreciate uoxr assistance and thanF uox for uoxr coozeration in this matter,

peszectfxlluy

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59004571916</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-06T02:22:53Z</TimeStamp>
                <IP_Address>65.158.198.5</IP_Address>
                <Port>23643</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World (2023) [720p] [WEBRip] [YTS.MX]</
FileName>
                        <FileSize>1067471145</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">86C960CCA35D54C458922C6F3171B25EFF1D46EC</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 59026637750]
From: <notice@dmcagateway.com>
Date: 09.06.2024, 04:56
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58426691154
Notice Date: 2427-46-48 42:56:56


Dear Sir or Madam:

Ohis message is sent on 3ehalf of Hitman OTo ProdbctionsX Incuu

,nder .enaltU of .erpbrUX I assert that PMy Process Management ytdu is abthorijed to act on
3ehalf of the oTner of the eLcIbsize co.Urights that are alleged to 3e infringed hereinu

Hitman OTo ProdbctionsX Incu oTns the co.Urights to the mozie Ohe Hitmans wifes BodUgbardu
Ohe bnabthorijed doTnIoad and distri3btion of this file 3U Uobr IP address constitbtes
co.Uright infringementu

Please see 3eIoT details for the infringements:

Protocol: BIOOxvvENO
Infringed worO: Ohe Hitmans wifes BodUgbard
Infringing RiIeName: HitmanWs wifeWs BodUgbard k242F( k2F64. BIbvaU L265 HE)C F43it HDv AAC
1uF OigoIe(
Infringing RiIeSije: F652F'7F682
InfringerWs IP Address: F'7u88u92uF74
InfringerWs Port: 56881
Initial Infringement Oimestam.: 2427-46-4' 22:72:72

AndX Uob're also creating a secbritU risO on Uobr com.btersX dezices and netTorOs Then Uob
doTnIoad bnabthorijed mozies or aIIoT others to do so from Uobr Internet connectionu

we res.ectfbIIU asO that Uob sto. infringing and redistri3bting Hitman OTo ProdbctionsX
Incu co.Uright .rotected contentX and taOe the .ro.er ste.s to secbre Uobr Internet so that
others do not infringe and redistri3bte obr content as TeIIu

we haze a good faith 3eIief that bse of the co.Urighted material detailed a3oze is not
abthorijed 3U the co.Uright oTnerX its agentX or the IaTu In additionX Te haze a good
faith sb3pectize 3eIief that the bse does not constitbte fair bseu Ohe information in this
notice is accbrate and Te stateX bnder .enaltU of .erpbrUX that Te are abthorijed to act on
3ehalf of the oTner of the co.Uright that is allegedIU infringedu Ohis letter is not a
com.Iete statement of Hitman OTo ProdbctionsX Incu's rights in connection Tith this matterX
and nothing contained herein constitbtes an eL.ress or im.Iied Tazier of anU rights or
remedies of Hitman OTo ProdbctionsX Incu in connection Tith this matterX all of Thich are
eL.ressIU reserzedu

we a..reciate Uobr assistance and thanO Uob for Uobr coo.eration in this matteru

Respectfully,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59026637750</ID>
        </Case>
        <Complainant>
                <Entity>Hitman Two Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-08T22:42:42Z</TimeStamp>
                <IP_Address>184.99.32.140</IP_Address>
                <Port>56997</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Hitmans Wifes Bodyguard</Title>
                        <FileName>Hitman's Wife's Bodyguard (2021) (2160p BluRay x265 HEVC
10bit HDR AAC 7.1 Tigole)</FileName>
                        <FileSize>16521841692</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">22834CDC0FA1172359FF0B1C5321CF1247FB8006</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58491691721]
From: <notice@dmcagateway.com>
Date: 04.97.0903, 90:06
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58491791601
Notice Date: 2923-96-24 99:27:07


Dear Sir or Madam:

This message is sent on behalf of EXO Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

EXO Productions, Inc. owns the copyrights to the movie The Expendables O. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Expendables O
Infringing FileName: The Expendables O (2943)
Infringing FileSize: 845715284
Infringer's IP Address: 473.22.208.473
Infringer's Port: 47045
Initial Infringement Timestamp: 2923-96-29 24:40:20

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing EXO Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of EXO Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of EXO Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59108708638</ID>
        </Case>
        <Complainant>
                <Entity>EX3 Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-20T21:13:23Z</TimeStamp>
                <IP_Address>174.22.239.174</IP_Address>
                <Port>17315</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Expendables 3</Title>
                        <FileName>The Expendables 3 (2014)</FileName>
                        <FileSize>915785291</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">FB02FF747539595BDEC8357AA9077AF3CFE0E76B</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 587774076] 0<
From: @noticew dmcagatey a>.com1
Date: 07.49.0402, 74:08
To: @DMCAw centur>link.com1
BCC: @bcc-usw dmcagatey a>.com1


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58444324012
Notice Date: 232T-36-24 30:b3:58


Dear Sir or Madam:

uhis message is sent on .ehalf of HUnter piller ProdUctionsy Incjj

,nder Lenaltz of LerwUrzy I assert that PMx Process Management xtdj is aUthorived to act on
.ehalf of the oOner of the eRclUsiWe coLzrights that are alleged to .e infringed hereinj

HUnter piller ProdUctionsy Incj oOns the coLzrights to the moWie HUnter pillerj uhe
UnaUthorived doOnload and distri.Ution of this file .z zoUr IP address constitUtes
coLzright infringementj

Please see .eloO details for the infringements:

Protocol: BIuukFFENu
Infringed (or): HUnter piller
Infringing [ileName: HUnter piller 72340] Y(EBFiLX Y4303LX Y'uSjAMX
Infringing [ileSive: 238b40T6b2
Infringer9s IP Address: 41Tj22j228j14
Infringer9s Port: 41b45
Initial Infringement uimestamL: 232T-36-24 3T:5T:3b

Andy zoU're also creating a secUritz ris) on zoUr comLUtersy deWices and netOor)s Ohen zoU
doOnload UnaUthorived moWies or alloO others to do so from zoUr Internet connectionj

(e resLectfUllz as) that zoU stoL infringing and redistri.Uting HUnter piller ProdUctionsy
Incj coLzright Lrotected contenty and ta)e the LroLer steLs to secUre zoUr Internet so that
others do not infringe and redistri.Ute oUr content as Oellj

(e haWe a good faith .elief that Use of the coLzrighted material detailed a.oWe is not
aUthorived .z the coLzright oOnery its agenty or the laOj  In additiony Oe haWe a good
faith sU.wectiWe .elief that the Use does not constitUte fair Usej uhe information in this
notice is accUrate and Oe statey Under Lenaltz of LerwUrzy that Oe are aUthorived to act on
.ehalf of the oOner of the coLzright that is allegedIz infringedj uhis letter is not a
comLlete statement of HUnter piller ProdUctionsy Incj's rights in connection Oith this
mattery and nothing contained herein constitUtes an eRLress or imLlied OaWier of anz rights
or remedies of HUnter piller ProdUctionsy Incj in connection Oith this mattery all of Ohich
are eRLresslz reserWedj

(e aLLreciate zoUr assistance and than) zoU for zoUr cooLeration in this matterj

FesLectfUllzy

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59111021872</ID>
        </Case>
        <Complainant>
                <Entity>Hunter Killer Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-21T04:54:03Z</TimeStamp>
                <IP_Address>174.22.229.71</IP_Address>
                <Port>17315</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Hunter Killer</Title>
                        <FileName>Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM]</FileName>
                        <FileSize>2093184632</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">57537D93A76F574369DC2E573E99C3840A9FD89D</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584491116772
From: ] notice< dmcagate@awcomy
Date: 66.>9.6>670>3,: 7
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58446999211
Notice Date: 2721-76-22 76:09:04


Dear Sir or Madam:

3his message is sent on Tehalf of Mbl HoldingsX bbCu

,nder .enaltU of .erpyrUX I assert that PMb Process Management btdu is aythorijed to act on
Tehalf of the oLner of the ezclysiwe co.Urights that are alleged to Te infringed hereinu

Mbl HoldingsX bbC oLns the co.Urights to the mowie bansxUu 3he ynaythorijed doLnload and
distriTytion of this file TU Uoyr IP address constitytes co.Uright infringementu

Please see TeloL details for the infringements:

Protocol: BI33vOOEN3
Infringed Rorx: bansxU
Infringing WileName: bansxU k2724Fuawi
Infringing WileSije: 4(018(8802
Infringer)s IP Address: 4(1u474u(9u428
Infringer)s Port: 5(2(1
Initial Infringement 3imestam.: 2721-76-22 72:12:0(

AndX Uoy're also creating a secyritU risx on Uoyr com.ytersX dewices and netLorxs Lhen Uoy
doLnload ynaythorijed mowies or alloL others to do so from Uoyr Internet connectionu

Re res.ectfyllU asx that Uoy sto. infringing and redistriTyting Mbl HoldingsX bbC co.Uright
.rotected contentX and taxe the .ro.er ste.s to secyre Uoyr Internet so that others do not
infringe and redistriTyte oyr content as Lellu

Re hawe a good faith Telief that yse of the co.Urighted material detailed aTowe is not
aythorijed TU the co.Uright oLnerX its agentX or the laLu  In additionX Le hawe a good
faith syTpectiwe Telief that the yse does not constityte fair yseu 3he information in this
notice is accyrate and Le stateX ynder .enaltU of .erpyrUX that Le are aythorijed to act on
Tehalf of the oLner of the co.Uright that is allegedlU infringedu 3his letter is not a
com.lete statement of Mbl HoldingsX bbC's rights in connection Lith this matterX and
nothing contained herein constitytes an ez.ress or im.lied Lawier of anU rights or remedies
of Mbl HoldingsX bbC in connection Lith this matterX all of Lhich are ez.resslU reserwedu

Re a..reciate Uoyr assistance and thanx Uoy for Uoyr coo.eration in this matteru

Oes.ectfyllUX

/Thomas Nowak/

Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59116777244</ID>
        </Case>
        <Complainant>
                <Entity>MLI Holdings, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-22T02:42:38Z</TimeStamp>
                <IP_Address>184.101.87.129</IP_Address>
                <Port>58284</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Lansky</Title>
                        <FileName>Lansky (2021).avi</FileName>
                        <FileSize>1834989932</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">B093566F47EC38C2D39FB3E8DA55B650BE8F6321</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58491657526]
From: <notice@dmcagateway.com>
Date: 90.63.9691, 68:15
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 580247535T7
Notice Date: 2724-76-2b 7T:45:22


Dear Sir or Madam:

uhis message is sent on Fehalf of ,amFo . ProdUctionsp Incyy

jnder Lenaltz of LerwUrzp I assert that PMx Process Management xtdy is aUthorived to act on
Fehalf of the oRner of the eOclUsiWe coLzrights that are alleged to Fe infringed hereiny

,amFo . ProdUctionsp Incy oRns the coLzrights to the moWie ,amFo: xast BIoody uhe
UnaUthorived doRnload and distriFUtion of this file Fz zoUr IP address constitUtes
coLzright infringementy

Please see FeloR details for the infringements:

Protocol: BIuuk,,ENu
Infringed 1or9: ,amFo: xast BIood
Infringing 'ileName: ,amFoyxastyBIoody2708y0737LyBIUrazy0264yAAC-Eu,G
Infringing 'ileSive: 0b73026880
Infringer's IP Address: 65y044y24by207
Infringer's Port: 05843
Initial Infringement uimestamL: 2724-76-2b 74:b7:05

Andp zoU're also creating a secUritz ris9 on zoUr comLUtersp deWices and netRor9s Rhen zoU
doRnload UnaUthorived moWies or alloR others to do so from zoUr Internet connectiony

1e resLectfUllz as9 that zoU stoL infringing and redistriFUting ,amFo . ProdUctionsp Incy
coLzright Lrotected contentp and ta9e the LroLer steLs to secUre zoUr Internet so that
others do not infringe and redistriFUte oUr content as Relly

1e haWe a good faith Felief that Use of the coLzrighted material detailed aFoWe is not
aUthorived Fz the coLzright oRnerp its agentp or the laRy  In additionp Re haWe a good
faith sUFwectiWe Felief that the Use does not constitUte fair Usey uhe information in this
notice is accUrate and Re statep Under Lenaltz of LerwUrzp that Re are aUthorived to act on
Fehalf of the oRner of the coLzright that is allegedIz infringedy uhis letter is not a
comLlete statement of ,amFo . ProdUctionsp Incy's rights in connection Rith this matterp
and nothing contained herein constitUtes an eOLress or imLlied RaWier of anz rights or
remedies of ,amFo . ProdUctionsp Incy in connection Rith this matterp all of Rhich are
eOLresslz reserWedy

1e aLLreciate zoUr assistance and than9 zoU for zoUr cooLeration in this mattery

,esLectfUllzp

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59124058570</ID>
        </Case>
        <Complainant>
                <Entity>Rambo V Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-23T04:30:15Z</TimeStamp>
                <IP_Address>65.144.243.210</IP_Address>
                <Port>15948</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Rambo: Last Blood</Title>
                        <FileName>Rambo.Last.Blood.2019.1080p.Bluray.x264.AAC-ETRG</FileName>
                        <FileSize>1308126991</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">9435DC073B34022D1C4325721DC21DA5DA3741FB</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584991696772
From: ] notice< dmcagate@awcomy
Date: >0.37.>3>0, 48:04
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58433013166
Notice Date: 2T2b-T6-2b 40:b4:b3


Dear Sir or Madam:

uhis message is sent on .ehalf of Dallas BUpers CIU.y jjC,

Lnder zenaltp of zerwUrpy I assert that PMj Process Management jtd, is aUthorixed to act on
.ehalf of the ovner of the eOclUsiRe cozprights that are alleged to .e infringed herein,

Dallas BUpers CIU.y jjC ovns the cozprights to the moRie Dallas BUpers CIU., uhe
UnaUthorixed dovnload and distri.Ution of this file .p poUr IP address constitUtes
cozpright infringement,

Please see .elov details for the infringements:

Protocol: BluuWkkENu
Infringed For(: Dallas BUpers CIU.
Infringing )ileName: Dallas BUpers CIU. [2T437 ]4T1TzY
Infringing )ileSixe: 4810000118
InfringerXs IP Address: 65,434,1b,225
InfringerXs Port: b044
Initial Infringement uimestamz: 2T2b-T6-2b 4b:20:45

Andy poU're also creating a secUritp ris( on poUr comzUtersy deRices and netvor(s vhen poU
dovnload UnaUthorixed moRies or allov others to do so from poUr Internet connection,

Fe reszectfUllp as( that poU stoz infringing and redistri.Uting Dallas BUpers CIU.y jjC
cozpright zrotected contenty and ta(e the zrozer stezs to secUre poUr Internet so that
others do not infringe and redistri.Ute oUr content as vell,

Fe haRe a good faith .elief that Use of the cozprighted material detailed a.oRe is not
aUthorixed .p the cozpright ovnery its agenty or the lav,  In additiony ve haRe a good
faith sU.wectiRe .elief that the Use does not constitUte fair Use, uhe information in this
notice is accUrate and ve statey Under zenaltp of zerwUrpy that ve are aUthorixed to act on
.ehalf of the ovner of the cozpright that is allegedlp infringed, uhis letter is not a
comzlete statement of Dallas BUpers CIU.y jjC's rights in connection vith this mattery and
nothing contained herein constitUtes an eOzress or imzlied vaRier of anp rights or remedies
of Dallas BUpers CIU.y jjC in connection vith this mattery all of vhich are eOzresslp
reserRed,

Fe azzreciate poUr assistance and than( poU for poUr coozeration in this matter,

keszectfUllpy

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
<u>notice@dmcagateway.com</u>
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59133783866</ID>
        </Case>
        <Complainant>
                <Entity>Dallas Buyers Club, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-24T14:27:15Z</TimeStamp>
                <IP_Address>65.131.84.225</IP_Address>
                <Port>4711</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Dallas Buyers Club</Title>
                        <FileName>Dallas Buyers Club (2013) [1080p]</FileName>
                        <FileSize>1987777889</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">9DE63BACB65CE4BBB853F57D4843410D1F09FFBD</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584916727] 6<
From: @noticew dmcagatey a>.com0
Date: 65.31.6367, 37:64
To: @DMCAw centur>link.com0
BCC: @bcc-usw dmcagatey a>.com0


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 580462737T2
Notice Date: 2b27-b6-25 b2:22:b5


Dear Sir or Madam:

uhis message is sent on Fehalf of ,H. ProdUctionsp Incyy

jnder Lenaltz of LerwUrzp I assert that PM, Process Management ,tdy is aUthorixed to act on Fehalf of the ovner of the eRclUsiOe coLzrights that are alleged to Fe infringed hereiny

,H. ProdUctionsp Incy ovns the coLzrights to the moOie ,ondon Has .alleny uhe UnaUthorixed dovnload and distriFUtion of this file Fz zoUr IP address constitUtes coLzright infringementy

Please see Felov details for the infringements:

Protocol: BIuuWkkENu
Infringed 1or9: ,ondon Has .allen
Infringing .ileName: ,ondonyHasy.alleny2b06yOb3bLyBIUkazyDDPyTyOyR265-EDGE2b2bym9O
Infringing .ileSixe: 25bT763675
Infringer's IP Address: 64yO58yOT8yO24
Infringer's Port: 4T22b
Initial Infringement uimestamL: 2b27-b6-27 2b:58:78

Andp zoU're also creating a secUritz ris9 on zoUr comLUtersp deOices and netvor9s vhen zoU dovnload UnaUthorixed moOies or allov others to do so from zoUr Internet connectiony

1e resLectfUllz as9 that zoU stoL infringing and redistriFUting ,H. ProdUctionsp Incy coLzright Lrotected contentp and ta9e the LroLer steLs to secUre zoUr Internet so that others do not infringe and redistriFUte oUr content as velly

1e haOe a good faith Felief that Use of the coLzrighted material detailed aFoOe is not aUthorixed Fz the coLzright ovnerp its agentp or the lavy In additionp ve haOe a good faith sUFwectiOe Felief that the Use does not constitUte fair Usey uhe information in this notice is accUrate and ve statep Under Lenaltz of LerwUrzp that ve are aUthorixed to act on Fehalf of the ovner of the coLzright that is allegedlz infringedly uhis letter is not a comLlete statement of ,H. ProdUctionsp Incy's rights in connection vith this matterp and nothing contained herein constitUtes an eRLress or imLlied vaOier of anz rights or remedies of ,H. ProdUctionsp Incy in connection vith this matterp all of vhich are eRLresslz reserOedy

1e aLLreciate zoUr assistance and than9 zoU for zoUr cooLeration in this mattery

kesLectfUllzp

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59136248472</ID>
        </Case>
        <Complainant>
                <Entity>LHF Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-24T20:59:49Z</TimeStamp>
                <IP_Address>63.159.179.123</IP_Address>
                <Port>37220</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>London Has Fallen</Title>
                        <FileName>London.Has.Fallen.2016.1080p.BluRay.DDP.7.1.x265-
EDGE2020.mkv</FileName>
                        <FileSize>2507468645</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">C8F67DFC41A416B42CA6DBB74A22E0673101450A</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58294336064]
From: <notice@dmcagateway.com>
Date: 65., 3.6, 60: 26106
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58430662120
Notice Date: 2T21-T6-25 4T:13:32


Dear Sir or Madam:

bhis message is sent on uehalf of After II Mo.ieU ppCy

jnder ,enaltL of ,erzwrLU I assert that PMp Process Management ptdy is awthorixed to act on
uehalf of the ovner of the eOclwsi.e co,Lrights that are alleged to ue infringed hereiny

After II Mo.ieU ppC ovns the co,Lrights to the mo.ie After Re Collidedy bhe wnawthorixed
dovnload and distriuwtion of this file uL Lowr IP address constitwtes co,Lright
infringementy

Please see uelov details for the infringements:

Protocol: BIbbWkkENb
Infringed RorF: After Re Collided
Infringing (ileName: After Re Collided )2T2T[ 74TOT,] 7BIwkaL] 75y4] 7YbSyMX]
Infringing (ileSixe: 2T81664614
Infringer's IP Address: 491y425y23y34
Infringer's Port: 38983
Initial Infringement bimestam,: 2T21-T6-25 T9:26:59

AndU Low're also creating a secwritL risF on Lowr com,wtersU de.ices and netvorFs vhen Low
dovnload wnawthorixed mo.ies or allov others to do so from Lowr Internet connectiony

Re res,ectfwllL asF that Low sto, infringing and redistriuwting After II Mo.ieU ppC
co,Lright ,rotected contentU and taFe the ,ro,er ste,s to secwre Lowr Internet so that
others do not infringe and redistriuwte owr content as velly

Re ha.e a good faith uelief that wse of the co,Lrighted material detailed auo.e is not
awthorixed uL the co,Lright ovnerU its agentU or the lavy  In additionU ve ha.e a good
faith swuzecti.e uelief that the wse does not constitwte fair wsey bhe information in this
notice is accwrate and ve stateU wnder ,enaltL of ,erzwrLU that ve are awthorixed to act on
uehalf of the ovner of the co,Lright that is allegedlL infringedy bhis letter is not a
com,lete statement of After II Mo.ieU ppC's rights in connection vith this matterU and
nothing contained herein constitwtes an eO,ress or im,lied va.ier of anL rights or remedies
of After II Mo.ieU ppC in connection vith this matterU all of vhich are eO,resslL reser.edy

Re a,,reciate Lowr assistance and thanF Low for Lowr coo,eration in this mattery

kes,ectfwllLU

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59138662428</ID>
        </Case>
        <Complainant>
                <Entity>After II Movie, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-25T07:26:57Z</TimeStamp>
                <IP_Address>174.125.23.31</IP_Address>
                <Port>39793</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>After We Collided</Title>
                        <FileName>After We Collided (2020) [1080p] [BluRay] [5.1]
[YTS.MX]</FileName>
                        <FileSize>2094661641</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">6158F2A40719856B463BEEF13588B26878E27CB7</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582943363930
From: ] notice< dmcagate@awcomy
Date: 65.>3.6>6, : 261, 6
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58430662636
Notice Date: 212T-16-25 41:T2:40


Dear Sir or Madam:

bhis message is sent on uehalf of After Prod.ctionsU ppCy

jnder ,enaltL of ,erz.rLU I assert that PMp Process Management ptdy is a.thoriwed to act on
uehalf of the oxner of the evcl.siOe co,Lrights that are alleged to ue infringed hereiny

After Prod.ctionsU ppC oxns the co,Lrights to the moOie Aftery bhe .na.thoriwed doxnload
and distriu.tion of this file uL Lo.r IP address constit.tes co,Lright infringementy

Please see uelox details for the infringements:

Protocol: BIbbRWWENb
Infringed korF: After
Infringing (ileName: After )2148[ 7kEBWi,] 7Y21,] 7XbSypb]
Infringing (ileSiwe: 852041T18
Infringer's IP Address: 4YTy425y23y34
Infringer's Port: T4023
Initial Infringement bimestam,: 212T-16-25 1Y:2Y:46

AndU Lo.9re also creating a sec.ritL risF on Lo.r com,.tersU deOices and netxorFs xhen Lo.
doxnload .na.thoriwed moOies or allox others to do so from Lo.r Internet connectiony

ke res,ectf.lIL asF that Lo. sto, infringing and redistriu.ting After Prod.ctionsU ppC
co,Lright ,rotected contentU and taFe the ,ro,er ste,s to sec.re Lo.r Internet so that
others do not infringe and redistriu.te o.r content as xelly

ke haOe a good faith uelief that .se of the co,Lrighted material detailed auoOe is not
a.thoriwed uL the co,Lright oxnerU its agentU or the laxy In additionU xe haOe a good
faith s.uzectiOe uelief that the .se does not constit.te fair .sey bhe information in this
notice is acc.rate and xe stateU .nder ,enaltL of ,erz.rLU that xe are a.thoriwed to act on
uehalf of the oxner of the co,Lright oxnerY bhis letter is not a
com,lete statement of After Prod.ctionsU ppC9s rights in connection xith this matterU and
nothing contained herein constit.tes an ev,ress or im,lied xaOier of anL rights or remedies
of After Prod.ctionsU ppC in connection xith this matterU all of xhich are ev,ressIL
reserOedy

ke a,,reciate Lo.r assistance and thanF Lo. for Lo.r coo,eration in this mattery

Wes,ectf.lILU

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59138662636</ID>
        </Case>
        <Complainant>
                <Entity>After Productions, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-25T07:27:16Z</TimeStamp>
                <IP_Address>174.125.23.31</IP_Address>
                <Port>41823</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>After</Title>
                        <FileName>After (2019) [WEBRip] [720p] [YTS.LT]</FileName>
                        <FileSize>952810409</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">D91FE21E204B4D06C6879F9158B571EF5E37ED73</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584911672] <@
From: wnoticey dmcagate> a0.com3
Date: <5.62.<6<7, 49:47
To: wDMCAy centur0link.com3
BCC: wbcc-usy dmcagate> a0.com3

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 5843001T6b2
Notice Date: 212T-16-25 44:46:11


Dear Sir or Madam:

uhis message is sent on .ehalf of After Ue pell Prodyctionsj ,tdLL

znder wenaltx of wervyrxj I assert that PM, Process Management ,tdL is aythoriOed to act on .ehalf of the oRner of the eWclysike cowxrights that are alleged to .e infringed hereinL

After Ue pell Prodyctionsj ,tdL oRns the cowxrights to the mokie After Ue pellL uhe ynaythoriOed doRnload and distri.ytion of this file .x xoyr IP address constitytes cowxright infringementL

Please see .eloR details for the infringements:

Protocol: BIuuF((ENu
Infringed Uor): After Ue pell
Infringing pileName: After Ue pell [21247 ]4101wY ]Bly(axY ]5L4Y ]XuSLM'Y
Infringing pileSiOe: 4864245244
Infringer9s IP Address: 4bTL425L23L34
Infringer9s Port: Tb8Tb
Initial Infringement uimestamw: 212T-16-25 10:18:41

Andj xoy're also creating a secyritx ris) on xoyr comwytersj dekices and netRor)s Rhen xoy doRnload ynaythoriOed mokies or alloR others to do so from xoyr Internet connectionL

Ue reswectfyllx as) that xoy stow infringing and redistri.yting After Ue pell Prodyctionsj ,tdL cowxright wrotected contentj and ta)e the wrower stews to secyre xoyr Internet so that others do not infringe and redistri.yte oyr content as RellL

Ue hake a good faith .elief that yse of the cowxrighted material detailed a.oke is not aythoriOed .x the cowxright oRnerj its agentj or the laRL  In additionj Re hake a good faith sy.vectike .elief that the yse does not constityte fair yseL uhe information in this notice is accyrate and Re statej ynder wenaltx of wervyrxj that Re are aythoriOed to act on .ehalf of the oRner of the cowxright that is allegedlx infringedL uhis letter is not a comwlete statement of After Ue pell Prodyctionsj ,tdL's rights in connection Rith this matterj and nothing contained herein constitytes an eWwress or imwlied Rakier of anx rights or remedies of After Ue pell Prodyctionsj ,tdL in connection Rith this matterj all of Rhich are eWwresslx reserkedL

Ue awwreciate xoyr assistance and than) xoy for xoyr cooweration in this matterL

(eswectfyllxj

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59138804672</ID>
        </Case>
        <Complainant>
                <Entity>After We Fell Productions, Ltd.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-25T08:09:10Z</TimeStamp>
                <IP_Address>174.125.23.31</IP_Address>
                <Port>47947</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>After We Fell</Title>
                        <FileName>After We Fell (2021) [1080p] [BluRay] [5.1] [YTS.MX]</FileName>
                        <FileSize>1961215211</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">0F88DEE8369B0FC82EC92E3899C9B557F8C2F108</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582984939640
From: ] notice< dmcagate@awcomy
Date: 65.>, .6>64: 25ь>
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58478073720
Notice Date: 2120-16-25 47:24:16


Dear Sir or Madam:

This message is sent on behalf of uind .iUer Prodpctionsy jjC,

Lnder zenaltw of zerxprwy I assert that PMj Process Management jtd, is apthorived to act on
behalf of the oOner of the eRclpsiUe cozwrights that are alleged to be infringed herein,

uind .iUer Prodpctionsy jjC oOns the cozwrights to the moUie uind .iUer, The pnapthorived
doOnload and distribption of this file bw wopr IP address constitptes cozwright
infringement,

Please see beloO details for the infringements:

Protocol: BITTW..ENT
Infringed uork: uind .iUer
Infringing FileName: uind,.iUer,214Z,4131z,uEB.iz,R26O,AAC-WvIem[ET.G]
Infringing FileSive: 4634267050
Infringer's IP Address: 6Z,01,2Z,4ZO
Infringer's Port: OZ1Z6
Initial Infringement Timestamz: 2120-16-25 41:40:71

Andy wop9re also creating a secpritw risk on wopr comzptersy deUices and netOorks Ohen wop
doOnload pnapthorived moUies or alloO others to do so from wopr Internet connection,

ue reszectfpllw ask that wop stoz infringing and redistribpting uind .iUer Prodpctionsy jjC
cozwright zrotected contentw and take the zrozer stezs to secpre wopr Internet so that
others do not infringe and redistribpte opr content as Oell,

ue haUe a good faith belief that pse of the cozwrighted material detailed aboUe is not
apthorived bw the cozwright oOnerw its agenty or the laO,  In additiony Oe haUe a good
faith spbxectiUe belief that the pse does not constitpte fair pse, The information in this
notice is accprate and Oe statey pnder zenaltw of zerxprwy that Oe are apthorived to act on
behalf of the oOner of the cozwright that is allegedlw infringed, This letter is not a
comzlete statement of uind .iUer Prodpctionsy jjC9s rights in connection Oith this mattery
and nothing contained herein constitptes an eRzress or imzlied OaUier of anw rights or
remedies of uind .iUer Prodpctionsy jjC in connection Oith this mattery all of Ohich are
eRzresslw reserUed,

ue azzreciate wopr assistance and thank wop for wopr coozeration in this matter,

.eszectfpllwy

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59139438324</ID>
        </Case>
        <Complainant>
                <Entity>Wind River Productions, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-25T10:14:30Z</TimeStamp>
                <IP_Address>67.40.27.174</IP_Address>
                <Port>47076</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Wind River</Title>
                        <FileName>Wind.River.2017.1080p.WEBRip.x264.AAC-Ozlem[ETRG]</
FileName>
                        <FileSize>1681263454</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">366E7197F042D2383E6951AFDB52D5DC6DCE663F</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 59142923420]
From: <notice@dmcagateway.com>
Date: 26.06.2024, 03:43
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58432820321
Notice Date: 2123-16-26 14:33:23


Dear Sir or Madam:

This message is sent on behalf of Morgan Creeu Prod.ctionsU Incpp

ynder jenalt, of jerL.r,U I assert that PMz Process Management ztdp is a.thoriwed to act on
behalf of the oxner of the evcl.siOe coj,rights that are alleged to be infringed hereinp

Morgan Creeu Prod.ctionsU Incp oxns the coj,rights to the moOie AII E,ew on Mep The
.na.thoriwed doxnload and distrib.tion of this file b, ,o.r IP address constit.tes
coj,right infringementp

Please see belox details for the infringements:

Protocol: BITTRWWENT
Infringed koru: AII E,ew on Me
Infringing FileName: AII E,ew Rn Me (214)[ 741]1jY 7XTSpAGY
Infringing FileSiwe: 226]80415)
Infringer's IP Address: 65p426p4)3p451
Infringer's Port: 58451
Initial Infringement Timestamj: 2123-16-25 21:35:46

AndU ,o.9re also creating a sec.rit, risu on ,o.r comj.tersU deOices and netxorus xhen ,o.
doxnload .na.thoriwed moOies or allox others to do so from ,o.r Internet connectionp

ke resjectf.ll, asu that ,o. stoj infringing and redistrib.ting Morgan Creeu Prod.ctionsU
Incp coj,right jrotected contentU and taue the jrojer stejs to sec.re ,o.r Internet so that
others do not infringe and redistrib.te o.r content as xellp

ke haOe a good faith belief that .se of the coj,righted material detailed aboOe is not
a.thoriwed b, the coj,right oxnerU its agentU or the laxp In additionU xe haOe a good
faith s.bLectiOe belief that the .se does not constit.te fair .sep The information in this
notice is acc.rate and xe stateU .nder jenalt, of jerL.r,U that xe are a.thoriwed to act on
behalf of the oxner of the coj,right that is allegedl, infringedp This letter is not a
comjlete statement of Morgan Creeu Prod.ctionsU Incp9s rights in connection xith this
matterU and nothing contained herein constit.tes an evjress or imjlied xaOier of an, rights
or remedies of Morgan Creeu Prod.ctionsU Incp in connection xith this matterU all of xhich
are evjressl, reserOedp

ke ajjreciate ,o.r assistance and thanu ,o. for ,o.r coojeration in this matterp

Wesjectf.ll,U

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59142923420</ID>
        </Case>
        <Complainant>
                <Entity>Morgan Creek Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-25T20:45:16Z</TimeStamp>
                <IP_Address>65.126.174.150</IP_Address>
                <Port>59150</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>All Eyez on Me</Title>
                        <FileName>All Eyez On Me (2017) [1080p] [YTS.AG]</FileName>
                        <FileSize>2268931057</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">6E7927325AD6D0F9E0DD08C0D17860B2F81942AD</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 587458060] 0<
From: @noticew dmcagatey a>.com1
Date: 92.02.9094, 74:95
To: @DMCAw centur>link.com1
BCC: @bcc-usw dmcagatey a>.com1

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 580458737T7
Notice Date: 2724-76-26 O2:2T:bO


Dear Sir or Madam:

uhis message is sent on Fehalf of Hitman u,o Prod.ctionsU Incpp

ynder jenaltL of jerz.rLU I assert that PMw Process Management wtdp is a.thorixed to act on Fehalf of the o,ner of the evcl.siRe cojLrights that are alleged to Fe infringed hereinp

Hitman u,o Prod.ctionsU Incp o,ns the cojLrights to the moRie uhe Hitmans Oifes BodLg.ardp uhe .na.thorixed do,nload and distriF.tion of this file FL Lo.r IP address constit.tes cojLright infringementp

Please see Felo, details for the infringements:

Protocol: BIuuWkkENu
Infringed Oor1: uhe Hitmans Oifes BodLg.ard
Infringing 9ileName: uhepHitmanspOifespBodLg.ardp2720pHDkijp'RiD-E′W
Infringing 9ileSixe: O5665845b2
Infringer's IP Address: 6bpO5bpObOpO3O
Infringer's Port: bTbT8
Initial Infringement uimestamj: 2724-76-26 78:76:73

AndU Lo.'re also creating a sec.ritL ris1 on Lo.r comj.tersU deRices and net,or1s ,hen Lo. do,nload .na.thorixed moRies or allo, others to do so from Lo.r Internet connectionp

Oe resjectf.IIL as1 that Lo. stoj infringing and redistriF.ting Hitman u,o Prod.ctionsU Incp cojLright jrotected contentU and ta1e the jrojer stejs to sec.re Lo.r Internet so that others do not infringe and redistriF.te o.r content as ,ellp

Oe haRe a good faith Felief that .se of the cojLrighted material detailed aFoRe is not a.thorixed FL the cojLright o,nerU its agentU or the la,p In additionU ,e haRe a good faith s.FzectiRe Felief that the .se does not constit.te fair .sep uhe information in this notice is acc.rate and ,e stateU .nder jenaltL of jerz.rLU that ,e are a.thorixed to act on Fehalf of the o,ner of the cojLright that is allegedIL infringedp uhis letter is not a comjlete statement of Hitman u,o Prod.ctionsU Incp's rights in connection ,ith this matterU and nothing contained herein constit.tes an evjress or imjlied ,aRier of anL rights or remedies of Hitman u,o Prod.ctionsU Incp in connection ,ith this matterU all of ,hich are evjressIL reserRedp

Oe ajjreciate Lo.r assistance and than1 Lo. for Lo.r coojeration in this matterp

kesjectf.IILU

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59145908070</ID>
        </Case>
        <Complainant>
                <Entity>Hitman Two Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-26T09:06:08Z</TimeStamp>
                <IP_Address>63.153.131.181</IP_Address>
                <Port>37379</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Hitmans Wifes Bodyguard</Title>
                        <FileName>The.Hitmans.Wifes.Bodyguard.2021.HDRip.XviD-EVO</
FileName>
                        <FileSize>1566594532</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">361E64FD8050910967E544D03F34ED02CFAF3554</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584549167592
From: ] notice< dmcagate@awcomy
Date: 9>.06.9091308,0:
To: ] DMCA< centurwlink.comy
BCC: ]bcc-us< dmcagate@awcomy


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58050246752
Notice Date: 2324-36-2T 3T:3b:4b


Dear Sir or Madam:

uhis message is sent on Fehalf of Bod,g.ard Prod.ctionsU Incpp

ynder jenalt, of jerL.r,U I assert that PMz Process Management ztdp is a.thoriwed to act on
Fehalf of the oxner of the evcl.siRe coj,rights that are alleged to Fe infringed hereinp

Bod,g.ard Prod.ctionsU Incp oxns the coj,rights to the moRie uhe Hitmans Bod,g.ardp uhe
.na.thoriwed doxnload and distriF.tion of this file F, ,o.r IP address constit.tes
coj,right infringementp

Please see Felox details for the infringements:

Protocol: BIuuOWWENu
Infringed kor1: uhe Hitmans Bod,g.ard
Infringing 9ileName: xxxpuorrentingpcom   -   uhe Hitmans Bod,g.ard 230T T23j BI.Wa, v264
DD5 0-9.werHD
Infringing 9ileSiwe: 5780037363
Infringer's IP Address: 6bp055p43pbb
Infringer's Port: b68b8
Initial Infringement uimestamj: 2324-36-2T 32:57:3b

AndU ,o.'re also creating a sec.rit, ris1 on ,o.r comj.tersU deRices and netxor1s xhen ,o.
doxnload .na.thoriwed moRies or allox others to do so from ,o.r Internet connectionp

ke resjectf.ll, as1 that ,o. stoj infringing and redistriF.ting Bod,g.ard Prod.ctionsU Incp
coj,right jrotected contentU and ta1e the jrojer stejs to sec.re ,o.r Internet so that
others do not infringe and redistriF.te o.r content as xellp

ke haRe a good faith Felief that .se of the coj,righted material detailed aFoRe is not
a.thoriwed F, the coj,right oxnerU its agentU or the laxp  In additionU xe haRe a good
faith s.FLectiRe Felief that the .se does not constit.te fair .sep uhe information in this
notice is acc.rate and xe stateU .nder jenalt, of jerL.r,U that xe are a.thoriwed to act on
Fehalf of the oxner of the coj,right that is allegedl, infringedp uhis letter is not a
comjlete statement of Bod,g.ard Prod.ctionsU Incp's rights in connection xith this matterU
and nothing contained herein constit.tes an evjress or imjlied xaRier of an, rights or
remedies of Bod,g.ard Prod.ctionsU Incp in connection xith this matterU all of xhich are
evjressl, reserRedp

ke ajjreciate ,o.r assistance and than1 ,o. for ,o.r coojeration in this matterp

Respectfully,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59151246852</ID>
        </Case>
        <Complainant>
                <Entity>Bodyguard Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-27T02:58:03Z</TimeStamp>
                <IP_Address>63.155.40.33</IP_Address>
                <Port>36939</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Hitmans Bodyguard</Title>
                        <FileName>www.Torrenting.com   -   The Hitmans Bodyguard 2017 720p
BluRay x264 DD5 1-FuzerHD</FileName>
                        <FileSize>5891108060</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">DC36B97FF456623D2B218A41F3416F284CF5821B</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 59167522322]
From: <notice@dmcagateway.com>
Date: 29.06.2024, 20:56
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58463522022
Notice Date: 212T-16-28 4b:56:5b


Dear Sir or Madam:

uhis message is sent on .ehalf of MillenniUm pUndingy Incj j

,nder Lenaltz of LerwUrzy I assert that PMx Process Management xtdj is aUthorived to act on
.ehalf of the oOner of the eRclUsiWe coLzrights that are alleged to .e infringed hereinj

MillenniUm pUndingy Incj  oOns the coLzrights to the moWie Angel Has pallenj uhe
UnaUthorived doOnload and distri.Ution of this file .z zoUr IP address constitUtes
coLzright infringementj

Please see .eloO details for the infringements:

Protocol: BIuukFFENu
Infringed (or): Angel Has pallen
Infringing pileName: Angel Has pallen [21487 ](EBFiLY ]321LY ]XuSjxuY
Infringing pileSive: 4408332823
Infringer's IP Address: 65j425j2bj40T
Infringer's Port: 03155
Initial Infringement uimestamL: 212T-16-28 4T:T8:03

Andy zoU9re also creating a secUritz ris) on zoUr comLUtersy deWices and netOor)s Ohen zoU
doOnload UnaUthorived moWies or alloO others to do so from zoUr Internet connectionj

(e resLectfUllz as) that zoU stoL infringing and redistri.Uting MillenniUm pUndingy Incj
coLzright Lrotected contenty and ta)e the LroLer steLs to secUre zoUr Internet so that
others do not infringe and redistri.Ute oUr content as Oellj

(e haWe a good faith .elief that Use of the coLzrighted material detailed a.oWe is not
aUthorived .z the coLzright oOnery its agenty or the laOj  In additiony Oe haWe a good
faith sU.wectiWe .elief that the Use does not constitUte fair Usej uhe information in this
notice is accUrate and Oe statey Under Lenaltz of LerwUrzy that Oe are aUthorived to act on
.ehalf of the oOner of the coLzright that is allegedlz infringedj uhis letter is not a
comLlete statement of MillenniUm pUndingy Incj 9s rights in connection Oith this mattery
and nothing contained herein constitUtes an eRLress or imLlied OaWier of anz rights or
remedies of MillenniUm pUndingy Incj  in connection Oith this mattery all of Ohich are
eRLresslz reserWedj

(e aLLreciate zoUr assistance and than) zoU for zoUr cooLeration in this matterj

FesLectfUllzy

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59167522322</ID>
        </Case>
        <Complainant>
                <Entity>Millennium Funding, Inc. </Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-29T14:49:37Z</TimeStamp>
                <IP_Address>65.125.28.134</IP_Address>
                <Port>37055</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Angel Has Fallen</Title>
                        <FileName>Angel Has Fallen (2019) [WEBRip] [720p] [YTS.LT]</
FileName>
                        <FileSize>1139772927</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">6B15AE6D31D1C71821140DBE6D146F5B35B0123F</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58491667592]
From: <notice@dmcagateway.com>
Date: 72.29.0203, 24:70
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58467003561
Notice Date: 212T-16-28 23:33:43


Dear Sir or Madam:

bhis message is sent on uehalf of .ind Uiper Prodyctionsj ,,CL

znder wenaltx of wervyrxj I assert that PM, Process Management ,tdL is aythoriOed to act on uehalf of the oRner of the eWclysipe cowxrights that are alleged to ue infringed hereinL

.ind Uiper Prodyctionsj ,,C oRns the cowxrights to the mopie .ind UiperL bhe ynaythoriOed doRnload and distriuytion of this file ux xoyr IP address constitytes cowxright infringementL

Please see ueloR details for the infringements:

Protocol: BIbbkUUENb
Infringed .orF: .ind Uiper
Infringing ZileName: .indLUiperL214OL4171wL.EBUiwLW26TLAAC-kOIem[EbUG]
Infringing ZileSiOe: 4674263T5T
Infringer's IP Address: 6OLT1L252L466
Infringer's Port: 51143
Initial Infringement bimestamw: 212T-16-28 21:16:28

Andj xoy9re also creating a secyritx risF on xoyr comwytersj depices and netRorFs Rhen xoy doRnload ynaythoriOed mopies or alloR others to do so from xoyr Internet connectionL

.e reswectfyllx asF that xoy stow infringing and redistriuyting .ind Uiper Prodyctionsj ,,C cowxright wrotected contentj and taFe the wrower stews to secyre xoyr Internet so that others do not infringe and redistriuyte oyr content as RellL

.e hape a good faith uelief that yse of the cowxrighted material detailed auope is not aythoriOed ux the cowxright oRnerj its agentj or the laRL  In additionj Re hape a good faith syuvectipe uelief that the yse does not constityte fair yseL bhe information in this notice is accyrate and Re statej ynder wenaltx of wervyrxj that Re are aythoriOed to act on uehalf of the oRner of the cowxright that is allegedlx infringedL bhis letter is not a comwlete statement of .ind Uiper Prodyctionsj ,,C9s rights in connection Rith this matterj and nothing contained herein constitytes an eWwress or imwlied Rapier of anx rights or remedies of .ind Uiper Prodyctionsj ,,C in connection Rith this matterj all of Rhich are eWwresslx reserpedL

.e awwreciate xoyr assistance and thanF xoy for xoyr coowoeration in this matterL

Ueswectfyllxj

4 of 7                                                                    32.28.3230, 40:27

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59168773560</ID>
        </Case>
        <Complainant>
                <Entity>Wind River Productions, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-29T20:06:29Z</TimeStamp>
                <IP_Address>67.40.252.166</IP_Address>
                <Port>50013</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Wind River</Title>
                        <FileName>Wind.River.2017.1080p.WEBRip.x264.AAC-Ozlem[ETRG]</FileName>
                        <FileSize>1681263454</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">366E7197F042D2383E6951AFDB52D5DC6DCE663F</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58491674226]
From: <notice@dmcagateway.com>
Date: 21.10.6163, 10:51
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58430214TT2
Notice Date: 202b-06-TO Ob:50:5T

Dear Sir or Madam:

uhis message is sent on .ehalf of Ulpmyjs Prodjctions, IncLL

znder yenaltp of yerwjrp, I assert that PMx Process Management xtdL is ajthorived to act on
.ehalf of the oOner of the eRcljsiWe coyprights that are alleged to .e infringed hereinL

Ulpmyjs Prodjctions, IncL oOns the coyprights to the moWie Ulpmyjs Has kallenL uhe
jnajthorived doOnload and distri.jtion of this file .p pojr IP address constijtes
coypright infringementL

Please see .eloO details for the infringements:

Protocol: BIuuUFFENu
Infringed (or): Ulpmyjs Has kallen
Infringing kileName: Ulpmyjs Has kallen [204T7 ]4010yY
Infringing kileSive: 483820b465
InfringerXs IP Address: 43bL24L418L200
InfringerXs Port: 2b13b
Initial Infringement uimestamy: 202b-06-TO 00:b6:06

And, poj're also creating a secjritp ris) on pojr comyjters, deWices and netOor)s Ohen poj
doOnload jnajthorived moWies or alloO others to do so from pojr Internet connectionL

(e resyectfjllp as) that poj stoy infringing and redistri.jting Ulpmyjs Prodjctions, IncL
coypright yrotected content, and ta)e the yroyer steys to secjre pojr Internet so that
others do not infringe and redistri.jte ojr content as OellL

(e haWe a good faith .elief that jse of the coyprighted material detailed a.oWe is not
ajthorived .p the coypright oOner, its agent, or the laOL  In addition, Oe haWe a good
faith sj.wectiWe .elief that the jse does not constijte fair jseL uhe information in this
notice is accjrate and Oe state, jnder yenaltp of yerwjrp, that Oe are ajthorived to act on
.ehalf of the oOner of the coypright that is allegedlp infringedL uhis letter is not a
comylete statement of Ulpmyjs Prodjctions, IncL's rights in connection Oith this matter,
and nothing contained herein constijtes an eRyress or imylied OaWier of anp rights or
remedies of Ulpmyjs Prodjctions, IncL in connection Oith this matter, all of Ohich are
eRyresslp reserWedL

(e ayyreciate pojr assistance and than) poj for pojr cooyeration in this matterL

Fesyectfjllp,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59170281332</ID>
        </Case>
        <Complainant>
                <Entity>Olympus Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-30T00:46:06Z</TimeStamp>
                <IP_Address>174.21.189.200</IP_Address>
                <Port>24874</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Olympus Has Fallen</Title>
                        <FileName>Olympus Has Fallen (2013) [1080p]</FileName>
                        <FileSize>1979204165</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">930B9163908EB31583587DF7415C4ABC9CC890F3</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

S4z3CLlxbX558t9g4X4xO4CR15iHa3LW4jYkS2G+ASwE0Led5tHh5oeITqsSfj/U

PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584916459872
From: ] notice< dmcagate@awcomy
Date: 61.1>.0103, 1>:51
To: ] DMCA< centurwlink.comy
BCC: ]bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 5843014538T
Notice Date: 202b-06-10 Ob:54:2T


Dear Sir or Madam:

uhis message is sent on .ehalf of Uicped Neyadaj ,,CL

znder wenaltx of wervOrxj I assert that PM, Process Management ,tdL is aOthoriRed to act on
.ehalf of the oWner of the ekclOsiye cowxrights that are alleged to .e infringed hereinL

Uicped Neyadaj ,,C oWns the cowxrights to the moyie Ektremelx Uicpedj Shocpinglx Eyil and
FileL uhe OnaOthoriRed doWnload and distri.Otion of this file .x xoOr IP address
constitOtes cowxright infringementL

Please see .eloW details for the infringements:

Protocol: BIuu())ENu
Infringed Uorp: Ektremelx Uicpedj Shocpinglx Eyil and File
Infringing [ileName: Ektremelx Uicpedj Shocpinglx Eyil And File 72048] YBIO)axX Y4OTOwX
Y'uSL,uX
Infringing [ileSiRe: 4T84TT2324
Infringer9s IP Address: 43bL23L36L4T
Infringer9s Port: 10646
Initial Infringement uimestamw: 202b-06-10 04:b0:20

Andj xoO're also creating a secOritx risp on xoOr comwOtersj deyices and netWorps When xoO
doWnload OnaOthoriRed moyies or alloW others to do so from xoOr Internet connectionL

Ue reswectfOllx asp that xoO stow infringing and redistri.Oting Uicped Neyadaj ,,C
cowxright wrotected contentj and tape the wrower stews to secOre xoOr Internet so that
others do not infringe and redistri.Ote oOr content as WellL

Ue haye a good faith .elief that Ose of the cowxrighted material detailed a.oye is not
aOthoriRed .x the cowxright oWnerj its agentj or the laWL In additionj We haye a good
faith sO.vectiye .elief that the Ose does not constitOte fair OseL uhe information in this
notice is accOrate and We statej Onder wenaltx of wervOrxj that We are aOthoriRed to act on
.ehalf of the oWner of the cowxright that is allegedlx infringedL uhis letter is not a
comwlete statement of Uicped Neyadaj ,,C's rights in connection With this matterj and
nothing contained herein constitOtes an ekwress or imwlied Wayier of anx rights or remedies
of Uicped Neyadaj ,,C in connection With this matterj all of Which are ekwresslx reseryedL

Ue awwreciate xoOr assistance and thanp xoO for xoOr cooweration in this matterL

)eswectfOllxj

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59170315798</ID>
        </Case>
        <Complainant>
                <Entity>Wicked Nevada, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-30T01:40:20Z</TimeStamp>
                <IP_Address>174.27.76.18</IP_Address>
                <Port>30616</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Extremely Wicked, Shockingly Evil and Vile</Title>
                        <FileName>Extremely Wicked, Shockingly Evil And Vile (2019)
[BluRay] [1080p] [YTS.LT]</FileName>
                        <FileSize>1891882721</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">3068D89C0A5756C0D1FF791A7E3A9EA1C16DF7BE</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584949416467
From: 2notice]  dmcagate< a@comw
Date: y1.1>.0103, 44:5>
To: 2DMCA]  centur@ink.comw
BCC: 2bcc-us]  dmcagate< a@comw


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58494941747
Notice Date: 2120-16-31 18:59:46


Dear Sir or Madam:

This message is sent on behalf of BodXguard Productions, Inc..

Under penaltX of peryurX, I assert that PMj Process Management jtd. is authoriLed to act on
behalf of the ozner of the ewclusixe copXrights that are alleged to be infringed herein.

BodXguard Productions, Inc. ozns the copXrights to the moxie The Hitmans BodXguard. The
unauthoriLed doznload and distribution of this file bX Xour IP address constitutes
copXright infringement.

Please see beloz details for the infringements:

Protocol: BITTvOOENT
Infringed RorW: The Hitmans BodXguard
Infringing kileName: The.Hitmans.BodXguard.2149.921p.HDOip.F260.AC3 (mWxtx.net).mWx
Infringing kileSiLe: 4253779708
Infringer's IP Address: 65.432.93.437
Infringer's Port: 38355
Initial Infringement Timestamp: 2120-16-31 15:50:21

And, Xou're also creating a securitX risW on Xour computers, dexices and netzorWs zhen Xou
doznload unauthoriLed moxies or alloz others to do so from Xour Internet connection.

Re respectfullX asW that Xou stop infringing and redistributing BodXguard Productions, Inc.
copXright protected content, and taWe the proper steps to secure Xour Internet so that
others do not infringe and redistribute our content as zell.

Re haxe a good faith belief that use of the copXrighted material detailed aboxe is not
authoriLed bX the copXright ozner, its agent, or the laz.  In addition, ze haxe a good
faith subyectixe belief that the use does not constitute fair use. The information in this
notice is accurate and ze state, under penaltX of peryurX, that ze are authoriLed to act on
behalf of the ozner of the copXright that is allegedlX infringed. This letter is not a
complete statement of BodXguard Productions, Inc.'s rights in connection zith this matter,
and nothing contained herein constitutes an ewpress or implied zaxier of anX rights or
remedies of BodXguard Productions, Inc. in connection zith this matter, all of zhich are
ewpresslX reserxed.

Re appreciate Xour assistance and thanW Xou for Xour cooperation in this matter.

OespectfullX,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59171710818</ID>
        </Case>
        <Complainant>
                <Entity>Bodyguard Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-30T05:54:20Z</TimeStamp>
                <IP_Address>65.132.73.138</IP_Address>
                <Port>39355</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Hitmans Bodyguard</Title>
                        <FileName>The.Hitmans.Bodyguard.2017.720p.HDRip.X264.AC3 (mkvtv.net).mkv</FileName>
                        <FileSize>1253887849</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">EE05B0F9EFD52991D81840803A08C14D5F9C82EC</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584915651172
From: ] notice< dmcagate@awcomy
Date: 16.67.>6>034, :>0
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash:  SHA256

Notice of Claimed Infringement


Notice ID: 58430515006
Notice Date: 212T-16-01 46:25:12


Dear Sir or Madam:

bhis message is sent on uehalf of Millenni.m U.ndingp Incy y

jnder ,enaltL of ,erz.rLp I assert that PMw Process Management wtdy is a.thorixed to act on
uehalf of the ovner of the e0cl.siRe co,Lrights that are alleged to ue infringed hereiny

Millenni.m U.ndingp Incy  ovns the co,Lrights to the moRie HelluoLy bhe .na.thorixed
dovnload and distriu.tion of this file uL Lo.r IP address constit.tes co,Lright
infringementy

Please see uelov details for the infringements:

Protocol: BIbbWkkENb
Infringed For(: HelluoL
Infringing UileName: HelluoL )2148[ 7FEBki,] 741Y1,] 7XbSywb]
Infringing UileSixe: 21YY51406Y
Infringer's IP Address: 43Ty01y20y02
Infringer's Port: 51134
Initial Infringement bimestam,: 212T-16-01 40:22:T2

Andp Lo.9re also creating a sec.ritL ris( on Lo.r com,.tersp deRices and netvor(s vhen Lo.
dovnload .na.thorixed moRies or allov others to do so from Lo.r Internet connectiony

Fe res,ectf.IlL as( that Lo. sto, infringing and redistriu.ting Millenni.m U.ndingp Incy
co,Lright ,rotected contentp and ta(e the ,ro,er ste,s to sec.re Lo.r Internet so that
others do not infringe and redistriu.te o.r content as velly

Fe haRe a good faith uelief that .se of the co,Lrighted material detailed auoRe is not
a.thorixed uL the co,Lright ovnerp its agentp or the lavy  In additionp ve haRe a good
faith s.uzectiRe uelief that the .se does not constit.te fair .sey bhe information in this
notice is acc.rate and ve statep .nder ,enaltL of ,erz.rLp that ve are a.thorixed to act on
uehalf of the ovner of the co,Lright that is allegedIL infringedy bhis letter is not a
com,lete statement of Millenni.m U.ndingp Incy 9s rights in connection vith this matterp
and nothing contained herein constit.tes an e0,ress or im,lied vaRier of anL rights or
remedies of Millenni.m U.ndingp Incy  in connection vith this matterp all of vhich are
e0,ressIL reserRedy

Fe a,,reciate Lo.r assistance and than( Lo. for Lo.r coo,eration in this mattery

kes,ectf.IlLp

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59173505336</ID>
        </Case>
        <Complainant>
                <Entity>Millennium Funding, Inc. </Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-30T13:22:42Z</TimeStamp>
                <IP_Address>174.30.23.32</IP_Address>
                <Port>50071</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Hellboy</Title>
                        <FileName>Hellboy (2019) [WEBRip] [1080p] [YTS.LT]</FileName>
                        <FileSize>2088501368</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">E1F8020C12028A1C9AC791E790FDC53F3F65A3E4</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584991677712
From: ] notice< dmcagate@awcomy
Date: >4.>9.6>603>8,0:
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58477620006
Notice Date: 2321-37-34 37:11:30


Dear Sir or Madam:

This message is sent on behalf of Cell uilm Holdings. UUCp

ynder jenalt, of jerLzr,. I assert that PMU Process Management Utdp is azthoriwed to act on
behalf of the oxner of the evclzsiOe coj,rights that are alleged to be infringed hereinp

Cell uilm Holdings. UUC oxns the coj,rights to the moOie Cellp The znazthoriwed doxnload
and distribztion of this file b, ,ozr IP address constitztes coj,right infringementp

Please see belox details for the infringements:

Protocol: BITTRWWENT
Infringed korF: Cell
Infringing uileName: Cellp2346p43O3jpBlzWa,p4133MBpDD5p4pv261-GalaV,WGZTGv[
Infringing uileSiwe: 4536484541
Infringer]s IP Address: 67p13p4'p43'
Infringer]s Port: 61852
Initial Infringement Timestamj: 2321-37-34 31:28:23

And. ,oz9re also creating a seczrit, risF on ,ozr comjzters. deOices and netxorFs xhen ,oz
doxnload znazthoriwed moOies or allox others to do so from ,ozr Internet connectionp

ke resjectfzll, asF that ,oz stoj infringing and redistribzting Cell uilm Holdings. UUC
coj,right jrotected content. and taFe the jrojer stejs to seczre ,ozr Internet so that
others do not infringe and redistribzte ozr content as xellp

ke haOe a good faith belief that zse of the coj,righted material detailed aboOe is not
azthoriwed b, the coj,right oxner. its agent. or the laxp In addition. xe haOe a good
faith szbLectiOe belief that the zse does not constitzte fair zsep The information in this
notice is acczrate and xe state. znder jenalt, of jerLzr,. that xe are azthoriwed to act on
behalf of the oxner of the coj,right that is allegedl, infringedp This letter is not a
comjlete statement of Cell uilm Holdings. UUC9s rights in connection xith this matter. and
nothing contained herein constitztes an evjress or imjlied xaOier of an, rights or remedies
of Cell uilm Holdings. UUC in connection xith this matter. all of xhich are evjressl,
reserOedp

ke ajjreciate ,ozr assistance and thanF ,oz for ,ozr coojeration in this matterp

Wesjectfzll,.

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59177628886</ID>
        </Case>
        <Complainant>
                <Entity>Cell Film Holdings, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-01T04:29:20Z</TimeStamp>
                <IP_Address>67.40.13.103</IP_Address>
                <Port>64952</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Cell</Title>
                        <FileName>Cell.2016.1080p.BluRay.1400MB.DD5.1.x264-GalaxyRG[TGx]</
FileName>
                        <FileSize>1506191514</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">76BB881539402F9007C0B20E3E1D84D22F68425A</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Notice of Claimed Infringement Case 5828129150

Subject: Notice of Claimed Infringement [Case No. 5828129150] <
From: @noticew dmcagatey a>.com7
Date: 13.14.] 1] 0, 21:59
To: @DMCAw centur>link.com7
BCC: @bcc-usw dmcagatey a>.com7


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58084074532
Notice Date: 2423-4T-4b 47:58:43


Dear Sir or Madam:

uhis message is sent on Fehalf of Millenni,m .,ndingU Incp p

ynder jenaltL of jerz,rLU I assert that PMw Process Management wtdp is a,thorixed to act on
Fehalf of the ovner of the eRcl,siOe cojLrights that are alleged to Fe infringed hereinp

Millenni,m .,ndingU Incp  ovns the cojLrights to the moOie Criminalp uhe ,na,thorixed
dovnload and distriF,tion of this file FL Lo,r IP address constit,tes cojLright
infringementp

Please see Felov details for the infringements:

Protocol: BIuuWkkENu
Infringed 1or9: Criminal
Infringing .ileName: Criminal 2406 0474j BI,kaL R263 DuS-''’
Infringing .ileSixe: b4T070842b
Infringer's IP Address: 65p040p025p043
Infringer's Port: 6770
Initial Infringement uimestamj: 2423-4T-4b 45:5b:20

AndU Lo,’re also creating a sec,ritL ris9 on Lo,r comj,tersU deOices and netvor9s vhen Lo,
dovnload ,na,thorixed moOies or allov others to do so from Lo,r Internet connectionp

1e resjectf,IIL as9 that Lo, stoj infringing and redistriF,ting Millenni,m .,ndingU Incp
cojLright jrotected contentU and ta9e the jrojer stejs to sec,re Lo,r Internet so that
others do not infringe and redistriF,te o,r content as vellp

1e haOe a good faith Felief that ,se of the cojLrighted material detailed aFoOe is not
a,thorixed FL the cojLright ovnerU its agentU or the lavp  In additionU ve haOe a good
faith s,FzectiOe Felief that the ,se does not constit,te fair ,sep uhe information in this
notice is acc,rate and ve stateU ,nder jenaltL of jerz,rLU that ve are a,thorixed to act on
Fehalf of the ovner of the cojLright that is allegedIL infringedp uhis letter is not a
comjlete statement of Millenni,m .,ndingU Incp ’s rights in connection vith this matterU
and nothing contained herein constit,tes an eRjress or imjlied vaOier of anL rights or
remedies of Millenni,m .,ndingU Incp  in connection vith this matterU all of vhich are
eRjressIL reserOedp

1e ajjreciate Lo,r assistance and than9 Lo, for Lo,r coojeration in this matterp

kesjectf,IILU

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59190180542</ID>
        </Case>
        <Complainant>
                <Entity>Millennium Funding, Inc. </Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-03T05:53:21Z</TimeStamp>
                <IP_Address>65.101.125.104</IP_Address>
                <Port>6881</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Criminal</Title>
                        <FileName>Criminal 2016 1080p BluRay x264 DTS-JYK</FileName>
                        <FileSize>3071819023</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">A921EF0F3148C570CF63C243960CE82F69C10D21</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 591666572263
From: ] notice< dmcagate@awcomy
Date: 65.6>.1610461,7:
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58200054770
Notice Date: 2023-OT-05 00:4T:73

Dear Sir or Madam:

bhis message is sent on uehalf of MillenniFm ,Fnding. IncU U

pnder yenaltj of yerLFrj. I assert that PMz Process Management ztdU is aFthoriwed to act on uehalf of the oxner of the evclFsiRe coyjrights that are alleged to ue infringed hereinU

MillenniFm ,Fnding. IncU  oxns the coyjrights to the moRie Angel Has ,allenU bhe FnaFthoriwed doxnload and distriuFtion of this file uj joFr IP address constitFtes coyjright infringementU

Please see uelox details for the infringements:

Protocol: BIbbOWWENb
Infringed kor1: Angel Has ,allen
Infringing ,ileName: AngelUHasU,allenU2048UHDWiyU9RiDUAC7-E'O
Infringing ,ileSiwe: 4383'47682
Infringer's IP Address: 4'3U8TU3U27T
Infringer's Port: 3668'
Initial Infringement bimestamy: 2023-OT-03 20:38:5T

And. joF're also creating a secFritj ris1 on joFr comyFters. deRices and netxor1s xhen joF doxnload FnaFthoriwed moRies or allox others to do so from joFr Internet connectionU

ke resyectfFllj as1 that joF stoy infringing and redistriuFting MillenniFm ,Fnding. IncU coyjright yrotected content. and ta1e the yroyer steys to secFre joFr Internet so that others do not infringe and redistriuFte oFr content as xellU

ke haRe a good faith uelief that Fse of the coyjrighted material detailed auoRe is not aFthoriwed uj the coyjright oxner. its agent. or the laxU  In addition. xe haRe a good faith sFuLectiRe uelief that the Fse does not constitFte fair FseU bhe information in this notice is accFrate and xe state. Fnder yenaltj of yerLFrj. that xe are aFthoriwed to act on uehalf of the oxner of the coyjright that is allegedlj infringedU bhis letter is not a comylete statement of MillenniFm ,Fnding. IncU 's rights in connection xith this matter. and nothing contained herein constitFtes an evyress or imylied xaRier of anj rights or remedies of MillenniFm ,Fnding. IncU  in connection xith this matter. all of xhich are evyresslj reserRedU

ke ayyreciate joFr assistance and than1 joF for joFr cooyeration in this matterU

WesyectfFllj.

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59200051330</ID>
        </Case>
        <Complainant>
                <Entity>Millennium Funding, Inc. </Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-04T20:49:57Z</TimeStamp>
                <IP_Address>184.97.4.237</IP_Address>
                <Port>46698</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Angel Has Fallen</Title>
                        <FileName>Angel.Has.Fallen.2019.HDRip.XviD.AC3-EVO</FileName>
                        <FileSize>1494813692</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">294727237E09BE24C1FBA92C3F20118397B9B7BA</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58491956772]
From: <notice@dmcagateway.com>
Date: 95.96.494039, :12
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58247450331
Notice Date: 242T-40-45 4T:78:5T


Dear Sir or Madam:

bhis message is sent on uehalf of Bo. Uills porld yightsj ,,CL

znder wenalt. of werxvr.j I assert that PM, Process Management ,tdL is avthoriOed to act on uehalf of the oRner of the eWclvsike cow.rights that are alleged to ue infringed hereinL

Bo. Uills porld yightsj ,,C oRns the cow.rights to the mokie Bo. Uills porldL bhe vnavthoriOed doRnload and distriuvtion of this file u. .ovr IP address constitvtes cow.right infringementL

Please see ueloR details for the infringements:

Protocol: BIbbFyyENb
Infringed porZ: Bo. Uills porld
Infringing [ileName: Bo.LUiIlsLporldL2423L7414wLpEByiwL7T44MBLDD5L7LW26T-GaIaW.yG]bGW'
Infringing [ileSiOe: 7540708264
Infringer9s IP Address: 04L58L775L725
Infringer9s Port: 54764
Initial Infringement bimestamw: 242T-40-45 44:52:58

Andj .ov're also creating a secvrit. risZ on .ovr comwvtersj dekices and netRorZs Rhen .ov doRnload vnavthoriOed mokies or alloR others to do so from .ovr Internet connectionL

pe reswectfvll. asZ that .ov stow infringing and redistriuvting Bo. Uills porld yightsj ,,C cow.right wrotected contentj and taZe the wrower stews to secvre .ovr Internet so that others do not infringe and redistriuvte ovr content as RellL

pe hake a good faith uelief that vse of the cow.righted material detailed auoke is not avthoriOed u. the cow.right oRnerj its agentj or the laRL  In additionj Re hake a good faith svuxectike uelief that the vse does not constitvte fair vseL bhe information in this notice is accvrate and Re statej vnder wenalt. of werxvr.j that Re are avthoriOed to act on uehalf of the oRner of the cow.right that is allegedL infringedL bhis letter is not a comwlete statement of Bo. Uills porld yightsj ,,C's rights in connection Rith this matterj and nothing contained herein constitvtes an eWwress or imwlied Rakier of an. rights or remedies of Bo. Uills porld yightsj ,,C in connection Rith this matterj all of Rhich are eWwressl. reserkedL

pe awwreciate .ovr assistance and thanZ .ov for .ovr cooweration in this matterL

yeswectfvll.j

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59201057338</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-05T00:52:59Z</TimeStamp>
                <IP_Address>70.59.115.125</IP_Address>
                <Port>50160</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-
GalaxyRG[TGx]</FileName>
                        <FileSize>1507179260</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">CD425A53A66A6DB238E16EED54641563D2EBD452</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58901] 511<0@
From: wnoticey dmcagate> a7.com4
Date: 05.0<.9092, 08:08
To: wDMCAy centur7link.com4
BCC: wbcc-usy dmcagate> a7.com4

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58243053314
Notice Date: 242T-41-45 41:48:52


Dear Sir or Madam:

bhis message is sent on uehalf of Sec.ritU Prod.ctionsp Incyy

jnder ,enaltU of ,erL.rUp I assert that PMz Process Management ztdy is a.thoriwed to act on
uehalf of the oxner of the evcl.siOe co,Urights that are alleged to ue infringed hereiny

Sec.ritU Prod.ctionsp Incy oxns the co,Urights to the moOie Sec.ritUy bhe .na.thoriwed
doxnload and distriu.tion of this file uU Uo.r IP address constit.tes co,Uright
infringementy

Please see uelox details for the infringements:

Protocol: BIbbRWWENb
Infringed korF: Sec.ritU
Infringing (ileName: Sec.ritU )2431[ 73404,] 7YbSyAG]
Infringing (ileSiwe: 3545158584
InfringerXs IP Address: 13y3y254y235
InfringerXs Port: '1''O
Initial Infringement bimestam,: 242T-41-45 4T:44:22

Andp Uo.9re also creating a sec.ritU risF on Uo.r com,.tersp deOices and netxorFs xhen Uo.
doxnload .na.thoriwed moOies or allox others to do so from Uo.r Internet connectiony

ke res,ectf.llU asF that Uo. sto, infringing and redistriu.ting Sec.ritU Prod.ctionsp Incy
co,Uright ,rotected contentp and taFe the ,ro,er ste,s to sec.re Uo.r Internet so that
others do not infringe and redistriu.te o.r content as xelly

ke haOe a good faith uelief that .se of the co,Urighted material detailed auoOe is not
a.thoriwed uU the co,Uright oxnerp its agentp or the laxy  In additionp xe haOe a good
faith s.uLectiOe uelief that the .se does not constit.te fair .sey bhe information in this
notice is acc.rate and xe statep .nder ,enaltU of ,erL.rUp that xe are a.thoriwed to act on
uehalf of the oxner of the co,Uright that is allegedlU infringedy bhis letter is not a
com,lete statement of Sec.ritU Prod.ctionsp Incy9s rights in connection xith this matterp
and nothing contained herein constit.tes an ev,ress or im,lied xaOier of anU rights or
remedies of Sec.ritU Prod.ctionsp Incy in connection xith this matterp all of xhich are
ev,resslU reserOedy

ke a,,reciate Uo.r assistance and thanF Uo. for Uo.r coo,eration in this mattery

Wes,ectf.llUp

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59201851170</ID>
        </Case>
        <Complainant>
                <Entity>Security Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-05T04:00:22Z</TimeStamp>
                <IP_Address>71.1.250.215</IP_Address>
                <Port>37338</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Security</Title>
                        <FileName>Security (2017) [1080p] [YTS.AG]</FileName>
                        <FileSize>1505759590</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">A58FAEE80D413DBE68EB0BEDEFF949DDCECA8638</Hash>
                </Item>
        </Content>
</Infringement>
```
-----BEGIN PGP SIGNATURE-----



-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58491657227]
From: <notice@dmcagateway.com>
Date: 90.91.4943, 93:28
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58204753TT3
Notice Date: 202b-04-06 02:T8:22


Dear Sir or Madam:

uhis message is sent on Fehalf of ,H. ProdUctionsp Incyy

jnder Lenaltz of LerwUrzp I assert that PM, Process Management ,tdy is aUthorixed to act on Fehalf of the ovner of the eRclUsiOe coLzrights that are alleged to Fe infringed hereiny

,H. ProdUctionsp Incy ovns the coLzrights to the moOie ,ondon Has .alleny uhe UnaUthorixed dovnload and distriFUtion of this file Fz zoUr IP address constitUtes coLzright infringementy

Please see Felov details for the infringements:

Protocol: BIuuWkkENu
Infringed 1or9: ,ondon Has .allen
Infringing .ileName: ,ondon Has .allen 2076 7030L BIUkaz R26b DuS-''’
Infringing .ileSixe: 266855365T
Infringer's IP Address: 64yby723y3b
Infringer's Port: 57b7T
Initial Infringement uimestamL: 202b-04-05 22:58:b8

Andp zoU’re also creating a secUritz ris9 on zoUr comLUtersp deOices and netvor9s vhen zoU dovnload UnaUthorixed moOies or allov others to do so from zoUr Internet connectiony

1e resLectfUllz as9 that zoU stoL infringing and redistriFUting ,H. ProdUctionsp Incy coLzright Lrotected contentp and ta9e the LroLer steLs to secUre zoUr Internet so that others do not infringe and redistriFUte oUr content as velly

1e haOe a good faith Felief that Use of the coLzrighted material detailed aFoOe is not aUthorixed Fz the coLzright ovnerp its agentp or the lavy In additionp ve haOe a good faith sUFwectiOe Felief that the Use does not constitUte fair Usey uhe information in this notice is accUrate and ve statep Under Lenaltz of LerwUrzp that ve are aUthorixed to act on Fehalf of the ovner of the coLzright that is allegedlz infringedz uhis letter is not a comLlete statement of ,H. ProdUctionsp Incy’s rights in connection vith this matterp and nothing contained herein constitUtes an eRLress or imLlied vaOier of anz rights or remedies of ,H. ProdUctionsp Incy in connection vith this matterp all of vhich are eRLresslz reserOedy

1e aLLreciate zoUr assistance and than9 zoU for zoUr cooLeration in this mattery

kesLectfUllzp

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59207158338</ID>
        </Case>
        <Complainant>
                <Entity>LHF Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-05T22:59:49Z</TimeStamp>
                <IP_Address>67.4.128.84</IP_Address>
                <Port>51413</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>London Has Fallen</Title>
                        <FileName>London Has Fallen 2016 1080p BluRay x264 DTS-JYK</
FileName>
                        <FileSize>2669558653</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">6B30D9F4FB05238053EA9201DDC079FF27923D59</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 59207858222]
From: <notice@dmcagateway.com>
Date: 06.07.2024, 07:28
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58249151222
Notice Date: 2427-49-46 45:28:44


Dear Sir or Madam:

Ohis message is sent on 3ehalf of Toltage Holdingsb XXCu

,nder .enaltU of .erpyrUb I assert that PMX Process Management Xtdu is aythorijed to act on
3ehalf of the oLner of the ezclysiwe co.Urights that are alleged to 3e infringed hereinu

Toltage Holdingsb XXC oLns the co.Urights to the mowie Ohe Co33Ieru Ohe ynaythorijed
doLnload and distri3ytion of this file 3U Uoyr IP address constitytes co.Uright
infringementu

Please see 3eloL details for the infringements:

Protocol: BIOOxvvENO
Infringed OorR: Ohe Co33Ier
Infringing WileName: Ohe Co33Ier k24F7(
Infringing WileSije: 918F54588
Infringer)s IP Address: F97u2'u9uF71
Infringer)s Port: 2'F67
Initial Infringement Oimestam.: 2427-49-46 42:45:57

Andb Uoy're also creating a secyritU risR on Uoyr com.ytersb dewices and netLorRs Lhen Uoy
doLnload ynaythorijed mowies or alloL others to do so from Uoyr Internet connectionu

Oe res.ectfyllU asR that Uoy sto. infringing and redistri3yting Toltage Holdingsb XXC
co.Uright .rotected contentb and taRe the .ro.er ste.s to secyre Uoyr Internet so that
others do not infringe and redistri3yte oyr content as Lellu

Oe hawe a good faith 3elief that yse of the co.Urighted material detailed a3owe is not
aythorijed 3U the co.Uright oLnerb its agentb or the laLu  In additionb Le hawe a good
faith sy3pectiwe 3elief that the yse does not constityte fair yseu Ohe information in this
notice is accyrate and Le stateb ynder .enaltU of .erpyrUb that Le are aythorijed to act on
3ehalf of the oLner of the co.Uright that is allegedlU infringedu Ohis letter is not a
com.lete statement of Toltage Holdingsb XXC's rights in connection Lith this matterb and
nothing contained herein constitytes an ez.ress or im.lied Lawier of anU rights or remedies
of Toltage Holdingsb XXC in connection Lith this matterb all of Lhich are ez.resslU
reserwedu

Oe a..reciate Uoyr assistance and thanR Uoy for Uoyr coo.eration in this matteru

ves.ectfyllUb

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59207858222</ID>
        </Case>
        <Complainant>
                <Entity>Voltage Holdings, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-06T02:05:54Z</TimeStamp>
                <IP_Address>174.23.7.148</IP_Address>
                <Port>23164</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Cobbler</Title>
                        <FileName>The Cobbler (2014)</FileName>
                        <FileSize>789150599</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



0DWbh3P0wwtZMrfcc/ANEFgra0gwSRI3ka1yCBDu/Zj+6RkMDKN8KuccrSAd8EGa

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58744505476]
From: <notice@dmcagateway.com>
Date: 10.19.7172, 74:70
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58244565423
Notice Date: 2021-OT-06 48:2T:43


Dear Sir or Madam:

bhis message is sent on uehalf of Ca.stone StUdios Cor.pp

ynder .enaltj of .er,UrjL I assert that PMz Process Management ztdp is aUthoriwed to act on
uehalf of the oxner of the evclUsiOe co.jrights that are alleged to ue infringed hereinp

Ca.stone StUdios Cor.p oxns the co.jrights to the moOie Rallp bhe UnaUthoriwed doxnload and
distriuUtion of this file uj joUr IP address constitUtes co.jright infringementp

Please see uelox details for the infringements:

Protocol: BIbbWkkENb
Infringed For(: Rall
Infringing RileName: Rall )2022[ 74030.] 7FEBki.] 75p4] 7YbSpMX]
Infringing RileSiwe: 202T0328T3
Infringer's IP Address: 69p415p438p83
Infringer's Port: 1019T
Initial Infringement bimestam.: 2021-OT-06 46:40:93

AndL joU're also creating a secUritj ris( on joUr com.UtersL deOices and netxor(s xhen joU
doxnload UnaUthoriwed moOies or allox others to do so from joUr Internet connectionp

Fe res.ectfUllj as( that joU sto. infringing and redistriuUting Ca.stone StUdios Cor.p
co.jright .rotected contentL and ta(e the .ro.er ste.s to secUre joUr Internet so that
others do not infringe and redistriuUte oUr content as xellp

Fe haOe a good faith uelief that Use of the co.jrighted material detailed auoOe is not
aUthoriwed uj the co.jright oxnerL its agentL or the laxp In additionL xe haOe a good
faith sUu,ectiOe uelief that the Use does not constitUte fair Usep bhe information in this
notice is accUrate and xe stateL Under .enaltj of .er,UrjL that xe are aUthoriwed to act on
uehalf of the oxner of the co.jright that is allegedlj infringedp bhis letter is not a
com.lete statement of Ca.stone StUdios Cor.p's rights in connection xith this matterL and
nothing contained herein constitUtes an ev.ress or im.lied xaOier of anj rights or remedies
of Ca.stone StUdios Cor.p in connection xith this matterL all of xhich are ev.resslj
reserOedp

Fe a..reciate joUr assistance and than( joU for joUr coo.eration in this matterp

kes.ectfUlljL

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
<u>notice@dmcagateway.com</u>
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59211565128</ID>
        </Case>
        <Complainant>
                <Entity>Capstone Studios Corp.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-06T16:10:38Z</TimeStamp>
                <IP_Address>63.145.189.98</IP_Address>
                <Port>40437</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Fall</Title>
                        <FileName>Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX]</FileName>
                        <FileSize>2027082978</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">468A426EE49D2B40C80E6898BA750103A9CEC3BA</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584491946972
From: ] notice< dmcagate@awcomy
Date: 9>.91.49470913 :
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58220402703
Notice Date: 2023-04-OT 05:b4:54


Dear Sir or Madam:

uhis message is sent on Fehalf of After II Mo,ie. UUCp

ynder jenaltL of jerzwrL. I assert that PMU Process Management Utdp is awthorixed to act on
Fehalf of the ovner of the eRclwsi,e cojLrights that are alleged to Fe infringed hereinp

After II Mo,ie. UUC ovns the cojLrights to the mo,ie After Oe Collidedp uhe wnawthorixed
dovnload and distriFwtion of this file FL Lowr IP address constitwtes cojLright
infringementp

Please see Felov details for the infringements:

Protocol: BIuuWkkENu
Infringed Oor1: After Oe Collided
Infringing 9ileName: AfterpOepCollidedp2020pbOTOjpOEB-DUpDD5pbpH263-9Gu
Infringing 9ileSixe: 7T6TT84T86
Infringer's IP Address: 65pb70p204pbT2
Infringer's Port: 55088
Initial Infringement uimestamj: 2023-04-OT Ob:34:27

And. Low're also creating a secwritL ris1 on Lowr comjwters. de,ices and netvor1s vhen Low
dovnload wnawthorixed mo,ies or allov others to do so from Lowr Internet connectionp

Oe resjectfwllL as1 that Low stoj infringing and redistriFwting After II Mo,ie. UUC
cojLright jrotected content. and ta1e the jrojer stejs to secwre Lowr Internet so that
others do not infringe and redistriFwte owr content as vellp

Oe ha,e a good faith Felief that wse of the cojLrighted material detailed aFo,e is not
awthorixed FL the cojLright ovner. its agent. or the lavp In addition. ve ha,e a good
faith swFzecti,e Felief that the wse does not constitwte fair wsep uhe information in this
notice is accwrate and ve state. wnder jenaltL of jerzwrL. that ve are awthorixed to act on
Fehalf of the ovner of the cojLright that is allegedlL infringedp uhis letter is not a
comjlete statement of After II Mo,ie. UUC's rights in connection vith this matter. and
nothing contained herein constitwtes an eRjress or imjlied va,ier of anL rights or remedies
of After II Mo,ie. UUC in connection vith this matter. all of vhich are eRjresslL reser,edp

Oe ajjreciate Lowr assistance and than1 Low for Lowr coojeration in this matterp

kesjectfwllL.

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus


```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59220702304</ID>
        </Case>
        <Complainant>
                <Entity>After II Movie, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-08T01:47:23Z</TimeStamp>
                <IP_Address>65.130.207.182</IP_Address>
                <Port>55099</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>After We Collided</Title>
                        <FileName>After.We.Collided.2020.1080p.WEB-DL.DD5.1.H264-FGT</
FileName>
                        <FileSize>3868897896</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">E6C5FFAC448EC9D1331F8F3CD3B76EFA1434192A</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58774040656]
From: <notice@dmcagateway.com>
Date: 40.41.7479241,9:
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58224949656
Notice Date: 2421-47-49 45:10:10


Dear Sir or Madam:

3his message is sent on Tehalf of Blacb Xotus Euro,e B.U..

pnder ,enalty of ,erjuryL I assert that PMX Process Management Xtd. is authorized to act on
Tehalf of the owner of the exclusive co,yrights that are alleged to Te infringed herein.

Blacb Xotus Euro,e B.U. owns the co,yrights to the movie Blacb Xotus. 3he unauthorized
download and distriTution of this file Ty your IP address constitutes co,yright
infringement.

Please see Telow details for the infringements:

Protocol: BI33ORREN3
Infringed Worb: Blacb Xotus
Infringing kileName: Blacb Xotus F2420( cast.m,1
Infringing kileSize: 2)6282460)
Infringer's IP Address: 67.1.)06.22)
Infringer's Port: 56922
Initial Infringement 3imestam,: 2421-47-49 42:45:50

AndL you're also creating a security risb on your com,utersL devices and networbs when you
download unauthorized movies or allow others to do so from your Internet connection.

We res,ectfully asb that you sto, infringing and redistriTuting Blacb Xotus Euro,e B.U.
co,yright ,rotected contentL and tabe the ,ro,er ste,s to secure your Internet so that
others do not infringe and redistriTute our content as well.

We have a good faith Telief that use of the co,yrighted material detailed aTove is not
authorized Ty the co,yright ownerL its agentL or the law.  In additionL we have a good
faith suTjective Telief that the use does not constitute fair use. 3he information in this
notice is accurate and we stateL under ,enalty of ,erjuryL that we are authorized to act on
Tehalf of the owner of the co,yright that is allegedly infringed. 3his letter is not a
com,lete statement of Blacb Xotus Euro,e B.U.'s rights in connection with this matterL and
nothing contained herein constitutes an ex,ress or im,lied wavier of any rights or remedies
of Blacb Xotus Euro,e B.U. in connection with this matterL all of which are ex,ressly
reserved.

We a,,reciate your assistance and thanb you for your coo,eration in this matter.

Res,ectfullyL

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59220808656</ID>
        </Case>
        <Complainant>
                <Entity>Black Lotus Europe B.V.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-08T02:05:53Z</TimeStamp>
                <IP_Address>67.4.136.221</IP_Address>
                <Port>56822</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Black Lotus</Title>
                        <FileName>Black Lotus (2023) cast.mp4</FileName>
                        <FileSize>2162920631</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">5BF89E277790971BE413D8F42452A24AC4443997</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 5877400006] <
From: @noticew dmcagatey a>.com1
Date: 6] .60.7679244,6:
To: @DMCAw centur>link.com1
BCC: @bcc-usw dmcagatey a>.com1


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58224999917
Notice Date: 2120-19-17 18:17:48


Dear Sir or Madam:

3his message is sent on Tehalf of Bob Xills uorld ,ights. UUCp

ynder jenaltb of jerLzrb. I assert that PMU Process Management Utdp is azthoriwed to act on Tehalf of the oxner of the evclzsi0e cojbrights that are alleged to Te infringed hereinp

Bob Xills uorld ,ights. UUC oxns the cojbrights to the mo0ie Bob Xills uorldp 3he znazthoriwed doxnload and distriTztion of this file Tb bozr IP address constitztes cojbright infringementp

Please see Telox details for the infringements:

Protocol: BI33R,,EN3
Infringed uorW: Bob Xills uorld
Infringing kileName: Bob Xills uorld F2120( F4171j Blz,ab v265 HE)C 41Tit EAC' 9p4 Silence(
Infringing kileSiwe: 524127'946
Infringer's IP Address: 6'p2'1p96p62
Infringer's Port: 64821
Initial Infringement 3imestamj: 2120-19-19 47:45:55

And. boz're also creating a seczritb risW on bozr comjzters. de0ices and netxorWs xhen boz doxnload znazthoriwed mo0ies or allox others to do so from bozr Internet connectionp

ue resjectfzllb asW that boz stoj infringing and redistriTzting Bob Xills uorld ,ights. UUC cojbright jrotected content. and taWe the jrojer stejs to seczre bozr Internet so that others do not infringe and redistriTzte ozr content as xellp

ue ha0e a good faith Telief that zse of the cojbrighted material detailed aTo0e is not azthoriwed Tb the cojbright oxner. its agent. or the laxp  In addition. xe ha0e a good faith szTLecti0e Telief that the zse does not constitzte fair zsep 3he information in this notice is acczrate and xe state. znder jenaltb of jerLzrb. that xe are azthoriwed to act on Tehalf of the oxner of the cojbright that is allegedlb infringedp 3his letter is not a comjlete statement of Bob Xills uorld ,ights. UUC's rights in connection xith this matter. and nothing contained herein constitztes an evjress or imjlied xa0ier of anb rights or remedies of Bob Xills uorld ,ights. UUC in connection xith this matter. all of xhich are evjresslb reser0edp

ue ajjreciate bozr assistance and thanW boz for bozr coojeration in this matterp

,esjectfzllb.

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59221777708</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-07T18:15:55Z</TimeStamp>
                <IP_Address>63.230.76.62</IP_Address>
                <Port>61920</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World (2024) (1080p BluRay x265 HEVC 10bit EAC3
7.1 Silence)</FileName>
                        <FileSize>5210283716</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">70E22DD4FF1872A69690CC283F009BEB9B45096B</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584491996672
From: ] notice< dmcagate@awcomy
Date: 1>.10.4147365,6:
To: ] DMCA< centurwlink.comy
BCC: ]bcc-us< dmcagate@awcomy


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58220400773
Notice Date: 2423-4T-4b 70:7T:07


Dear Sir or Madam:

uhis message is sent on Fehalf of Bod,g.ard Prod.ctionsU Incpp

ynder jenalt, of jerL.r,U I assert that PMz Process Management ztdp is a.thoriwed to act on
Fehalf of the oxner of the evcl.siRe coj,rights that are alleged to Fe infringed hereinp

Bod,g.ard Prod.ctionsU Incp oxns the coj,rights to the moRie uhe Hitmans Bod,g.ardp uhe
.na.thoriwed doxnload and distriF.tion of this file F, ,o.r IP address constit.tes
coj,right infringementp

Please see Felox details for the infringements:

Protocol: BIuuOWWENu
Infringed kor1: uhe Hitmans Bod,g.ard
Infringing 9ileName: uhepHitmanspBod,G.ardp247TpBWWijp74b4jpv263pAACp5p7p-pHonO,
Infringing 9ileSiwe: 286T735Tb2
Infringer's IP Address: 7T3p2Tp27p86
Infringer's Port: 5bTT2
Initial Infringement uimestamj: 2423-4T-4b 74:45:53

AndU ,o.'re also creating a sec.rit, ris1 on ,o.r comj.tersU deRices and netxor1s xhen ,o.
doxnload .na.thoriwed moRies or allox others to do so from ,o.r Internet connectionp

ke resjectf.ll, as1 that ,o. stoj infringing and redistriF.ting Bod,g.ard Prod.ctionsU Incp
coj,right jrotected contentU and ta1e the jrojer stejs to sec.re ,o.r Internet so that
others do not infringe and redistriF.te o.r content as xellp

ke haRe a good faith Felief that .se of the coj,righted material detailed aFoRe is not
a.thoriwed F, the coj,right oxnerU its agentU or the laxp  In additionU xe haRe a good
faith s.FLectiRe Felief that the .se does not constit.te fair .sep uhe information in this
notice is acc.rate and xe stateU .nder jenalt, of jerL.r,U that xe are a.thoriwed to act on
Fehalf of the oxner of the coj,right that is allegedl, infringedp uhis letter is not a
comjlete statement of Bod,g.ard Prod.ctionsU Incp's rights in connection xith this matterU
and nothing contained herein constit.tes an evjress or imjlied xaRier of an, rights or
remedies of Bod,g.ard Prod.ctionsU Incp in connection xith this matterU all of xhich are
evjressl, reserRedp

ke ajjreciate ,o.r assistance and than1 ,o. for ,o.r coojeration in this matterp

Wesjectf.ll,U

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59223033114</ID>
        </Case>
        <Complainant>
                <Entity>Bodyguard Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-08T10:05:54Z</TimeStamp>
                <IP_Address>174.27.21.96</IP_Address>
                <Port>58772</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Hitmans Bodyguard</Title>

<FileName>The.Hitmans.BodyGuard.2017.BRRip.1080p.x264.AAC.5.1.-.Hon3y</FileName>
                        <FileSize>2967145782</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">902CFE1ED997FEBC2F6B4F399C637EAF331B6EAA</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 5822597062] <
From: @noticew dmcagatey a>.com3
Date: 70.74.2729, 26:54
To: @DMCAw centur>link.com3
BCC: @bcc-usw dmcagatey a>.com3

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58225491726
Notice Date: 2924-90-91 23:51:40


Dear Sir or Madam:

This message is sent on behalf of BoX uills ,orld .ightsU ppCy

jnder LenaltX of LerzwrXU I assert that PMp Process Management ptdy is awthorixed to act on behalf of the ovner of the eOclwsiRe coLXrights that are alleged to be infringed hereiny

BoX uills ,orld .ightsU ppC ovns the coLXrights to the moRie BoX uills ,orldy The wnawthorixed dovnload and distribwtion of this file bX Xowr IP address constitwtes coLXright infringementy

Please see belov details for the infringements:

Protocol: BITTW..ENT
Infringed ,ork: BoX uills ,orld
Infringing FileName: BoX uills ,orld (2924) (3919L Blw.aX O265 HE'C 39bit EAC7 Oy3 Silence)
Infringing FileSixe: 5239217036
Infringer's IP Address: 65y328yO4y316
Infringer's Port: 5646
Initial Infringement TimestamL: 2924-90-91 31:47:50

AndU Xow're also creating a secwritX risk on Xowr comLwtersU deRices and netvorks vhen Xow dovnload wnawthorixed moRies or allov others to do so from Xowr Internet connectiony

,e resLectfwllX ask that Xow stoL infringing and redistribwting BoX uills ,orld .ightsU ppC coLXright Lrotected contentU and take the LroLer steLs to secwre Xowr Internet so that others do not infringe and redistribwte owr content as velly

,e haRe a good faith belief that wse of the coLXrighted material detailed aboRe is not awthorixed bX the coLXright ovnerU its agentU or the lavy In additionU ve haRe a good faith swbzectiRe belief that the wse does not constitwte fair wsey The information in this notice is accwrate and ve stateU wnder LenaltX of LerzwrXU that ve are awthorixed to act on behalf of the ovner of the coLXright that is allegedlX infringedy This letter is not a comLlete statement of BoX uills ,orld .ightsU ppC's rights in connection vith this matterU and nothing contained herein constitwtes an eOLress or imLlied vaRier of anX rights or remedies of BoX uills ,orld .ightsU ppC in connection vith this matterU all of vhich are eOLresslX reserRedy

,e aLLreciate Xowr assistance and thank Xow for Xowr cooLeration in this mattery

.esLectfwllXU

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59225408326</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-08T18:43:57Z</TimeStamp>
                <IP_Address>65.129.74.186</IP_Address>
                <Port>5646</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World (2024) (1080p BluRay x265 HEVC 10bit EAC3
7.1 Silence)</FileName>
                        <FileSize>5210283716</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">70E22DD4FF1872A69690CC283F009BEB9B45096B</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58449146712]
From: <notice@dmcagateway.com>
Date: 08.06.404130, :1,
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58226429147
Notice Date: 2024-09-08 01:44:40


Dear Sir or Madam:

3his message is sent on Tehalf of Bob Xills uorld ,ights. UUCp

ynder jenaltb of jerLzrb. I assert that PMU Process Management Utdp is azthoriwed to act on
Tehalf of the oxner of the evcLzsi0e cojbrights that are alleged to Te infringed hereinp

Bob Xills uorld ,ights. UUC oxns the cojbrights to the mo0ie Bob Xills uorldp 3he
znazthoriwed doxnload and distriTztion of this file Tb bozr IP address constitztes
cojbright infringementp

Please see Telox details for the infringements:

Protocol: BI33R,,EN3
Infringed uorW: Bob Xills uorld
Infringing kileName: Bob Xills uorld F2024( F1070j Blz,ab v265 HE)C 10Tit EAC' 9p1 Silence(
Infringing kileSiwe: 521027'916
Infringer's IP Address: 65p128p99p116
Infringer's Port: 5646
Initial Infringement 3imestamj: 2024-09-07 22:2':07

And. boz're also creating a seczritb risW on bozr comjzters. de0ices and netxorWs xhen boz
doxnload znazthoriwed mo0ies or allox others to do so from bozr Internet connectionp

ue resjectfzllb asW that boz stoj infringing and redistriTzting Bob Xills uorld ,ights. UUC
cojbright jrotected content. and taWe the jrojer stejs to seczre bozr Internet so that
others do not infringe and redistriTzte ozr content as xellp

ue ha0e a good faith Telief that zse of the cojbrighted material detailed aToOe is not
azthoriwed Tb the cojbright oxner. its agent. or the laxp  In addition. xe ha0e a good
faith szTLecti0e Telief that the zse does not constitzte fair zsep 3he information in this
notice is acczrate and xe state. znder jenaltb of jerLzrb. that xe are azthoriwed to act on
Tehalf of the oxner of the cojbright that is allegedlb infringedp 3his letter is not a
comjlete statement of Bob Xills uorld ,ights. UUC's rights in connection xith this matter.
and nothing contained herein constitztes an evjress or imjlied xa0ier of anb rights or
remedies of Bob Xills uorld ,ights. UUC in connection xith this matter. all of xhich are
evjresslb reser0edp

ue ajjreciate bozr assistance and thanW boz for bozr coojeration in this matterp

,esjectfzllb.

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59226427148</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-08T22:23:08Z</TimeStamp>
                <IP_Address>65.129.77.116</IP_Address>
                <Port>5646</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World (2024) (1080p BluRay x265 HEVC 10bit EAC3
7.1 Silence)</FileName>
                        <FileSize>5210283716</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">70E22DD4FF1872A69690CC283F009BEB9B45096B</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 59227004848]
From: <notice@dmcagateway.com>
Date: 09.07.2024, 05:47
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58224330101
Notice Date: 2320-34-38 3T:08:08


Dear Sir or Madam:

bhis message is sent on uehalf of Bo. Uills porld yightsj ,,CL

znder wenalt. of werxvr.j I assert that PM, Process Management ,tdL is avthoriOed to act on
uehalf of the oRner of the eWclvsike cow.rights that are alleged to ue infringed hereinL

Bo. Uills porld yightsj ,,C oRns the cow.rights to the mokie Bo. Uills porldL bhe
vnavthoriOed doRnload and distriuvtion of this file u. .ovr IP address constitvtes
cow.right infringementL

Please see ueloR details for the infringements:

Protocol: BIbbFyyENb
Infringed por(: Bo. Uills porld
Infringing )ileName: Bo. Uills porld [232T7 ]2Y63wX ]OUX ]pEBX ]5LYX ]'bSLM9X
Infringing )ileSiOe: 5T35Y83T56
Infringer's IP Address: Y40L21LY16LYY
Infringer's Port: 5Y104
Initial Infringement bimestamw: 2320-34-38 33:T8:21

Andj .ov're also creating a secvrit. ris( on .ovr comwvtersj dekices and netRor(s Rhen .ov
doRnload vnavthoriOed mokies or alloR others to do so from .ovr Internet connectionL

pe reswectfvll. as( that .ov stow infringing and redistriuvting Bo. Uills porld yightsj ,,C
cow.right wrotected contentj and ta(e the wrower stews to secvre .ovr Internet so that
others do not infringe and redistriuvte ovr content as RellL

pe hake a good faith uelief that vse of the cow.righted material detailed auoke is not
avthoriOed u. the cow.right oRnerj its agentj or the laRL In additionj Re hake a good
faith svuxectike uelief that the vse does not constitvte fair vseL bhe information in this
notice is accvrate and Re statej vnder wenalt. of werxvr.j that Re are avthoriOed to act on
uehalf of the oRner of the cow.right that is allegedL infringedL bhis letter is not a
comwlete statement of Bo. Uills porld yightsj ,,C's rights in connection Rith this matterj
and nothing contained herein constitvtes an eWwress or imwlied Rakier of an. rights or
remedies of Bo. Uills porld yightsj ,,C in connection Rith this matterj all of Rhich are
eWwressl. reserkedL

pe awwreciate .ovr assistance and than( .ov for .ovr cooweration in this matterL

yeswectfvll.j

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59227004848</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-09T00:39:28Z</TimeStamp>
                <IP_Address>174.28.186.11</IP_Address>
                <Port>51847</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World (2023) [2160p] [4K] [WEB] [5.1]
[YTS.MX]</FileName>
                        <FileSize>5305190356</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">ACD2BCA1D9382BF55ED06E82EA023CA8C8E1E9F3</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 59167723931]
From: <notice@dmcagateway.com>
Date: 04.42.1417, 42:71
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58243306862
Notice Date: 2123-10-T1 15:33:T1


Dear Sir or Madam:

bhis message is sent on uehalf of Bo. Uills porld yightsj ,,CL

znder wenalt. of werxvr.j I assert that PM, Process Management ,tdL is avthoriOed to act on uehalf of the oRner of the eWclvsike cow.rights that are alleged to ue infringed hereinL

Bo. Uills porld yightsj ,,C oRns the cow.rights to the mokie Bo. Uills porldL bhe vnavthoriOed doRnload and distriuvtion of this file u. .ovr IP address constitvtes cow.right infringementL

Please see ueloR details for the infringements:

Protocol: BlbbFyyENb
Infringed por(: Bo. Uills porld
Infringing )ileName: Bo. Uills porld [21247 ]O21wY ]pEByiwY ]XbSLM'Y
Infringing )ileSiOe: T16030TT35
Infringer9s IP Address: 6OL2LTO4L2T4
Infringer9s Port: 4''32
Initial Infringement bimestamw: 2123-10-T1 12:T8:33

Andj .ov're also creating a secvrit. ris( on .ovr comwvtersj dekices and netRor(s Rhen .ov doRnload vnavthoriOed mokies or alloR others to do so from .ovr Internet connectionL

pe reswectfvll. as( that .ov stow infringing and redistriuvting Bo. Uills porld yightsj ,,C cow.right wrotected contentj and ta(e the wrower stews to secvre .ovr Internet so that others do not infringe and redistriuvte ovr content as RellL

pe hake a good faith uelief that vse of the cow.righted material detailed auoke is not avthoriOed u. the cow.right oRnerj its agentj or the laRL In additionj Re hake a good faith svuxectike uelief that the vse does not constitvte fair vseL bhe information in this notice is accvrate and Re statej vnder wenalt. of werxvr.j that Re are avthoriOed to act on uehalf of the oRner of the cow.right that is allegedl. infringedL bhis letter is not a comwlete statement of Bo. Uills porld yightsj ,,C's rights in connection Rith this matterj and nothing contained herein constitvtes an eWwress or imwlied Rakier of an. rights or remedies of Bo. Uills porld yightsj ,,C in connection Rith this matterj all of Rhich are eWwressl. reserkedL

pe awwreciate .ovr assistance and than( .ov for .ovr cooweration in this matterL

yeswectfvll.j

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59234476962</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-10T02:19:44Z</TimeStamp>
                <IP_Address>67.2.173.213</IP_Address>
                <Port>38842</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World (2023) [720p] [WEBRip] [YTS.MX]</
FileName>
                        <FileSize>1067471145</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">86C960CCA35D54C458922C6F3171B25EFF1D46EC</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58219120] <<@
From: wnoticey dmcagate> a7.com3
Date: ] <.<4.2<20, 2] :<5
To: wDMCAy centur7link.com3
BCC: wbcc-usy dmcagate> a7.com3


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 582434201TT
Notice Date: 2T20-Tb-1T 18:T6:44


Dear Sir or Madam:

uhis message is sent on .ehalf of BoU pills yorld jights, LLCz

wnder xenaltU of xervOrU, I assert that PML Process Management Ltdz is aOthoriRed to act on .ehalf of the oWner of the ekclOsiFe coxUrights that are alleged to .e infringed hereinz

BoU pills yorld jights, LLC oWns the coxUrights to the moFie BoU pills yorldz uhe OnaOthoriRed doWnload and distri.Otion of this file .U UoOr IP address constitOtes coxUright infringementz

Please see .eloW details for the infringements:

Protocol: BIuu(jjENu
Infringed yor): BoU pills yorld
Infringing [ileName: BoU pills yorld 72T24] Y1T3TxX YyEBjixX Yk265X Y1T.itX Y5z1X Y'uSzM9X
Infringing [ileSiRe: 1835104510
Infringer's IP Address: 1b0z26z210z13
Infringer's Port: O2T14
Initial Infringement uimestamx: 2T20-Tb-1T 15:53:16

And, UoO're also creating a secOritU ris) on UoOr comxOters, deFices and netWor)s When UoO doWnload OnaOthoriRed moFies or alloW others to do so from UoOr Internet connectionz

ye resxectfOIIU as) that UoO stox infringing and redistri.Oting BoU pills yorld jights, LLC coxUright xrotected content, and ta)e the xroxer stexs to secOre UoOr Internet so that others do not infringe and redistri.Ote oOr content as Wellz

ye haFe a good faith .elief that Ose of the coxUrighted material detailed a.oFe is not aOthoriRed .U the coxUright oWner, its agent, or the laWz  In addition, We haFe a good faith sO.vectiFe .elief that the Ose does not constitOte fair Osez uhe information in this notice is accOrate and We state, Onder xenaltU of xervOrU, that We are aOthoriRed to act on .ehalf of the oWner of the coxUright that is allegedIU infringedz uhis letter is not a comxlete statement of BoU pills yorld jights, LLC's rights in connection With this matter, and nothing contained herein constitOtes an ekxress or imxlied WaFier of anU rights or remedies of BoU pills yorld jights, LLC in connection With this matter, all of Which are ekxressIU reserFedz

ye axxreciate UoOr assistance and than) UoO for UoOr cooxeration in this matterz

jesxectfOIIU,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59238324100</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-10T15:58:16Z</TimeStamp>
                <IP_Address>174.26.214.18</IP_Address>
                <Port>42013</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World (2023) [1080p] [WEBRip] [x265] [10bit]
[5.1] [YTS.MX]</FileName>
                        <FileSize>1985143514</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">8ACA9F2AADA735E05AFEF82D51C99FB84E56896A</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 591675611213
From: ] notice< dmcagate@awcomy
Date: 22.7>.17160764 :
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58243542202
Notice Date: 2324-31-00 32:T1:01


Dear Sir or Madam:

bhis message is sent on uehalf of Bo. Uills porld yightsj ,,CL

znder wenalt. of werxvr.j I assert that PM, Process Management ,tdL is avthoriOed to act on
uehalf of the oRner of the eWclvsike cow.rights that are alleged to ue infringed hereinL

Bo. Uills porld yightsj ,,C oRns the cow.rights to the mokie Bo. Uills porldL bhe
vnavthoriOed doRnload and distriuvtion of this file u. .ovr IP address constivtes
cow.right infringementL

Please see ueloR details for the infringements:

Protocol: BIbbFyyENb
Infringed por(: Bo. Uills porld
Infringing )ileName: Bo. Uills porld [232T7 ]123wY ]pEByiwY ]XbSLM'Y
Infringing )ileSiOe: 0361410045
Infringer9s IP Address: 65L021L0T2L8'
Infringer9s Port: T586T
Initial Infringement bimestamw: 2324-31-03 2T:31:41

Andj .ov're also creating a secvrit. ris( on .ovr comwvtersj dekices and netRor(s Rhen .ov
doRnload vnavthoriOed mokies or alloR others to do so from .ovr Internet connectionL

pe reswectfvll. as( that .ov stow infringing and redistriuvting Bo. Uills porld yightsj ,,C
cow.right wrotected contentj and ta(e the wrower stews to secvre .ovr Internet so that
others do not infringe and redistriuvte ovr content as RellL

pe hake a good faith uelief that vse of the cow.righted material detailed auoke is not
avthoriOed u. the cow.right oRnerj its agentj or the laRL In additionj Re hake a good
faith svuxectike uelief that the vse does not constivte fair vseL bhe information in this
notice is accvrate and Re statej vnder wenalt. of werxvr.j that Re are avthoriOed to act on
uehalf of the oRner of the cow.right that is allegedl. infringedL bhis letter is not a
comwlete statement of Bo. Uills porld yightsj ,,C's rights in connection Rith this matterj
and nothing contained herein constivtes an eWwress or imwlied Rakier of an. rights or
remedies of Bo. Uills porld yightsj ,,C in connection Rith this matterj all of Rhich are
eWwressl. reserkedL

pe awwreciate .ovr assistance and than( .ov for .ovr cooweration in this matterL

yeswectfvll.j

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59240542212</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-10T23:07:47Z</TimeStamp>
                <IP_Address>65.127.132.98</IP_Address>
                <Port>35963</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World (2023) [720p] [WEBRip] [YTS.MX]</
FileName>
                        <FileSize>1067471145</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">86C960CCA35D54C458922C6F3171B25EFF1D46EC</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 59242951730]
From: <notice@dmcagateway.com>
Date: 11.07.2024, 12:59
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 5824285301T
Notice Date: 2T24-TO-33 33:T3:3T


Dear Sir or Madam:

bhis message is sent on uehalf of Bo. Uills porld yightsj ,,CL

znder wenalt. of werxvr.j I assert that PM, Process Management ,tdL is avthoriOed to act on
uehalf of the oRner of the eWclvsike cow.rights that are alleged to ue infringed hereinL

Bo. Uills porld yightsj ,,C oRns the cow.rights to the mokie Bo. Uills porldL bhe
vnavthoriOed doRnload and distriuvtion of this file u. .ovr IP address constitvtes
cow.right infringementL

Please see ueloR details for the infringements:

Protocol: BIbbFyyENb
Infringed por(: Bo. Uills porld
Infringing )ileName: Bo. Uills porld [2T217 ]O2TwY ]BIvya.Y ]XbSLM'Y
Infringing )ileSiOe: 3T68556630
Infringer9s IP Address: 3'4L80L244L6
Infringer9s Port: 61841
Initial Infringement bimestamw: 2T24-TO-33 T5:T':T1

Andj .ov're also creating a secvrit. ris( on .ovr comwvtersj dekices and netRor(s Rhen .ov
doRnload vnavthoriOed mokies or alloR others to do so from .ovr Internet connectionL

pe reswectfvll. as( that .ov stow infringing and redistriuvting Bo. Uills porld yightsj ,,C
cow.right wrotected contentj and ta(e the wrower stews to secvre .ovr Internet so that
others do not infringe and redistriuvte ovr content as RellL

pe hake a good faith uelief that vse of the cow.righted material detailed auoke is not
avthoriOed u. the cow.right oRnerj its agentj or the laRL In additionj Re hake a good
faith svuxectike uelief that the vse does not constitvte fair vseL bhe information in this
notice is accvrate and Re statej vnder wenalt. of werxvr.j that Re are avthoriOed to act on
uehalf of the oRner of the cow.right that is allegedL infringedL bhis letter is not a
comwlete statement of Bo. Uills porld yightsj ,,C's rights in connection Rith this matterj
and nothing contained herein constitvtes an eWwress or imwlied Rakier of an. rights or
remedies of Bo. Uills porld yightsj ,,C in connection Rith this matterj all of Rhich are
eWwressl. reserkedL

pe awwreciate .ovr assistance and than( .ov for .ovr cooweration in this matterL

yeswectfvll.j

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59242951730</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-11T05:08:03Z</TimeStamp>
                <IP_Address>184.97.244.6</IP_Address>
                <Port>63943</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World (2023) [720p] [BluRay] [YTS.MX]</
FileName>
                        <FileSize>1069556617</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">E430A266A6D22A5921EC54BE8431559F715F9753</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584591966172
From: ] notice< dmcagate@awcomy
Date: >0.63.4649, 63:69
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58254647760
Notice Date: 2724-73-1T 75:76:16

Dear Sir or Madam:

bhis message is sent on uehalf of Bo. Uills porld yightsj ,,CL

znder wenalt. of werxvr.j I assert that PM, Process Management ,tdL is avthoriOed to act on
uehalf of the oRner of the eWclvsike cow.rights that are alleged to ue infringed hereinL

Bo. Uills porld yightsj ,,C oRns the cow.rights to the mokie Bo. Uills porldL bhe
vnavthoriOed doRnload and distriuvtion of this file u. .ovr IP address constivtes
cow.right infringementL

Please see ueloR details for the infringements:

Protocol: BlbbFyyENb
Infringed porZ: Bo. Uills porld
Infringing [ileName: Bo.LUillsLporldL272TL17O7wLpEByiwL1477MBLDD5L1LW264-GalaW.yG]bGW'
Infringing [ileSiOe: 1573138267
Infringer9s IP Address: 104L171L1TL162
Infringer9s Port: 52780
Initial Infringement bimestamw: 2724-73-1T 71:T5:54

Andj .ov're also creating a secvrit. risZ on .ovr comwvtersj dekices and netRorZs Rhen .ov
doRnload vnavthoriOed mokies or alloR others to do so from .ovr Internet connectionL

pe reswectfvll. asZ that .ov stow infringing and redistriuvting Bo. Uills porld yightsj ,,C
cow.right wrotected contentj and taZe the wrower stews to secvre .ovr Internet so that
others do not infringe and redistriuvte ovr content as RellL

pe hake a good faith uelief that vse of the cow.righted material detailed auoke is not
avthoriOed u. the cow.right oRnerj its agentj or the laRL In additionj Re hake a good
faith svuxectike uelief that the vse does not constivte fair vseL bhe information in this
notice is accvrate and Re statej vnder wenalt. of werxvr.j that Re are avthoriOed to act on
uehalf of the oRner of the cow.right that is allegedL infringedL bhis letter is not a
comwlete statement of Bo. Uills porld yightsj ,,C's rights in connection Rith this matterj
and nothing contained herein constivtes an eWwress or imwlied Rakier of an. rights or
remedies of Bo. Uills porld yightsj ,,C in connection Rith this matterj all of Rhich are
eWwressl. reserkedL

pe awwreciate .ovr assistance and thanZ .ov for .ovr cooweration in this matterL

yeswectfvll.j

```
/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus
```

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59254640068</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-13T01:35:54Z</TimeStamp>
                <IP_Address>184.101.13.162</IP_Address>
                <Port>52098</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-
GalaxyRG[TGx]</FileName>
                        <FileSize>1507179260</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">CD425A53A66A6DB238E16EED54641563D2EBD452</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 589091] <151@
From: wnoticey dmcagate> a7.com4
Date: ] 5.10.9192, 99:95
To: wDMCAy centur7link.com4
BCC: wbcc-usy dmcagate> a7.com4

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58242301353
Notice Date: 232T-34-05 23:25:51


Dear Sir or Madam:

bhis message is sent on uehalf of .lUmpys Prodyctionsj Inc,,

Lnder penaltU of perzyrUj I assert that PMw Process Management wtd, is aythorixed to act on
uehalf of the ovner of the eOclysiRe copUrights that are alleged to ue infringed herein,

.lUmpys Prodyctionsj Inc, ovns the copUrights to the moRie .lUmpys Has Wallen, bhe
ynaythorixed dovnload and distriuytion of this file uU Uoyr IP address constitytes
copUright infringement,

Please see uelov details for the infringements:

Protocol: BIbb.kkENb
Infringed For(: .lUmpys Has Wallen
Infringing WileName: .lUmpys Has Wallen )230[7 ]2063pY ]TXY ]BIykaUY ]5,0Y ]'bS,M9Y
Infringing WileSixe: 6350130028
Infringer's IP Address: 04T,06,010,203
Infringer's Port: 518T5
Initial Infringement bimestamp: 232T-34-05 06:5[:T4

Andj Uoy're also creating a secyritU ris( on Uoyr compytersj deRices and netvor(s vhen Uoy
dovnload ynaythorixed moRies or allov others to do so from Uoyr Internet connection,

Fe respectfyllU as( that Uoy stop infringing and redistriuyting .lUmpys Prodyctionsj Inc,
copUright protected contentj and ta(e the proper steps to secyre Uoyr Internet so that
others do not infringe and redistriuyte oyr content as vell,

Fe haRe a good faith uelief that yse of the copUrighted material detailed auoRe is not
aythorixed uU the copUright ovnerj its agentj or the lav,  In additionj ve haRe a good
faith syuzectiRe uelief that the yse does not constityte fair yse, bhe information in this
notice is accyrate and ve statej ynder penaltU of perzyrUj that ve are aythorixed to act on
uehalf of the ovner of the copUright that is allegedlU infringed, bhis letter is not a
complete statement of .lUmpys Prodyctionsj Inc,'s rights in connection vith this matterj
and nothing contained herein constitytes an eOpress or implied vaRier of anU rights or
remedies of .lUmpys Prodyctionsj Inc, in connection vith this matterj all of vhich are
eOpresslU reserRed,

Fe appreciate Uoyr assistance and than( Uoy for Uoyr cooperation in this matter,

kespectfyllUj

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59272018050</ID>
        </Case>
        <Complainant>
                <Entity>Olympus Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-15T16:53:47Z</TimeStamp>
                <IP_Address>174.16.181.210</IP_Address>
                <Port>58945</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Olympus Has Fallen</Title>
                        <FileName>Olympus Has Fallen (2013) [2160p] [4K] [BluRay] [5.1]
[YTS.MX]</FileName>
                        <FileSize>6051801129</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">D764F64C3A1E360D8F1E3E1383209995231AD88F</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584951866772
From: ] notice< dmcagate@awcomy
Date: 1>.09.4043, 08:6>

To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58245380011
Notice Date: 2T2b-T4-36 T4:04:T8


Dear Sir or Madam:

uhis message is sent on .ehalf of CaUstone Stpdios CorUyy

jnder Uenalt, of UerLpr,z I assert that PMw Process Management wtdy is apthorixed to act on
.ehalf of the ovner of the eOclpsiRe coU,rights that are alleged to .e infringed hereiny

CaUstone Stpdios CorUy ovns the coU,rights to the moRie Wally uhe pnapthorixed dovnload and
distri.ption of this file ., ,opr IP address constitptes coU,right infringementy

Please see .elov details for the infringements:

Protocol: BIuukFFENu
Infringed (or): Wall
Infringing WileName: Wall [2T227 ]3T1TUY ](EBFiUY ]5y3Y ]XuSyM'Y
Infringing WileSixe: 2T24T12841
Infringer9s IP Address: 64yby31y232
Infringer9s Port: 52T44
Initial Infringement uimestamU: 2T2b-T4-36 TO:b4:b4

Andz ,op're also creating a secprit, ris) on ,opr comUptersz deRices and netvor)s vhen ,op
dovnload pnapthorixed moRies or allov others to do so from ,opr Internet connectiony

(e resUectfpll, as) that ,op stoU infringing and redistri.pting CaUstone Stpdios CorUy
coU,right Urotected contentz and ta)e the UroUer steUs to secpre ,opr Internet so that
others do not infringe and redistri.pte opr content as velly

(e haRe a good faith .elief that pse of the coU,righted material detailed a.oRe is not
apthorixed ., the coU,right ovnerz its agentz or the lavy  In additionz ve haRe a good
faith sp.LectiRe .elief that the pse does not constitpte fair psey uhe information in this
notice is accprate and ve statez pnder Uenalt, of UerLpr,z that ve are apthorixed to act on
.ehalf of the ovner of the coU,right that is allegedl, infringedy uhis letter is not a
comUlete statement of CaUstone Stpdios CorUy's rights in connection vith this matterz and
nothing contained herein constitptes an eOUress or imUlied vaRier of an, rights or remedies
of CaUstone Stpdios CorUy in connection vith this matterz all of vhich are eOUressl,
reserRedy

(e aUUreciate ,opr assistance and than) ,op for ,opr cooUeration in this mattery

FesUectfpll,z

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59275193388</ID>
        </Case>
        <Complainant>
                <Entity>Capstone Studios Corp.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-16T03:47:47Z</TimeStamp>
                <IP_Address>67.4.18.212</IP_Address>
                <Port>52077</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Fall</Title>
                        <FileName>Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX]</FileName>
                        <FileSize>2027082978</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">468A426EE49D2B40C80E6898BA750103A9CEC3BA</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. a4a8f8774e9c093a] USDC Colorado

Subject: Notice of Claimed Infringement [Case No. 58491667926]
From: <notice@dmcagateway.com>
Date: 06.79.4742344,0:
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58243660416
Notice Date: 2021-04-T6 20:T5:T2

Dear Sir or Madam:

bhis message is sent on uehalf of Breathe Prod.ctions IncU

pnder yenaltj of yer,.rjL I assert that PMz Process Management ztdU is a.thoriwed to act on uehalf of the oxner of the evcl.siOe coyjrights that are alleged to ue infringed hereinU

Breathe Prod.ctions Inc oxns the coyjrights to the moOie BreatheU bhe .na.thoriwed doxnload and distriu.tion of this file uj jo.r IP address constit.tes coyjright infringementU

Please see uelox details for the infringements:

Protocol: BIbbRWWENb
Infringed korF: Breathe
Infringing (ileName: Breathe )2021[ 742Oy] 7kEBWiy] 7YbSUMX]
Infringing (ileSiwe: 8OT140501
Infringer's IP Address: 64U6UT95U9
Infringer's Port: 53259
Initial Infringement bimestamy: 2021-04-T6 T6:12:23

AndL jo.'re also creating a sec.ritj risF on jo.r comy.tersL deOices and netxorFs xhen jo. doxnload .na.thoriwed moOies or allox others to do so from jo.r Internet connectionU

ke resyectf.llj asF that jo. stoy infringing and redistriu.ting Breathe Prod.ctions Inc coyjright yrotected contentL and taFe the yroyer steys to sec.re jo.r Internet so that others do not infringe and redistriu.te o.r content as xellU

ke haOe a good faith uelief that .se of the coyjrighted material detailed auoOe is not a.thoriwed uj the coyjright oxnerL its agentL or the laxU In additionL xe haOe a good faith s.u.ectiOe uelief that the .se does not constit.te fair .seU bhe information in this notice is acc.rate and xe stateL .nder yenaltj of yer,.rjL that xe are a.thoriwed to act on uehalf of the oxner of the coyjright that is allegedlj infringedU bhis letter is not a comylete statement of Breathe Prod.ctions Inc's rights in connection xith this matterL and nothing contained herein constit.tes an evyress or imylied xaOier of anj rights or remedies of Breathe Prod.ctions Inc in connection xith this matterL all of xhich are evyresslj reserOedU

ke ayyreciate jo.r assistance and thanF jo. for jo.r cooyeration in this matterU

Wesyectf.lljL

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59278660746</ID>
        </Case>
        <Complainant>
                <Entity>Breathe Productions Inc</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-16T16:42:28Z</TimeStamp>
                <IP_Address>67.6.135.3</IP_Address>
                <Port>58253</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Breathe</Title>
                        <FileName>Breathe (2024) [720p] [WEBRip] [YTS.MX]</FileName>
                        <FileSize>901470504</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">C204608A7CF13CDB39790E072202CAD8691E54BE</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```





-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58740467] ] 7<
From: @noticew dmcagatey a>.com1
Date: 9] .0] .707620, :75
To: @DMCAw centur>link.com1
BCC: @bcc-usw dmcagatey a>.com1

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58243402112
Notice Date: 2320-31-T1 30:21:0b

Dear Sir or Madam:

uhis message is sent on .ehalf of BoU pills yorld jights, LLCz

wnder xenaltU of xervOrU, I assert that PML Process Management Ltdz is aOthoriRed to act on
.ehalf of the oWner of the ekclOsiFe coxUrights that are alleged to .e infringed hereinz

BoU pills yorld jights, LLC oWns the coxUrights to the moFie BoU pills yorldz uhe
OnaOthoriRed doWnload and distri.Otion of this file .U UoOr IP address constitOtes
coxUright infringementz

Please see .eloW details for the infringements:

Protocol: BIuu(jjENu
Infringed yor): BoU pills yorld
Infringing [ileName: BoU pills yorld 7232b] Y123xX YBIOjaUX Y'uSzM9X
Infringing [ileSiRe: T3685566T1
Infringer's IP Address: 61z2b0z3zT40
Infringer's Port: TT283
Initial Infringement uimestamx: 2320-31-T1 3T:30:b4

And, UoO're also creating a secOritU ris) on UoOr comxOters, deFices and netWor)s When UoO
doWnload OnaOthoriRed moFies or alloW others to do so from UoOr Internet connectionz

ye resxectfOlIU as) that UoO stox infringing and redistri.Oting BoU pills yorld jights, LLC
coxUright xrotected content, and ta)e the xroxer stexs to secOre UoOr Internet so that
others do not infringe and redistri.Ote oOr content as Wellz

ye haFe a good faith .elief that Ose of the coxUrighted material detailed a.oFe is not
aOthoriRed .U the coxUright oWner, its agent, or the laWz  In addition, We haFe a good
faith sO.vectiFe .elief that the Ose does not constitOte fair Osez uhe information in this
notice is accOrate and We state, Onder xenaltU of xervOrU, that We are aOthoriRed to act on
.ehalf of the oWner of the coxUright that is allegedlU infringedz uhis letter is not a
comxlete statement of BoU pills yorld jights, LLC's rights in connection With this matter,
and nothing contained herein constitOtes an ekxress or imxlied WaFier of anU rights or
remedies of BoU pills yorld jights, LLC in connection With this matter, all of Which are
ekxresslU reserFedz

ye axxreciate UoOr assistance and than) UoO for UoOr cooxeration in this matterz

jesxectfOlIU,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59280842772</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-17T01:04:38Z</TimeStamp>
                <IP_Address>67.234.0.184</IP_Address>
                <Port>11290</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World (2023) [720p] [BluRay] [YTS.MX]</
FileName>
                        <FileSize>1069556617</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">E430A266A6D22A5921EC54BE8431559F715F9753</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582189522520
From: ] notice< dmcagate@awcomy
Date: >1.73.2724, >9:95
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58248352252
Notice Date: 2021-OT-b4 bb:36:53


Dear Sir or Madam:

uhis message is sent on .ehalf of MillenniUm pUndingy Incj j

,nder Lenaltz of LerwUrzy I assert that PMx Process Management xtdj is aUthorived to act on .ehalf of the oOner of the eRclUsiWe coLzrights that are alleged to .e infringed hereinj

MillenniUm pUndingy Incj  oOns the coLzrights to the moWie Hell.ozj uhe UnaUthorived doOnload and distri.Ution of this file .z zoUr IP address constitUtes coLzright infringementj

Please see .eloO details for the infringements:

Protocol: BIuukFFENu
Infringed (or): Hell.oz
Infringing pileName: Hell.oz [20b87 ](EBFiLY ]bO4OLY ]XuSjxuY
Infringing pileSive: 204450b364
Infringer's IP Address: 63jb1Tjb11jbO
Infringer's Port: 810T
Initial Infringement uimestamL: 2021-OT-b4 O4:OT:52

Andy zoU9re also creating a secUritz ris) on zoUr comLUtersy deWices and netOor)s Ohen zoU doOnload UnaUthorived moWies or alloO others to do so from zoUr Internet connectionj

(e resLectfUllz as) that zoU stoL infringing and redistri.Uting MillenniUm pUndingy Incj coLzright Lrotected contenty and ta)e the LroLer steLs to secUre zoUr Internet so that others do not infringe and redistri.Ute oUr content as OeIlj

(e haWe a good faith .elief that Use of the coLzrighted material detailed a.oWe is not aUthorived .z the coLzright oOnery its agenty or the laOj  In additiony Oe haWe a good faith sU.wectiWe .elief that the Use does not constitUte fair Usej uhe information in this notice is accUrate and Oe statey Under Lenaltz of LerwUrzy that Oe are aUthorived to act on .ehalf of the oOner of the coLzright that is allegedlz infringedj uhis letter is not a comLlete statement of MillenniUm pUndingy Incj 9s rights in connection Oith this mattery and nothing contained herein constitUtes an eRLress or imLlied OaWier of anz rights or remedies of MillenniUm pUndingy Incj  in connection Oith this mattery all of Ohich are eRLresslz reserWedj

(e aLLreciate zoUr assistance and than) zoU for zoUr cooLeration in this matterj

FesLectfUllzy

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59289352252</ID>
        </Case>
        <Complainant>
                <Entity>Millennium Funding, Inc. </Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-18T08:07:52Z</TimeStamp>
                <IP_Address>63.147.144.10</IP_Address>
                <Port>9407</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Hellboy</Title>
                        <FileName>Hellboy (2019) [WEBRip] [1080p] [YTS.LT]</FileName>
                        <FileSize>2088501368</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">E1F8020C12028A1C9AC791E790FDC53F3F65A3E4</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582819090] 9<
From: @noticew dmcagatey a>.com7
Date: 39.14.2120, 38:38
To: @DMCAw centur>link.com7
BCC: @bcc-usw dmcagatey a>.com7


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58284303013
Notice Date: 2420-4T-b3 bT:2b:4b


Dear Sir or Madam:

uhis message is sent on .ehalf of BoU pills yorld jights, LLCz

wnder xenaltU of xervOrU, I assert that PML Process Management Ltdz is aOthoriRed to act on
.ehalf of the oWner of the ekclOsiFe coxUrights that are alleged to .e infringed hereinz

BoU pills yorld jights, LLC oWns the coxUrights to the moFie BoU pills yorldz uhe
OnaOthoriRed doWnload and distri.Otion of this file .U UoOr IP address constitOtes
coxUright infringementz

Please see .eloW details for the infringements:

Protocol: BIuu(jjENu
Infringed yor): BoU pills yorld
Infringing [ileName: BoU pills yorld 72421] YT24xX YyEBjixX Y'uSzM9X
Infringing [ileSiRe: b46TOTbb05
Infringer's IP Address: bTOz20z85z08
Infringer's Port: 15311
Initial Infringement uimestamx: 2420-4T-b3 b0:b5:23

And, UoO're also creating a secOritU ris) on UoOr comxOters, deFices and netWor)s When UoO
doWnload OnaOthoriRed moFies or alloW others to do so from UoOr Internet connectionz

ye resxectfOllU as) that UoO stox infringing and redistri.Oting BoU pills yorld jights, LLC
coxUright xrotected content, and ta)e the xroxer stexs to secOre UoOr Internet so that
others do not infringe and redistri.Ote oOr content as Wellz

ye haFe a good faith .elief that Ose of the coxUrighted material detailed a.oFe is not
aOthoriRed .U the coxUright oWner, its agent, or the laWz  In addition, We haFe a good
faith sO.vectiFe .elief that the Ose does not constitOte fair Osez uhe information in this
notice is accOrate and We state, Onder xenaltU of xervOrU, that We are aOthoriRed to act on
.ehalf of the oWner of the coxUright that is allegedlU infringedz uhis letter is not a
comxlete statement of BoU pills yorld jights, LLC's rights in connection With this matter,
and nothing contained herein constitOtes an ekxress or imxlied WaFier of anU rights or
remedies of BoU pills yorld jights, LLC in connection With this matter, all of Which are
ekxresslU reserFedz

ye axxreciate UoOr assistance and than) UoO for UoOr cooxeration in this matterz

jesxectfOllU,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59290848438</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-18T14:15:28Z</TimeStamp>
                <IP_Address>174.24.95.49</IP_Address>
                <Port>35833</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World (2023) [720p] [WEBRip] [YTS.MX]</
FileName>
                        <FileSize>1067471145</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">86C960CCA35D54C458922C6F3171B25EFF1D46EC</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 59196712373]
From: <notice@dmcagateway.com>
Date: 09.74.1712, 76:63
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58284320636
Notice Date: 2320-31-T8 3T:4b:20


Dear Sir or Madam:

uhis message is sent on .ehalf of BoU pills yorld jights, LLCz

wnder xenaltU of xervOrU, I assert that PML Process Management Ltdz is aOthoriRed to act on
.ehalf of the oWner of the ekclOsiFe coxUrights that are alleged to .e infringed hereinz

BoU pills yorld jights, LLC oWns the coxUrights to the moFie BoU pills yorldz uhe
OnaOthoriRed doWnload and distri.Otion of this file .U UoOr IP address constitOtes
coxUright infringementz

Please see .eloW details for the infringements:

Protocol: BIuu(jjENu
Infringed yor): BoU pills yorld
Infringing [ileName: BoU pills yorld 72324] Y123xX YyEBjixX Y'uSzM9X
Infringing [ileSiRe: T36101TT05
Infringer's IP Address: T10z20z84z48
Infringer's Port: 63665
Initial Infringement uimestamx: 2320-31-Tb 22:28:08

And, UoO're also creating a secOritU ris) on UoOr comxOters, deFices and netWor)s When UoO
doWnload OnaOthoriRed moFies or alloW others to do so from UoOr Internet connectionz

ye resxectfOlIU as) that UoO stox infringing and redistri.Oting BoU pills yorld jights, LLC
coxUright xrotected content, and ta)e the xroxer stexs to secOre UoOr Internet so that
others do not infringe and redistri.Ote oOr content as Wellz

ye haFe a good faith .elief that Ose of the coxUrighted material detailed a.oFe is not
aOthoriRed .U the coxUright oWner, its agent, or the laWz  In addition, We haFe a good
faith sO.vectiFe .elief that the Ose does not constitOte fair Osez uhe information in this
notice is accOrate and We state, Onder xenaltU of xervOrU, that We are aOthoriRed to act on
.ehalf of the oWner of the coxUright that is allegedlU infringedz uhis letter is not a
comxlete statement of BoU pills yorld jights, LLC's rights in connection With this matter,
and nothing contained herein constitOtes an ekxress or imxlied WaFier of anU rights or
remedies of BoU pills yorld jights, LLC in connection With this matter, all of Which are
ekxresslU reserFedz

ye axxreciate UoOr assistance and than) UoO for UoOr cooxeration in this matterz

jesxectfOlIU,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59293024606</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-18T22:29:49Z</TimeStamp>
                <IP_Address>174.24.93.39</IP_Address>
                <Port>60665</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World (2023) [720p] [WEBRip] [YTS.MX]</
FileName>
                        <FileSize>1067471145</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">86C960CCA35D54C458922C6F3171B25EFF1D46EC</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58980990501]
From: <notice@dmcagateway.com>
Date: 78.14.919021, :95
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58284224543
Notice Date: 2324-30-18 36:20:22


Dear Sir or Madam:

This message is sent on behalf of Colleah Productions .imitedU

pnder yenaltj of yer,urjL I assert that PM. Process Management .tdU is authorized to act on
behalf of the owner of the exclusive coyjrights that are alleged to be infringed hereinU

Colleah Productions .imited owns the coyjrights to the movie OandaharU The unauthorized
download and distribution of this file bj jour IP address constitutes coyjright
infringementU

Please see below details for the infringements:

Protocol: BITTRWWENT
Infringed korF: Oandahar
Infringing (ileName: Oandahar )232[7 ]2163yY ]4OY ]kEBY ]5U1Y ]XTSUM'Y
Infringing (ileSize: 50[O32[394
Infringer's IP Address: 6OU5U118U2[O
Infringer's Port: 54944
Initial Infringement Timestamy: 2324-30-18 32:5[:54

AndL jou're also creating a securitj risF on jour comyutersL devices and networFs when jou
download unauthorized movies or allow others to do so from jour Internet connectionU

ke resyectfullj asF that jou stoy infringing and redistributing Colleah Productions .imited
coyjright yrotected contentL and taFe the yroyer steys to secure jour Internet so that
others do not infringe and redistribute our content as wellU

ke have a good faith belief that use of the coyjrighted material detailed above is not
authorized bj the coyjright ownerL its agentL or the lawU  In additionL we have a good
faith sub,ective belief that the use does not constitute fair useU The information in this
notice is accurate and we stateL under yenaltj of yer,urjL that we are authorized to act on
behalf of the owner of the coyjright that is allegedlj infringedU This letter is not a
comylete statement of Colleah Productions .imited's rights in connection with this matterL
and nothing contained herein constitutes an exyress or imylied wavier of anj rights or
remedies of Colleah Productions .imited in connection with this matterL all of which are
exyresslj reservedU

ke ayyreciate jour assistance and thanF jou for jour cooyeration in this matterU

WesyectfulljL

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59294224540</ID>
        </Case>
        <Complainant>
                <Entity>Colleah Productions Limited</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-19T02:53:54Z</TimeStamp>
                <IP_Address>67.5.119.237</IP_Address>
                <Port>54844</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Kandahar</Title>
                        <FileName>Kandahar (2023) [2160p] [4K] [WEB] [5.1] [YTS.MX]</
FileName>
                        <FileSize>5737023084</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">B55D112A53273092B5827C64858C868373428ADA</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58985018801]
From: <notice@dmcagateway.com>
Date: 78.14.9192, 72:98
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58285438843
Notice Date: 2320-31-T8 T2:b3:2b


Dear Sir or Madam:

uhis message is sent on .ehalf of Ualphieys Gjm Mem.ership, LLCz

wnder penaltj of perxvrj, I assert that PML Process Management Ltdz is avthoriOed to act on
.ehalf of the oRner of the eWclvsike copjrights that are alleged to .e infringed hereinz

Ualphieys Gjm Mem.ership, LLC oRns the copjrights to the mokie Manodromez uhe vnavthoriOed
doRnload and distri.vtion of this file .j jovr IP address constitvtes copjright
infringementz

Please see .eloR details for the infringements:

Protocol: BIuuFUUENu
Infringed (or): Manodrome
Infringing [ileName: Manodrome 7232b] Y123pX Y(EBUipX Y'uSzM9X
Infringing [ileSiOe: 825T44524
Infringer's IP Address: T4OzT3Tz45z44
Infringer's Port: 58T4T
Initial Infringement uimestamp: 2320-31-T8 38:TT:T4

And, jovyre also creating a secvritj ris) on jovr compvters, dekices and netRor)s Rhen jov
doRnload vnavthoriOed mokies or alloR others to do so from jovr Internet connectionz

(e respectfvllj as) that jov stop infringing and redistri.vting Ualphieys Gjm Mem.ership,
LLC copjright protected content, and ta)e the proper steps to secvre jovr Internet so that
others do not infringe and redistri.vte ovr content as Rellz

(e hake a good faith .elief that vse of the copjrighted material detailed a.oke is not
avthoriOed .j the copjright oRner, its agent, or the laRz  In addition, Re hake a good
faith sv.xectike .elief that the vse does not constitvte fair vsez uhe information in this
notice is accvrate and Re state, vnder penaltj of perxvrj, that Re are avthoriOed to act on
.ehalf of the oRner of the copjright that is allegedlj infringedz uhis letter is not a
complete statement of Ualphieys Gjm Mem.ership, LLCys rights in connection Rith this
matter, and nothing contained herein constitvtes an eWpress or implied Rakier of anj rights
or remedies of Ualphieys Gjm Mem.ership, LLC in connection Rith this matter, all of Rhich
are eWpresslj reserkedz

(e appreciate jovr assistance and than) jov for jovr cooperation in this matterz

Uespectfvllj,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59295809980</ID>
        </Case>
        <Complainant>
                <Entity>Ralphie's Gym Membership, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-19T09:11:18Z</TimeStamp>
                <IP_Address>184.101.85.88</IP_Address>
                <Port>59181</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Manodrome</Title>
                        <FileName>Manodrome (2023) [720p] [WEBRip] [YTS.MX]</FileName>
                        <FileSize>925188528</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">1BB148290A68436DA81B3DE994D8B5DBF437FCFF</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58288970596]
From: <notice@dmcagateway.com>
Date: 27.79.2723475,: 0
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58288046507
Notice Date: 2423-40-24 4T:T7:20


Dear Sir or Madam:

bhis message is sent on uehalf of BoF ,ills .orld Uightsp yyCj

Lnder zenaltF of zerwxrFp I assert that PMy Process Management ytdj is axthorived to act on uehalf of the oRner of the eOcIxsiWe cozFrights that are alleged to ue infringed hereinj

BoF ,ills .orld Uightsp yyC oRns the cozFrights to the moWie BoF ,ills .orldj bhe xnaxthorived doRnIoad and distriuxtion of this file uF Foxr IP address constitxtes cozFright infringementj

Please see ueIoR details for the infringements:

Protocol: BIbbkUUENb
Infringed .or1: BoF ,ills .orld
Infringing 9iIeName: BoFj,illsj.orldj242Tj'474zj'4uitjBIxUaFj7CHjO265jHE'C-PSA
Infringing 9iIeSive: 2'00027047
Infringer's IP Address: 60j3jOTj'6'
Infringer's Port: 5T3'2
Initial Infringement bimestamz: 2423-40-24 44:'':40

Andp Fox're also creating a secxritF ris1 on Foxr comzxtersp deWices and netRor1s Rhen Fox doRnIoad xnaxthorived moWies or aIIoR others to do so from Foxr Internet connectionj

.e reszectfxIIF as1 that Fox stoz infringing and redistriuxting BoF ,ills .orld Uightsp yyC cozFright zrotected contentp and ta1e the zrozer stezs to secxre Foxr Internet so that others do not infringe and redistriuxte oxr content as ReIIj

.e haWe a good faith ueIief that xse of the cozFrighted material detailed auoWe is not axthorived uF the cozFright oRnerp its agentp or the IaRj  In additionp Re haWe a good faith sxuwectiWe ueIief that the xse does not constitxte fair xsej bhe information in this notice is accxrate and Re statep xnder zenaltF of zerwxrFp that Re are axthorived to act on uehalf of the oRner of the cozFright that is aIIegedIF infringedj bhis Ietter is not a comzIete statement of BoF ,ills .orld Uightsp yyC's rights in connection Rith this matterp and nothing contained herein constitxtes an eOzress or imzIied RaWier of anF rights or remedies of BoF ,ills .orld Uightsp yyC in connection Rith this matterp all of Rhich are eOzressIF reserWedj

.e azzreciate Foxr assistance and than1 Fox for Foxr coozeration in this matterj

UeszectfxIIFp

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59299706578</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-20T00:11:07Z</TimeStamp>
                <IP_Address>67.4.73.161</IP_Address>
                <Port>53412</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy.Kills.World.2023.1080p.10bit.BluRay.8CH.x265.HEVC-
PSA</FileName>
                        <FileSize>2177728708</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">010197B7765F603D48CE4524CB92DFE02B9DC806</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58491672296]
From: <notice@dmcagateway.com>
Date: 07.93.0906, 72:91
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58491706697
Notice Date: 2927-93-20 07:91:21

Dear Sir or Madam:

This message is sent on behalf of SXruiuor ProdXctions, Inc..

Under penalty of perjXry, I assert that PML Process Management Ltd. is aXthorized to act on
behalf of the owner of the exclXsiue copyrights that are alleged to be infringed herein.

SXruiuor ProdXctions, Inc. owns the copyrights to the mouie SXruiuor. The XnaXthorized
download and distribXtion of this file by yoXr IP address constitXtes copyright
infringement.

Please see below details for the infringements:

Protocol: BITTvOOENT
Infringed RorW: SXruiuor
Infringing kileName: SXruiuor F2905(
Infringing kileSize: 380431854
Infringer)s IP Address: 30.291.86.012
Infringer)s Port: 52167
Initial Infringement Timestamp: 2927-93-20 09:73:23

And, yoX're also creating a secXrity risW on yoXr compXters, deuices and networWs when yoX
download XnaXthorized mouies or allow others to do so from yoXr Internet connection.

Re respectfXlly asW that yoX stop infringing and redistribXting SXruiuor ProdXctions, Inc.
copyright protected content, and taWe the proper steps to secXre yoXr Internet so that
others do not infringe and redistribXte oXr content as well.

Re haue a good faith belief that Xse of the copyrighted material detailed aboue is not
aXthorized by the copyright owner, its agent, or the law.  In addition, we haue a good
faith sXbjectiue belief that the Xse does not constitXte fair Xse. The information in this
notice is accXrate and we state, Xnder penalty of perjXry, that we are aXthorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of SXruiuor ProdXctions, Inc.'s rights in connection with this matter,
and nothing contained herein constitXtes an express or implied wauier of any rights or
remedies of SXruiuor ProdXctions, Inc. in connection with this matter, all of which are
expressly reserued.

Re appreciate yoXr assistance and thanW yoX for yoXr cooperation in this matter.

OespectfXlly,

*/Thomas Nowak/*
Thomas NowaW
PML Process Management Ltd.
notice’dmcagateway.com
Address:
LordoX ’yronos, 60-64, kloor 5
Larnaca 6924
CyprXs

```
<?xml uersion="0.9" encoding="UTk-1"?>
<Infringement>
        <Case>
            <ID>58491706697</ID>
        </Case>
        <Complainant>
            <Entity>SXruiuor ProdXctions, Inc.</Entity>
            <Contact>Thomas NowaW</Contact>
            <Address>LordoX ’yronos, 60-64, kloor 5 Larnaca 6924 CyprXs</Address>
            <Email>notice’dmcagateway.com</Email>

        </Complainant>
        <Seruice_Prouider>
            <Entity>CentXryLinW</Entity>
            <Contact>Copyright Agent</Contact>
            <Address>5757 Rest 009th Street,, Mailstop: KSvPKJ9390, vuerland ParW,
Kansas 66200</Address>
            <Phone>804-483-4723</Phone>
            <Email>DMCA’centXrylinW.com</Email>
        </Seruice_Prouider>
        <SoXrce>
            <TimeStamp>2927-93-20T09:73:23Z</TimeStamp>
            <IP_Address>30.291.86.012</IP_Address>
            <Port>52167</Port>
            <Type>BitTorrent</Type>
        </SoXrce>
        <Content>
            <Item>
                <Title>SXruiuor</Title>
                <kileName>SXruiuor F2905(</kileName>
                <kileSize>380431854</kileSize>
                <Type>Mouie</Type>
                <Hash Type="SHAO">D5A73C686DC0EC42Ck0573D367OCA3D80k1949kO</Hash>
            </Item>
        </Content>
    </Infringement>
</Infringement>
-----BEGIN PGP SIGNATUOE-----
```

iQHfBAEBCABJBQJmnOZfQhxDYXOoZXJpbmUgSHIWZSAoUHJuY2’zcyBNYR5hZ2’t
ZR59IEx9ZC7pIDxXb4OpY2’AZGOjYRdhdG’4YXWXY28tPgAKCODpp6ZkUXCcRdYD
C/7qCTw2WXRkL4IuPOR3irT/al4vPKc5eM3sK72hIA15kMUQ5rII13gBxqwOWILR
X2RZkojaqqK7DzKQB9yMOKTyvTCzJ1raadonw’6c6W5Q65KC1wxJObtIacSgOJjf
36hXi3aLLiKP3eUt3M7pTa+OqA48KyyiktYxpEHq4nXLbPs1meB1ITeS4ZZXPII3
aSkpwmf1EakX6vjbfarnaww1pI9sO3HEBCTS9xotxsLxHS8jiGQz+’ALHzxqx’E2
WIu2PJ2SmQoUp5zqX9L49sBYUGkS’zIUmxzT3Ht+kqtOAUn+vXKo6IfWZxrU3OW7
4S5sqfNQjXwMPu2b/4qWuIcBpc2BbIN12sJB8OGwYs7f2Ocd0YLLrO4qdPHu8XZn
w4TjpwLcbMUCJJLmtNbStifOIG52ubaWxm7H2ODA2PvrcZTDhTU55rsOBsrDhrgq

```
TlRbOsi3a'nviDfUvMqf+r6/qxmtuOWY/tXrIXXG1ZsTb6pHBIsWROp7fCcCqLNN
hIc=
=Ls/s
-----END PGP SIGNATUOE-----
```

Subject: Notice of Claimed Infringement [Case No. 59020636727]
From: <notice@dmcagateway.com>
Date: 23.64.2623, 62:07
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58424303626
Notice Date: 2320-31-20 33:46:53


Dear Sir or Madam:

This message is sent on behalf of ul.mUps Prodpctionsy Incjj

,nder Uenalt. of UerLpr.y I assert that PMz Process Management ztdj is apthoriwed to act on
behalf of the oxner of the evclpsi0e coU.rights that are alleged to be infringed hereinj

ul.mUps Prodpctionsy Incj oxns the coU.rights to the mo0ie ul.mUps Has Rallenj The
pnapthoriwed doxnload and distribption of this file b. .opr IP address constitptes
coU.right infringementj

Please see belox details for the infringements:

Protocol: BITTuWWENT
Infringed korF: ul.mUps Has Rallen
Infringing RileName: ul.mUps Has Rallen (23)4[ 7)3]3UY
Infringing RileSiwe: )818230)65
InfringerXs IP Address: )10j20j83j)20
InfringerXs Port: )5835
Initial Infringement TimestamU: 2320-31-24 2):3):48

Andy .op're also creating a secprit. risF on .opr comUptersy de0ices and netxorFs xhen .op
doxnload pnapthoriwed mo0ies or allox others to do so from .opr Internet connectionj

ke resUectfpll. asF that .op stoU infringing and redistribpting ul.mUps Prodpctionsy Incj
coU.right Urotected contenty and taFe the UroUer steUs to secpre .opr Internet so that
others do not infringe and redistribpte opr content as xellj

ke ha0e a good faith belief that pse of the coU.righted material detailed abo0e is not
apthoriwed b. the coU.right oxnery its agenty or the laxj  In additiony xe ha0e a good
faith spbLecti0e belief that the pse does not constitpte fair psej The information in this
notice is accprate and xe statey pnder Uenalt. of UerLpr.y that xe are apthoriwed to act on
behalf of the oxner of the coU.right that is allegedl. infringedj This letter is not a
comUlete statement of ul.mUps Prodpctionsy Incj's rights in connection xith this mattery
and nothing contained herein constitptes an ev0ress or imUlied xa0i0er of an. rights or
remedies of ul.mUps Prodpctionsy Incj in connection xith this mattery all of xhich are
ev0ressl. reser0edj

ke aUUreciate .opr assistance and thanF .op for .opr cooUeration in this matterj

WesUectfpll.y

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59323040626</ID>
        </Case>
        <Complainant>
                <Entity>Olympus Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-23T21:01:39Z</TimeStamp>
                <IP_Address>174.24.90.124</IP_Address>
                <Port>15905</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Olympus Has Fallen</Title>
                        <FileName>Olympus Has Fallen (2013) [1080p]</FileName>
                        <FileSize>1979204165</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">930B9163908EB31583587DF7415C4ABC9CC890F3</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 592429171340
From: ] notice< dmcagate@awcomy
Date: 4>.17.414>, 15:57
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58424870732
Notice Date: 2721-70-21 74:58:78


Dear Sir or Madam:

This message is sent on behalf of Millennium .undingU Incp p

ynder jenalt, of jerLur,U I assert that PMz Process Management ztdp is authoriwed to act on
behalf of the oxner of the evclusiOe coj,rights that are alleged to be infringed hereinp

Millennium .undingU Incp oxns the coj,rights to the moOie Angel Has .allenp The
unauthoriwed doxnload and distribution of this file b, ,our IP address constitutes
coj,right infringementp

Please see belox details for the infringements:

Protocol: BITTRWWENT
Infringed korF: Angel Has .allen
Infringing .ileName: AngelpHasp.allenp2738p37Z7jpBluWa,p3677MBpDD5p3pv261-Galav,WG[TGv]
Infringing .ileSiwe: 3023440735
Infringer's IP Address: 301p21p87p321
Infringer's Port: 35875
Initial Infringement Timestamj: 2721-70-21 77:40:38

AndU ,ou9re also creating a securit, risF on ,our comjutersU deOices and netxorFs xhen ,ou
doxnload unauthoriwed moOies or allox others to do so from ,our Internet connectionp

ke resjectfull, asF that ,ou stoj infringing and redistributing Millennium .undingU Incp
coj,right jrotected contentU and taFe the jrojer stejs to secure ,our Internet so that
others do not infringe and redistribute our content as xellp

ke haOe a good faith belief that use of the coj,righted material detailed aboOe is not
authoriwed b, the coj,right oxnerU its agentU or the laxp In additionU xe haOe a good
faith subLectiOe belief that the use does not constitute fair usep The information in this
notice is accurate and xe stateU under jenalt, of jerLur,U that xe are authoriwed to act on
behalf of the oxner of the coj,right that is allegedl, infringedp This letter is not a
comjlete statement of Millennium .undingU Incp 9s rights in connection xith this matterU
and nothing contained herein constitutes an evjress or imjlied xaOier of an, rights or
remedies of Millennium .undingU Incp in connection xith this matterU all of xhich are
evjressl, reserOedp

ke ajjreciate ,our assistance and thanF ,ou for ,our coojeration in this matterp

Wesjectfull,U

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59323907012</ID>
        </Case>
        <Complainant>
                <Entity>Millennium Funding, Inc. </Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-24T00:37:19Z</TimeStamp>
                <IP_Address>174.24.90.124</IP_Address>
                <Port>15905</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Angel Has Fallen</Title>
                        <FileName>Angel.Has.Fallen.2019.1080p.BluRay.1600MB.DD5.1.x264-
GalaxyRG[TGx]</FileName>
                        <FileSize>1721337015</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">60258814AE865C6CFD8678D853578B68611C1FE3</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58449167822]
From: <notice@dmcagateway.com>
Date: 03.63.0601, 61:57
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 584430168TT
Notice Date: 2120-1b-2b 12:56:21


Dear Sir or Madam:

uhis message is sent on .ehalf of Uoltage Holdingsp yyCj

,nder Lenaltz of Lerwxrzp I assert that PMy Process Management ytdj is axthorived to act on
.ehalf of the oOner of the eRclxsiWe coLzrights that are alleged to .e infringed hereinj

Uoltage Holdingsp yyC oOns the coLzrights to the moWie uhe ComLanz kox FeeLj uhe
xnaxthorived doOnload and distri.xtion of this file .z zoxr IP address constitxtes
coLzright infringementj

Please see .eloO details for the infringements:

Protocol: BIuu())ENu
Infringed [or7: uhe ComLanz kox FeeL
Infringing ]ileName: uhe ComLanz kox FeeL Y2132X '31T1L9
Infringing ]ileSive: 21024T881T
Infringer's IP Address: 65j344j48j3T
Infringer's Port: 53Tb6
Initial Infringement uimestamL: 2120-1b-26 24:34:2b

Andp zox're also creating a secxritz ris7 on zoxr comLxtersp deWices and netOor7s Ohen zox
doOnload xnaxthorived moWies or alloO others to do so from zoxr Internet connectionj

[e resLectfxllz as7 that zox stoL infringing and redistri.xting Uoltage Holdingsp yyC
coLzright Lrotected contentp and ta7e the LroLer steLs to secxre zoxr Internet so that
others do not infringe and redistri.xte oxr content as Oellj

[e haWe a good faith .elief that xse of the coLzrighted material detailed a.oWe is not
axthorived .z the coLzright oOnerp its agentp or the laOj  In additionp Oe haWe a good
faith sx.wectiWe .elief that the xse does not constitxte fair xsej uhe information in this
notice is accxrate and Oe statep xnder Lenaltz of Lerwxrzp that Oe are axthorived to act on
.ehalf of the oOner of the coLzright that is allegedlz infringedj uhis letter is not a
comLlete statement of Uoltage Holdingsp yyC's rights in connection Oith this matterp and
nothing contained herein constitxtes an eRLress or imLlied OaWier of anz rights or remedies
of Uoltage Holdingsp yyC in connection Oith this matterp all of Ohich are eRLresslz
reserWedj

[e aLLreciate zoxr assistance and than7 zox for zoxr cooLeration in this matterj

)esLectfxllzp

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59331406988</ID>
        </Case>
        <Complainant>
                <Entity>Voltage Holdings, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-26T23:13:27Z</TimeStamp>
                <IP_Address>65.133.39.18</IP_Address>
                <Port>51876</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Company You Keep</Title>
                        <FileName>The Company You Keep (2012) [1080p]</FileName>
                        <FileSize>2042389908</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">66A237AC7EE1E0906A8FC761E8DBF343175F5BAD</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58219100] 2<@
From: wnoticey dmcagate> a7.com3
Date: ] 8.<4.] <] 1, <8:] 8
To: wDMCAy centur7link.com3
BCC: wbcc-usy dmcagate> a7.com3


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 5804743320T
Notice Date: 2T24-Tb-28 Tb:OT:47


Dear Sir or Madam:

uhis message is sent on Fehalf of Bo, .ills Uorld pightsy jjCL

znder wenalt, of werxvr,y I assert that PMj Process Management jtdL is avthoriRed to act on
Fehalf of the oOner of the eWclvsike cow,rights that are alleged to Fe infringed hereinL

Bo, .ills Uorld pightsy jjC oOns the cow,rights to the mokie Bo, .ills UorldL uhe
vnavthoriRed doOnload and distriFvtion of this file F, ,ovr IP address constitvtes
cow,right infringementL

Please see FeloO details for the infringements:

Protocol: BIuu1ppENu
Infringed Uor9: Bo, .ills Uorld
Infringing 'ileName:
Bo,L.illsLUorldL2T2OLPp1PEpLBIvpa,L276TwLzHDLurveHDLAtmosLbLL7L7TBitLW265-''
Infringing 'ileSiRe: O2TTTT40b22
Infringer's IP Address: 65L723L277L83
Infringer's Port: 65230
Initial Infringement uimestamw: 2T24-Tb-28 T4:77:43

Andy ,ov're also creating a secvrit, ris9 on ,ovr comwvtersy dekices and netOor9s Ohen ,ov
doOnload vnavthoriRed mokies or alloO others to do so from ,ovr Internet connectionL

Ue reswectfvll, as9 that ,ov stow infringing and redistriFvting Bo, .ills Uorld pightsy jjC
cow,right wrotected contenty and ta9e the wrower stews to secvre ,ovr Internet so that
others do not infringe and redistriFvte ovr content as OelIL

Ue hake a good faith Felief that vse of the cow,righted material detailed aFoke is not
avthoriRed F, the cow,right oOnery its agency or the IaOL In additiony Oe hake a good
faith svFxectike Felief that the vse does not constitvte fair vseL uhe information in this
notice is accvrate and Oe statey vnder wenalt, of werxvr,y that Oe are avthoriRed to act on
Fehalf of the oOner of the cow,right that is allegedl, infringedL uhis letter is not a
comwlete statement of Bo, .ills Uorld pightsy jjC's rights in connection Oith this mattery
and nothing contained herein constitvtes an eWwress or imwlied Oakier of an, rights or
remedies of Bo, .ills Uorld pightsy jjC in connection Oith this mattery all of Ohich are
eWwressl, reserkedL

Ue awwreciate ,ovr assistance and than9 ,ov for ,ovr cooweration in this matterL

Respectfully,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59341488230</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-29T04:11:48Z</TimeStamp>
                <IP_Address>65.128.211.98</IP_Address>
                <Port>65283</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
<FileName>Boy.Kills.World.2023.PROPER.BluRay.2160p.UHD.TrueHD.Atmos.7.1.10Bit.x265-Z@X</FileName>
                        <FileSize>32000043722</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">8894782495FA837E5DDEF9B4A0D685C9F86C8875</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582190] 8550<
From: @noticew dmcagatey a>.com7
Date: 23.34.9391, 39:35
To: @DMCAw centur>link.com7
BCC: @bcc-usw dmcagatey a>.com7

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58042738557
Notice Date: 2T24-Tb-OT TT:T6:27


Dear Sir or Madam:

uhis message is sent on Fehalf of Bo, .ills Uorld pightsy jjCL

znder wenalt, of werxvr,y I assert that PMj Process Management jtdL is avthoriRed to act on
Fehalf of the oOner of the eWclvsike cow,rights that are alleged to Fe infringed hereinL

Bo, .ills Uorld pightsy jjC oOns the cow,rights to the mokie Bo, .ills UorldL uhe
vnavthoriRed doOnload and distriFvtion of this file F, ,ovr IP address constitvtes
cow,right infringementL

Please see FeloO details for the infringements:

Protocol: BIuu1ppENu
Infringed Uor9: Bo, .ills Uorld
Infringing 'ileName:
Bo,L.illsLUorldL2T2OLPp1PEpLBIvpa,L236TwLzHDLurveHDLAtmosLbL3L3TBitLW265-''
Infringing 'ileSiRe: O2TTTT40b22
Infringer's IP Address: 65L327L232L3T8
Infringer's Port: 65270
Initial Infringement uimestamw: 2T24-Tb-28 2T:44:5b

Andy ,ov're also creating a secvrit, ris9 on ,ovr comwvtersy dekices and netOor9s Ohen ,ov
doOnload vnavthoriRed mokies or alloO others to do so from ,ovr Internet connectionL

Ue reswectfvlI, as9 that ,ov stow infringing and redistriFvting Bo, .ills Uorld pightsy jjC
cow,right wrotected contenty and ta9e the wrower stews to secvre ,ovr Internet so that
others do not infringe and redistriFvte ovr content as OelIL

Ue hake a good faith Felief that vse of the cow,righted material detailed aFoke is not
avthoriRed F, the cow,right oOnery its agency or the IaOL In additiony Oe hake a good
faith svFxectike Felief that the vse does not constitvte fair vseL uhe information in this
notice is accvrate and Oe statey vnder wenalt, of werxvr,y that Oe are avthoriRed to act on
Fehalf of the oOner of the cow,right that is allegedl, infringedL uhis letter is not a
comwlete statement of Bo, .ills Uorld pightsy jjC's rights in connection Oith this matter,
and nothing contained herein constitvtes an eWwress or imwlied Oakier of an, rights or
remedies of Bo, .ills Uorld pightsy jjC in connection Oith this mattery all of Ohich are
eWwressl, reserkedL

Ue awwreciate ,ovr assistance and than9 ,ov for ,ovr coOweration in this matterL

Respectfully,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59342819558</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-29T20:44:57Z</TimeStamp>
                <IP_Address>65.128.212.109</IP_Address>
                <Port>65283</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>

<FileName>Boy.Kills.World.2023.PROPER.BluRay.2160p.UHD.TrueHD.Atmos.7.1.10Bit.x265-Z@X</FileName>
                        <FileSize>32000043722</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">8894782495FA837E5DDEF9B4A0D685C9F86C8875</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582978806] ] <
From: @noticew dmcagatey a>.com3
Date: 26.64.7679, 69:62
To: @DMCAw centur>link.com3
BCC: @bcc-usw dmcagatey a>.com3

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58432886011
Notice Date: 2023-OT-40 02:04:38


Dear Sir or Madam:

bhis message is sent on uehalf of .lUmpys Prodyctionsj Inc,,

Lnder penaltU of perzyrUj I assert that PMw Process Management wtd, is aythorixed to act on
uehalf of the ovner of the eOclysiRe copUrights that are alleged to ue infringed herein,

.lUmpys Prodyctionsj Inc, ovns the copUrights to the moRie .lUmpys Has Wallen, bhe
ynaythorixed dovnload and distriuytion of this file uU Uoyr IP address constitytes
copUright infringement,

Please see uelov details for the infringements:

Protocol: BIbb.kkENb
Infringed For(: .lUmpys Has Wallen
Infringing WileName: .lUmpys Has Wallen )20[47 ]2[60pY ]3XY ]BIykaUY ]5,[Y ]'bS,M9Y
Infringing WileSixe: 605[10[[28
Infringer's IP Address: [T3,2T,65,[15
Infringer's Port: 38T04
Initial Infringement bimestamp: 2023-OT-28 22:3T:5[

Andj Uoy're also creating a secyritU ris( on Uoyr compytersj deRices and netvor(s vhen Uoy
dovnload ynaythorixed moRies or allov others to do so from Uoyr Internet connection,

Fe respectfyllU as( that Uoy stop infringing and redistriuyting .lUmpys Prodyctionsj Inc,
copUright protected contentj and ta(e the proper steps to secyre Uoyr Internet so that
others do not infringe and redistriuyte oyr content as vell,

Fe haRe a good faith uelief that yse of the copUrighted material detailed auoRe is not
aythorixed uU the copUright ovnerj its agentj or the lav,  In additionj ve haRe a good
faith syuzectiRe uelief that the yse does not constityte fair yse, bhe information in this
notice is accyrate and ve statej ynder penaltU of perzyrUj that ve are aythorixed to act on
uehalf of the ovner of the copUright that is allegedlU infringed, bhis letter is not a
complete statement of .lUmpys Prodyctionsj Inc,'s rights in connection vith this matterj
and nothing contained herein constitytes an eOpress or implied vaRier of anU rights or
remedies of .lUmpys Prodyctionsj Inc, in connection vith this matterj all of vhich are
eOpresslU reserRed,

Fe appreciate Uoyr assistance and than( Uoy for Uoyr cooperation in this matter,

kespectfyllUj

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59342996088</ID>
        </Case>
        <Complainant>
                <Entity>Olympus Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-29T22:47:51Z</TimeStamp>
                <IP_Address>174.27.65.185</IP_Address>
                <Port>49703</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Olympus Has Fallen</Title>
                        <FileName>Olympus Has Fallen (2013) [2160p] [4K] [BluRay] [5.1]
[YTS.MX]</FileName>
                        <FileSize>6051801129</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">D764F64C3A1E360D8F1E3E1383209995231AD88F</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 591617651923
From: ] notice< dmcagate@awcomy
Date: 12.2>.02064, 2:56
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58434635480
Notice Date: 2023-01-40 OT:51:32


Dear Sir or Madam:

bhis message is sent on uehalf of Blac. Uotps Eproye Bj,jj

Lnder yenaltz of yerwprzx I assert that PMU Process Management Utdj is apthorived to act on
uehalf of the oOner of the eRclpsiWe coyzrights that are alleged to ue infringed hereinj

Blac. Uotps Eproye Bj,j oOns the coyzrights to the moWie Blac. Uotpsj bhe pnapthorived
doOnload and distriuption of this file uz zopr IP address constitptes coyzright
infringementj

Please see ueloO details for the infringements:

Protocol: BIbbkFFENb
Infringed (or.: Blac. Uotps
Infringing )ileName: Blac. Uotps [20247 ]YOTOyX ]BIpFazX ]5jYX ]'bSjM9X
Infringing )ileSive: Y165240404
Infringer's IP Address: 61j245jYT8j23Y
Infringer's Port: 33Y23
Initial Infringement bimestamy: 2023-01-40 05:46:36

Andx zop're also creating a secpritz ris. on zopr comyptersx deWices and netOor.s Ohen zop
doOnload pnapthorived moWies or alloO others to do so from zopr Internet connectionj

(e resyectfpllz as. that zop stoy infringing and redistriupting Blac. Uotps Eproye Bj,j
coyzright yrotected contentx and ta.e the yroyer steys to secpre zopr Internet so that
others do not infringe and redistriupte opr content as Oellj

(e haWe a good faith uelief that pse of the coyzrighted material detailed auoWe is not
apthorived uz the coyzright oOnerx its agentx or the laOj  In additionx Oe haWe a good
faith spuwectiWe uelief that the pse does not constitpte fair psej bhe information in this
notice is accprate and Oe statex pnder yenaltz of yerwprzx that Oe are apthorived to act on
uehalf of the oOner of the coyzright that is allegedlz infringedj bhis letter is not a
comylete statement of Blac. Uotps Eproye Bj,j's rights in connection Oith this matterx and
nothing contained herein constitptes an eRyress or imylied OaWier of anz rights or remedies
of Blac. Uotps Eproye Bj,j in connection Oith this matterx all of Ohich are eRyresslz
reserWedj

(e ayyreciate zopr assistance and than. zop for zopr cooyeration in this matterj

Fesyectfpllzx

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59343645390</ID>
        </Case>
        <Complainant>
                <Entity>Black Lotus Europe B.V.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-30T05:36:46Z</TimeStamp>
                <IP_Address>67.235.189.241</IP_Address>
                <Port>44124</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Black Lotus</Title>
                        <FileName>Black Lotus (2023) [1080p] [BluRay] [5.1] [YTS.MX]</
FileName>
                        <FileSize>1765230303</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">8238F613F122D93AAC31E887A7D978D67438AB56</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584981644672
From: ] notice< dmcagate@awcomy
Date: >0.>3.7>79, 06:47
To: ] DMCA< centurwlink.comy
BCC: ]bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58438064462
Notice Date: 2123-1T-1b b3: 43: 24

Dear Sir or Madam:

uhis message is sent on .ehalf of Silent Night ProdUctions Incpp

ynder jenalt, of jerLUr,z I assert that PMw Process Management wtdp is aUthorixed to act on
.ehalf of the ovner of the eOclUsiRe coj,rights that are alleged to .e infringed hereinp

Silent Night ProdUctions Incp ovns the coj,rights to the moRie Silent Nightp uhe
UnaUthorixed dovnload and distri.Ution of this file ., ,oUr IP address constitUtes
coj,right infringementp

Please see .elov details for the infringements:

Protocol: BIuuWkkENu
Infringed For(: Silent Night
Infringing )ileName: Silent Night [21247 ]b1T1jY ]FEBkijY ]5pbY ]XuSpM'Y
Infringing )ileSixe: 216b82b51b
Infringer9s IP Address: 0bp21Tp232pb53
Infringer9s Port: 6T86
Initial Infringement uimestamj: 2123-1T-1b bb:25:44

Andz ,oU're also creating a secUrit, ris( on ,oUr comjUtersz deRices and netvor(s vhen ,oU
dovnload UnaUthorixed moRies or allov others to do so from ,oUr Internet connectionp

Fe resjectfUll, as( that ,oU stoj infringing and redistri.Uting Silent Night ProdUctions
Incp coj,right jrotected contentz and ta(e the jrojer stejs to secUre ,oUr Internet so that
others do not infringe and redistri.Ute oUr content as vellp

Fe haRe a good faith .elief that Use of the coj,righted material detailed a.oRe is not
aUthorixed ., the coj,right ovnerz its agentz or the lavp  In additionz ve haRe a good
faith sU.LectiRe .elief that the Use does not constitUte fair Usep uhe information in this
notice is accUrate and ve statez Under jenalt, of jerLUr,z that ve are aUthorixed to act on
.ehalf of the ovner of the coj,right that is allegedl, infringedp uhis letter is not a
comjlete statement of Silent Night ProdUctions Incp's rights in connection vith this
matterz and nothing contained herein constitUtes an eOjress or imjlied vaRier of an, rights
or remedies of Silent Night ProdUctions Incp in connection vith this matterz all of vhich
are eOjressl, reserRedp

Fe ajjreciate ,oUr assistance and than( ,oU for ,oUr coojeration in this matterp

kesjectfUll,z

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59349763362</ID>
        </Case>
        <Complainant>
                <Entity>Silent Night Productions Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-01T11:25:33Z</TimeStamp>
                <IP_Address>71.208.242.154</IP_Address>
                <Port>6896</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Silent Night</Title>
                        <FileName>Silent Night (2023) [1080p] [WEBRip] [5.1] [YTS.MX]</
FileName>
                        <FileSize>2061921501</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">B0ED4DDDC8E2133846D1AC02114AF91DFEE708AE</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582189950] 9<
From: @noticew dmcagatey a>.com7
Date: 34.39.] 3] 1, 40:38
To: @DMCAw centur>link.com7
BCC: @bcc-usw dmcagatey a>.com7

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58498115721
Notice Date: 2029-01-03 35:33:05


Dear Sir or Madam:

This message is sent on behalf of BoX uills ,orld .ightsU ppCy

jnder LenaltX of LerzwrXU I assert that PMp Process Management ptdy is awthorixed to act on behalf of the ovner of the eOclwsiRe coLXrights that are alleged to be infringed hereiny

BoX uills ,orld .ightsU ppC ovns the coLXrights to the moRie BoX uills ,orldy The wnawthorixed dovnload and distribwtion of this file bX Xowr IP address constitwtes coLXright infringementy

Please see belov details for the infringements:

Protocol: BITTW..ENT
Infringed ,ork: BoX uills ,orld
Infringing FileName: BoX uills ,orld (2024)ymkR
Infringing FileSixe: 2747046810
Infringer's IP Address: 319y88y43y14
Infringer's Port: 53988
Initial Infringement TimestamL: 2029-01-03 33:40:29

AndU Xow're also creating a secwritX risk on Xowr comLwtersU deRices and netvorks vhen Xow dovnload wnawthorixed moRies or allov others to do so from Xowr Internet connectiony

,e resLectfwllX ask that Xow stoL infringing and redistribwting BoX uills ,orld .ightsU ppC coLXright Lrotected contentU and take the LroLer steLs to secwre Xowr Internet so that others do not infringe and redistribwte owr content as velly

,e haRe a good faith belief that wse of the coLXrighted material detailed aboRe is not awthorixed bX the coLXright ovnerU its agentU or the lavy In additionU ve haRe a good faith swbzectiRe belief that the wse does not constitwte fair wsey The information in this notice is accwrate and ve stateU wnder LenaltX of LerzwrXU that ve are awthorixed to act on behalf of the ovner of the coLXright that is allegedlX infringedy This letter is not a comLlete statement of BoX uills ,orld .ightsU ppC's rights in connection vith this matterU and nothing contained herein constitwtes an eOLress or imLlied vaRier of anX rights or remedies of BoX uills ,orld .ightsU ppC in connection vith this matterU all of vhich are eOLresslX reserRedy

,e aLLreciate Xowr assistance and thank Xow for Xowr cooLeration in this mattery

.esLectfwllXU

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59349885728</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-01T11:30:24Z</TimeStamp>
                <IP_Address>184.99.31.83</IP_Address>
                <Port>51499</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World (2023).mkv</FileName>
                        <FileSize>2737036980</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">13BDA5BC4ECE6B5C704B67474A1AEA0A63CB3F27</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 5845918672] <
From: @noticew dmcagatey a>.com0
Date: 79.7] .9796375,5:
To: @DMCAw centur>link.com0
BCC: @bcc-usw dmcagatey a>.com0


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 584523801Tb
Notice Date: 2120-1b-12 14:56:0b


Dear Sir or Madam:

uhis message is sent on .ehalf of MillenniUm pUndingy Incjj

,nder Lenaltz of LerwUrzy I assert that PMx Process Management xtdj is aUthorived to act on
.ehalf of the oOner of the eRclUsiWe coLzrights that are alleged to .e infringed hereinj

MillenniUm pUndingy Incj oOns the coLzrights to the moWie Mechanic: kesUrrectionj uhe
UnaUthorived doOnload and distri.Ution of this file .z zoUr IP address constitUtes
coLzright infringementj

Please see .eloO details for the infringements:

Protocol: BIuuFkkENu
Infringed (or): Mechanic: kesUrrection
Infringing pileName: Mechanic kesUrrection [21367 ]31b1LY ]XuSjAGY
Infringing pileSive: 362b565030
Infringer's IP Address: 6TjTj56j3Tb
Infringer's Port: 53b63
Initial Infringement uimestamL: 2120-1b-12 11:31:36

Andy zoU9re also creating a secUritz ris) on zoUr comLUtersy deWices and netOor)s Ohen zoU
doOnload UnaUthorived moWies or alloO others to do so from zoUr Internet connectionj

(e resLectfUllz as) that zoU stoL infringing and redistri.Uting MillenniUm pUndingy Incj
coLzright Lrotected contenty and ta)e the LroLer steLs to secUre zoUr Internet so that
others do not infringe and redistri.Ute oUr content as Oellj

(e haWe a good faith .elief that Use of the coLzrighted material detailed a.oWe is not
aUthorived .z the coLzright oOnery its agenty or the laOj  In additiony Oe haWe a good
faith sU.wectiWe .elief that the Use does not constitUte fair Usej uhe information in this
notice is accUrate and Oe statey Under Lenaltz of LerwUrzy that Oe are aUthorived to act on
.ehalf of the oOner of the coLzright that is allegedlz infringedj uhis letter is not a
comLlete statement of MillenniUm pUndingy Incj9s rights in connection Oith this mattery and
nothing contained herein constitUtes an eRLress or imLlied OaWier of anz rights or remedies
of MillenniUm pUndingy Incj in connection Oith this mattery all of Ohich are eRLresslz
reserWedj

(e aLLreciate zoUr assistance and than) zoU for zoUr cooLeration in this matterj

kesLectfUllzy

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59352194078</ID>
        </Case>
        <Complainant>
                <Entity>Millennium Funding, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-02T00:10:16Z</TimeStamp>
                <IP_Address>67.7.56.178</IP_Address>
                <Port>51861</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Mechanic: Resurrection</Title>
                        <FileName>Mechanic Resurrection (2016) [1080p] [YTS.AG]</FileName>
                        <FileSize>1628565414</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">F767308A8F049CC4FDA72FF94B351D2E70DAF730</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584544993401
From: ] notice< dmcagate@awcomy
Date: >0.>3.0>092, , :99
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58050044702
Notice Date: 2324-37-32 38:46:56


Dear Sir or Madam:

This message is sent on behalf of Bou Fills ,orld .ightsU ppCy

jnder Lenaltu of LerzwruU I assert that PMp Process Management ptdy is awthorixed to act on behalf of the ovner of the eRclwsiOe coLurights that are alleged to be infringed hereiny

Bou Fills ,orld .ightsU ppC ovns the coLurights to the moOie Bou Fills ,orldy The wnawthorixed dovnload and distribwtion of this file bu uowr IP address constitwtes coLuright infringementy

Please see belov details for the infringements:

Protocol: BITTW..ENT
Infringed ,ork: Bou Fills ,orld
Infringing 1ileName: Bou Fills ,orld 2320 9373L Blw-.au HE'C R265 93Bit DDP5y9 Swbs FINGDWM'.G
Infringing 1ileSixe: 5635827000
Infringer's IP Address: '9y9y245y98
Infringer's Port: 25672
Initial Infringement TimestamL: 2324-37-32 30:29:37

AndU uow're also creating a secwritu risk on uowr comLwtersU deOices and netvorks vhen uow dovnload wnawthorixed moOies or allov others to do so from uowr Internet connectiony

,e resLectfwllu ask that uow stoL infringing and redistribwting Bou Fills ,orld .ightsU ppC coLuright Lrotected contentU and take the LroLer steLs to secwre uowr Internet so that others do not infringe and redistribwte owr content as velly

,e haOe a good faith belief that wse of the coLurighted material detailed aboOe is not awthorixed bu the coLuright ovnerU its agentU or the lavy In additionU ve haOe a good faith swbzectiOe belief that the wse does not constitwte fair wsey The information in this notice is accwrate and ve stateU wnder Lenaltu of LerzwruU that ve are awthorixed to act on behalf of the ovner of the coLuright that is allegedlu infringedy This letter is not a comLlete statement of Bou Fills ,orld .ightsU ppC's rights in connection vith this matterU and nothing contained herein constitwtes an eRLress or imLlied vaOier of anu rights or remedies of Bou Fills ,orld .ightsU ppC in connection vith this matterU all of vhich are eRLresslu reserOedy

,e aLLreciate uowr assistance and thank uow for uowr cooLeration in this mattery

Respectfully,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59353344832</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-02T03:21:08Z</TimeStamp>
                <IP_Address>71.1.245.19</IP_Address>
                <Port>25682</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World 2023 1080p Blu-Ray HEVC x265 10Bit DDP5.1
Subs KINGDOM_RG</FileName>
                        <FileSize>5605928333</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">394EF4F955081B9CFBAE893B33D8F17993ED3ED1</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582559432860
From: ] notice< dmcagate@awcomy
Date: 3>.36.>3>, : >91, ,
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58455360481
Notice Date: 202T-01-02 38:T5:53


Dear Sir or Madam:

bhis message is sent on uehalf of Bo. Uills porld yightsj ,,CL

znder wenalt. of werxvr.j I assert that PM, Process Management ,tdL is avthoriOed to act on
uehalf of the oRner of the eWclvsike cow.rights that are alleged to ue infringed hereinL

Bo. Uills porld yightsj ,,C oRns the cow.rights to the mokie Bo. Uills porldL bhe
vnavthoriOed doRnload and distriuvtion of this file u. .ovr IP address constitvtes
cow.right infringementL

Please see ueloR details for the infringements:

Protocol: BlbbFyyENb
Infringed por(: Bo. Uills porld
Infringing )ileName: Bo. Uills porld [20247 ]301OwY ]BIvya.Y ]5L3Y ]XbSLM'Y
Infringing )ileSiOe: 2386423182
Infringer9s IP Address: 3'TL31L63L314
Infringer9s Port: 632'6
Initial Infringement bimestamw: 202T-01-02 36:4':50

Andj .ov're also creating a secvrit. ris( on .ovr comwvtersj dekices and netRor(s Rhen .ov
doRnload vnavthoriOed mokies or alloR others to do so from .ovr Internet connectionL

pe reswectfvll. as( that .ov stow infringing and redistriuvting Bo. Uills porld yightsj ,,C
cow.right wrotected contentj and ta(e the wrower stews to secvre .ovr Internet so that
others do not infringe and redistriuvte ovr content as RellL

pe hake a good faith uelief that vse of the cow.righted material detailed auoke is not
avthoriOed u. the cow.right oRnerj its agentj or the laRL  In additionj Re hake a good
faith svvxectike uelief that the vse does not constitvte fair vseL bhe information in this
notice is accvrate and Re statej vnder wenalt. of werxvr.j that Re are avthoriOed to act on
uehalf of the oRner of the cow.right that is allegedl. infringedL bhis letter is not a
comwlete statement of Bo. Uills porld yightsj ,,C's rights in connection Rith this matterj
and nothing contained herein constitvtes an eWwress or imwlied Rakier of an. rights or
remedies of Bo. Uills porld yightsj ,,C in connection Rith this matterj all of Rhich are
eWwressl. reserkedL

pe awwreciate .ovr assistance and than( .ov for .ovr cooweration in this matterL

yeswectfvll.j

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59355160398</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-02T16:37:50Z</TimeStamp>
                <IP_Address>174.18.61.183</IP_Address>
                <Port>61276</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World (2023) [1080p] [BluRay] [5.1] [YTS.MX]</FileName>
                        <FileSize>2196321892</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">D59078FE26E35BF40D4FDE7191B599E56D78ADCF</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584948916572
From: ] notice< dmcagate@awcomy
Date: >0.>7.3>30, >0:47
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58464863051
Notice Date: 2T2b-T1-Tb T2:48:48


Dear Sir or Madam:

uhis message is sent on .ehalf of MillenniUm pUndingy Incj j

,nder Lenaltz of LerwUrzy I assert that PMx Process Management xtdj is aUthorived to act on
.ehalf of the oOner of the eRclUsiWe coLzrights that are alleged to .e infringed hereinj

MillenniUm pUndingy Incj  oOns the coLzrights to the moWie Angel Has pallenj uhe
UnaUthorived doOnload and distri.Ution of this file .z zoUr IP address constitUtes
coLzright infringementj

Please see .eloO details for the infringements:

Protocol: BIuukFFENu
Infringed (or): Angel Has pallen
Infringing pileName: Angel Has pallen [2T087 ](EBFiLY ]0T1TLY ]XuSjxuY
Infringing pileSive: 2Tb3468252
Infringer's IP Address: 03bj03j20j60
Infringer's Port: b415b
Initial Infringement uimestamL: 2T2b-T1-T4 24:02:bb

Andy zoU9re also creating a secUritz ris) on zoUr comLUtersy deWices and netOor)s Ohen zoU
doOnload UnaUthorived moWies or alloO others to do so from zoUr Internet connectionj

(e resLectfULlz as) that zoU stoL infringing and redistri.Uting MillenniUm pUndingy Incj
coLzright Lrotected contenty and ta)e the LroLer steLs to secUre zoUr Internet so that
others do not infringe and redistri.Ute oUr content as Oellj

(e haWe a good faith .elief that Use of the coLzrighted material detailed a.oWe is not
aUthorived .z the coLzright oOnery its agenty or the laOj  In additiony Oe haWe a good
faith sU.wectiWe .elief that the Use does not constitUte fair Usej uhe information in this
notice is accUrate and Oe statey Under Lenaltz of LerwUrzy that Oe are aUthorived to act on
.ehalf of the oOner of the coLzright that is allegedIz infringedj uhis letter is not a
comLlete statement of MillenniUm pUndingy Incj 9s rights in connection Oith this mattery
and nothing contained herein constitUtes an eRLress or imLlied OaWier of anz rights or
remedies of MillenniUm pUndingy Incj  in connection Oith this mattery all of Ohich are
eRLresslz reserWedj

(e aLLreciate zoUr assistance and than) zoU for zoUr cooLeration in this matterj

FesLectfULlzy

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59363967158</ID>
        </Case>
        <Complainant>
                <Entity>Millennium Funding, Inc. </Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-03T23:12:44Z</TimeStamp>
                <IP_Address>174.17.21.61</IP_Address>
                <Port>43854</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Angel Has Fallen</Title>
                        <FileName>Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT]</
FileName>
                        <FileSize>2047369252</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">1B07CBAC8CDB508B08F483641B6D784A7756F8F4</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 58495167972]

Subject: Notice of Claimed Infringement [Case No. 58495167972]
From: <notice@dmcagateway.com>
Date: 01.03.2021, 70:07
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58465301612
Notice Date: 2T23-Tb-T3 Tb:T1:24


Dear Sir or Madam:

uhis message is sent on .ehalf of EU4 Prodpctionsy Incjj

,nder Lenaltz of Lerwprzy I assert that PMx Process Management xtdj is apthorived to act on
.ehalf of the oOner of the eRclpsiWe coLzrights that are alleged to .e infringed hereinj

EU4 Prodpctionsy Incj oOns the coLzrights to the moWie uhe ERLenda.les 4j uhe pnapthorived
doOnload and distri.ption of this file .z zopr IP address constitptes coLzright
infringementj

Please see .eloO details for the infringements:

Protocol: BIuukFFENu
Infringed (or): uhe ERLenda.les 4
Infringing [ileName: uhe ERLenda.les 4 72T13] Y1TbTLX
Infringing [ileSive: 2T8132b434
Infringer's IP Address: 64j154j151j1T8
Infringer's Port: 551T5
Initial Infringement uimestamL: 2T23-Tb-T3 T3:41:38

Andy zop9re also creating a secpritz ris) on zopr comLptersy deWices and netOor)s Ohen zop
doOnload pnapthorived moWies or allo0 others to do so from zopr Internet connectionj

(e resLectfpllz as) that zop stoL infringing and redistri.pting EU4 Prodpctionsy Incj
coLzright Lrotected contenty and ta)e the LroLer steLs to secpre zopr Internet so that
others do not infringe and redistri.pte opr content as Oellj

(e haWe a good faith .elief that pse of the coLzrighted material detailed a.oWe is not
apthorived .z the coLzright oOnery its agenty or the laOj  In additiony Oe haWe a good
faith sp.wectiWe .elief that the pse does not constitpte fair psej uhe information in this
notice is accprate and Oe statey pnder Lenaltz of Lerwprzy that Oe are apthorived to act on
.ehalf of the oOner of the coLzright that is allegedlz infringedj uhis letter is not a
comLlete statement of EU4 Prodpctionsy Incj9s rights in connection Oith this mattery and
nothing contained herein constitptes an eRLress or imLlied OaWier of anz rights or remedies
of EU4 Prodpctionsy Incj in connection Oith this mattery all of Ohich are eRLresslz
reserWedj

(e aLLreciate zopr assistance and than) zop for zopr cooLeration in this matterj

FesLectfpllzy

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59365471612</ID>
        </Case>
        <Complainant>
                <Entity>EX3 Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-04T04:31:49Z</TimeStamp>
                <IP_Address>63.153.151.109</IP_Address>
                <Port>55105</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Expendables 3</Title>
                        <FileName>The Expendables 3 (2014) [1080p]</FileName>
                        <FileSize>2091428343</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">38970F3FAA789F4942D33E94C29CEC49D500A255</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



L1K4YUMDDTz+v3mGtaUmJs4kSNcxWc8Yd+Bb+U4qMVDrTdD17sKRUpxEPHU7Oe6B

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 5849167621] <
From: @noticew dmcagatey a>.com0
Date: ] 5.] 7.3] 32, ] 9:52
To: @DMCAw centur>link.com0
BCC: @bcc-usw dmcagatey a>.com0

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58430616TOb
Notice Date: 2b2T-b1-b5 b5:56:08


Dear Sir or Madam:

uhis message is sent on .ehalf of BoU pills yorld jights, LLCz

wnder xenaltU of xervOrU, I assert that PML Process Management Ltdz is aOthoriRed to act on
.ehalf of the oWner of the ekclOsiFe coxUrights that are alleged to .e infringed hereinz

BoU pills yorld jights, LLC oWns the coxUrights to the moFie BoU pills yorldz uhe
OnaOthoriRed doWnload and distri.Otion of this file .U UoOr IP address constitOtes
coxUright infringementz

Please see .eloW details for the infringements:

Protocol: BIuu(jjENu
Infringed yor): BoU pills yorld
Infringing [ileName: BoU pills yorld 72b24] YOb1bxX YyEBjixX Yk265X YOb.itX Y5zOX Y'uSzM9X
Infringing [ileSiRe: 08150T450T
Infringer's IP Address: O3Tz26z2b2z6
Infringer's Port: T4813
Initial Infringement uimestamx: 2b2T-b1-b5 b2:43:T4

And, UoO're also creating a secOritU ris) on UoOr comxOters, deFices and netWor)s When UoO
doWnload OnaOthoriRed moFies or alloW others to do so from UoOr Internet connectionz

ye resxectfOIIU as) that UoO stox infringing and redistri.Oting BoU pills yorld jights, LLC
coxUright xrotected content, and ta)e the xroxer stexs to secOre UoOr Internet so that
others do not infringe and redistri.Ote oOr content as Wellz

ye haFe a good faith .elief that Ose of the coxUrighted material detailed a.oFe is not
aOthoriRed .U the coxUright oWner, its agent, or the laWz  In addition, We haFe a good
faith sO.vectiFe .elief that the Ose does not constitOte fair Osez uhe information in this
notice is accOrate and We state, Onder xenaltU of xervOrU, that We are aOthoriRed to act on
.ehalf of the oWner of the coxUright that is allegedIU infringedz uhis letter is not a
comxlete statement of BoU pills yorld jights, LLC's rights in connection With this matter,
and nothing contained herein constitOtes an ekxress or imxlied WaFier of anU rights or
remedies of BoU pills yorld jights, LLC in connection With this matter, all of Which are
ekxressIU reserFedz

ye axxreciate UoOr assistance and than) UoO for UoOr cooxeration in this matterz

jesxectfOIIU,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59371686410</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-05T02:37:43Z</TimeStamp>
                <IP_Address>174.26.202.6</IP_Address>
                <Port>43987</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World (2023) [1080p] [WEBRip] [x265] [10bit]
[5.1] [YTS.MX]</FileName>
                        <FileSize>1985143514</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">8ACA9F2AADA735E05AFEF82D51C99FB84E56896A</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Notice of Claimed Infringement Release S2024543430530

Subject: Notice of Claimed Infringement [Case No. 582159015] <@
From: wnoticey dmcagate> a7.com3
Date: ] 5.] <.0] 0940, :0]
To: wDMCAy centur7link.com3
BCC: wbcc-usy dmcagate> a7.com3

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 5843502351T
Notice Date: 2120-1T-15 b8:2b:00


Dear Sir or Madam:

uhis message is sent on .ehalf of Silent Night ProdUctions Incpp

ynder jenalt, of jerLUr,z I assert that PMw Process Management wtdp is aUthorixed to act on .ehalf of the ovner of the eOclUsiRe coj,rights that are alleged to .e infringed hereinp

Silent Night ProdUctions Incp ovns the coj,rights to the moRie Silent Nightp uhe UnaUthorixed dovnload and distri.Ution of this file ., ,oUr IP address constitUtes coj,right infringementp

Please see .elov details for the infringements:

Protocol: BIuuWkkENu
Infringed For(: Silent Night
Infringing )ileName: Silent Night [21247 ]b1T1jY ]FEBkijY ]5pbY ]XuSpM'Y
Infringing )ileSixe: 216b82b51b
Infringer9s IP Address: bTOp88pb51p225
Infringer9s Port: O6536
Initial Infringement uimestamj: 2120-1T-15 b6:b8:14

Andz ,oU're also creating a secUrit, ris( on ,oUr comjUtersz deRices and netvor(s vhen ,oU dovnload UnaUthorixed moRies or allov others to do so from ,oUr Internet connectionp

Fe resjectfUll, as( that ,oU stoj infringing and redistri.Uting Silent Night ProdUctions Incp coj,right jrotected contentz and ta(e the jrojer stejs to secUre ,oUr Internet so that others do not infringe and redistri.Ute oUr content as vellp

Fe haRe a good faith .elief that Use of the coj,righted material detailed a.oRe is not aUthorixed ., the coj,right ovnerz its agentz or the lavp In additionz ve haRe a good faith sU.LectiRe .elief that the Use does not constitUte fair Usep uhe information in this notice is accUrate and ve statez Under jenalt, of jerLUr,z that ve are aUthorixed to act on .ehalf of the ovner of the coj,right that is allegedl, infringedp uhis letter is not a comjlete statement of Silent Night ProdUctions Incp's rights in connection vith this matterz and nothing contained herein constitUtes an eOjress or imjlied vaRier of an, rights or remedies of Silent Night ProdUctions Incp in connection vith this matterz all of vhich are eOjressl, reserRedp

Fe ajjreciate ,oUr assistance and than( ,oU for ,oUr coojeration in this matterp

kesjectfUll,z

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59375427508</ID>
        </Case>
        <Complainant>
                <Entity>Silent Night Productions Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-05T16:19:03Z</TimeStamp>
                <IP_Address>184.99.150.225</IP_Address>
                <Port>46576</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Silent Night</Title>
                        <FileName>Silent Night (2023) [1080p] [WEBRip] [5.1] [YTS.MX]</
FileName>
                        <FileSize>2061921501</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">B0ED4DDDC8E2133846D1AC02114AF91DFEE708AE</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58491867652]
From: <notice@dmcagateway.com>
Date: 21.27.0203, 24:07
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58476803051
Notice Date: 212T-13-16 10:41:14


Dear Sir or Madam:

bhis message is sent on uehalf of Bo. Uills porld yightsj ,,CL

znder wenalt. of werxvr.j I assert that PM, Process Management ,tdL is avthoriOed to act on
uehalf of the oRner of the eWclvsike cow.rights that are alleged to ue infringed hereinL

Bo. Uills porld yightsj ,,C oRns the cow.rights to the mokie Bo. Uills porldL bhe
vnavthoriOed doRnload and distriuvtion of this file u. .ovr IP address constitvtes
cow.right infringementL

Please see ueloR details for the infringements:

Protocol: BIbbFyyENb
Infringed porZ: Bo. Uills porld
Infringing [ileName: Bo.LUiIIsLporldL2124LO131wLpEByiwLOT11MBLDD5LOLW26T-GalaW.yG]bGW'
Infringing [ileSiOe: 0517078261
Infringer9s IP Address: 65LO12LO77L86
Infringer9s Port: 6330
Initial Infringement bimestamw: 212T-13-15 22:1T:48

Andj .ov're also creating a secvrit. risZ on .ovr comwvtersj dekices and netRorZs Rhen .ov
doRnload vnavthoriOed mokies or alloR others to do so from .ovr Internet connectionL

pe reswectfvll. asZ that .ov stow infringing and redistriuvting Bo. Uills porld yightsj ,,C
cow.right wrotected contentj and taZe the wrower stews to secvre .ovr Internet so that
others do not infringe and redistriuvte ovr content as ReIIL

pe hake a good faith uelief that vse of the cow.righted material detailed auoke is not
avthoriOed u. the cow.right oRnerj its agentj or the laRL In additionj Re hake a good
faith svuxectike uelief that the vse does not constitvte fair vseL bhe information in this
notice is accvrate and Re statej vnder wenalt. of werxvr.j that Re are avthoriOed to act on
uehalf of the oRner of the cow.right that is allegedl. infringedL bhis letter is not a
comwlete statement of Bo. Uills porld yightsj ,,C's rights in connection Rith this matterj
and nothing contained herein constitvtes an eWwress or imwlied Rakier of an. rights or
remedies of Bo. Uills porld yightsj ,,C in connection Rith this matterj all of Rhich are
eWwressl. reserkedL

pe awwreciate .ovr assistance and thanZ .ov for .ovr co-oweration in this matterL

yeswectfvll.j

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59376918150</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-05T22:04:39Z</TimeStamp>
                <IP_Address>65.102.177.96</IP_Address>
                <Port>6881</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-
GalaxyRG[TGx]</FileName>
                        <FileSize>1507179260</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">CD425A53A66A6DB238E16EED54641563D2EBD452</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582895278006
From: ] notice< dmcagate@awcomy
Date: 90.90.>9>3495,>:
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58084506877
Notice Date: 2423-47-47 40:27:08

Dear Sir or Madam:

This message is sent on behalf of Definition DelauareF ,,C.

Under penalty of perjLryF I assert that PM, Process Management ,td. is aLthorized to act on behalf of the ouner of the ewcILsixe copyrights that are alleged to be infringed herein.

Definition DelauareF ,,C ouns the copyrights to the moxie The Professor and the Madman. The LnaLthorized dounload and distribLtion of this file by yoLr IP address constitLtes copyright infringement.

Please see belou details for the infringements:

Protocol: BITTvRRENT
Infringed OorW: The Professor and the Madman
Infringing kileName: The.Professor.and.the.Madman.2418.1474p.BILRay.A91.vPUS.5.1-DEC'.mWx
Infringing kileSize: 383'5'45'O
Infringer's IP Address: '1.2.72.123
Infringer's Port: 07312
Initial Infringement Timestamp: 2423-47-47 44:48:36

AndF yoL're also creating a secLrity risW on yoLr compLtersF dexices and netuorWs uhen yoL dounload LnaLthorized moxies or allou others to do so from yoLr Internet connection.

Oe respectfLlly asW that yoL stop infringing and redistribLting Definition DelauareF ,,C copyright protected contentF and taWe the proper steps to secLre yoLr Internet so that others do not infringe and redistribLte oLr content as uell.

Oe haxe a good faith belief that Lse of the copyrighted material detailed aboxe is not aLthorized by the copyright ounerF its agentF or the lau.  In additionF ue haxe a good faith sLbjectixe belief that the Lse does not constitLte fair Lse. The information in this notice is accLrate and ue stateF Lnder penalty of perjLryF that ue are aLthorized to act on behalf of the ouner of the copyright that is allegedly infringed. This letter is not a complete statement of Definition DelauareF ,,C's rights in connection uith this matterF and nothing contained herein constitLtes an ewpress or implied uaxier of any rights or remedies of Definition DelauareF ,,C in connection uith this matterF all of uhich are ewpressly reserxed.

Oe appreciate yoLr assistance and thanW yoL for yoLr cooperation in this matter.

RespectfLllyF

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59390536988</ID>
        </Case>
        <Complainant>
                <Entity>Definition Delaware, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-08T00:09:46Z</TimeStamp>
                <IP_Address>71.2.82.124</IP_Address>
                <Port>38412</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Professor and the Madman</Title>

<FileName>The.Professor.and.the.Madman.2019.1080p.BluRay.AV1.OPUS.5.1-DECK.mkv</FileName>
                        <FileSize>4947570573</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">697ACED4F09DFE543A8799BF42D03240BD70A599</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Notice of Claimed Infringement Case No. 5845998167

Subject: Notice of Claimed Infringement [Case No. 584858898167
From: 2notice]  dmcagate< a@comw
Date: 68.6y.969>0663 :
To: 2DMCA]  centur@ink.comw
BCC: 2bcc-us]  dmcagate< a@comw

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58485882863
Notice Date: 2320-31-31 22:Tb:56

Dear Sir or Madam:

uhis message is sent on .ehalf of Colleah ProdUctions pimitedy

jnder ,enaltL of ,erzUrLw I assert that PMp Process Management ptdy is aUthorixed to act on
.ehalf of the ovner of the eOclUsiRe co,Lrights that are alleged to .e infringed hereiny

Colleah ProdUctions pimited ovns the co,Lrights to the moRie Wandahary uhe UnaUthorixed
dovnload and distri.Ution of this file .L LoUr IP address constitUtes co,Lright
infringementy

Please see .elov details for the infringements:

Protocol: BluukFFENu
Infringed (or): Wandahar
Infringing [ileName: Wandahar 72324] Y2T63,X YOWX Y(EBX Y5yTX Y'uSyM9X
Infringing [ileSixe: 5b4b324310
Infringer's IP Address: 6by5yTTTyT41
Infringer's Port: 6333b
Initial Infringement uimestam,: 2320-31-31 T1:53:21

Andw LoU're also creating a secUritL ris) on LoUr com,Utersw deRices and netvor)s vhen LoU
dovnload UnaUthorixed moRies or allov others to do so from LoUr Internet connectiony

(e res,ectfUllL as) that LoU sto, infringing and redistri.Uting Colleah ProdUctions pimited
co,Lright ,rotected contentw and ta)e the ,ro,er ste,s to secUre LoUr Internet so that
others do not infringe and redistri.Ute oUr content as velly

(e haRe a good faith .elief that Use of the co,Lrighted material detailed a.oRe is not
aUthorixed .L the co,Lright ovnerw its agentw or the lavy  In additionw ve haRe a good
faith sU.zectiRe .elief that the Use does not constitUte fair Usey uhe information in this
notice is accUrate and ve statew Under ,enaltL of ,erzUrLw that ve are aUthorixed to act on
.ehalf of the ovner of the co,Lright that is allegedlL infringedy uhis letter is not a
com,lete statement of Colleah ProdUctions pimited's rights in connection vith this matterw
and nothing contained herein constitUtes an eO,ress or im,lied vaRier of anL rights or
remedies of Colleah ProdUctions pimited in connection vith this matterw all of vhich are
eO,resslL reserRedy

(e a,,reciate LoUr assistance and than) LoU for LoUr coo,eration in this mattery

Fes,ectfUllLw

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59395992960</ID>
        </Case>
        <Complainant>
                <Entity>Colleah Productions Limited</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-08T18:50:28Z</TimeStamp>
                <IP_Address>67.5.111.138</IP_Address>
                <Port>60007</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Kandahar</Title>
                        <FileName>Kandahar (2023) [2160p] [4K] [WEB] [5.1] [YTS.MX]</
FileName>
                        <FileSize>5737023084</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">B55D112A53273092B5827C64858C868373428ADA</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582895798770
From: 6notice] dmcagate< a@comw
Date: y8.y>.3y34, y5:4>
To: 6DMCA] centur@ink.comw
BCC: 6bcc-us] dmcagate< a@comw

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58483563866
Notice Date: 2021-OT-08 04:50:16


Dear Sir or Madam:

bhis message is sent on uehalf of Definition Dela.areU ppCy

jnder ,enaltL of ,erzwrLU I assert that PMp Process Management ptdy is awthorixed to act on
uehalf of the o.ner of the evcLwsiOe co,Lrights that are alleged to ue infringed hereiny

Definition Dela.areU ppC o.ns the co,Lrights to the moOie bhe Professor and the Madmany bhe
wnawthorixed do.nload and distriuwtion of this file uL Lowr IP address constitwtes
co,Lright infringementy

Please see uelo. details for the infringements:

Protocol: BIbbRWWENb
Infringed korF: bhe Professor and the Madman
Infringing (ileName: bhe Professor And bhe Madman )20[87 ]BIwWaLY ][OTO,Y ]XbSypbY
Infringing (ileSixe: 2[114[3830
Infringer's IP Address: 3[y2yT5y[5[
Infringer's Port: 4T1[2
Initial Infringement bimestam,: 2021-OT-08 00:22:52

AndU Low9re also creating a secwritL risF on Lowr com,wtersU deOices and net.orFs .hen Low
do.nload wnawthorixed moOies or allo. others to do so from Lowr Internet connectiony

ke res,ectfwlIL asF that Low sto, infringing and redistriuwting Definition Dela.areU ppC
co,Lright ,rotected contentU and taFe the ,ro,er ste,s to secwre Lowr Internet so that
others do not infringe and redistriuwte owr content as .elly

ke haOe a good faith uelief that wse of the co,Lrighted material detailed auoOe is not
awthorixed uL the co,Lright o.nerU its agentU or the la.y In additionU .e haOe a good
faith swuzectiOe uelief that the wse does not constitwte fair wsey bhe information in this
notice is accwrate and .e stateU wnder ,enaltL of ,erzwrLU that .e are awthorixed to act on
uehalf of the o.ner of the co,Lright that is allegedIL infringedy bhis letter is not a
com,lete statement of Definition Dela.areU ppC9s rights in connection .ith this matterU and
nothing contained herein constitwtes an ev,ress or im,lied .aOier of anL rights or remedies
of Definition Dela.areU ppC in connection .ith this matterU all of .hich are ev,ressIL
reserOedy

ke a,,reciate Lowr assistance and thanF Low for Lowr coo,eration in this mattery

Wes,ectfwlILU

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59397567966</ID>
        </Case>
        <Complainant>
                <Entity>Definition Delaware, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-09T00:22:52Z</TimeStamp>
                <IP_Address>71.2.85.151</IP_Address>
                <Port>38412</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Professor and the Madman</Title>
                        <FileName>The Professor And The Madman (2019) [BluRay] [1080p]
[YTS.LT]</FileName>
                        <FileSize>2144317970</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">B75E65F249970A9127BE21F376E1D0DBA97D5AC9</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582897055506
From: ] notice< dmcagate@awcomy
Date: >8.>3.0>04, >7:>7
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58483625552
Notice Date: 2021-OT-08 01:OT:2b


Dear Sir or Madam:

uhis message is sent on .ehalf of BoU pills yorld jights, LLCz

wnder xenaltU of xervOrU, I assert that PML Process Management Ltdz is aOthoriRed to act on
.ehalf of the oWner of the ekclOsiFe coxUrights that are alleged to .e infringed hereinz

BoU pills yorld jights, LLC oWns the coxUrights to the moFie BoU pills yorldz uhe
OnaOthoriRed doWnload and distri.Otion of this file .U UoOr IP address constitOtes
coxUright infringementz

Please see .eloW details for the infringements:

Protocol: BIuu(jjENu
Infringed yor): BoU pills yorld
Infringing [ileName: BoU pills yorld 72024] Y320xX YBIOjaUX Y'uSzM9X
Infringing [ileSiRe: b0685566b3
Infringer's IP Address: 64z223zb8zbT3
Infringer's Port: 44365
Initial Infringement uimestamx: 2021-OT-08 00:10:52

And, UoO're also creating a secOritU ris) on UoOr comxOters, deFices and netWor)s When UoO
doWnload OnaOthoriRed moFies or alloW others to do so from UoOr Internet connectionz

ye resxectfOllU as) that UoO stox infringing and redistri.Oting BoU pills yorld jights, LLC
coxUright xrotected content, and ta)e the xroxer stexs to secOre UoOr Internet so that
others do not infringe and redistri.Ote oOr content as Wellz

ye haFe a good faith .elief that Ose of the coxUrighted material detailed a.oFe is not
aOthoriRed .U the coxUright oWner, its agent, or the laWz  In addition, We haFe a good
faith sO.vectiFe .elief that the Ose does not constitOte fair Osez uhe information in this
notice is accOrate and We state, Onder xenaltU of xervOrU, that We are aOthoriRed to act on
.ehalf of the oWner of the coxUright that is allegedlU infringedz uhis letter is not a
comxlete statement of BoU pills yorld jights, LLC's rights in connection With this matter,
and nothing contained herein constitOtes an ekxress or imxlied WaFier of anU rights or
remedies of BoU pills yorld jights, LLC in connection With this matter, all of Which are
ekxresslU reserFedz

ye axxreciate UoOr assistance and than) UoO for UoOr cooxeration in this matterz

jesxectfOllU,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59397625552</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-09T00:40:52Z</TimeStamp>
                <IP_Address>63.227.19.187</IP_Address>
                <Port>33765</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World (2023) [720p] [BluRay] [YTS.MX]</
FileName>
                        <FileSize>1069556617</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">E430A266A6D22A5921EC54BE8431559F715F9753</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 5828190291] <
From: @noticew dmcagatey a>.com7
Date: ] 8.] 1.3] 34, ] 1:] 2
To: @DMCAw centur>link.com7
BCC: @bcc-usw dmcagatey a>.com7


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58487034071
Notice Date: 212T-17-18 16:15:06


Dear Sir or Madam:

bhis message is sent on uehalf of Breathe Prod.ctions IncU

pnder yenaltj of yer,.rjL I assert that PMz Process Management ztdU is a.thoriwed to act on uehalf of the oxner of the evcl.siOe coyjrights that are alleged to ue infringed hereinU

Breathe Prod.ctions Inc oxns the coyjrights to the moOie BreatheU bhe .na.thoriwed doxnload and distriu.tion of this file uj jo.r IP address constit.tes coyjright infringementU

Please see uelox details for the infringements:

Protocol: BIbbRWWENb
Infringed korF: Breathe
Infringing ZileName: BreatheU212TU0171yUAM[NUkEBWiyUDDP5UOUv265U01uit-GalavjWG265]bGv'
Infringing ZileSiwe: 05118868T7
Infringer9s IP Address: 63U245U0T3U4T
Infringer9s Port: 44140
Initial Infringement bimestamy: 212T-17-18 12:T1:T1

AndL jo.'re also creating a sec.ritj risF on jo.r comy.tersL deOices and netxorFs xhen jo. doxnload .na.thoriwed moOies or allox others to do so from jo.r Internet connectionU

ke resyectf.llj asF that jo. stoy infringing and redistriu.ting Breathe Prod.ctions Inc coyjright yrotected contentL and taFe the yroyer steys to sec.re jo.r Internet so that others do not infringe and redistriu.te o.r content as xellU

ke haOe a good faith uelief that .se of the coyjrighted material detailed auoOe is not a.thoriwed uj the coyjright oxnerL its agentL or the laxU  In additionL xe haOe a good faith s.u.ectiOe uelief that the .se does not constit.te fair .seU bhe information in this notice is acc.rate and xe stateL .nder yenaltj of yer,.rjL that xe are a.thoriwed to act on uehalf of the oxner of the coyjright that is allegedlj infringedU bhis letter is not a comylete statement of Breathe Prod.ctions Inc's rights in connection xith this matterL and nothing contained herein constit.tes an evyress or imylied xaOier of anj rights or remedies of Breathe Prod.ctions Inc in connection xith this matterL all of xhich are evyresslj reserOedU

ke ayyreciate jo.r assistance and thanF jo. for jo.r cooyeration in this matterU

Wesyectf.lljL

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59398173180</ID>
        </Case>
        <Complainant>
                <Entity>Breathe Productions Inc</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-09T02:40:40Z</TimeStamp>
                <IP_Address>67.235.147.34</IP_Address>
                <Port>33031</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Breathe</Title>
                        <FileName>Breathe.2024.1080p.AMZN.WEBRip.DDP5.1.x265.10bit-
GalaxyRG265[TGx]</FileName>
                        <FileSize>1500996948</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">E9B04ACFE91DCBEA5B32DA8ED2E59CCCEA33AFCD</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582899483690
From: ] notice< dmcagate@awcomy
Date: 68.69.363>, : 6126
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58483368203
Notice Date: 2021-03-08 03:4T:50


Dear Sir or Madam:

bhis message is sent on uehalf of S.mUath. pbDy jjC,

Lnder Uenalt. of Uerzwr.y I assert that PMj Process Management jtd, is awthorixed to act on
uehalf of the ovner of the eOclwsiRe coU.rights that are alleged to ue infringed herein,

S.mUath. pbDy jjC ovns the coU.rights to the moRie S.mUath. for the DeRil, bhe wnawthorixed
dovnload and distriuwtion of this file u. .owr IP address constitwtes coU.right
infringement,

Please see uelov details for the infringements:

Protocol: BIbbWkkENb
Infringed For(: S.mUath. for the DeRil
Infringing pileName: S.mUath. por bhe DeRil )2024[ 7BjLkA]Y 7X2OUY 7BIwka.Y 7]bS,M'Y
Infringing pileSixe: 3XTT8OT51
Infringer9s IP Address: 6X,243,T53,T62
Infringer9s Port: 5X3TX
Initial Infringement bimestamU: 2021-03-08 05:28:25

Andy .ow're also creating a secwrit. ris( on .owr comUwtersy deRices and netvor(s vhen .ow
dovnload wnawthorixed moRies or allov others to do so from .owr Internet connection,

Fe resUectfwll. as( that .ow stoU infringing and redistriuwting S.mUath. pbDy jjC coU.right
Urotected contenty and ta(e the UroUer steUs to secwre .owr Internet so that others do not
infringe and redistriuwte owr content as vell,

Fe haRe a good faith uelief that wse of the coU.righted material detailed auoRe is not
awthorixed u. the coU.right ovnery its agenty or the lav,  In additiony ve haRe a good
faith swuzectiRe uelief that the wse does not constitwte fair wse, bhe information in this
notice is accwrate and ve statey wnder Uenalt. of Uerzwr.y that ve are awthorixed to act on
uehalf of the ovner of the coU.right that is allegedl. infringed, bhis letter is not a
comUlete statement of S.mUath. pbDy jjC's rights in connection vith this mattery and
nothing contained herein constitwtes an eOUress or imUlied vaRier of an. rights or remedies
of S.mUath. pbDy jjC in connection vith this mattery all of vhich are eOUressl. reserRed,

Fe aUUreciate .owr assistance and than( .ow for .owr cooUeration in this matter,

kesUectfwll.y

```
/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus
```

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59398869208</ID>
        </Case>
        <Complainant>
                <Entity>Sympathy FTD, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-09T05:29:25Z</TimeStamp>
                <IP_Address>67.238.158.162</IP_Address>
                <Port>57817</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Sympathy for the Devil</Title>
                        <FileName>Sympathy For The Devil (2023) [BLURAY] [720p] [BluRay]
[YTS.MX]</FileName>
                        <FileSize>871190154</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">73C7E456991EED486FA98670BF0B40E1C180C15E</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58498833013]
From: <notice@dmcagateway.com>
Date: 22.91.3934, 92:53
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58048822732
Notice Date: 2420-43-T4 27:57:06


Dear Sir or Madam:

bhis message is sent on uehalf of Hitman bFo Prod,ctions. IncUU

pnder yenaltj of yerL,rj. I assert that PMz Process Management ztdU is a,thoriwed to act on uehalf of the oFner of the excl,sive coyjrights that are alleged to ue infringed hereinU

Hitman bFo Prod,ctions. IncU oFns the coyjrights to the movie bhe Hitmans Rifes Bodjg,ardU bhe ,na,thoriwed doFnload and distriu,tion of this file uj jo,r IP address constit,tes coyjright infringementU

Please see ueloF details for the infringements:

Protocol: BIbbOWWENb
Infringed Rork: bhe Hitmans Rifes Bodjg,ard
Infringing 1ileName: bhe Hitmans Rifes Bodjg,ard 242T E9bENDED BI,Waj T434yUH26O Ita Eng AC7 5UT S,u Ita Eng realDMD' iDN'CreRUmkv
Infringing 1ileSiwe: 744553'47'
Infringer's IP Address: 6'U4U82UT58
Infringer's Port: 7'373
Initial Infringement bimestamy: 2420-43-T4 24:78:76

And. jo,'re also creating a sec,ritj risk on jo,r comy,ters. devices and netForks Fhen jo, doFnload ,na,thoriwed movies or alloF others to do so from jo,r Internet connectionU

Re resyectf,llj ask that jo, stoy infringing and redistriu,ting Hitman bFo Prod,ctions. IncU coyjright yrotected content. and take the yroyer steys to sec,re jo,r Internet so that others do not infringe and redistriu,te o,r content as FellU

Re have a good faith uelief that ,se of the coyjrighted material detailed auove is not a,thoriwed uj the coyjright oFner. its agent. or the laFU In addition. Fe have a good faith s,uLective uelief that the ,se does not constit,te fair ,seU bhe information in this notice is acc,rate and Fe state. ,nder yenaltj of yerL,rj. that Fe are a,thoriwed to act on uehalf of the oFner of the coyjright that is allegedlj infringedU bhis letter is not a comylete statement of Hitman bFo Prod,ctions. IncU's rights in connection Fith this matter. and nothing contained herein constit,tes an exyress or imylied Favier of anj rights or remedies of Hitman bFo Prod,ctions. IncU in connection Fith this matter. all of Fhich are exyresslj reservedU

Re ayyreciate jo,r assistance and thank jo, for jo,r cooyeration in this matterU

Respectfully,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59409922382</ID>
        </Case>
        <Complainant>
                <Entity>Hitman Two Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-10T20:39:36Z</TimeStamp>
                <IP_Address>67.0.92.159</IP_Address>
                <Port>37838</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Hitmans Wifes Bodyguard</Title>
                        <FileName>The Hitmans Wifes Bodyguard 2021 EXTENDED BluRay
1080p.H264 Ita Eng AC3 5.1 Sub Ita Eng realDMDJ iDN_CreW.mkv</FileName>
                        <FileSize>3005587037</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">0D0397188AA1EF4401D1F6CA0C0402BB97A4E623</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582959948360
From: ] notice< dmcagate@awcomy
Date: 99.63.>6>2, >9:91
To: ] DMCA< centurwlink.comy
BCC: ]bcc-us< dmcagate@awcomy


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58475770831
Notice Date: 2124-13-77 78:7T:14


Dear Sir or Madam:

bhis message is sent on uehalf of E.O ProdUctionsp Incyy

jnder ,enaltL of ,erzUrLp I assert that PMw Process Management wtdy is aUthorixed to act on
uehalf of the ovner of the eOclUsiRe co,Lrights that are alleged to ue infringed hereiny

E.O ProdUctionsp Incy ovns the co,Lrights to the moRie bhe EO,endaules Oy bhe UnaUthorixed
dovnload and distriuUtion of this file uL LoUr IP address constitUtes co,Lright
infringementy

Please see uelov details for the infringements:

Protocol: BIbbWkkENb
Infringed ForZ: bhe EO,endaules O
Infringing [ileName: bhe EO,endaules 7p 2p O - SLIRester Stallone Action 2171-2174 Eng SUu
T21, ]H264-m,4'
Infringing [ileSixe: 4805882741
Infringer9s IP Address: 6Oy2O5y736y715
Infringer9s Port: 676T8
Initial Infringement bimestam,: 2124-13-77 75:40:53

Andp LoU're also creating a secUritL risZ on LoUr com,Utersp deRices and netvorZs vhen LoU
dovnload UnaUthorixed moRies or allov others to do so from LoUr Internet connectiony

Fe res,ectfUlIL asZ that LoU sto, infringing and redistriuUting E.O ProdUctionsp Incy
co,Lright ,rotected contentp and taZe the ,ro,er ste,s to secUre LoUr Internet so that
others do not infringe and redistriuUte oUr content as velly

Fe haRe a good faith uelief that Use of the co,Lrighted material detailed auoRe is not
aUthorixed uL the co,Lright ovnerp its agentp or the lavy  In additionp ve haRe a good
faith sUuzectiRe uelief that the Use does not constitUte fair Usey bhe information in this
notice is accUrate and ve state, Under ,enaltL of ,erzUrLp that ve are aUthorixed to act on
uehalf of the ovner of the co,Lright that is allegedlL infringedy bhis letter is not a
com,lete statement of E.O ProdUctionsp Incy's rights in connection vith this matterp and
nothing contained herein constitUtes an eO,ress or im,lied vaRier of anL rights or remedies
of E.O ProdUctionsp Incy in connection vith this matterp all of vhich are eO,resslL
reserRedy

Fe a,,reciate LoUr assistance and thanZ LoU for LoUr coo,eration in this mattery

Respectfully,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59415113980</ID>
        </Case>
        <Complainant>
                <Entity>EX3 Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-11T15:43:58Z</TimeStamp>
                <IP_Address>63.235.186.105</IP_Address>
                <Port>61679</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Expendables 3</Title>
                        <FileName>The Expendables 1, 2, 3 - Sylvester Stallone Action
2010-2014 Eng Sub 720p [H264-mp4]</FileName>
                        <FileSize>4935992140</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">63DD5F284697CA9B5D4E644DD89793A1E0DA3560</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 587406] 766] <
From: @noticew dmcagatey a>.com1
Date: 46.92.6967, 97:74
To: @DMCAw centur>link.com1
BCC: @bcc-usw dmcagatey a>.com1

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58430264226
Notice Date: 2124-1T-32 12:42:31

Dear Sir or Madam:

bhis message is sent on uehalf of Bo. Uills porld yightsj ,,CL

znder wenalt. of werxvr.j I assert that PM, Process Management ,tdL is avthoriOed to act on
uehalf of the oRner of the eWclvsike cow.rights that are alleged to ue infringed hereinL

Bo. Uills porld yightsj ,,C oRns the cow.rights to the mokie Bo. Uills porldL bhe
vnavthoriOed doRnload and distriuvtion of this file u. .ovr IP address constitvtes
cow.right infringementL

Please see ueloR details for the infringements:

Protocol: BIbbFyyENb
Infringed por(: Bo. Uills porld
Infringing )ileName: Bo. Uills porld [2127] YO21wX YpEByiwX Y'bSLM9X
Infringing )ileSiOe: 3160403345
Infringer's IP Address: 65L343L386L38T
Infringer's Port: 72870
Initial Infringement bimestamw: 2124-1T-33 27:31:41

Andj .ov're also creating a secvrit. ris( on .ovr comwvtersj dekices and netRor(s Rhen .ov
doRnload vnavthoriOed mokies or alloR others to do so from .ovr Internet connectionL

pe reswectfvll. as( that .ov stow infringing and redistriuvting Bo. Uills porld yightsj ,,C
cow.right wrotected contentj and ta(e the wrower stews to secvre .ovr Internet so that
others do not infringe and redistrivute ovr content as RellL

pe hake a good faith uelief that vse of the cow.righted material detailed auoke is not
avthoriOed u. the cow.right oRnerj its agentj or the laRL In additionj Re hake a good
faith svuxectike uelief that the vse does not constitvte fair vseL bhe information in this
notice is accvrate and Re statej vnder wenalt. of werxvr.j that Re are avthoriOed to act on
uehalf of the oRner of the cow.right that is allegedL infringedL bhis letter is not a
comwlete statement of Bo. Uills porld yightsj ,,C's rights in connection Rith this matterj
and nothing contained herein constitvtes an eWwress or imwlied Rakier of an. rights or
remedies of Bo. Uills porld yightsj ,,C in connection Rith this matterj all of Rhich are
eWwressl. reserkedL

pe awwreciate .ovr assistance and than( .ov for .ovr cooweration in this matterL

yeswectfvll.j

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59417264226</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-11T23:10:40Z</TimeStamp>
                <IP_Address>65.141.196.198</IP_Address>
                <Port>32937</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World (2023) [720p] [WEBRip] [YTS.MX]</
FileName>
                        <FileSize>1067471145</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">86C960CCA35D54C458922C6F3171B25EFF1D46EC</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582190029] 0<
From: @noticew dmcagatey a>.com7
Date: 10.] 9.0] 023] 4,5:
To: @DMCAw centur>link.com7
BCC: @bcc-usw dmcagatey a>.com7


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58470224032
Notice Date: 2324-30-72 35:55:16


Dear Sir or Madam:

This message is sent on behalf of Bou .ills Uorld pightsy jjC,

Lnder zenaltu of zerwxruy I assert that PMj Process Management jtd, is axthorived to act on
behalf of the oOner of the eRclxsiWe cozurights that are alleged to be infringed herein,

Bou .ills Uorld pightsy jjC oOns the cozurights to the moWie Bou .ills Uorld, The
xnaxthorived doOnload and distribxtion of this file bu uoxr IP address constitxtes
cozuright infringement,

Please see beloO details for the infringements:

Protocol: BITTkppENT
Infringed UorF: Bou .ills Uorld
Infringing ZileName: Bou,.ills,Uorld,2321,7303z,UEBpiz,7433MB,DD5,7,R264-GalaRupG[TGR]
Infringing ZileSive: 753'7'8263
Infringer9s IP Address: 7'4,20,'',7'1
Infringer9s Port: 63813
Initial Infringement Timestamz: 2324-30-72 32:43:14

Andy uox're also creating a secxritu risF on uoxr comzxtersy deWices and netOorFs Ohen uox
doOnload xnaxthorived moWies or alloO others to do so from uoxr Internet connection,

Ue reszectfxllu asF that uox stoz infringing and redistribxting Bou .ills Uorld pightsy jjC
cozuright zrotected contenty and taFe the zrozer stezs to secxre uoxr Internet so that
others do not infringe and redistribxte oxr content as Oell,

Ue haWe a good faith belief that xse of the cozurighted material detailed aboWe is not
axthorived bu the cozuright oOnery its agenty or the laO,  In additiony Oe haWe a good
faith sxbwectiWe belief that the xse does not constitxte fair xse, The information in this
notice is accxrate and Oe statey xnder zenaltu of zerwxruy that Oe are axthorived to act on
behalf of the oOner of the cozuright that is allegedlu infringed, This letter is not a
comzlete statement of Bou .ills Uorld pightsy jjC's rights in connection Oith this mattery
and nothing contained herein constitxtes an eRzress or imzlied OaWier of anu rights or
remedies of Bou .ills Uorld pightsy jjC in connection Oith this mattery all of Ohich are
eRzresslu reserWed,

Ue azzreciate uoxr assistance and thanF uox for uoxr coozeration in this matter,

peszectfxlluy

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59418224802</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-12T02:40:34Z</TimeStamp>
                <IP_Address>174.28.77.173</IP_Address>
                <Port>60930</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-
GalaxyRG[TGx]</FileName>
                        <FileSize>1507179260</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">CD425A53A66A6DB238E16EED54641563D2EBD452</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58294233660]
From: <notice@dmcagateway.com>
Date: , 2.63.0602: 00169
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58436400112
Notice Date: 2124-10-T4 21:14:32


Dear Sir or Madam:

bhis message is sent on uehalf of H.nter Uiller Prod.ctionsp Incyy

jnder ,enaltL of ,erz.rLp I assert that PMw Process Management wtdy is a.thorixed to act on
uehalf of the ovner of the e0cl.siRe co,Lrights that are alleged to ue infringed hereiny

H.nter Uiller Prod.ctionsp Incy ovns the co,Lrights to the moRie H.nter Uillery bhe
.na.thorixed dovnload and distriu.tion of this file uL Lo.r IP address constit.tes
co,Lright infringementy

Please see uelov details for the infringements:

Protocol: BIbbWkkENb
Infringed For(: H.nter Uiller
Infringing )ileName: H.nter Uiller [21T07 ]FEBki,Y ]T101,Y ]XbSyAMY
Infringing )ileSixe: 2183T04632
Infringer's IP Address: T94y2TyT59y65
Infringer's Port: 61655
Initial Infringement bimestam,: 2124-10-T4 T6:48:41

Andp Lo.'re also creating a sec.ritL ris( on Lo.r com,.tersp deRices and netvor(s vhen Lo.
dovnload .na.thorixed moRies or allov others to do so from Lo.r Internet connectiony

Fe res,ectf.IIL as( that Lo. sto, infringing and redistriu.ting H.nter Uiller Prod.ctionsp
Incy co,Lright ,rotected contentp and ta(e the ,ro,er ste,s to sec.re Lo.r Internet so that
others do not infringe and redistriu.te o.r content as velly

Fe haRe a good faith uelief that .se of the co,Lrighted material detailed auoRe is not
a.thorixed uL the co,Lright ovnerp its agentp or the lavy In additionp ve haRe a good
faith s.uzectiRe uelief that the .se does not constit.te fair .sey bhe information in this
notice is acc.rate and ve statep .nder ,enaltL of ,erz.rLp that ve are a.thorixed to act on
uehalf of the ovner of the co,Lright that is allegedlL infringedy bhis letter is not a
com,lete statement of H.nter Uiller Prod.ctionsp Incy's rights in connection vith this
matterp and nothing contained herein constit.tes an e0,ress or im,lied vaRier of anL rights
or remedies of H.nter Uiller Prod.ctionsp Incy in connection vith this matterp all of vhich
are e0,ressIL reserRedy

Fe a,,reciate Lo.r assistance and than( Lo. for Lo.r coo,eration in this mattery

kes,ectf.IILp

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59436488002</ID>
        </Case>
        <Complainant>
                <Entity>Hunter Killer Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-14T16:49:40Z</TimeStamp>
                <IP_Address>174.21.157.65</IP_Address>
                <Port>60655</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Hunter Killer</Title>
                        <FileName>Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM]</FileName>
                        <FileSize>2093184632</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">57537D93A76F574369DC2E573E99C3840A9FD89D</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 5895901] 5<0@
From: wnoticey dmcagate> a7.com4
Date: <2.] 1.0] 09, ] 1:] 5
To: wDMCAy centur7link.com4
BCC: wbcc-usy dmcagate> a7.com4


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58454230512
Notice Date: 2024-03-1T 06:06:20


Dear Sir or Madam:

bhis message is sent on uehalf of Morgan Cree. ProdUctionsp Incyy

jnder ,enaltL of ,erzUrLp I assert that PMw Process Management wtdy is aUthorixed to act on
uehalf of the ovner of the eOclUsiRe co,Lrights that are alleged to ue infringed hereiny

Morgan Cree. ProdUctionsp Incy ovns the co,Lrights to the moRie All ELex on Mey bhe
UnaUthorixed dovnload and distriuUtion of this file uL LoUr IP address constitUtes
co,Lright infringementy

Please see uelov details for the infringements:

Protocol: BIbbWkkENb
Infringed For.: All ELex on Me
Infringing (ileName: All ELex Wn Me )201T[ 71030,] 7YbSyAG]
Infringing (ileSixe: 22638X105T
Infringer's IP Address: 6Xy151y164y222
Infringer's Port: 5T031
Initial Infringement bimestam,: 2024-03-1T 02:44:1X

Andp LoU9re also creating a secUritL ris. on LoUr com,Utersp deRices and netvor.s vhen LoU
dovnload UnaUthorixed moRies or allov others to do so from LoUr Internet connectiony

Fe res,ectfUllL as. that LoU sto, infringing and redistriuUting Morgan Cree. ProdUctionsp
Incy co,Lright ,rotected contentp and ta.e the ,ro,er ste,s to secUre LoUr Internet so that
others do not infringe and redistriuUte oUr content as velly

Fe haRe a good faith uelief that Use of the co,Lrighted material detailed auoRe is not
aUthorixed uL the co,Lright ovnerp its agentp or the lavy In additionp ve haRe a good
faith sUuzectiRe uelief that the Use does not constitUte fair Usey bhe information in this
notice is accUrate and ve statep Under ,enaltL of ,erzUrLp that ve are aUthorixed to act on
uehalf of the ovner of the co,Lright that is allegedIL infringedy bhis letter is not a
com,lete statement of Morgan Cree. ProdUctionsp Incy9s rights in connection vith this
matterp and nothing contained herein constitUtes an eO,ress or im,lied vaRier of anL rights
or remedies of Morgan Cree. ProdUctionsp Incy in connection vith this matterp all of vhich
are eO,ressIL reserRedy

Fe a,,reciate LoUr assistance and than. LoU for LoUr coo,eration in this mattery

kes,ectfUllLp

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59454280512</ID>
        </Case>
        <Complainant>
                <Entity>Morgan Creek Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-17T02:44:13Z</TimeStamp>
                <IP_Address>63.151.164.222</IP_Address>
                <Port>57081</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>All Eyez on Me</Title>
                        <FileName>All Eyez On Me (2017) [1080p] [YTS.AG]</FileName>
                        <FileSize>2268931057</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">6E7927325AD6D0F9E0DD08C0D17860B2F81942AD</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 5875405686] <
From: @noticew dmcagatey a>.com1
Date: 09.26.] 2] 7, 07:] 4
To: @DMCAw centur>link.com1
BCC: @bcc-usw dmcagatey a>.com1


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58456350802
Notice Date: 2124-10-3T 32:26:40


Dear Sir or Madam:

bhis message is sent on uehalf of Dallas B.Uers Cl.up yyCj

,nder LenaltU of Lerz.rUp I assert that PMy Process Management ytdj is a.thoriwed to act on
uehalf of the oxner of the evcl.siOe coLUrights that are alleged to ue infringed hereinj

Dallas B.Uers Cl.up yyC oxns the coLUrights to the moOie Dallas B.Uers Cl.uj bhe
.na.thoriwed doxnload and distriu.tion of this file uU Uo.r IP address constit.tes
coLUright infringementj

Please see uelox details for the infringements:

Protocol: BIbbRWWENb
Infringed korF: Dallas B.Uers Cl.u
Infringing (ileName: Dallas B.Uers Cl.u )213[7 ]31O1LY
Infringing (ileSiwe: 380TTTTO08
InfringerXs IP Address: 3T4j3Tj5j21T
InfringerXs Port: 53T65
Initial Infringement bimestamL: 2124-10-3T 18:31:[8

Andp Uo.'re also creating a sec.ritU risF on Uo.r comL.tersp deOices and netxorFs xhen Uo.
doxnload .na.thoriwed moOies or allox others to do so from Uo.r Internet connectionj

ke resLectf.llU asF that Uo. stoL infringing and redistriu.ting Dallas B.Uers Cl.up yyC
coLUright Lrotected contentp and taFe the LroLer steLs to sec.re Uo.r Internet so that
others do not infringe and redistriu.te o.r content as xellj

ke haOe a good faith uelief that .se of the coLUrighted material detailed auoOe is not
a.thoriwed uU the coLUright oxnerp its agentp or the laxj  In additionp xe haOe a good
faith s.uzectiOe uelief that the .se does not constit.te fair .sej bhe information in this
notice is acc.rate and xe statep .nder LenaltU of Lerz.rUp that xe are a.thoriwed to act on
uehalf of the oxner of the coLUright that is allegedlU infringedj bhis letter is not a
comLlete statement of Dallas B.Uers Cl.up yyC's rights in connection xith this matterp and
nothing contained herein constit.tes an evLress or imLlied xaOier of anU rights or remedies
of Dallas B.Uers Cl.up yyC in connection xith this matterp all of xhich are evLresslU
reserOedj

ke aLLreciate Uo.r assistance and thanF Uo. for Uo.r cooLeration in this matterj

WesLectf.llUp

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59456158982</ID>
        </Case>
        <Complainant>
                <Entity>Dallas Buyers Club, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-17T09:10:39Z</TimeStamp>
                <IP_Address>174.17.5.207</IP_Address>
                <Port>51765</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Dallas Buyers Club</Title>
                        <FileName>Dallas Buyers Club (2013) [1080p]</FileName>
                        <FileSize>1987777889</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">9DE63BACB65CE4BBB853F57D4843410D1F09FFBD</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58754060] 76<
From: @noticew dmcagatey a>.com1
Date: ] 9.26.0207, ] 7:76
To: @DMCAw centur>link.com1
BCC: @bcc-usw dmcagatey a>.com1


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58456232043
Notice Date: 2124-13-OT 02:48:1b


Dear Sir or Madam:

uhis message is sent on .ehalf of HUnter piller ProdUctionsy Incjj

,nder Lenaltz of LerwUrzy I assert that PMx Process Management xtdj is aUthorived to act on
.ehalf of the oOner of the eRclUsiWe coLzrights that are alleged to .e infringed hereinj

HUnter piller ProdUctionsy Incj oOns the coLzrights to the moWie HUnter pillerj uhe
UnaUthorived doOnload and distri.Ution of this file .z zoUr IP address constitUtes
coLzright infringementj

Please see .eloO details for the infringements:

Protocol: BIuukFFENu
Infringed (or): HUnter piller
Infringing [ileName: HUnter piller 72103] Y(EBFiLX YO131LX Y'uSjAMX
Infringing [ileSive: 218b0346b2
Infringer9s IP Address: 216j30jOb4j32
Infringer9s Port: 48T08
Initial Infringement uimestamL: 2124-13-OT 18:b4:b5

Andy zoU're also creating a secUritz ris) on zoUr comLUtersy deWices and netOor)s Ohen zoU
doOnload UnaUthorived moWies or alloO others to do so from zoUr Internet connectionj

(e resLectfUllz as) that zoU stoL infringing and redistri.Uting HUnter piller ProdUctionsy
Incj coLzright Lrotected contenty and ta)e the LroLer steLs to secUre zoUr Internet so that
others do not infringe and redistri.Ute oUr content as Oellj

(e haWe a good faith .elief that Use of the coLzrighted material detailed a.oWe is not
aUthorived .z the coLzright oOnery its agenty or the laOj  In additiony Oe haWe a good
faith sU.wectiWe .elief that the Use does not constitUte fair Usej uhe information in this
notice is accUrate and Oe statey Under Lenaltz of LerwUrzy that Oe are aUthorived to act on
.ehalf of the oOner of the coLzright that is allegedIz infringedj uhis letter is not a
comLlete statement of HUnter piller ProdUctionsy Incj's rights in connection Oith this
mattery and nothing contained herein constitUtes an eRLress or imLlied OaWier of anz rights
or remedies of HUnter piller ProdUctionsy Incj in connection Oith this mattery all of Ohich
are eRLresslz reserWedj

(e aLLreciate zoUr assistance and than) zoU for zoUr cooLeration in this matterj

FesLectfUllzy

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59456282148</ID>
        </Case>
        <Complainant>
                <Entity>Hunter Killer Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-17T09:34:35Z</TimeStamp>
                <IP_Address>206.81.134.82</IP_Address>
                <Port>49719</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Hunter Killer</Title>
                        <FileName>Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM]</FileName>
                        <FileSize>2093184632</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">57537D93A76F574369DC2E573E99C3840A9FD89D</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58251921502]
From: <notice@dmcagateway.com>
Date: 91.07.3032491,2:
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58054704530
Notice Date: 2320-3T-74 75:0b:02


Dear Sir or Madam:

uhis message is sent on Fehalf of Millenni,m .,ndingU Incpp

ynder jenaltL of jerz,rLU I assert that PMw Process Management wtdp is a,thorixed to act on
Fehalf of the ovner of the eRcl,si0e cojLrights that are alleged to Fe infringed hereinp

Millenni,m .,ndingU Incp ovns the cojLrights to the mo0ie Mechanic: Wes,rrectionp uhe
,na,thorixed dovnload and distriF,tion of this file FL Lo,r IP address constit,tes
cojLright infringementp

Please see Felov details for the infringements:

Protocol: BluukWWENu
Infringed 1or9: Mechanic: Wes,rrection
Infringing .ileName: Mechanic Wes,rrection 2376 73T3j BI,WaL R260 DuS-'''
Infringing .ileSixe: 266T4T4733
Infringer's IP Address: 64p5p733p226
Infringer's Port: b4b6T
Initial Infringement uimestamj: 2320-3T-74 72:77:5T

AndU Lo,'re also creating a sec,ritL ris9 on Lo,r comj,tersU de0ices and netvor9s vhen Lo,
dovnload ,na,thorixed mo0ies or allov others to do so from Lo,r Internet connectionp

1e resjectf,llL as9 that Lo, stoj infriging and redistriF,ting Millenni,m .,ndingU Incp
cojLright jrotected contentU and ta9e the jrojer stejs to sec,re Lo,r Internet so that
others do not infringe and redistriF,te o,r content as vellp

1e ha0e a good faith Felief that ,se of the cojLrighted material detailed aFo0e is not
a,thorixed FL the cojLright ovnerU its agentU or the lavp  In additionU ve ha0e a good
faith s,Fzecti0e Felief that the ,se does not constit,te fair ,sep uhe information in this
notice is acc,rate and ve stateU ,nder jenaltL of jerz,rLU that ve are a,thorixed to act on
Fehalf of the ovner of the cojLright that is allegedlL infringedp uhis letter is not a
comjlete statement of Millenni,m .,ndingU Incp's rights in connection vith this matterU and
nothing contained herein constit,tes an eRjress or imjlied va0ier of anL rights or remedies
of Millenni,m .,ndingU Incp in connection vith this matterU all of vhich are eRjresslL
reser0edp

1e ajjreciate Lo,r assistance and than9 Lo, for Lo,r coojeration in this matterp

Wesjectf,llLU

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59457147504</ID>
        </Case>
        <Complainant>
                <Entity>Millennium Funding, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-17T12:11:58Z</TimeStamp>
                <IP_Address>67.5.100.226</IP_Address>
                <Port>37368</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Mechanic: Resurrection</Title>
                        <FileName>Mechanic Resurrection 2016 1080p BluRay x264 DTS-JYK</
FileName>
                        <FileSize>2668787100</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">7D01041D9BD47BC802F0AEC6B8DD3ACED4B9A0F3</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58745057760]
From: <notice@dmcagateway.com>
Date: 19.96.1917290,: 1
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58475654406
Notice Date: 2324-30-23 34:1T:58

Dear Sir or Madam:

bhis message is sent on uehalf of Bo. Uills porld yightsj ,,CL

znder wenalt. of werxvr.j I assert that PM, Process Management ,tdL is avthoriOed to act on
uehalf of the oRner of the eWclvsike cow.rights that are alleged to ue infringed hereinL

Bo. Uills porld yightsj ,,C oRns the cow.rights to the mokie Bo. Uills porldL bhe
vnavthoriOed doRnload and distriuvtion of this file u. .ovr IP address constitvtes
cow.right infringementL

Please see ueloR details for the infringements:

Protocol: BIbbFyyENb
Infringed porZ: Bo. Uills porld
Infringing [ileName: Bo.LUiIlsLporldL232TL13O3wLpEByiwL1433MBLDD5L1LW264-GalaW.yG]bGW'
Infringing [ileSiOe: 1537178263
Infringer9s IP Address: 67L1L147L136
Infringer9s Port: 6081
Initial Infringement bimestamw: 2324-30-23 33:47:25

Andj .ov're also creating a secvrit. risZ on .ovr comwvtersj dekices and netRorZs Rhen .ov
doRnload vnavthoriOed mokies or alloR others to do so from .ovr Internet connectionL

pe reswectfvll. asZ that .ov stow infringing and redistriuvting Bo. Uills porld yightsj ,,C
cow.right wrotected contentj and taZe the wrower stews to secvre .ovr Internet so that
others do not infringe and redistriuvte ovr content as ReIIL

pe hake a good faith uelief that vse of the cow.righted material detailed auoke is not
avthoriOed u. the cow.right oRnerj its agentj or the laRL  In additionj Re hake a good
faith svuxectike uelief that the vse does not constitvte fair vseL bhe information in this
notice is accvrate and Re statej vnder wenalt. of werxvr.j that Re are avthoriOed to act on
uehalf of the oRner of the cow.right that is allegedl. infringedL bhis letter is not a
comwlete statement of Bo. Uills porld yightsj ,,C's rights in connection Rith this matterj
and nothing contained herein constitvtes an eWwress or imwlied Rakier of an. rights or
remedies of Bo. Uills porld yightsj ,,C in connection Rith this matterj all of Rhich are
eWwressl. reserkedL

pe awwreciate .ovr assistance and thanZ .ov for .ovr cooweration in this matterL

yeswectfvll.j

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
<u>notice@dmcagateway.com</u>
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59475654486</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-20T00:47:25Z</TimeStamp>
                <IP_Address>67.1.147.106</IP_Address>
                <Port>6891</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-
GalaxyRG[TGx]</FileName>
                        <FileSize>1507179260</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">CD425A53A66A6DB238E16EED54641563D2EBD452</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58740067] 6<@
From: wnoticey dmcagate> a1.com9
Date: 26.60.2627, ] <:] <
To: wDMCAy centur1link.com9
BCC: wbcc-usy dmcagate> a1.com9


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58430014T16
Notice Date: 2124-10-21 T4:T3:11


Dear Sir or Madam:

bhis message is sent on uehalf of Millenni.m U.ndingp Incy y

jnder ,enaltL of ,erz.rLp I assert that PMw Process Management wtdy is a.thorixed to act on
uehalf of the ovner of the e0cl.siRe co,Lrights that are alleged to ue infringed hereiny

Millenni.m U.ndingp Incy  ovns the co,Lrights to the moRie HelluoLy bhe .na.thorixed
dovnload and distriu.tion of this file uL Lo.r IP address constit.tes co,Lright
infringementy

Please see uelov details for the infringements:

Protocol: BIbbWkkENb
Infringed For(: HelluoL
Infringing UileName: HelluoL )21T8[ 7FEBki,] 7T101,] 7YbSywb]
Infringing UileSixe: 210051TX60
Infringer's IP Address: 65yT41y2T1y81
Infringer's Port: 5X564
Initial Infringement bimestam,: 2124-10-21 TT:10:T5

Andp Lo.9re also creating a sec.ritL ris( on Lo.r com,.tersp deRices and netvor(s vhen Lo.
dovnload .na.thorixed moRies or allov others to do so from Lo.r Internet connectiony

Fe res,ectf.IIL as( that Lo. sto, infringing and redistriu.ting Millenni.m U.ndingp Incy
co,Lright ,rotected contentp and ta(e the ,ro,er ste,s to sec.re Lo.r Internet so that
others do not infringe and redistriu.te o.r content as velly

Fe haRe a good faith uelief that .se of the co,Lrighted material detailed auoRe is not
a.thorixed uL the co,Lright ovnerp its agentp or the lavy  In additionp ve haRe a good
faith s.uzectiRe uelief that the .se does not constit.te fair .sey bhe information in this
notice is acc.rate and ve statep .nder ,enaltL of ,erz.rLp that ve are a.thorixed to act on
uehalf of the ovner of the co,Lright that is allegedIL infringedy bhis letter is not a
com,lete statement of Millenni.m U.ndingp Incy 9s rights in connection vith this matterp
and nothing contained herein constit.tes an e0,ress or im,lied vaRier of anL rights or
remedies of Millenni.m U.ndingp Incy  in connection vith this matterp all of vhich are
e0,ressIL reserRedy

Fe a,,reciate Lo.r assistance and than( Lo. for Lo.r coo,eration in this mattery

kes,ectf.IILp

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59478804106</ID>
        </Case>
        <Complainant>
                <Entity>Millennium Funding, Inc. </Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-20T11:08:15Z</TimeStamp>
                <IP_Address>65.140.210.90</IP_Address>
                <Port>53564</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Hellboy</Title>
                        <FileName>Hellboy (2019) [WEBRip] [1080p] [YTS.LT]</FileName>
                        <FileSize>2088501368</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">E1F8020C12028A1C9AC791E790FDC53F3F65A3E4</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58294356580]
From: <notice@dmcagateway.com>
Date: , 3.69., 6, 2: 6013,
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 5804735T586
Notice Date: 2T20-T4-23 TO:35:22


Dear Sir or Madam:

bhis message is sent on uehalf of Hitman bFo Prod,ctions. IncUU

pnder yenaltj of yerL,rj. I assert that PMz Process Management ztdU is a,thoriwed to act on
uehalf of the oFner of the excl,sive coyjrights that are alleged to ue infringed hereinU

Hitman bFo Prod,ctions. IncU oFns the coyjrights to the movie bhe Hitmans Rifes Bodjg,ardU
bhe ,na,thoriwed doFnload and distriu,tion of this file uj jo,r IP address constit,tes
coyjright infringementU

Please see ueloF details for the infringements:

Protocol: BIbbOWWENb
Infringed Rork: bhe Hitmans Rifes Bodjg,ard
Infringing 1ileName: bheUHitmansURifesUBodjg,ardU2T23UHDWiyU9viD-E'O
Infringing 1ileSiwe: 3566580572
Infringer's IP Address: 3'OU23U360U234
Infringer's Port: 7877'
Initial Infringement bimestamy: 2T20-T4-23 T3:TO:25

And. jo,'re also creating a sec,ritj risk on jo,r comy,ters. devices and netForks Fhen jo,
doFnload ,na,thoriwed movies or alloF others to do so from jo,r Internet connectionU

Re resyectf,llj ask that jo, stoy infringing and redistriu,ting Hitman bFo Prod,ctions.
IncU coyjright yrotected content. and take the yroyer steys to sec,re jo,r Internet so that
others do not infringe and redistriu,te o,r content as FellU

Re have a good faith uelief that ,se of the coyjrighted material detailed auove is not
a,thoriwed uj the coyjright oFner. its agent. or the laFU  In addition. Fe have a good
faith s,uLective uelief that the ,se does not constit,te fair ,seU bhe information in this
notice is acc,rate and Fe state. ,nder yenaltj of yerL,rj. that Fe are a,thoriwed to act on
uehalf of the oFner of the coyjright that is allegedlj infringedU bhis letter is not a
comylete statement of Hitman bFo Prod,ctions. IncU's rights in connection Fith this matter.
and nothing contained herein constit,tes an exyress or imylied Faiver of anj rights or
remedies of Hitman bFo Prod,ctions. IncU in connection Fith this matter. all of Fhich are
exyresslj reservedU

Re ayyreciate jo,r assistance and thank jo, for jo,r cooyeration in this matterU

Wesyectf,llj.

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59483150596</ID>
        </Case>
        <Complainant>
                <Entity>Hitman Two Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-21T01:04:25Z</TimeStamp>
                <IP_Address>174.21.164.218</IP_Address>
                <Port>39337</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Hitmans Wifes Bodyguard</Title>
                        <FileName>The.Hitmans.Wifes.Bodyguard.2021.HDRip.XviD-EVO</
FileName>
                        <FileSize>1566594532</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">361E64FD8050910967E544D03F34ED02CFAF3554</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 59484189848]
From: <notice@dmcagateway.com>
Date: 21.08.2024, 09:28
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58040748404
Notice Date: 2320-34-27 3T:b3:50


Dear Sir or Madam:

uhis message is sent on Fehalf of Millenni,m .,ndingU Incp p

ynder jenaltL of jerz,rLU I assert that PMw Process Management wtdp is a,thorixed to act on Fehalf of the ovner of the eRcl,siOe cojLrights that are alleged to Fe infringed hereinp

Millenni,m .,ndingU Incp  ovns the cojLrights to the moOie HellFoLp uhe ,na,thorixed dovnload and distriF,tion of this file FL Lo,r IP address constit,tes cojLright infringementp

Please see Felov details for the infringements:

Protocol: BluuWkkENu
Infringed 1or9: HellFoL
Infringing .ileName: HellFoLp2378pBI,raLp7343jpA'7pWPySp5p7-yHpm9O
Infringing .ileSixe: 7808b6842T
Infringer's IP Address: 65p728p7bbp66
Infringer's Port: 07448
Initial Infringement uimestamj: 2320-34-27 3b:54:74

AndU Lo,'re also creating a sec,ritL ris9 on Lo,r comj,tersU deOices and netvor9s vhen Lo, dovnload ,na,thorixed moOies or allov others to do so from Lo,r Internet connectionp

1e resjectf,llL as9 that Lo, stoj infringing and redistriF,ting Millenni,m .,ndingU Incp cojLright jrotected contentU and ta9e the jrojer stejs to sec,re Lo,r Internet so that others do not infringe and redistriF,te o,r content as vellp

1e haOe a good faith Felief that ,se of the cojLrighted material detailed aFoOe is not a,thorixed FL the cojLright ovnerU its agentU or the lavp  In additionU ve haOe a good faith s,Fzecti0e Felief that the ,se does not constit,te fair ,sep uhe information in this notice is acc,rate and ve stateU ,nder jenaltL of jerz,rLU that ve are a,thorixed to act on Fehalf of the ovner of the cojLright that is allegedlL infringedp uhis letter is not a comjlete statement of Millenni,m .,ndingU Incp 's rights in connection vith this matterU and nothing contained herein constit,tes an eRjress or imjlied vaOier of anL rights or remedies of Millenni,m .,ndingU Incp  in connection vith this matterU all of vhich are eRjresslL reser0edp

1e ajjreciate Lo,r assistance and than9 Lo, for Lo,r coojeration in this matterp

kesjectf,llLU

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59484189848</ID>
        </Case>
        <Complainant>
                <Entity>Millennium Funding, Inc. </Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-21T03:58:18Z</TimeStamp>
                <IP_Address>65.129.133.66</IP_Address>
                <Port>41889</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Hellboy</Title>
                        <FileName>Hellboy.2019.Bluray.1080p.AV1.OPUS.5.1-UH.mkv</FileName>
                        <FileSize>1949369827</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">7896D9692179AEA8739979DC8EE51F2D2D65CAE3</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 58289435560]

Subject: Notice of Claimed Infringement [Case No. 58289435560]
From: <notice@dmcagateway.com>
Date: 46., 0.4, 42: , , 149
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58486295517
Notice Date: 2024-07-22 22:26:46


Dear Sir or Madam:

3his message is sent on Tehalf of blXmu,s Prod,ctions. IncUU

pnder uenaltX of uery,rX. I assert that PMj Process Management jtdU is a,thoriLed to act on Tehalf of the ozner of the ewcl,sixe couXrights that are alleged to Te infringed hereinU

blXmu,s Prod,ctions. IncU ozns the couXrights to the moxie blXmu,s Has vallenU 3he ,na,thoriLed doznload and distriT,tion of this file TX Xo,r IP address constit,tes couXright infringementU

Please see Teloz details for the infringements:

Protocol: BI33bOOEN3
Infringed RorW: blXmu,s Has vallen
Infringing vileName: blXmu,s Has vallen k2091F
Infringing vileSiLe: 8900(0617
Infringer)s IP Address: 61U22(U244U922
Infringer)s Port: 94072
Initial Infringement 3imestamu: 2024-07-22 98:96:25

And. Xo,'re also creating a sec,ritX risW on Xo,r comu,ters. dexices and netzorWs zhen Xo, doznload ,na,thoriLed moxies or alloz others to do so from Xo,r Internet connectionU

Re resuectf,llX asW that Xo, stou infringing and redistriT,ting blXmu,s Prod,ctions. IncU couXright urotected content. and taWe the urouer steus to sec,re Xo,r Internet so that others do not infringe and redistriT,te o,r content as zellU

Re haxe a good faith Telief that ,se of the couXrighted material detailed aToxe is not a,thoriLed TX the couXright ozner. its agent. or the lazU  In addition. ze haxe a good faith s,Tyectixe Telief that the ,se does not constit,te fair ,seU 3he information in this notice is acc,rate and ze state. ,nder uenaltX of uery,rX. that ze are a,thoriLed to act on Tehalf of the ozner of the couXright that is allegedlX infringedU 3his letter is not a comulete statement of blXmu,s Prod,ctions. IncU's rights in connection zith this matter. and nothing contained herein constit,tes an ewuress or imulied zaxier of anX rights or remedies of blXmu,s Prod,ctions. IncU in connection zith this matter. all of zhich are ewuresslX reserxedU

Re auureciate Xo,r assistance and thanW Xo, for Xo,r cooueration in this matterU

Oesuectf,llX.

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59496215538</ID>
        </Case>
        <Complainant>
                <Entity>Olympus Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-22T19:16:25Z</TimeStamp>
                <IP_Address>63.227.244.122</IP_Address>
                <Port>14082</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Olympus Has Fallen</Title>
                        <FileName>Olympus Has Fallen (2013)</FileName>
                        <FileSize>910070638</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">0B8A179B330989562A50FB515A2E0A3504C7CE07</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582819901] <@
From: wnoticey dmcagate> a7.com3
Date: <] .94.<9<2, 9<:52
To: wDMCAy centur7link.com3
BCC: wbcc-usy dmcagate> a7.com3


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 580847734T2
Notice Date: 2720-7b-2T 77:50:T0


Dear Sir or Madam:

uhis message is sent on Fehalf of Bod,g.ard Prod.ctionsU Incpp

ynder jenalt, of jerL.r,U I assert that PMz Process Management ztdp is a.thoriwed to act on
Fehalf of the oxner of the evcl.siRe coj,rights that are alleged to Fe infringed hereinp

Bod,g.ard Prod.ctionsU Incp oxns the coj,rights to the moRie uhe Hitmans Bod,g.ardp uhe
.na.thoriwed doxnload and distriF.tion of this file F, ,o.r IP address constit.tes
coj,right infringementp

Please see Felox details for the infringements:

Protocol: BIuuOWWENu
Infringed kor1: uhe Hitmans Bod,g.ard
Infringing 9ileName: uhepHitmanspBod,g.ardp2734pHDWijp'RiDpACT-E'O
Infringing 9ileSiwe: 35343T8436
Infringer's IP Address: 340pT3pb5p206
Infringer's Port: Ob673
Initial Infringement uimestamj: 2720-7b-22 23:OT:37

AndU ,o.'re also creating a sec.rit, ris1 on ,o.r comj.tersU deRices and netxor1s xhen ,o.
doxnload .na.thoriwed moRies or allox others to do so from ,o.r Internet connectionp

ke resjectf.ll, as1 that ,o. stoj infringing and redistriF.ting Bod,g.ard Prod.ctionsU Incp
coj,right jrotected contentU and ta1e the jrojer stejs to sec.re ,o.r Internet so that
others do not infringe and redistriF.te o.r content as xellp

ke haRe a good faith Felief that .se of the coj,righted material detailed aFoRe is not
a.thoriwed F, the coj,right oxnerU its agentU or the laxp In additionU xe haRe a good
faith s.FLectiRe Felief that the .se does not constit.te fair .sep uhe information in this
notice is acc.rate and xe stateU .nder jenalt, of jerL.r,U that xe are a.thoriwed to act on
Fehalf of the oxner of the coj,right that is allegedl, infringedp uhis letter is not a
comjlete statement of Bod,g.ard Prod.ctionsU Incp's rights in connection xith this matterU
and nothing contained herein constit.tes an evjress or imjlied xaRier of an, rights or
remedies of Bod,g.ard Prod.ctionsU Incp in connection xith this matterU all of xhich are
evjressl, reserRedp

ke ajjreciate ,o.r assistance and than1 ,o. for ,o.r coojeration in this matterp

Wesjectf.ll,U

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59497001732</ID>
        </Case>
        <Complainant>
                <Entity>Bodyguard Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-22T21:43:10Z</TimeStamp>
                <IP_Address>174.31.85.246</IP_Address>
                <Port>48601</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Hitmans Bodyguard</Title>
                        <FileName>The.Hitmans.Bodyguard.2017.HDRip.XviD.AC3-EVO</FileName>
                        <FileSize>1517139716</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">FF29CB75986B6711CB47E75865F5BD758D080B3E</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58289785706]
From: <notice@dmcagateway.com>
Date: 03.47.0402, 45:29
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58487085026
Notice Date: 2324-30-21 31:40:58


Dear Sir or Madam:

This message is sent on behalf of Bou .ills Uorld pightsy jjC,

Lnder zenaltu of zerwxruy I assert that PMj Process Management jtd, is axthorived to act on
behalf of the oOner of the eRclxsiWe cozurights that are alleged to be infringed herein,

Bou .ills Uorld pightsy jjC oOns the cozurights to the moWie Bou .ills Uorld, The
xnaxthorived doOnload and distribxtion of this file bu uoxr IP address constitxtes
cozuright infringement,

Please see beloO details for the infringements:

Protocol: BITTkppENT
Infringed UorF: Bou .ills Uorld
Infringing ZileName: Bou,.ills,Uorld,2321,723z,UEBpiz,O33MB,R264-GalaRupG[TGR]
Infringing ZileSive: 016117471
Infringer's IP Address: 974,20,908,213
Infringer's Port: 6009
Initial Infringement Timestamz: 2324-30-21 33:24:38

Andy uox're also creating a secxritu risF on uoxr comzxtersy deWices and netOorFs Ohen uox
doOnload xnaxthorived moWies or alloO others to do so from uoxr Internet connection,

Ue reszectfxllu asF that uox stoz infringing and redistribxting Bou .ills Uorld pightsy jjC
cozuright zrotected contenty and taFe the zrozer stezs to secxre uoxr Internet so that
others do not infringe and redistribxte oxr content as Oell,

Ue haWe a good faith belief that xse of the cozurighted material detailed aboWe is not
axthorived bu the cozuright oOnery its agenty or the laO,  In additiony Oe haWe a good
faith sxbwectiWe belief that the xse does not constitxte fair xse, The information in this
notice is accxrate and Oe statey xnder zenaltu of zerwxruy that Oe are axthorived to act on
behalf of the oOner of the cozuright that is allegedlu infringed, This letter is not a
comzlete statement of Bou .ills Uorld pightsy jjC's rights in connection Oith this mattery
and nothing contained herein constitxtes an eRzress or imzlied OaWier of anu rights or
remedies of Bou .ills Uorld pightsy jjC in connection Oith this mattery all of Ohich are
eRzresslu reserWed,

Ue azzreciate uoxr assistance and thanF uox for uoxr coozeration in this matter,

peszectfxlluy

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59497895826</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-23T00:24:09Z</TimeStamp>
                <IP_Address>174.28.189.230</IP_Address>
                <Port>6881</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy.Kills.World.2023.720p.WEBRip.800MB.x264-
GalaxyRG[TGx]</FileName>
                        <FileSize>836337473</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">4B2A2E3E438A3E1FB5E6775D932DE49A53D58529</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 585498165172
From: ] notice< dmcagate@awcomy
Date: 7>.0>.7073, 09:97
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58543806502
Notice Date: 212T-1b-20 24:34:21


Dear Sir or Madam:

uhis message is sent on .ehalf of BoU pills yorld jights, LLCz

wnder xenaltU of xervOrU, I assert that PML Process Management Ltdz is aOthoriRed to act on
.ehalf of the oWner of the ekclOsiFe coxUrights that are alleged to .e infringed hereinz

BoU pills yorld jights, LLC oWns the coxUrights to the moFie BoU pills yorldz uhe
OnaOthoriRed doWnload and distri.Otion of this file .U UoOr IP address constitOtes
coxUright infringementz

Please see .eloW details for the infringements:

Protocol: BIuu(jjENu
Infringed yor): BoU pills yorld
Infringing [ileName: BoU pills yorld 72124] YO21xX YBIOjaUX Y'uSzM9X
Infringing [ileSiRe: 3168556630
Infringer's IP Address: 65z312z306z3
Infringer's Port: 61102
Initial Infringement uimestamx: 212T-1b-20 21:12:48

And, UoO're also creating a secOritU ris) on UoOr comxOters, deFices and netWor)s When UoO
doWnload OnaOthoriRed moFies or alloW others to do so from UoOr Internet connectionz

ye resxectfOlIU as) that UoO stox infringing and redistri.Oting BoU pills yorld jights, LLC
coxUright xrotected content, and ta)e the xroxer stexs to secOre UoOr Internet so that
others do not infringe and redistri.Ote oOr content as Wellz

ye haFe a good faith .elief that Ose of the coxUrighted material detailed a.oFe is not
aOthoriRed .U the coxUright oWner, its agent, or the laWz In addition, We haFe a good
faith sO.vectiFe .elief that the Ose does not constitOte fair Osez uhe information in this
notice is accOrate and We state, Onder xenaltU of xervOrU, that We are aOthoriRed to act on
.ehalf of the oWner of the coxUright that is allegedlU infringedz uhis letter is not a
comxlete statement of BoU pills yorld jights, LLC's rights in connection With this matter,
and nothing contained herein constitOtes an ekxress or imxlied WaFier of anU rights or
remedies of BoU pills yorld jights, LLC in connection With this matter, all of Which are
ekxresslU reserFedz

ye axxreciate UoOr assistance and than) UoO for UoOr cooxeration in this matterz

jesxectfOlIU,

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59531976572</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-27T20:02:39Z</TimeStamp>
                <IP_Address>65.102.176.1</IP_Address>
                <Port>60072</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World (2023) [720p] [BluRay] [YTS.MX]</
FileName>
                        <FileSize>1069556617</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">E430A266A6D22A5921EC54BE8431559F715F9753</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 585493453501
From: ] notice< dmcagate@awcomy
Date: 0>.3>.030923>,: 9
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58543045052
Notice Date: 2023-01-21 06:T6:01

Dear Sir or Madam:

bhis message is sent on uehalf of Bo. Uills porld yightsj ,,CL

znder wenalt. of werxvr.j I assert that PM, Process Management ,tdL is avthoriOed to act on
uehalf of the oRner of the eWclvsike cow.rights that are alleged to ue infringed hereinL

Bo. Uills porld yightsj ,,C oRns the cow.rights to the mokie Bo. Uills porldL bhe
vnavthoriOed doRnload and distriuvtion of this file u. .ovr IP address constitvtes
cow.right infringementL

Please see ueloR details for the infringements:

Protocol: BIbbFyyENb
Infringed por(: Bo. Uills porld
Infringing )ileName: Bo. Uills porld [20247 ]Y2OwX ]Blvya.X ]'bSLM9X
Infringing )ileSiOe: T0685566TY
Infringer's IP Address: 6YL32L10L242
Infringer's Port: 600Y2
Initial Infringement bimestamw: 2023-01-21 02:31:54

Andj .ov're also creating a secvrit. ris( on .ovr comwvtersj dekices and netRor(s Rhen .ov
doRnload vnavthoriOed mokies or alloR others to do so from .ovr Internet connectionL

pe reswectfvll. as( that .ov stow infringing and redistriuvting Bo. Uills porld yightsj ,,C
cow.right wrotected contentj and ta(e the wrower stews to secvre .ovr Internet so that
others do not infringe and redistriuvte ovr content as RellL

pe hake a good faith uelief that vse of the cow.righted material detailed auoke is not
avthoriOed u. the cow.right oRnerj its agentj or the laRL  In additionj Re hake a good
faith svuxectike uelief that the vse does not constitvte fair vseL bhe information in this
notice is accvrate and Re statej vnder wenalt. of werxvr.j that Re are avthoriOed to act on
uehalf of the oRner of the cow.right that is allegedL  infringedL bhis letter is not a
comwlete statement of Bo. Uills porld yightsj ,,C's rights in connection Rith this matterj
and nothing contained herein constitvtes an eWwress or imwlied Rakier of an. rights or
remedies of Bo. Uills porld yightsj ,,C in connection Rith this matterj all of Rhich are
eWwressl. reserkedL

pe awwreciate .ovr assistance and than( .ov for .ovr co)weration in this matterL

yeswectfvll.j

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59534035052</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-28T02:48:53Z</TimeStamp>
                <IP_Address>67.42.80.232</IP_Address>
                <Port>60072</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World (2023) [720p] [BluRay] [YTS.MX]</
FileName>
                        <FileSize>1069556617</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">E430A266A6D22A5921EC54BE8431559F715F9753</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

`-----END PGP SIGNATURE-----`

Subject: Notice of Claimed Infringement [Case No. 595484841] ] <
From: @noticew dmcagatey a>.com2
Date: 19.] 0.1] 14, ] 0:50
To: @DMCAw centur>link.com2
BCC: @bcc-usw dmcagatey a>.com2


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58543434200
Notice Date: 2024-01-28 OT:00:25


Dear Sir or Madam:

bhis message is sent on uehalf of Bo. Uills porld yightsj ,,CL

znder wenalt. of werxvr.j I assert that PM, Process Management ,tdL is avthoriOed to act on
uehalf of the oRner of the eWclvsike cow.rights that are alleged to ue infringed hereinL

Bo. Uills porld yightsj ,,C oRns the cow.rights to the mokie Bo. Uills porldL bhe
vnavthoriOed doRnload and distriuvtion of this file u. .ovr IP address constitvtes
cow.right infringementL

Please see ueloR details for the infringements:

Protocol: BIbbFyyENb
Infringed por(: Bo. Uills porld
Infringing )ileName: Bo. Uills porld [2027] YT2OwX YBIvya.X Y'bSLM9X
Infringing )ileSiOe: 306855663T
Infringer's IP Address: 65L357L364L38
Infringer's Port: 481T3
Initial Infringement bimestamw: 2024-01-28 07:44:77

Andj .ov're also creating a secvrit. ris( on .ovr comwvtersj dekices and netRor(s Rhen .ov
doRnload vnavthoriOed mokies or alloR others to do so from .ovr Internet connectionL

pe reswectfvll. as( that .ov stow infringing and redistriuvting Bo. Uills porld yightsj ,,C
cow.right wrotected contentj and ta(e the wrower stews to secvre .ovr Internet so that
others do not infringe and redistriuvte ovr content as RellL

pe hake a good faith uelief that vse of the cow.righted material detailed auoke is not
avthoriOed u. the cow.right oRnerj its agentj or the laRL In additionj Re hake a good
faith svuxectike uelief that the vse does not constitvte fair vseL bhe information in this
notice is accvrate and Re statej vnder wenalt. of werxvr.j that Re are avthoriOed to act on
uehalf of the oRner of the cow.right that is allegedL infringedL bhis letter is not a
comwlete statement of Bo. Uills porld yightsj ,,C's rights in connection Rith this matterj
and nothing contained herein constitvtes an eWwress or imwlied Rakier of an. rights or
remedies of Bo. Uills porld yightsj ,,C in connection Rith this matterj all of Rhich are
eWwressl. reserkedL

pe awwreciate .ovr assistance and than( .ov for .ovr cooweration in this matterL

yeswectfvll.j

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59541414200</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-29T03:44:33Z</TimeStamp>
                <IP_Address>65.153.164.19</IP_Address>
                <Port>49871</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy Kills World (2023) [720p] [BluRay] [YTS.MX]</
FileName>
                        <FileSize>1069556617</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">E430A266A6D22A5921EC54BE8431559F715F9753</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58549165724]
From: <notice@dmcagateway.com>
Date: 20.03.6064, 00:63
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58546725034
Notice Date: 2124-1T-28 22:28:36


Dear Sir or Madam:

bhis message is sent on uehalf of Bo. Uills porld yightsj ,,CL

znder wenalt. of werxvr.j I assert that PM, Process Management ,tdL is avthoriOed to act on uehalf of the oRner of the eWclvsike cow.rights that are alleged to ue infringed hereinL

Bo. Uills porld yightsj ,,C oRns the cow.rights to the mokie Bo. Uills porldL bhe vnavthoriOed doRnload and distriuvtion of this file u. .ovr IP address constitvtes cow.right infringementL

Please see ueloR details for the infringements:

Protocol: BIbbFyyENb
Infringed porZ: Bo. Uills porld
Infringing [ileName: Bo.LUiIlsLporldL2123L01T1wLpEByiwLO411MBLDD5LOLW264-GaIaW.yG]bGW'
Infringing [ileSiOe: 0517078261
Infringer9s IP Address: 63L048L014L0T7
Infringer9s Port: 4478
Initial Infringement bimestamw: 2124-1T-28 08:21:27

Andj .ov're also creating a secvrit. risZ on .ovr comwvtersj dekices and netRorZs Rhen .ov doRnload vnavthoriOed mokies or alloR others to do so from .ovr Internet connectionL

pe reswectfvll. asZ that .ov stow infringing and redistriuvting Bo. Uills porld yightsj ,,C cow.right wrotected contentj and taZe the wrower stews to secvre .ovr Internet so that others do not infringe and redistriuvte ovr content as RellL

pe hake a good faith uelief that vse of the cow.righted material detailed auoke is not avthoriOed u. the cow.right oRnerj its agentj or the laRL In additionj Re hake a good faith svuxectike uelief that the vse does not constitvte fair vseL bhe information in this notice is accvrate and Re statej vnder wenalt. of werxvr.j that Re are avthoriOed to act on uehalf of the oRner of the cow.right that is allegedL infringedL bhis letter is not a comwlete statement of Bo. Uills porld yightsj ,,C's rights in connection Rith this matterj and nothing contained herein constitvtes an eWwress or imwlied Rakier of an. rights or remedies of Bo. Uills porld yightsj ,,C in connection Rith this matterj all of Rhich are eWwressl. reserkedL

pe awwreciate .ovr assistance and thanZ .ov for .ovr cooweration in this matterL

yeswectfvll.j

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59546725134</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-29T19:20:27Z</TimeStamp>
                <IP_Address>63.149.104.187</IP_Address>
                <Port>4479</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-
GalaxyRG[TGx]</FileName>
                        <FileSize>1507179260</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">CD425A53A66A6DB238E16EED54641563D2EBD452</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 585449146972
From: ] notice< dmcagate@awcomy
Date: >1.>8.0>03, >5:90
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58566436041
Notice Date: 2T2b-T8-T3 T4:44:31


Dear Sir or Madam:

uhis message is sent on .ehalf of Up2 Prodyctionsj Inc,,

Lnder zenaltw of zerxyrwj I assert that PMU Process Management Utd, is aythorived to act on
.ehalf of the oOner of the eRclysiWe cozwrights that are alleged to .e infringed herein,

Up2 Prodyctionsj Inc, oOns the cozwrights to the moWie Ueatherface, uhe ynaythorived
doOnload and distri.ytion of this file .w woyr IP address constitytes cozwright
infringement,

Please see .eloO details for the infringements:

Protocol: BIuukFFENu
Infringed (or): Ueatherface
Infringing pileName: Ueatherface [2T3O7 ]3T1TzY ]XuS,AGY
Infringing pileSive: 3b4123280T
Infringer's IP Address: 30b,4T,2T,bb
Infringer's Port: 6113
Initial Infringement uimestamz: 2T2b-T8-T3 TT:36:48

Andj woy9re also creating a secyritw ris) on woyr comzytersj deWices and netOor)s Ohen woy
doOnload ynaythorived moWies or alloO others to do so from woyr Internet connection,

(e reszectfyllw as) that woy stoz infringing and redistri.yting Up2 Prodyctionsj Inc,
cozwright zrotected contentj and ta)e the zrozer stezs to secyre woyr Internet so that
others do not infringe and redistri.yte oyr content as Oell,

(e haWe a good faith .elief that yse of the cozwrighted material detailed a.oWe is not
aythorived .w the cozwright oOnerj its agentj or the laO,  In additionj Oe haWe a good
faith sy.xectiWe .elief that the yse does not constityte fair yse, uhe information in this
notice is accyrate and Oe statej ynder zenaltw of zerxyrwj that Oe are aythorived to act on
.ehalf of the oOner of the cozwright that is allegedlw infringed, uhis letter is not a
comzlete statement of Up2 Prodyctionsj Inc,9s rights in connection Oith this matterj and
nothing contained herein constitytes an eRzress or imzlied OaWier of anw rights or remedies
of Up2 Prodyctionsj Inc, in connection Oith this matterj all of Ohich are eRzresslw
reserWed,

(e azzreciate woyr assistance and than) woy for woyr coozeration in this matter,

Feszectfyllwj

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59566316738</ID>
        </Case>
        <Complainant>
                <Entity>LF2 Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-01T00:16:39Z</TimeStamp>
                <IP_Address>174.30.20.44</IP_Address>
                <Port>6881</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Leatherface</Title>
                        <FileName>Leatherface (2017) [1080p] [YTS.AG]</FileName>
                        <FileSize>1438212970</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">005203D95DF16B56CF9CF3CB5BA40E4EA35BC8A2</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 595167923] 7<
From: @noticew dmcagatey a>.com0
Date: 72.79.4743, 76:] 9
To: @DMCAw centur>link.com0
BCC: @bcc-usw dmcagatey a>.com0

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 585643801T3
Notice Date: 2321-38-30 35:T8:51


Dear Sir or Madam:

bhis message is sent on uehalf of .lUmpys Prodyctionsj Inc,,

Lnder penaltU of perzyrUj I assert that PMw Process Management wtd, is aythorixed to act on uehalf of the ovner of the e0clysiRe copUrights that are alleged to ue infringed herein,

.lUmpys Prodyctionsj Inc, ovns the copUrights to the moRie .lUmpys Has Wallen, bhe ynaythorixed dovnload and distriuytion of this file uU Uoyr IP address constitytes copUright infringement,

Please see uelov details for the infringements:

Protocol: BIbb.kkENb
Infringed For(: .lUmpys Has Wallen
Infringing WileName: .lUmpys Has Wallen )230T[ 703]3pY
Infringing WileSixe: 0848231065
InfringerXs IP Address: 041,21,4],46
InfringerXs Port: 6]]0
Initial Infringement bimestamp: 2321-38-30 32:25:T5

Andj Uoy're also creating a secyritU ris( on Uoyr compytersj deRices and netvor(s vhen Uoy dovnload ynaythorixed moRies or allov others to do so from Uoyr Internet connection,

Fe respectfylIU as( that Uoy stop infringing and redistriuyting .lUmpys Prodyctionsj Inc, copUright protected contentj and ta(e the proper steps to secyre Uoyr Internet so that others do not infringe and redistriuyte oyr content as vell,

Fe haRe a good faith uelief that yse of the copUrighted material detailed auoRe is not aythorixed uU the copUright ovnerj its agentj or the lav,  In additionj ve haRe a good faith syuzectiRe uelief that the yse does not constityte fair yse, bhe information in this notice is accyrate and ve statej ynder penaltU of perzyrUj that ve are aythorixed to act on uehalf of the ovner of the copUright that is allegedlU infringed, bhis letter is not a complete statement of .lUmpys Prodyctionsj Inc,'s rights in connection vith this matterj and nothing contained herein constitytes an e0press or implied vaRier of anU rights or remedies of .lUmpys Prodyctionsj Inc, in connection vith this matterj all of vhich are e0presslU reserRed,

Fe appreciate Uoyr assistance and than( Uoy for Uoyr cooperation in this matter,

kespectfylIUj

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59567091430</ID>
        </Case>
        <Complainant>
                <Entity>Olympus Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-01T02:25:35Z</TimeStamp>
                <IP_Address>174.24.78.76</IP_Address>
                <Port>6881</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Olympus Has Fallen</Title>
                        <FileName>Olympus Has Fallen (2013) [1080p]</FileName>
                        <FileSize>1979204165</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">930B9163908EB31583587DF7415C4ABC9CC890F3</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 585955018] <@
From: wnoticey dmcagate> a7.com4
Date: <1.<8.1<102<9,0:
To: wDMCAy centur7link.com4
BCC: wbcc-usy dmcagate> a7.com4

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58545532801
Notice Date: 2123-18-12 15:3T:5T


Dear Sir or Madam:

bhis message is sent on uehalf of .lUmpys Prodyctionsj Inc,,

Lnder penaltU of perzyrUj I assert that PMw Process Management wtd, is aythorixed to act on uehalf of the ovner of the eOclysiRe copUrights that are alleged to ue infringed herein,

.lUmpys Prodyctionsj Inc, ovns the copUrights to the moRie .lUmpys Has Wallen, bhe ynaythorixed dovnload and distriuytion of this file uU Uoyr IP address constitytes copUright infringement,

Please see uelov details for the infringements:

Protocol: BIbb.kkENb
Infringed For(: .lUmpys Has Wallen
Infringing WileName: .lUmpys Has Wallen )210[7 ]O1T1pY
Infringing WileSixe: 0848213065
InfringerXs IP Address: 043,025,25,21
InfringerXs Port: 6T88
Initial Infringement bimestamp: 2123-18-12 12:26:38

Andj Uoy're also creating a secyritU ris( on Uoyr compytersj deRices and netvor(s vhen Uoy dovnload ynaythorixed moRies or allov others to do so from Uoyr Internet connection,

Fe respectfyllU as( that Uoy stop infringing and redistriuyting .lUmpys Prodyctionsj Inc, copUright protected contentj and ta(e the proper steps to secyre Uoyr Internet so that others do not infringe and redistriuyte oyr content as vell,

Fe haRe a good faith uelief that yse of the copUrighted material detailed auoRe is not aythorixed uU the copUright ovnerj its agentj or the lav, In additionj ve haRe a good faith syuzectiRe uelief that the yse does not constityte fair yse, bhe information in this notice is accyrate and ve statej ynder penaltU of perzyrUj that ve are aythorixed to act on uehalf of the ovner of the copUright that is allegedlU infringed, bhis letter is not a complete statement of .lUmpys Prodyctionsj Inc,'s rights in connection vith this matterj and nothing contained herein constitytes an eOpress or implied vaRier of anU rights or remedies of .lUmpys Prodyctionsj Inc, in connection vith this matterj all of vhich are eOpresslU reserRed,

Fe appreciate Uoyr assistance and than( Uoy for Uoyr cooperation in this matter,

kespectfyllUj

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59575542910</ID>
        </Case>
        <Complainant>
                <Entity>Olympus Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-02T02:26:49Z</TimeStamp>
                <IP_Address>174.125.25.20</IP_Address>
                <Port>6899</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Olympus Has Fallen</Title>
                        <FileName>Olympus Has Fallen (2013) [1080p]</FileName>
                        <FileSize>1979204165</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">930B9163908EB31583587DF7415C4ABC9CC890F3</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 595911494923
From: 0notice] dmcagate< a@comw
Date: 4y.49.141y>61,1:
To: 0DMCA] centur@ink.comw
BCC: 0bcc-us] dmcagate< a@comw

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58582248486
Notice Date: 2427-48-47 04:26:44

Dear Sir or Madam:

3his message is sent on 1ehalf of BoT bills uorld .ightsU ppCy

jnder ,enaltT of ,erLzrTU I assert that PMp Process Management ptdy is azthoriwed to act on 1ehalf of the oxner of the evcLzsi0e co,Trights that are alleged to 1e infringed hereiny

BoT bills uorld .ightsU ppC oxns the co,Trights to the mo0ie BoT bills uorldy 3he znazthoriwed doxnload and distri1ztion of this file 1T Tozr IP address constitztes co,Tright infringementy

Please see 1elox details for the infringements:

Protocol: BI33R..EN3
Infringed uorW: BoT bills uorld
Infringing kileName: BoTybillsyuorldy242Fy04Z4,yuEB.i,y0744MByDD5y0yv267-GalavT.G[3Gv]
Infringing kileSiwe: 054'0'8264
Infringer9s IP Address: 6'y74y08'y05Z
Infringer9s Port: 5Z'6F
Initial Infringement 3imestam,: 2427-48-47 4':0Z:70

AndU Toz're also creating a seczritT risW on Tozr com,ztersU de0ices and netxorWs xhen Toz doxnload znazthoriwed mo0ies or allox others to do so from Tozr Internet connectiony

ue res,ectfzllT asW that Toz sto, infringing and redistri1zting BoT bills uorld .ightsU ppC co,Tright ,rotected contentU and taWe the ,ro,er ste,s to seczre Tozr Internet so that others do not infringe and redistri1zte ozr content as xelly

ue ha0e a good faith 1elief that zse of the co,Trighted material detailed a1o0e is not azthoriwed 1T the co,Tright oxnerU its agentU or the laxy In additionU xe ha0e a good faith sz1Lecti0e 1elief that the zse does not constitzte fair zsey 3he information in this notice is acczrate and xe stateU znder ,enaltT of ,erLzrTU that xe are azthoriwed to act on 1ehalf of the oxner of the co,Tright znder that is allegedlT infringedy 3his letter is not a com,lete statement of BoT bills uorld .ightsU ppC's rights in connection xith this matterU and nothing contained herein constitztes an ev,ress or im,lied xa0ier of anT rights or remedies of BoT bills uorld .ightsU ppC in connection xith this matterU all of xhich are ev,resslT reser0edy

ue a,,reciate Tozr assistance and thanW Toz for Tozr coo,eration in this mattery

.es,ectfzllTU

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59592209096</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-04T07:18:41Z</TimeStamp>
                <IP_Address>67.40.197.158</IP_Address>
                <Port>58763</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-
GalaxyRG[TGx]</FileName>
                        <FileSize>1507179260</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">CD425A53A66A6DB238E16EED54641563D2EBD452</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 59598444106]
From: <notice@dmcagateway.com>
Date: 05.09.2024, 08:54
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58584777036
Notice Date: 2327-38-35 36:55:75


Dear Sir or Madam:

1his message is sent on Tehalf of Bob uills .orld Uightsp yyCj

,nder Lenaltb of Lerzwrbp I assert that PMy Process Management ytdj is awthorixed to act on Tehalf of the ovner of the eOclwsiRe coLbrights that are alleged to Te infringed hereinj

Bob uills .orld Uightsp yyC ovns the coLbrights to the moRie Bob uills .orldj 1he wnawthorixed dovnload and distriTwtion of this file Tb bowr IP address constitwtes coLbright infringementj

Please see Telov details for the infringements:

Protocol: BI11WUUEN1
Infringed .ork: Bob uills .orld
Infringing FileName: Bobjuillsj.orldj232Zj[23Lj.EBUiLj433MBjO267-GalaObUG]1GO'
Infringing FileSixe: 4Z6ZZ[7[Z
Infringer9s IP Address: O[7j24j57jO40
Infringer9s Port: 6440
Initial Infringement 1imestamL: 2327-38-35 3Z:73:Z[

Andp bow're also creating a secwritb risk on bowr comLwtersp deRices and netvorks vhen bow dovnload wnawthorixed moRies or allov others to do so from bowr Internet connectionj

.e resLectfwllb ask that bow stoL infringing and redistriTwting Bob uills .orld Uightsp yyC coLbright Lrotected contentp and take the LroLer steLs to secwre bowr Internet so that others do not infringe and redistriTwte owr content as vellj

.e haRe a good faith Telief that wse of the coLbrighted material detailed aToRe is not awthorixed Tb the coLbright ovnerp its agentp or the lavj In additionp ve haRe a good faith swTzectiRe Telief that the wse does not constitwte fair wsej 1he information in this notice is accwrate and ve statep wnder Lenaltb of Lerzwrbp that ve are awthorixed to act on Tehalf of the ovner of the coLbright that is allegedlb infringedj 1his letter is not a comLlete statement of Bob uills .orld Uightsp yyC's rights in connection vith this matterp and nothing contained herein constitwtes an eOLress or imLlied vaRier of anb rights or remedies of Bob uills .orld Uightsp yyC in connection vith this matterp all of vhich are eOLresslb reserRedj

.e aLLreciate bowr assistance and thank bow for bowr cooLeration in this matterj

UesLectfwllbp

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59598444106</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-05T03:40:37Z</TimeStamp>
                <IP_Address>174.28.54.181</IP_Address>
                <Port>6881</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy.Kills.World.2023.720p.WEBRip.800MB.x264-
GalaxyRG[TGx]</FileName>
                        <FileSize>836337473</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">4B2A2E3E438A3E1FB5E6775D932DE49A53D58529</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 59142432042]
From: <notice@dmcagateway.com>
Date: 41.49.040264, :39
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58643403243
Notice Date: 2423-48-46 40:08:41


Dear Sir or Madam:

This message is sent on behalf of Dallas Bu.ers ClubU ppCy

jnder ,enalt. of ,erLur.U I assert that PMp Process Management ptdy is authorized to act on
behalf of the owner of the exclusive co,.rights that are alleged to be infringed hereiny

Dallas Bu.ers ClubU ppC owns the co,.rights to the movie Dallas Bu.ers Cluby The
unauthorized download and distribution of this file b. .our IP address constitutes
co,.right infringementy

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Dallas Bu.ers Club
Infringing FileName: Dallas Bu.ers Club (240)[ 704]4,Y
Infringing FileSize: 08]1111]]8
InfringerXs IP Address: O]3y81yO53y240
InfringerXs Port: 5)8]5
Initial Infringement Timestam,: 2423-48-45 22:41:0]

AndU .ou're also creating a securit. risk on .our com,utersU devices and networks when .ou
download unauthorized movies or allow others to do so from .our Internet connectiony

We res,ectfull. ask that .ou sto, infringing and redistributing Dallas Bu.ers ClubU ppC
co,.right ,rotected contentU and take the ,ro,er ste,s to secure .our Internet so that
others do not infringe and redistribute our content as welly

We have a good faith belief that use of the co,.righted material detailed above is not
authorized b. the co,.right ownerU its agentU or the lawy In additionU we have a good
faith subLective belief that the use does not constitute fair usey The information in this
notice is accurate and we stateU under ,enalt. of ,erLur.U that we are authorized to act on
behalf of the owner of the co,.right that is allegedl. infringedy This letter is not a
com,lete statement of Dallas Bu.ers ClubU ppC's rights in connection with this matterU and
nothing contained herein constitutes an ex,ress or im,lied wavier of an. rights or remedies
of Dallas Bu.ers ClubU ppC in connection with this matterU all of which are ex,ressl.
reservedy

We a,,reciate .our assistance and thank .ou for .our coo,eration in this mattery

Res,ectfull.U

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59604014204</ID>
        </Case>
        <Complainant>
                <Entity>Dallas Buyers Club, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-05T22:07:18Z</TimeStamp>
                <IP_Address>184.97.154.201</IP_Address>
                <Port>53985</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Dallas Buyers Club</Title>
                        <FileName>Dallas Buyers Club (2013) [1080p]</FileName>
                        <FileSize>1987777889</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">9DE63BACB65CE4BBB853F57D4843410D1F09FFBD</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 59045474164]
From: <notice@dmcagateway.com>
Date: 40.49.7472, 40:57
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58645424704
Notice Date: 2423-48-46 43:53:41


Dear Sir or Madam,

This message is sent on behalf of Bou .ills Uorld pightsy jjC,

Lnder zenaltu of zerwxruy I assert that PMj Process Management jtd, is axthorived to act on behalf of the oOner of the eRclxsiWe cozurights that are alleged to be infringed herein,

Bou .ills Uorld pightsy jjC oOns the cozurights to the moWie Bou .ills Uorld, The xnaxthorived doOnload and distribxtion of this file bu uoxr IP address constitxtes cozuright infringement,

Please see beloO details for the infringements:

Protocol: BITTkppENT
Infringed UorF: Bou .ills Uorld
Infringing ZileName: Bou,.ills,Uorld,2421,O24z,UEBpiz,[44MB,R263-GalaRupG]TGR'
Infringing ZileSive: [16110301
Infringer9s IP Address: 703,2[,28,231
Infringer9s Port: 6[[7
Initial Infringement Timestamz: 2423-48-46 47:14:14

Andy uox're also creating a secxritu risF on uoxr comzxtersy deWices and netOorFs Ohen uox doOnload xnaxthorived moWies or alloO others to do so from uoxr Internet connection,

Ue reszectfxllu asF that uox stoz infringing and redistribxting Bou .ills Uorld pightsy jjC cozuright zrotected contenty and taFe the zrozer stezs to secxre uoxr Internet so that others do not infringe and redistribxte oxr content as Oell,

Ue haWe a good faith belief that xse of the cozurighted material detailed aboWe is not axthorived bu the cozuright oOnery its agenty or the laO,  In additiony Oe haWe a good faith sxbwectiWe belief that the xse does not constitxte fair xse, The information in this notice is accxrate and Oe statey xnder zenaltu of zerwxruy that Oe are axthorived to act on behalf of the oOner of the cozuright that is allegedlu infringed, This letter is not a comzlete statement of Bou .ills Uorld pightsy jjC's rights in connection Oith this mattery and nothing contained herein constitxtes an eRzress or imzlied OaWier of anu rights or remedies of Bou .ills Uorld pightsy jjC in connection Oith this mattery all of Ohich are eRzresslu reserWed,

Ue azzreciate uoxr assistance and thanF uox for uoxr coozeration in this matter,

peszectfxlluy

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59605020170</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-06T01:30:30Z</TimeStamp>
                <IP_Address>174.28.29.243</IP_Address>
                <Port>6881</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy.Kills.World.2023.720p.WEBRip.800MB.x264-
GalaxyRG[TGx]</FileName>
                        <FileSize>836337473</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">4B2A2E3E438A3E1FB5E6775D932DE49A53D58529</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 590405799941
From: 6notice]  dmcagate< a@comw
Date: 40.49.y4y>2, , :5>
To: 6DMCA]  centur@lnk.comw
BCC: 6bcc-us]  dmcagate< a@comw


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58646578884
Notice Date: 2420-48-46 48:55:03


Dear Sir or Madam:

1his message is sent on Tehalf of Bob uills .orld Uightsp yyCj

,nder Lenaltb of Lerzwrbp I assert that PMy Process Management ytdj is awthorixed to act on
Tehalf of the ovner of the eOclwsiRe coLbrights that are alleged to Te infringed hereinj

Bob uills .orld Uightsp yyC ovns the coLbrights to the moRie Bob uills .orldj 1he
wnawthorixed dovnload and distriTwtion of this file Tb bowr IP address constitwtes
coLbright infringementj

Please see Telov details for the infringements:

Protocol: BI11WUUEN1
Infringed .ork: Bob uills .orld
Infringing FileName: Z 1orrent8[[jrs ] Bobjuillsj.orldj2423jFUENCHjBUUiLjO260-DDyP'jmkR
Infringing FileSixe: 824568429
Infringer's IP Address: [70j27j23j228
Infringer's Port: 5[763
Initial Infringement 1imestamL: 2420-48-46 46:28:24

Andp bow're also creating a secwritb risk on bowr comLwtersp deRices and netvorks vhen bow
dovnload wnawthorixed moRies or allov others to do so from bowr Internet connectionj

.e resLectfwllb ask that bow stoL infringing and redistriTwting Bob uills .orld Uightsp yyC
coLbright Lrotected contentp and take the LroLer steLs to secwre bowr Internet so that
others do not infringe and redistriTwte owr content as vellj

.e haRe a good faith Telief that wse of the coLbrighted material detailed aToRe is not
awthorixed Tb the coLbright ovnerp its agentp or the lavj  In additionp ve haRe a good
faith swTzectiRe Telief that the wse does not constitwte fair wsej 1he information in this
notice is accwrate and ve statep wnder Lenaltb of Lerzwrbp that ve are awthorixed to act on
Tehalf of the ovner of the coLbright that is allegedlb infringedj 1his letter is not a
comLlete statement of Bob uills .orld Uightsp yyC's rights in connection vith this matterp
and nothing contained herein constitwtes an eOLress or imLlied vaRier of anb rights or
remedies of Bob uills .orld Uightsp yyC in connection vith this matterp all of vhich are
eOLresslb reserRedj

.e aLLreciate bowr assistance and thank bow for bowr cooLeration in this matterj

UesLectfwllbp

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59606579990</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-06T06:29:20Z</TimeStamp>
                <IP_Address>174.27.23.229</IP_Address>
                <Port>51763</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>[ Torrent911.rs ] Boy.Kills.World.2023.FRENCH.BRRip.x264-
DDLPZ.mkv</FileName>
                        <FileSize>920569028</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">2228569952F848105F2F544BCC75631B7C78B1FB</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 59047106640]
From: <notice@dmcagateway.com>
Date: 26.29.7271, 20:12
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58602467706
Notice Date: 2324-38-37 34:43:37


Dear Sir or Madam:

This message is sent on behalf of uIFm,.s Prod.ctionsU Incpp

ynder ,enaltF of ,erj.rFU I assert that PML Process Management Ltdp is a.thorized to act on
behalf of the owner of the excl.sive co,Frights that are alleged to be infringed hereinp

uIFm,.s Prod.ctionsU Incp owns the co,Frights to the movie uIFm,.s Has RaIIenp The
.na.thorized download and distrib.tion of this file bF Fo.r IP address constit.tes
co,Fright infringementp

Please see below details for the infringements:

Protocol: BITTuOOENT
Infringed Work: uIFm,.s Has RaIIen
Infringing RiIeName: uIFm,.spHaspRaIIenp2301p0393,pBI.OaFpDDPp5pOpx265-EDGE2323pmkv
Infringing RiIeSize: 1349210621
Infringer's IP Address: 074p025p20p014
Infringer's Port: 40308
Initial Infringement Timestam,: 2324-38-37 30:29:46

AndU Fo.'re also creating a sec.ritF risk on Fo.r com,.tersU devices and networks when Fo.
download .na.thorized movies or allow others to do so from Fo.r Internet connectionp

We res,ectf.IIF ask that Fo. sto, infringing and redistrib.ting uIFm,.s Prod.ctionsU Incp
co,Fright ,rotected contentU and take the ,ro,er ste,s to sec.re Fo.r Internet so that
others do not infringe and redistrib.te o.r content as wellp

We have a good faith belief that .se of the co,Frighted material detailed above is not
a.thorized bF the co,Fright ownerU its agentU or the lawp  In additionU we have a good
faith s.bjective belief that the .se does not constit.te fair .sep The information in this
notice is acc.rate and we stateU .nder ,enaltF of ,erj.rFU that we are a.thorized to act on
behalf of the owner of the co,Fright that is allegedIF infringedp This letter is not a
com,lete statement of uIFm,.s Prod.ctionsU Incp's rights in connection with this matterU
and nothing contained herein constit.tes an ex,ress or im,lied wavier of anF rights or
remedies of uIFm,.s Prod.ctionsU Incp in connection with this matterU all of which are
ex,ressIF reservedp

We a,,reciate Fo.r assistance and thank Fo. for Fo.r coo,eration in this matterp

Oes,ectf.IIFU

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59612467716</ID>
        </Case>
        <Complainant>
                <Entity>Olympus Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-07T01:28:46Z</TimeStamp>
                <IP_Address>174.125.21.134</IP_Address>
                <Port>41019</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Olympus Has Fallen</Title>
                        <FileName>Olympus.Has.Fallen.2013.1080p.BluRay.DDP.5.1.x265-
EDGE2020.mkv</FileName>
                        <FileSize>3048231623</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">0035E92158E5C72B379BBD725B76BC23EC0BB64B</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58491667924]
From: <notice@dmcagateway.com>
Date: 02.08.3036, 08:51
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 586430014T6
Notice Date: 2b2O-b8-bT bT:53:5b


Dear Sir or Madam:

uhis message is sent on .ehalf of ABuBU ppCy

jnder ,enaltL of ,erzwrLU I assert that PMp Process Management ptdy is awthorixed to act on
.ehalf of the ovner of the eOclwsiRe co,Lrights that are alleged to .e infringed hereiny

ABuBU ppC ovns the co,Lrights to the moRie American BoogeLman - ued BwndLy uhe wnawthorixed
dovnload and distri.wtion of this file .L Lowr IP address constitwtes co,Lright
infringementy

Please see .elov details for the infringements:

Protocol: BIuuWkkENu
Infringed For(: American BoogeLman - ued BwndL
Infringing )ileName: ued BwndL American BoogeLman [2b247 ]4b1b,Y ]FEBki,Y ]5y4Y ]XuSyM'Y
Infringing )ileSixe: 4181b424T6
Infringer9s IP Address: 6Ty5y45y438
Infringer9s Port: O3083
Initial Infringement uimestam,: 2b2O-b8-bT bO:38:58

AndU Low're also creating a secwritL ris( on Lowr com,wtersU deRices and netvor(s vhen Low
dovnload wnawthorixed moRies or allov others to do so from Lowr Internet connectiony

Fe res,ectfwlIL as( that Low sto, infringing and redistri.wting ABuBU ppC co,Lright
,rotected contentU and ta(e the ,ro,er ste,s to secwre Lowr Internet so that others do not
infringe and redistri.wte owr content as velly

Fe haRe a good faith .elief that wse of the co,Lrighted material detailed a.oRe is not
awthorixed .L the co,Lright ovnerU its agentU or the lavy In additionU ve haRe a good
faith sw.zectiRe .elief that the wse does not constitwte fair wsey uhe information in this
notice is accwrate and ve stateU wnder ,enaltL of ,erzwrLU that ve are awthorixed to act on
.ehalf of the ovner of the co,Lright that is allegedIL infringedy uhis letter is not a
com,lete statement of ABuBU ppC's rights in connection vith this matterU and nothing
contained herein constitwtes an eO,ress or im,lied vaRier of anL rights or remedies of
ABuBU ppC in connection vith this matterU all of vhich are eO,resslL reserRedy

Fe a,,reciate Lowr assistance and than( Low for Lowr coo,eration in this mattery

kes,ectfwlIU

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59613448176</ID>
        </Case>
        <Complainant>
                <Entity>ABTB, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-07T04:39:59Z</TimeStamp>
                <IP_Address>67.5.15.139</IP_Address>
                <Port>43493</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>American Boogeyman - Ted Bundy</Title>
                        <FileName>Ted Bundy American Boogeyman (2021) [1080p] [WEBRip]
[5.1] [YTS.MX]</FileName>
                        <FileSize>1898012176</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">030A383516E83E9182D801464CF76AD114B9CC7A</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582943683920
From: ] notice< dmcagate@awcomy
Date: 4>.48.949, : 4>198
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58624308326
Notice Date: 2421-48-4T 46:30:1b


Dear Sir or Madam:

uhis message is sent on .ehalf of Silent Night ProdUctions Incpp

ynder jenalt, of jerLUr,z I assert that PMw Process Management wtdp is aUthorixed to act on
.ehalf of the ovner of the eOclUsiRe coj,rights that are alleged to .e infringed hereinp

Silent Night ProdUctions Incp ovns the coj,rights to the moRie Silent Nightp uhe
UnaUthorixed dovnload and distri.Ution of this file ., ,oUr IP address constitUtes
coj,right infringementp

Please see .elov details for the infringements:

Protocol: BIuuWkkENu
Infringed For(: Silent Night
Infringing )ileName: Silent Night [24237 ]O4T4jY ]BIUka,Y ]5pOY ]XuSpM'Y
Infringing )ileSixe: 2462OT3468
Infringer9s IP Address: 0b1p30pO25p22b
Infringer9s Port: 51204
Initial Infringement uimestamj: 2421-48-4T 43:43:12

Andz ,oU're also creating a secUrit, ris( on ,oUr comjUtersz deRices and netvor(s vhen ,oU
dovnload UnaUthorixed moRies or allov others to do so from ,oUr Internet connectionp

Fe resjectfUII, as( that ,oU stoj infringing and redistri.Uting Silent Night ProdUctions
Incp coj,right jrotected contentz and ta(e the jrojer stejs to secUre ,oUr Internet so that
others do not infringe and redistri.Ute oUr content as vellp

Fe haRe a good faith .elief that Use of the coj,righted material detailed a.oRe is not
aUthorixed ., the coj,right ovnerz its agentz or the lavp In additionz ve haRe a good
faith sU.LectiRe .elief that the Use does not constitUte fair Usep uhe information in this
notice is accUrate and ve statez Under jenalt, of jerLUr,z that ve are aUthorixed to act on
.ehalf of the ovner of the coj,right that is allegedl, infringedp uhis letter is not a
comjlete statement of Silent Night ProdUctions Incp's rights in connection vith this
matterz and nothing contained herein constitUtes an eOjress or imjlied vaRier of an, rights
or remedies of Silent Night ProdUctions Incp in connection vith this matterz all of vhich
are eOjressl, reserRedp

Fe ajjreciate ,oUr assistance and than( ,oU for ,oUr coojeration in this matterp

kesjectfUII,z

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59620319326</ID>
        </Case>
        <Complainant>
                <Entity>Silent Night Productions Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-08T03:03:42Z</TimeStamp>
                <IP_Address>174.31.125.227</IP_Address>
                <Port>54210</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Silent Night</Title>
                        <FileName>Silent Night (2023) [1080p] [BluRay] [5.1] [YTS.MX]</FileName>
                        <FileSize>2062183069</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">38571F3B40C00BD05F134FD8301F0F787059C8F3</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 59167256321]
From: <notice@dmcagateway.com>
Date: 00.39.4346, 07:07
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58647054306
Notice Date: 2324-38-11 15:1T: 20


Dear Sir or Madam:

bhis message is sent on uehalf of S.mUath. pbDy jjC,

Lnder Uenalt. of Uerzwr.y I assert that PMj Process Management jtd, is awthorixed to act on
uehalf of the ovner of the eOclwsiRe coU.rights that are alleged to ue infringed herein,

S.mUath. pbDy jjC ovns the coU.rights to the moRie S.mUath. for the DeRil, bhe wnawthorixed
dovnload and distriuwtion of this file u. .owr IP address constitwtes coU.right
infringement,

Please see uelov details for the infringements:

Protocol: BIbbWkkENb
Infringed ForZ: S.mUath. for the DeRil
Infringing pileName: S.mUath.,for,the,DeRil,2320,13T3U,AM[N,FEBkiU,1433MB,DD5,1,0264-
GalaO.kG]bGO'
Infringing pileSixe: 153607T287
Infringer9s IP Address: 6O,157,248,136
Infringer9s Port: 50380
Initial Infringement bimestamU: 2324-38-11 12:37:22

Andy .ow're also creating a secwrit. risZ on .owr comUwtersy deRices and netvorZs vhen .ow
dovnload wnawthorixed moRies or allov others to do so from .owr Internet connection,

Fe resUectfwll. asZ that .ow stoU infringing and redistriuwting S.mUath. pbDy jjC coU.right
Urotected contenty and taZe the UroUer steUs to secwre .owr Internet so that others do not
infringe and redistriuwte owr content as vell,

Fe haRe a good faith uelief that wse of the coU.righted material detailed auoRe is not
awthorixed u. the coU.right ovnery its agenty or the lav,  In additiony ve haRe a good
faith swuzectiRe uelief that the wse does not constitwte fair wse, bhe information in this
notice is accwrate and ve statey wnder Uenalt. of Uerzwr.y that ve are awthorixed to act on
uehalf of the ovner of the coU.right that is allegedl. infringed, bhis letter is not a
comUlete statement of S.mUath. pbDy jjC's rights in connection vith this mattery and
nothing contained herein constitwtes an eOUress or imUlied vaRier of an. rights or remedies
of S.mUath. pbDy jjC in connection vith this mattery all of vhich are eOUressl. reserRed,

Fe aUUreciate .owr assistance and thanZ .ow for .owr cooUeration in this matter,

kesUectfwll.y

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59647354036</ID>
        </Case>
        <Complainant>
                <Entity>Sympathy FTD, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-11T12:07:22Z</TimeStamp>
                <IP_Address>63.157.249.106</IP_Address>
                <Port>53093</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Sympathy for the Devil</Title>

<FileName>Sympathy.for.the.Devil.2023.1080p.AMZN.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx]</
FileName>

                        <FileSize>1506378297</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">891B183556A22634C3DB54BA3D094DDED36673AA</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58748060] 6<@
From: wnoticey dmcagate> a1.com9
Date: 00.28.<2<4, <<:02
To: wDMCAy centur1link.com9
BCC: wbcc-usy dmcagate> a1.com9

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58608474372
Notice Date: 2T20-T8-44 2T:44:bb


Dear Sir or Madam:

uhis message is sent on Fehalf of Breathe Prod,ctions Inc.

Under penalty of perj,ryL I assert that PMz Process Management ztd. is a,thoriwed to act on Fehalf of the oxner of the evcl,siRe copyrights that are alleged to Fe infringed herein.

Breathe Prod,ctions Inc oxns the copyrights to the moRie Breathe. uhe ,na,thoriwed doxnload and distriF,tion of this file Fy yo,r IP address constit,tes copyright infringement.

Please see Felox details for the infringements:

Protocol: BIuuOWWENu
Infringed kor1: Breathe
Infringing 9ileName: Breathe 2T20  4T7Tp keF-Dz HEC' v265 4TBit DDP5.4 S,Fs 'INGDOM WG
Infringing 9ileSiwe: 050675b8TT
Infringer's IP Address: 65.428.45b.06
Infringer's Port: 6774
Initial Infringement uimestamp: 2T20-T8-44 46:5T:07

AndL yo,'re also creating a sec,rity ris1 on yo,r comp,tersL deRices and netxor1s xhen yo, doxnload ,na,thoriwed moRies or allox others to do so from yo,r Internet connection.

ke respectf,lly as1 that yo, stop infringing and redistriF,ting Breathe Prod,ctions Inc copyright protected contentL and ta1e the proper steps to sec,re yo,r Internet so that others do not infringe and redistriF,te o,r content as xell.

ke haRe a good faith Felief that ,se of the copyrighted material detailed aFoRe is not a,thoriwed Fy the copyright oxnerL its agentL or the lax.  In additionL xe haRe a good faith s,FjectiRe Felief that the ,se does not constit,te fair ,se. uhe information in this notice is acc,rate and xe stateL ,nder penalty of perj,ryL that xe are a,thoriwed to act on Fehalf of the oxner of the copyright that is allegedly infringed. uhis letter is not a complete statement of Breathe Prod,ctions Inc's rights in connection xith this matterL and nothing contained herein constit,tes an evpress or implied xaRier of any rights or remedies of Breathe Prod,ctions Inc in connection xith this matterL all of xhich are evpressly reserRed.

ke appreciate yo,r assistance and than1 yo, for yo,r cooperation in this matter.

Wespectf,llyL

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59649181782</ID>
        </Case>
        <Complainant>
                <Entity>Breathe Productions Inc</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-11T16:50:48Z</TimeStamp>
                <IP_Address>65.129.153.46</IP_Address>
                <Port>6881</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Breathe</Title>
                        <FileName>Breathe 2024  1080p Web-DL HECV x265 10Bit DDP5.1 Subs
KINGDOM RG</FileName>
                        <FileSize>4546853900</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">4826A475B20A772A3C88E6A4F4436728C590C648</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 59050477160]
From: <notice@dmcagateway.com>
Date: 74.29.4246, 71:42
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58656244306
Notice Date: 2120-18-42 45:24:T2


Dear Sir or Madam:

bhis message is sent on uehalf of Breathe Prod.ctions IncU

pnder yenaltj of yer,.rjL I assert that PMz Process Management ztdU is a.thoriwed to act on uehalf of the oxner of the evcl.siOe coyjrights that are alleged to ue infringed hereinU

Breathe Prod.ctions Inc oxns the coyjrights to the moOie BreatheU bhe .na.thoriwed doxnload and distriu.tion of this file uj jo.r IP address constit.tes coyjright infringementU

Please see uelox details for the infringements:

Protocol: BIbbRWWENb
Infringed korF: Breathe
Infringing (ileName: Breathe )2120[ 741]1yY 7kEBWiyY 75U4Y 7XbSUM'Y
Infringing (ileSiwe: 4]54362884
Infringer9s IP Address: 65U421U255U416
Infringer9s Port: 20250
Initial Infringement bimestamy: 2120-18-42 42:43:16

AndL jo.'re also creating a sec.ritj risF on jo.r comy.tersL deOices and netxorFs xhen jo. doxnload .na.thoriwed moOies or allox others to do so from jo.r Internet connectionU

ke resyectf.llj asF that jo. stoy infringing and redistriu.ting Breathe Prod.ctions Inc coyjright yrotected contentL and taFe the yroyer steys to sec.re jo.r Internet so that others do not infringe and redistriu.te o.r content as xellU

ke haOe a good faith uelief that .se of the coyjrighted material detailed auoOe is not a.thoriwed uj the coyjright oxnerL its agentL or the laxU  In additionL xe haOe a good faith s.u,ectiOe uelief that the .se does not constit.te fair .seU bhe information in this notice is acc.rate and xe stateL .nder yenaltj of yer,.rjL that xe are a.thoriwed to act on uehalf of the oxner of the coyjright that is allegedlj infringedU bhis letter is not a comylete statement of Breathe Prod.ctions Inc's rights in connection xith this matterL and nothing contained herein constit.tes an evyress or imylied xaOier of anj rights or remedies of Breathe Prod.ctions Inc in connection xith this matterL all of xhich are evyresslj reserOedU

ke ayyreciate jo.r assistance and thanF jo. for jo.r cooyeration in this matterU

Wesyectf.lljL

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59656211746</ID>
        </Case>
        <Complainant>
                <Entity>Breathe Productions Inc</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-12T12:17:06Z</TimeStamp>
                <IP_Address>65.120.255.106</IP_Address>
                <Port>24254</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Breathe</Title>
                        <FileName>Breathe (2024) [1080p] [WEBRip] [5.1] [YTS.MX]</FileName>
                        <FileSize>1851762991</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">B6D12BDD484F71080051DBC77E533601672C1137</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```




-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582292436320
From: ] notice< dmcagate@awcomy
Date: 93.48.>4>, : 461>,
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy


-----BEGIN PGP SIGNED MESSAGE-----
Hash:  SHA256

Notice of Claimed Infringement


Notice ID: 58660647376
Notice Date:  242T-48-07 46:25:00


Dear Sir or Madam:

bhis message is sent on uehalf of Famuo , Prod.ctionsU Incpp

ynder jenaltL of jerz.rLU I assert that PMw Process Management wtdp is a.thorixed to act on
uehalf of the ovner of the eRcl.siOe cojLrights that are alleged to ue infringed hereinp

Famuo , Prod.ctionsU Incp ovns the cojLrights to the moOie Famuo: wast Bloodp bhe
.na.thorixed dovnload and distriu.tion of this file uL Lo.r IP address constit.tes
cojLright infringementp

Please see uelov details for the infringements:

Protocol: BIbbWFFENb
Infringed kor1: Famuo: wast Blood
Infringing 9ileName: Famuo – wast Blood 2408 O434j
Infringing 9ileSixe: O6373738TO
Infringer's IP Address: O'Tp74p24pTT
Infringer's Port: 6330
Initial Infringement bimestamj: 242T-48-07 47:45:74

AndU Lo.'re also creating a sec.ritL ris1 on Lo.r comj.tersU deOices and netvor1s vhen Lo.
dovnload .na.thorixed moOies or allov others to do so from Lo.r Internet connectionp

ke resjectf.lIL as1 that Lo. stoj infringing and redistriu.ting Famuo , Prod.ctionsU Incp
cojLright jrotected contentU and ta1e the jrojer stejs to sec.re Lo.r Internet so that
others do not infringe and redistriu.te o.r content as vellp

ke haOe a good faith uelief that .se of the cojLrighted material detailed auoOe is not
a.thorixed uL the cojLright ovnerU its agentU or the lavp  In additionU ve haOe a good
faith s.uzectiOe uelief that the .se does not constit.te fair .sep bhe information in this
notice is acc.rate and ve stateU .nder jenaltL of jerz.rLU that ve are a.thorixed to act on
uehalf of the ovner of the cojLright that is allegedlL infringedp bhis letter is not a
comjlete statement of Famuo , Prod.ctionsU Incp's rights in connection vith this matterU
and nothing contained herein constit.tes an eRjress or imjlied vaOier of anL rights or
remedies of Famuo , Prod.ctionsU Incp in connection vith this matterU all of vhich are
eRjresslL reserOedp

ke ajjreciate Lo.r assistance and than1 Lo. for Lo.r coojeration in this matterp

Fesjectf.lILU

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
<u>notice@dmcagateway.com</u>
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59661603836</ID>
        </Case>
        <Complainant>
                <Entity>Rambo V Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-13T03:05:30Z</TimeStamp>
                <IP_Address>174.30.20.44</IP_Address>
                <Port>6881</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Rambo: Last Blood</Title>
                        <FileName>Rambo - Last Blood 2019 1080p</FileName>
                        <FileSize>1683838941</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">0C841F34B2B01562CD33FC54739B79A84134AF21</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582294823836
From: Onotice] dmcagate< a@comw
Date: y>., 8.3, 3>:, 41y3
To: ODMCA] centur@ink.comw
BCC: Obcc-us] dmcagate< a@comw

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58664386282
Notice Date: 2021-08-T1 OT:T2:T5


Dear Sir or Madam:

bhis message is sent on uehalf of Dallas B.Uers CI.up yyCj

,nder LenaltU of Lerz.rUp I assert that PMy Process Management ytdj is a.thoriwed to act on
uehalf of the oxner of the evcl.siOe coLUrights that are alleged to ue infringed hereinj

Dallas B.Uers CI.up yyC oxns the coLUrights to the moOie Dallas B.Uers CI.uj bhe
.na.thoriwed doxnload and distriu.tion of this file uU Uo.r IP address constit.tes
coLUright infringementj

Please see uelox details for the infringements:

Protocol: BIbbRWWENb
Infringed korF: Dallas B.Uers CI.u
Infringing (ileName: Dallas B.Uers CI.u )2OT3[ 7TO4OL]
Infringing (ileSiwe: T84YYYY448
InfringerXs IP Address: TY1jT6jT53j13
InfringerXs Port: 644T
Initial Infringement bimestampL: 2021-08-T3 2T:1Y:24

Andp Uo.'re also creating a sec.ritU risF on Uo.r comL.tersp deOices and netxorFs xhen Uo.
doxnload .na.thoriwed moOies or allox others to do so from Uo.r Internet connectionj

ke resLectf.llU asF that Uo. stoL infringing and redistriu.ting Dallas B.Uers CI.up yyC
coLUright Lrotected contentp and taFe the LroLer steLs to sec.re Uo.r Internet so that
others do not infringe and redistriu.te o.r content as xellj

ke haOe a good faith uelief that .se of the coLUrighted material detailed auoOe is not
a.thoriwed uU the coLUright oxnerp its agentp or the laxj  In additionp xe haOe a good
faith s.uzectiOe uelief that the .se does not constit.te fair .sej bhe information in this
notice is acc.rate and xe statep .nder LenaltU of Lerz.rUp that xe are a.thoriwed to act on
uehalf of the oxner of the coLUright that is allegedlU infringedj bhis letter is not a
comLlete statement of Dallas B.Uers CI.up yyC's rights in connection xith this matterp and
nothing contained herein constit.tes an evLress or imLlied xaOier of anU rights or remedies
of Dallas B.Uers CI.up yyC in connection xith this matterp all of xhich are evLresslU
reserOedj

ke aLLreciate Uo.r assistance and thanF Uo. for Uo.r cooLeration in this matterj

WesLectf.llUp

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59668396292</ID>
        </Case>
        <Complainant>
                <Entity>Dallas Buyers Club, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-13T21:47:28Z</TimeStamp>
                <IP_Address>174.16.153.43</IP_Address>
                <Port>6881</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Dallas Buyers Club</Title>
                        <FileName>Dallas Buyers Club (2013) [1080p]</FileName>
                        <FileSize>1987777889</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">9DE63BACB65CE4BBB853F57D4843410D1F09FFBD</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 58748065] <6@
From: wnoticey dmcagate> a1.com9
Date: 05.<8.6<62, <] :6<
To: wDMCAy centur1link.com9
BCC: wbcc-usy dmcagate> a1.com9


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58648725032
Notice Date: 2321-38-75 36:27:33


Dear Sir or Madam:

This message is sent on behalf of Millennium .undingU Incp p

ynder jenalt, of jerLur,U I assert that PMz Process Management ztdp is authoriwed to act on
behalf of the oxner of the evclusi0e coj,rights that are alleged to be infringed hereinp

Millennium .undingU Incp  oxns the coj,rights to the mo0ie Angel Has .allenp The
unauthoriwed doxnload and distribution of this file b, ,our IP address constitutes
coj,right infringementp

Please see belox details for the infringements:

Protocol: BITTRWWENT
Infringed korF: Angel Has .allen
Infringing .ileName: AngelpHasp.allenp2378p7303jpkEB-DzpH261pACZ-E[R]EtHD'
Infringing .ileSiwe: 12325Z3003
Infringer9s IP Address: 701p84p771pZ2
Infringer9s Port: 13400
Initial Infringement Timestamj: 2321-38-75 3Z:73:33

AndU ,ou're also creating a securit, risF on ,our comjutersU de0ices and netxorFs xhen ,ou
doxnload unauthoriwed mo0ies or allox others to do so from ,our Internet connectionp

ke resjectfull, asF that ,ou stoj infringing and redistributing Millennium .undingU Incp
coj,right jrotected contentU and taFe the jrojer stejs to secure ,our Internet so that
others do not infringe and redistribute our content as xellp

ke ha0e a good faith belief that use of the coj,righted material detailed abo0e is not
authoriwed b, the coj,right oxnerU its agentU or the laxp  In additionU xe ha0e a good
faith subLecti0e belief that the use does not constitute fair usep The information in this
notice is accurate and xe stateU under jenalt, of jerLur,U that xe are authoriwed to act on
behalf of the oxner of the coj,right that is allegedl, infringedp This letter is not a
comjlete statement of Millennium .undingU Incp 's rights in connection xith this matterU
and nothing contained herein constitutes an evjress or imjlied xa0ier of an, rights or
remedies of Millennium .undingU Incp  in connection xith this matterU all of xhich are
evjressl, reser0edp

ke ajjreciate ,our assistance and thanF ,ou for ,our coojeration in this matterp

Wesjectfull,U

の

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59679125802</ID>
        </Case>
        <Complainant>
                <Entity>Millennium Funding, Inc. </Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-15T03:10:00Z</TimeStamp>
                <IP_Address>184.97.114.32</IP_Address>
                <Port>40788</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Angel Has Fallen</Title>
                        <FileName>Angel.Has.Fallen.2019.1080p.WEB-DL.H264.AC3-EVO[EtHD]</
FileName>
                        <FileSize>4202530880</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">1C366AD3D02EF18082E1C605F88BEF033755CFE0</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 582924345236
From: Onotice] dmcagate< a@comw
Date: y2.38.>3>, : 34 14,
To: 0DMCA]  centur@lnk.comw
BCC: 0bcc-us]  dmcagate< a@comw

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58646303560
Notice Date: 2021-08-T6 OT:35:13


Dear Sir or Madam:

bhis message is sent on uehalf of Ca.stone StUdios Cor.pp

ynder .enaltj of .er,UrjL I assert that PMz Process Management ztdp is aUthoriwed to act on uehalf of the oxner of the evclUsiOe co.jrights that are alleged to ue infringed hereinp

Ca.stone StUdios Cor.p oxns the co.jrights to the moOie Rallp bhe UnaUthoriwed doxnload and distriuUtion of this file uj joUr IP address constitUtes co.jright infringementp

Please see uelox details for the infringements:

Protocol: BIbbWkkENb
Infringed For(: Rall
Infringing RileName: Rall )2022[ 7TO40.] 7FEBki.] 75pT] 7YbSpMX]
Infringing RileSiwe: 202'0428'4
Infringer9s IP Address: 6'p12p'8pT42
Infringer9s Port: 4318
Initial Infringement bimestam.: 2021-08-T5 22:TO:34

AndL joU're also creating a secUritj ris( on joUr com.UtersL deOices and netxor(s xhen joU doxnload UnaUthoriwed moOies or allox others to do so from joUr Internet connectionp

Fe res.ectfUllj as( that joU sto. infringing and redistriuUting Ca.stone StUdios Cor.p co.jright .rotected contentL and ta(e the .ro.er ste.s to secUre joUr Internet so that others do not infringe and redistriuUte oUr content as xellp

Fe haOe a good faith uelief that Use of the co.jrighted material detailed auoOe is not aUthoriwed uj the co.jright oxnerL its agentL or the laxp  In additionL xe haOe a good faith sUu,ectiOe uelief that the Use does not constitUte fair Usep bhe information in this notice is accUrate and xe stateL Under .enaltj of .er,UrjL that xe are aUthoriwed to act on uehalf of the oxner of the co.jright that is allegedlj infringedp bhis letter is not a com.lete statement of Ca.stone StUdios Cor.p's rights in connection xith this matterL and nothing contained herein constitUtes an ev.ress or im.lied xaOier of anj rights or remedies of Ca.stone StUdios Cor.p in connection xith this matterL all of xhich are ev.resslj reserOedp

Fe a..reciate joUr assistance and than( joU for joUr coo.eration in this matterp

kes.ectfUlljL

```
/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus
```

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59686303560</ID>
        </Case>
        <Complainant>
                <Entity>Capstone Studios Corp.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-15T22:10:38Z</TimeStamp>
                <IP_Address>67.42.79.182</IP_Address>
                <Port>8349</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Fall</Title>
                        <FileName>Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX]</FileName>
                        <FileSize>2027082978</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">468A426EE49D2B40C80E6898BA750103A9CEC3BA</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584899161572
From: ] notice< dmcagate@awcomy
Date: 19.>8.0>03, >7:69
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58680047453
Notice Date: 2T2b-T8-40 T6:73:72


Dear Sir or Madam:

uhis message is sent on Fehalf of ,H. ProdUctionsp Incyy

jnder Lenaltz of LerwUrzp I assert that PM, Process Management ,tdy is aUthorixed to act on Fehalf of the ovner of the eRclUsiOe coLzrights that are alleged to Fe infringed hereiny

,H. ProdUctionsp Incy ovns the coLzrights to the moOie ,ondon Has .alleny uhe UnaUthorixed dovnload and distriFUtion of this file Fz zoUr IP address constitUtes coLzright infringementy

Please see Felov details for the infringements:

Protocol: BIuuWkkENu
Infringed 1or9: ,ondon Has .allen
Infringing .ileName: ,ondon Has .allen 2T46 4T3TL BIUkaz R26b DuS-'''
Infringing .ileSixe: 2668553657
Infringer's IP Address: 43by4TTy4by42T
Infringer's Port: b3583
Initial Infringement uimestamL: 2T2b-T8-40 T7:24:7b

Andp zoU're also creating a secUritz ris9 on zoUr comLUtersp deOices and netvor9s vhen zoU dovnload UnaUthorixed moOies or allov others to do so from zoUr Internet connectiony

1e resLectfUllz as9 that zoU stoL infringing and redistriFUting ,H. ProdUctionsp Incy coLzright Lrotected contentp and ta9e the LroLer steLs to secUre zoUr Internet so that others do not infringe and redistriFUte oUr content as velly

1e haOe a good faith Felief that Use of the coLzrighted material detailed aFoOe is not aUthorixed Fz the coLzright ovnerp its agentp or the lavy In additionp ve haOe a good faith sUFwectiOe Felief that the Use does not constitUte fair Usey uhe information in this notice is accUrate and ve stateP Under Lenaltz of LerwUrzp that ve are aUthorixed to act on Fehalf of the ovner of the coLzright that is allegedlz infringedz uhis letter is not a comLlete statement of ,H. ProdUctionsp Incy's rights in connection vith this matterp and nothing contained herein constitUtes an eRLress or imLlied vaOier of anz rights or remedies of ,H. ProdUctionsp Incy in connection vith this matterp all of vhich are eRLresslz reserOedy

1e aLLreciate zoUr assistance and than9 zoU for zoUr cooLeration in this mattery

kesLectfUllzp

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59697713158</ID>
        </Case>
        <Complainant>
                <Entity>LHF Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-17T03:21:34Z</TimeStamp>
                <IP_Address>184.100.14.120</IP_Address>
                <Port>48598</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>London Has Fallen</Title>
                        <FileName>London Has Fallen 2016 1080p BluRay x264 DTS-JYK</
FileName>
                        <FileSize>2669558653</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">6B30D9F4FB05238053EA9201DDC079FF27923D59</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 5821985905] <
From: @noticew dmcagatey a>.com7
Date: 03.18.] 1] 4, 11:91
To: @DMCAw centur>link.com7
BCC: @bcc-usw dmcagatey a>.com7


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58470850352
Notice Date: 2721-78-34 22:03:33


Dear Sir or Madam:

This message is sent on behalf of Bou .ills Uorld pightsy jjC,

Lnder zenaltu of zerwxruy I assert that PMj Process Management jtd, is axthorived to act on
behalf of the oOner of the eRclxsiWe cozurights that are alleged to be infringed herein,

Bou .ills Uorld pightsy jjC oOns the cozurights to the moWie Bou .ills Uorld, The
xnaxthorived doOnload and distribxtion of this file bu uoxr IP address constitxtes
cozuright infringement,

Please see beloO details for the infringements:

Protocol: BITTkppENT
Infringed UorF: Bou .ills Uorld
Infringing ZileName: Bou,.ills,Uorld,2720,37[7z,UEBpiz,3177MB,DD5,3,R261-GalaRupG]TGR'
Infringing ZileSive: 3574348267
Infringer9s IP Address: 64,12,[O,308
Infringer9s Port: 6[[3
Initial Infringement Timestamz: 2721-78-34 38:36:33

Andy uox're also creating a secxritu risF on uoxr comzxtersy deWices and netOorFs Ohen uox
doOnload xnaxthorived moWies or alloO others to do so from uoxr Internet connection,

Ue reszectfxllu asF that uox stoz infringing and redistribxting Bou .ills Uorld pightsy jjC
cozuright zrotected contenty and taFe the zrozer stezs to secxre uoxr Internet so that
others do not infringe and redistribxte oxr content as Oell,

Ue haWe a good faith belief that xse of the cozurighted material detailed aboWe is not
axthorived bu the cozuright oOnery its agenty or the laO,  In additiony Oe haWe a good
faith sxbwectiWe belief that the xse does not constitxte fair xse, The information in this
notice is accxrate and Oe statey xnder zenaltu of zerwxruy that Oe are axthorived to act on
behalf of the oOner of the cozuright that is allegedlu infringed, This letter is not a
comzlete statement of Bou .ills Uorld pightsy jjC's rights in connection Oith this mattery
and nothing contained herein constitxtes an eRzress or imzlied OaWier of anu rights or
remedies of Bou .ills Uorld pightsy jjC in connection Oith this mattery all of Ohich are
eRzresslu reserWed,

Ue azzreciate uoxr assistance and thanF uox for uoxr coozeration in this matter,

peszectfxlluy

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59703953152</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-17T19:16:11Z</TimeStamp>
                <IP_Address>67.42.83.139</IP_Address>
                <Port>6881</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-
GalaxyRG[TGx]</FileName>
                        <FileSize>1507179260</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">CD425A53A66A6DB238E16EED54641563D2EBD452</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 584959416792
From: ] notice< dmcagate@awcomy
Date: >0.98.6963, 97:>4
To: ] DMCA< centurwlink.comy
BCC: ] bcc-us< dmcagate@awcomy


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 58475746207
Notice Date: 2723-78-1T 71:1T:23


Dear Sir or Madam:

bhis message is sent on uehalf of Bo. Uills porld yightsj ,,CL

znder wenalt. of werxvr.j I assert that PM, Process Management ,tdL is avthoriOed to act on
uehalf of the oRner of the eWclvsike cow.rights that are alleged to ue infringed hereinL

Bo. Uills porld yightsj ,,C oRns the cow.rights to the mokie Bo. Uills porldL bhe
vnavthoriOed doRnload and distriuvtion of this file u. .ovr IP address constitvtes
cow.right infringementL

Please see ueloR details for the infringements:

Protocol: BIbbFyyENb
Infringed porZ: Bo. Uills porld
Infringing [ileName: Bo.LUillsLporldL2720L17T7wLpEByiwL1377MBLDD5L1LW263-GalaW.yG]bGW'
Infringing [ileSiOe: 1574148267
Infringer9s IP Address: 65L172L1T8L53
Infringer9s Port: 6TT1
Initial Infringement bimestamw: 2723-78-14 22:11:76

Andj .ov're also creating a secvrit. risZ on .ovr comwvtersj dekices and netRorZs Rhen .ov
doRnload vnavthoriOed mokies or alloR others to do so from .ovr Internet connectionL

pe reswectfvll. asZ that .ov stow infringing and redistriuvting Bo. Uills porld yightsj ,,C
cow.right wrotected contentj and taZe the wrower stews to secvre .ovr Internet so that
others do not infringe and redistriuvte ovr content as RellL

pe hake a good faith uelief that vse of the cow.righted material detailed auoke is not
avthoriOed u. the cow.right oRnerj its agentj or the laRL In additionj Re hake a good
faith svuxectike uelief that the vse does not constitvte fair vseL bhe information in this
notice is accvrate and Re statej vnder wenalt. of werxvr.j that Re are avthoriOed to act on
uehalf of the oRner of the cow.right that is allegedL infringedL bhis letter is not a
comwlete statement of Bo. Uills porld yightsj ,,C's rights in connection Rith this matterj
and nothing contained herein constitvtes an eWwress or imwlied Rakier of an. rights or
remedies of Bo. Uills porld yightsj ,,C in connection Rith this matterj all of Rhich are
eWwressl. reserkedL

pe awwreciate .ovr assistance and thanZ .ov for .ovr cooweration in this matterL

yeswectfvll.j

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59705076230</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>

        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-17T22:11:06Z</TimeStamp>
                <IP_Address>65.102.189.54</IP_Address>
                <Port>6881</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-
GalaxyRG[TGx]</FileName>
                        <FileSize>1507179260</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">CD425A53A66A6DB238E16EED54641563D2EBD452</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----